UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV908(CFD) |
| v. | : | |
| SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY | : | |
| Defendant. | : | OCTOBER 31, 2003 |

## DEFENDANT'S MOTION TO EXTEND PRE-TRIAL DEADLINES

Pursuant to Local Rule 7(b), the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests a thirty (30) day extension of all remaining pre-trial deadlines and to combine the deadlines for fact and expert discovery because, among other things, plaintiff's expert witness was only available to be deposed on the last day of the deadline to complete plaintiff's expert deposition and he refused to provide his file at that deposition.

Specifically, defendant requests (1) an extension of time to complete all discovery, to and including January 15, 2004; (2) an extension of time to complete the deposition of plaintiff's expert witness, to and including November 24, 2003; (3) an extension of time for defendant to designate its expert witness(es), to and including December 17, 2003; (4) an extension of time to complete the deposition of defendant's expert witness(es), to and including January 15, 2004; (5)

an extension of time to file dispositive motions, to and including February 15, 2004; and (6) an extension of time to file the joint trial memorandum, to and including March 15, 2004 or forty five (45) days after the date of the court's decision on the dispositive motions, whichever is later.

In support of its motion, the undersigned counsel for defendant represents as follows:

1. The deposition of plaintiff's expert witness, Dr. Zachariah, was scheduled by agreement of the parties for September 24, 2003. In the Re-Notice of Deposition, Dr. Zachariah was requested to bring his entire file on plaintiff and other documents related to his expert report. Dr. Zachariah did not bring plaintiff's file to the deposition

2. On the morning of the deposition, Dr. Zachariah announced that he did not bring plaintiff's file because he believed HIPPA requirements prohibited him from taking the file out of his office (despite the fact that plaintiff had submitted a signed medical authorization).

3. Defendant needs an extension of time to obtain Dr. Zachariah's file, through the Court if necessary, and then to complete his deposition, designate its expert witness and have him prepare a report or, alternatively, to move to preclude the expert's testimony at trial based upon his conduct.

4. In the absence of the requested extension, the deadline for defendant to complete the deposition of plaintiff's expert was October 24, 2003 (the date on which his deposition was taken).

5. With regard to fact discovery, the parties have been actively pursuing depositions;

however, additional time is necessary to complete this discovery.

6. Plaintiff's counsel has been contacted, but he has not yet indicated whether he consents to this motion or not.

7. This is the defendant's sixth request for an extension of pre-trial deadlines. Defendant has also requested one extension of expert discovery.

WHEREFORE, defendant respectfully requests that its Motion to Extend Pre-trial Deadlines be granted.

Dated at Stamford, Connecticut this 31st day of October, 2003.

                THE DEFENDANT,
                SOUTHERN NEW ENGLAND
                TELEPHONE COMPANY

By: /s/ Debbie Canna
     Deborah DeHart Cannavino (CT 08144)
     TYLER COOPER & ALCORN, LLP
     One Landmark Square
     Stamford, CT 06901-2501
     Telephone: (203)348-5555
     Fax: (203) 348-3875
     Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 31st day of October, 2003:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

_____
Deborah DeHart Cannavino