#23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 3:02CV908(CFD) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY | |
| Defendant. | OCTOBER 31, 2003 |

Granted. So ordered.

### DEFENDANT'S MOTION TO EXTEND PRE-TRIAL DEADLINES

Pursuant to Local Rule 7(b), the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests a thirty (30) day extension of all remaining pre-trial deadlines and to combine the deadlines for fact and expert discovery because, among other things, plaintiff's expert witness was only available to be deposed on the last day of the deadline to complete plaintiff's expert deposition and he refused to provide his file at that deposition.

Specifically, defendant requests (1) an extension of time to complete all discovery, to and including January 15, 2004; (2) an extension of time to complete the deposition of plaintiff's expert witness, to and including November 24, 2003; (3) an extension of time for defendant to designate its expert witness(es), to and including December 17, 2003; (4) an extension of time to complete the deposition of defendant's expert witness(es), to and including January 15, 2004; (5)