UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV908(CFD) |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY | : | |
| | : | |
| Defendant. | : | DECEMBER 9, 2003 |

## DEFENDANT'S MOTION ON CONSENT TO EXTEND EXPERT DEADLINES

Pursuant to Local Rule 7(b), the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests a limited extension of time to complete expert discovery as follows, because despite counsel's good faith efforts, the deposition of plaintiff's second expert witness has not yet been completed.

Specifically, defendant requests (1) an extension of time to complete all discovery, to and including January 30, 2004; (2) an extension of time to complete the deposition of plaintiff's expert witness, to and including December 16, 2003; (3) an extension of time for defendant to designate its expert witness(es), to and including January 15, 2004; (4) an extension of time to complete the deposition of defendant's expert witness(es), to and including January 30, 2004; (5) an extension of time to file dispositive motions, to and including February 27, 2004; and (6) an

extension of time to file the joint trial memorandum, to and including March 30, 2004 or forty five (45) days after the date of the court's decision on the dispositive motions, whichever is later.

In support of its motion, the undersigned counsel for defendant represents as follows:

1.    The defendant has been unable to complete the deposition of plaintiff's expert witness, Dr. Zachariah. At his deposition, Dr. Zachariah refused to bring his file, and therefore, defendant has subpoenaed his custodian of records for a records deposition on December 5, 2003.

2.    In addition, defendant requested dates to complete Dr. Zachariah's deposition in the end of October/early November, 2003, and the only dates provided were December 12 or 15, 2003 (dates outside of the time period to complete expert discovery). Defendant noticed his deposition for December 15th.

3.    Defendant needs an extension of time to obtain Dr. Zachariah's file, complete his deposition, designate its expert witness and have him prepare a report.

4.    In the absence of the requested extension, the deadline for defendant to complete the deposition of plaintiff's expert was November 24, 2003, and the deadline for defendant to designate its expert is December 15, 2003.

5.    Plaintiff's counsel has been contacted, and he consents to this motion.

6.    Defendant has made six requests for extensions of pre-trial deadlines, and defendant has also requested one prior extension of expert discovery.

2

WHEREFORE, defendant respectfully requests that its Motion to Extend Expert Deadlines be granted.

THE DEFENDANT,
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

By: _____
Deborah DeHart Cannavino  (CT 08144)
TYLER COOPER & ALCORN, LLP
One Landmark Square
Stamford, CT  06901-2501
Telephone: (203)348-5555
Fax: (203) 348-3875
Cannavino@TylerCooper.com

3

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 9th day of December, 2003:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

Deborah DeHart Cannavino