THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION No. 02-CV-908(CFD) |
| | * | |
| v. | * | |
| | * | |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY | * * | DECEMBER 16, 2003 |
| Defendant. | | |

## PLAINTIFF'S MOTION ON CONSENT TO EXTEND PRE-TRIAL DEADLINES

Pursuant to Local Rule 7(b), the Plaintiff, KIMBERLY BACHIOCCHI, respectfully requests an extension of pre-trial deadlines in this matter. This request is intended to supercede Defendant's earlier request for an extension which was dated December 9, 2003.

Specifically, Plaintiff requests the following:

1. An extension of time to complete all discovery to February 13, 2004 instead of the previously scheduled date of January 15, 2004;

2. An extension to complete the deposition of Plaintiff's treating Psychologist to December 29, 2003;

3. An extension for Defendant to designate its expert witness(es) to January 28, 2004;

4. An extension of time to complete the deposition of Defendant's expert witness(es) to February 13, 2004;

5. An extension of time to file dispositive motions to March 12, 2004; and

6. An extension of time to file a joint trial memorandum to April 16, 2004 or forty-five (45) days after the date of the Court's decision on dispositive motions, whichever, is later.

In support of this motion, the undersigned states that the final deposition session for Dr. Zachariah had been scheduled for Monday, December 15, 2003. Due to snow and icing conditions related thereto Dr. Zachariah, who cares for his minor children if there is a school closing or delay, was unable to attend his deposition as scheduled. This deposition has been rescheduled and is now expected to take place and conclude on Friday, December 19, 2003.

An earlier extension of pretrial deadlines, dated December 9, 2003, had been requested by Defendant in anticipation of Dr. Zachariah appearing as scheduled. That earlier request, in light of interceding events, is now inadequate to its task and is superceded by this request for an extension of the pre-trial deadlines.

Defendant's counsel has been contacted and has no objection to this motion.

This is Plaintiff's first request for an extension of pre-trial deadlines.

WHEREFORE, Plaintiff respectfully requests that her motion to extend pre-trial deadlines be granted.

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By:_____
  Peter E. Gillespie (ct 06554)
  46 Riverside Avenue
  Westport, CT 06880
  Tel: (203) 227-7000
  Fax: (203) 454-5508

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing deposition notice, together with a copy of the subpoena ad testificandum which is to be served upon the witness, was served this 116th day of December, 2003 by first class mail, upon the following:

| | |
|---|---|
| Lori B. Alexander, Esq. | Deborah DeH. Cannavino, Esq. |
| Tyler, Cooper & Alcorn | Tyler, Cooper & Alcorn |
| 305 Church Street | One Landmark Square |
| New Haven, CT 06509 | Stamford, CT 06901-2501 |

_____
Peter E. Gillespie