25

02cv908 nexttime

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI | |
| Plaintiff, | CIVIL ACTION NO. |
| | 3:02CV908(CFD) |
| v. | |
| SOUTHERN NEW ENGLAND | |
| TELEPHONE COMPANY | |
| Defendant. | DECEMBER 9, 2003 |

So ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

## DEFENDANT'S MOTION ON CONSENT TO EXTEND EXPERT DEADLINES

Pursuant to Local Rule 7(b), the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests a limited extension of time to complete expert discovery as follows, because despite counsel's good faith efforts, the deposition of plaintiff's second expert witness has not yet been completed.

Specifically, defendant requests (1) an extension of time to complete all discovery, to and including January 30, 2004; (2) an extension of time to complete the deposition of plaintiff's expert witness, to and including December 16, 2003; (3) an extension of time for defendant to designate its expert witness(es), to and including January 15, 2004; (4) an extension of time to complete the deposition of defendant's expert witness(es), to and including January 30, 2004; (5) an extension of time to file dispositive motions, to and including February 27, 2004; and (6) an