**FILED**

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 19  P 2: 04

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | * |
| Plaintiff, | * CIVIL ACTION No. 02-CV-908(CFD) |
| v. | * |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY | * DECEMBER 16, 2003 |
| Defendant. | |

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

## PLAINTIFF'S MOTION ON CONSENT TO EXTEND PRE-TRIAL DEADLINES

Pursuant to Local Rule 7(b), the Plaintiff, KIMBERLY BACHIOCCHI, respectfully requests an extension of pre-trial deadlines in this matter. This request is intended to supercede Defendant's earlier request for an extension which was dated December 9, 2003.

Specifically, Plaintiff requests the following:

1. An extension of time to complete all discovery to February 13, 2004 instead of the previously scheduled date of January 15, 2004;

2. An extension to complete the deposition of Plaintiff's treating Psychologist to December 29, 2003;