29

FILED

2003 DEC 31 A 11: 1

U.S. DISTRICT COURT
HARTFORD CT.

02cv908mext

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| V. | : | 3:02CV908(CFD) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY | : | |
| Defendant. | : | DECEMBER 30, 2003 |

*Extensions granted. So ordered.* ✓ *DST 2/10/04*

**DEFENDANT'S MOTION TO EXTEND PRE-TRIAL DEADLINES, OR IN THE ALTERNATIVE, TO PRECLUDE PLAINTIFF'S EXPERT WITNESS DR. ZACHARIAH**

Pursuant to Local Rule 9(b), the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests a thirty (30) day extension of all remaining pre-trial deadlines. Specifically, defendant requests (1) an extension of time to complete discovery, to and including March 15, 2004; (2) an extension of time to complete the deposition of plaintiff's expert witness, to and including January 29, 2004; (3) an extension of time for defendant to designate its expert witness(es), to and including February 27, 2004; (4) an extension of time to complete the deposition of defendant's expert witness(es), to and including March 15, 2004; (5) an extension of time to file dispositive motions, to and including April 14, 2004; and (6) an extension of time to file the joint trial memorandum, to and including May 14, 2004 or forty five (45) days after the date of the court's decision on the dispositive motions, whichever is later. In the alternative, defendant