#32

Granted. This is the final extension. So ordered.
/s/ 7/6-7/04
JDS

02cv908end 3:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 3:02CV908(CFD) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY | |
| Defendant. | FEBRUARY 24, 2004 |

### DEFENDANT'S MOTION ON CONSENT TO EXTEND TIME TO DISCLOSE ITS EXPERT WITNESS AND TO COMPLETE DISCOVERY

Pursuant to Local Rule 7(b), the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests a fifty (50) day extension of time to disclose its expert witness and to complete expert discovery. Specifically, defendant requests (1) an extension of time to complete all discovery, to and including May 4, 2004; (2) an extension of time for defendant to designate its expert witness(es), to and including April 12, 2004; (3) an extension of time to file dispositive motions, to and including June 3, 2004; and (4) an extension of time to file the joint trial memorandum, to and including July 3, 2004 or forty five (45) days after the date of the court's decision on the dispositive motions, whichever is later.

FILED
2004 MAR -1 A 7:59
U.S. DISTRICT COURT
HARTFORD, CT