UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
****************************************
KIMBERLY BACHIOCCHI,         *
                             *
          Plaintiff,         *    CIVIL ACTION No. 3:02CV908(CFD)
                             *
     v.                      *
                             *
SOUTHERN NEW ENGLAND         *    FEBRUARY 27, 2004
TELEPHONE COMPANY,           *
                             *
          Defendant.         *
****************************************
```

## PLAINTIFF'S PARTIAL OBJECTION TO DEFENDANT'S MOTION ON CONSENT TO EXTEND TIME

By motion dated February 24, 2004 Defendant sought an extension of time to disclose its expert and complete discovery. Defendant's motion included eight numbered paragraphs setting forth the reasons for which it believed that the requested extension is necessary. Then, at paragraph 10, Defendant stated: "Plaintiff's counsel has been contacted and consents to this motion."

It is Plaintiff's position that an extension is appropriate based upon adjoined date of a settlement conference, currently scheduled to reconvene on March 31, 2004 as recited in ¶8 of Defendant's motion. The undersigned discussed this issue with Attorney Cannavino and agreed to the motion and the requested extension on that basis.

However, Ms. Cannavino did not raise or discuss with counsel the matters referred

to in ¶¶1 - 7 of Defendant's motion. Plaintiff does not agree with the assertions made therein, and believes that for the most part they are nothing more than partisan posturing.

For example, in ¶2 Defendant notes that it "has issued subpoenas." That assertion overlooks that most of the subpoenae were issued on February 24, the same day as the motion and were intended to be returnable on February 26. In a similar vein, and again by way of example, Defendant notes, with apparent umbrage, that "Dr. Zachariah took the Keeper of Records Subpoena himself . . . ." One might think that Respondent would be grateful, not grudging, based on the Doctor's best good faith efforts.

In any event, Plaintiff wishes her position to be clear. At ¶8 Defendant's motion sets forth good cause for an extension and on that basis Plaintiff respectfully joins in the request for an extension of 50 days, a time period which mirrors the duration of the adjournment in the settlement efforts.

                              THE PLAINTIFF
                              KIMBERLY BACHIOCCHI


                              By: _____
                                    Peter E. Gillespie (ct06554)
                                    46 Riverside Drive
                                    P. O. Box 3416
                                    Westport, CT 06880
                                    Tel: (203) 227-7000
                                    Fax:(203) 454-5508
                                    Email:petelaw@attglobal.net

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 27th day of February, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie