UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN NEW ENGLAND<br>TELEPHONE COMPANY<br><br>    Defendant. | CIVIL ACTION NO.<br>3:02CV908(CFD)<br><br><br><br><br><br>APRIL 1, 2004 |

MOTION TO SEAL

Pursuant to the Joint Motion for a Confidentiality Order dated July 3, 2003, the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests that the Court issue an Order sealing Defendant's Motion to Compel a Current Medical Authorization from Plaintiff and Updated Medical Information and the Affidavit of Deborah DeHart Cannavino in Support of Defendant's Motion to Compel a Current Medical Authorization from Plaintiff and Updated Medical Information dated April 1, 2004, because it contains references to plaintiff's medical condition and other personal information.

THE DEFENDANT,
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY


By: /s/ Debbie Conna
Deborah DeHart Cannavino (CT 08144)
TYLER COOPER & ALCORN, LLP
One Landmark Square
Stamford, CT 06901-2501
Telephone: (203)348-5555
Fax: (203) 348-3875
Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 1st day of April, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

_____
Deborah DeHart Cannavino