UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2004 APR 21  A II: 25

U.S. DISTRICT COURT
HARTFORD, CT.

```
******************************
KIMBERLY BACHIOCCHI,          *
                              *
            Plaintiff,        *      CIVIL ACTION No. 3:02CV908(CFD)
                              *
      v.                      *
                              *
SOUTHERN NEW ENGLAND          *      April 17, 2004
TELEPHONE COMPANY,            *
                              *
            Defendant.        *
******************************
```

## PLAINTIFF'S MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a)(2)(B) Plaintiff respectfully requests that Defendant

be compelled to produce certain documents and materials, in three categories: (1)

investigations and related materials, (2) limited wage, benefit and performance information,

as requested and (3) sign-out logs for its Elizabeth Street facility.  Simultaneously herewith

Plaintiff has filed a certification, as required, a Memorandum of Law in Support of this

motion, and two supporting affidavits in which she more fully states her position.

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By:_____
Peter E. Gillespie (ct06554)
46 Riverside Drive
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax:(203) 454-5508
Email:petelaw@attglobal.net

ARGUMENT REQUESTED

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 17$^h$ day of April, 2004 to the following:


Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901


Peter E. Gillespie