UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KIMBERLY BACHIOCCHI,                  *
                                      *
              Plaintiff,              *     CIVIL ACTION No. 3:02CV908(CFD)
                                      *
     v.                               *
                                      *
SOUTHERN NEW ENGLAND                  *     April 17, 2004
TELEPHONE COMPANY,                    *
                                      *
              Defendant.              *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **RULE 37 CERTIFICATION**

Pursuant to Fed. R. Civ. P. 37(a)(2)(B) the undersigned certifies that he has, in good faith, attempted to resolve the issues which have given rise to the motion to compel filed on even date herewith, but has been unsuccessful in those efforts. As set forth in greater detail in the affidavit of counsel which is filed with the motion to compel, the undersigned conferred with Defendant's counsel by telephone to discuss the objections interposed and resolve them. Gillespie Affidavit at ¶5 and 6.

Thereafter, having receiving correspondence from counsel the undersigned again spoke by telephone in an attempt to resolve some apparent confusion which had arisen. Gillespie affidavit at ¶8.

Finally, the undersigned wrote to Ms. Cannavino by letter of April 7, 2004. The remaining outstanding discovery issues were discussed and updated with reference to intervening deposition testimony, but no response of any kind has been received. Gillespie affidavit at ¶10, 11 and Exhibit G.

a good faith effort to resolve these outstanding issues without seeking the assistance of the Court, but he has not been successful in that effort.

    I hereby certify that the foregoing is a true and correct statement.

                                                              _____
Peter E. Gillespie   (ct06554)
46 Riverside Drive
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax:(203) 454-5508
Email:petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 17$^h$ day of April, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie