**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KIMBERLY BACHIOCCHI, : | |
|     Plaintiffs : | |
| : | |
| v. : | Civil Action No. 3:02CV908 (CFD) |
| : | |
| SOUTHERN NEW ENGLAND : | |
| TELEPHONE COMPANY, : | |
|     Defendant. : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_X_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

_X_  A ruling on the following motions which are currently pending: [doc. #35-36] Defendant's Motion to Compel and Affidavit in Support; [doc. #37] Defendant's Motion to Seal Document; [doc. #41-46] Plaintiff's Motion to Compel and Memorandum in Support, Rule 37 Certification, Affidavit of Peter Gillespie in Support, Affidavit of Kimberly Bachiocchi in Support, and Notice of Filing Sealed Documents (orefm.)

\_\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this 23rd day of April 2004, at Hartford, Connecticut.

                                            /s/ CFD
                                            Christopher F. Droney
                                            United States District Judge