UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

2004 APR 27 P 4: 25

U.S. DISTRICT COURT
HARTFORD, CT.

KIMBERLY BACHIOCCHI,
        -Plaintiff


-v-                        CIVIL NO. 3:02 CV 908 (CFD)


SOUTHERN NEW ENGLAND
TELEPHONE COMPANY,
        -Defendant


### RULING ON PENDING MOTION

Defendant's motion to compel a current medical authorization from plaintiff to obtain updated medical records **(Dkt.35) is granted.** Plaintiff's objections are not substantial, nor are they persuasive. The defendant is entitled to discovery of this relevant information. While some of the information sought may conceivably be determined to be inadmissible at trial depending on plaintiff's proof, it is discoverable. Plaintiff is ordered to provide the current, updated authorization that defendant seeks.

Defendant's motion to seal **(Dkt. #37) is granted.** The undersigned finds that the sealed information pertains to private medical issues and is not type of information in which the public or the press normally has any interest. The court, or course, will

entertain an unsealing application at any time from any interested person or party.

This is not a "recommended ruling." It is a discovery ruling and order, which is reviewable pursuant to the "clearly erroneous" standard of review provided for in 28 U.S.C. §636(b)(1)(A).

IT IS SO ORDERED at Hartford, Connecticut, this 27th day of April, 2004.

Thomas P. Smith
United States Magistrate Judge