UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:02CV908(CFD) |
| v. | : |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY | : |
| Defendant. | : APRIL 28, 2004 |

## DEFENDANT'S MOTION TO EXTEND TIME TO FILE A REPLY BRIEF

Pursuant to Local Rule 7(b), the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests a four (4) day extension of time to, and including May 6, 2004, to file a Reply Brief to the Plaintiff's Opposition to the Defendant's Motion to Compel a Current Medical Authorization dated April 16, 2004.

In support of its motion, the undersigned counsel for defendant represents as follows:

1. Defendant seeks this limited extension of time in order to review and consider the substantial Opposition and supporting papers that plaintiff filed in response to defendant's motion seeking a current medical authorization, and to prepare an appropriate response.

2. In addition, in her Opposition, plaintiff's counsel states that he had discussions concerning the issue of a medical authorization with another member of defense counsel's firm, and

the undersigned needs to coordinate the Reply with that attorney in order to address plaintiff's assertions.

3. This is the defendant's first extension of time to file a Reply Brief.

4. The deadline for filing the Reply Brief is currently Friday, May 2, 2004.

WHEREFORE, defendant respectfully requests that its Motion to Extend Time to file its Reply Brief.

> THE DEFENDANT,
> SOUTHERN NEW ENGLAND
> TELEPHONE COMPANY
>
> By: *(signature)*
> Deborah DeHart Cannavino (CT 08144)
> TYLER COOPER & ALCORN, LLP
> One Landmark Square
> Stamford, CT 06901-2501
> Telephone: (203)348-5555
> Fax: (203) 348-3875
> Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 28th day of April, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

_____
Deborah DeHart Cannavino