UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:02CV908(CFD) |
| v. : | |
| : | |
| SOUTHERN NEW ENGLAND : | |
| TELEPHONE COMPANY : | |
| : | |
| Defendant. : | APRIL 28, 2004 |

### DEFENDANT'S MOTION TO COMPEL A COPY OF THE VIDEOTAPE

Pursuant to Rule 37(a) of the Federal Rule of Civil Procedure and Local Rule 37, the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests that the Court issue an Order compelling the plaintiff Kimberly Bachiocchi ("plaintiff") to provide a copy of the videotape(s) taken of SNET, and any other visual depictions responsive to Document Request Nos. 4 and 5 of Defendant's Second Request for the Production of Documents dated February 12, 2004.

Despite defendant's requests, plaintiff still has not produced a copy of this videotape(s) to defendant which is capable of being viewed or copied.

In support of this Motion, defendant submits the Affidavit of Deborah DeHart Cannavino dated April 28, 2004 and supporting Memorandum of Law.

THE DEFENDANT,
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

By: *[signature]*
Deborah DeHart Cannavino (CT 08144)
TYLER COOPER & ALCORN, LLP
One Landmark Square
Stamford, CT 06901-2501
Telephone: (203)348-5555
Fax: (203) 348-3875
Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 28th day of April, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

_____
Deborah DeHart Cannavino