*49*

**FILED**

2004 APR 29 A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KIMBERLY BACHIOCCHI

    Plaintiff,

v.

SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

    Defendant.

CIVIL ACTION NO.
3:02CV908(CFD)

APRIL 28, 2004

---

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 4/30/04

FILED 2004 APR 30 P 12: 2[?] U.S. DISTRICT COURT HARTFORD, CT.

### DEFENDANT'S MOTION TO EXTEND TIME TO FILE A REPLY BRIEF

Pursuant to Local Rule 7(b), the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests a four (4) day extension of time to, and including May 6, 2004, to file a Reply Brief to the Plaintiff's Opposition to the Defendant's Motion to Compel a Current Medical Authorization dated April 16, 2004.

In support of its motion, the undersigned counsel for defendant represents as follows:

1. Defendant seeks this limited extension of time in order to review and consider the substantial Opposition and supporting papers that plaintiff filed in response to defendant's motion seeking a current medical authorization, and to prepare an appropriate response.

2. In addition, in her Opposition, plaintiff's counsel states that he had discussions concerning the issue of a medical authorization with another member of defense counsel's firm, and