UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV908(CFD) |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY | : | |
| | : | |
| Defendant. | : | APRIL 30, 2004 |

### DEFENDANT'S MOTION TO EXTEND TIME TO DEPOSE DR. TIRADO

Pursuant to Local Rule 7(b), the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests a six (6) day extension of discovery to, and including May 11, 2004, for the limited purpose of taking the deposition of Dr. Anna Tirado.

In support of its motion, the undersigned counsel for defendant represents as follows:

1. Defendant seeks this limited extension of time in order to take the deposition of Dr. Anna Tirado.

2. Defendant prepared a Subpoena for Dr. Tirado seeking a deposition on May 3, 2004. However, defense counsel has been informed that Dr. Tirado is been out of state due to a serious illness of a family member. It is defense counsel's understanding the Dr. Tirado will not be back in Connecticut until May 10, 2004. Dr. Tirado's deposition has been rescheduled with her

agreement for May 11, 2004, commencing at 9 a.m.

    3. In addition, Dr. Tirado was one of the doctors who would not provide her complete medical files on the plaintiff without a new authorization. Plaintiff refused to provide a current medical authorization from 1982 to the present, and the defendant was forced to compel one from the court. Magistrate Judge Smith granted defendant's motion on April 29, 2004. Although defendant has not yet received a signed authorization, defendant's counsel anticipates that she will receive it shortly. Then, a complete set of Dr. Tirado's records can be obtained and her deposition can be taken.

    4. This is the defendant's first extension of time to conduct Dr. Tirado's deposition. Defendant has filed seven prior motions to extend discovery in this matter.

    5. The current deadline for discovery is May 4, 2004.

    6. Defense counsel contacted plaintiff's attorney today to ascertain his position on this motion. But, he was not available.

WHEREFORE, defendant respectfully requests that its Motion to Extend Time be granted.

> THE DEFENDANT,
> SOUTHERN NEW ENGLAND
> TELEPHONE COMPANY
>
> By: *[signature]*
> Deborah DeHart Cannavino  (CT 08144)
> TYLER COOPER & ALCORN, LLP
> One Landmark Square
> Stamford, CT  06901-2501
> Telephone: (203)348-5555
> Fax: (203) 348-3875
> Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 30th day of April, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

> *[signature]*
> Deborah DeHart Cannavino