UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV908(CFD) |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY | : | |
| | : | |
| Defendant. | : | APRIL 30, 2004 |

### DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANT'S SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS

Pursuant to Rule 37(a) of the Federal Rule of Civil Procedure and Local Rule 37, the defendant, Southern New England Telephone Company ("defendant"), submits this Motion to Compel.

By this motion, defendant respectfully requests that the Court issue an Order compelling the plaintiff Kimberly Bachiocchi ("plaintiff") to provide complete responses to the Defendant's Second Request for the Production of Documents dated February 12, 2004. Despite defense counsel's requests for the information, complete responses have not been provided.

1

In support of this motion, defendant submits the accompanying memorandum of law and the Affidavit of Deborah DeHart Cannavino dated April 30, 2004

        THE DEFENDANT,
        SOUTHERN NEW ENGLAND
        TELEPHONE COMPANY

        By: /s/ Debbi Cannavino
        Deborah DeHart Cannavino
        (CT 08144)
        TYLER COOPER & ALCORN, LLP
        One Landmark Square
        Stamford, CT 06901-2501
        Telephone: (203)348-5555
        Fax: (203) 348-3875
        Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 30th day of April, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

*Debbi Canna*
Deborah DeHart Cannavino