UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:02CV908(CFD) |
| v. : | |
| SOUTHERN NEW ENGLAND : | |
| TELEPHONE COMPANY : | |
| Defendant. : | APRIL 30, 2004 |

DEFENDANT'S MOTION TO SEAL

Pursuant to the Joint Motion for a Confidentiality Order dated July 3, 2003, the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests that the Court issue an Order sealing Defendant's Motion to Compel Plaintiff's Responses to Defendant's Second Request for the Production of Documents, supporting Memorandum of Law, and the Affidavit of Deborah DeHart Cannavino dated April 30, 2004, because they contain references to plaintiff's medical condition.

Dated at Stamford, Connecticut, this 30th day of April, 2004.

                THE DEFENDANT,
                SOUTHERN NEW ENGLAND
                TELEPHONE COMPANY

                By: */s/ Deborah DeHart Cannavino*
                Deborah DeHart Cannavino (CT 08144)
                TYLER COOPER & ALCORN, LLP
                One Landmark Square
                Stamford, CT 06901-2501
                Telephone: (203)348-5555
                Fax: (203) 348-3875
                Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 30th day of April, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

_____
Deborah DeHart Cannavino