# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI,  :  | |
|     Plaintiffs : | |
| : | |
| v. | : Civil Action No. 3:02CV908 (CFD) |
| : | |
| SOUTHERN NEW ENGLAND : | |
| TELEPHONE COMPANY, : | |
|     Defendant. : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending: (orefm.)

____ A ruling on the following motions which are currently pending: [doc. #35-36] Defendant's Motion to Compel and Affidavit in Support; [doc. #37] Defendant's Motion to Seal Document; [doc. #41-46] Plaintiff's Motion to Compel and Memorandum in Support, Rule 37 Certification, Affidavit of Peter Gillespie in Support, Affidavit of Kimberly Bachiocchi in Support, and Notice of Filing Sealed Documents (orefm.)

_X_ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following: (orefmisc./cnf)

____ Other: (orefmisc./misc) _____

SO ORDERED this  4th  day of May 2004, at Hartford, Connecticut.

                                             /s/ CFD
                                           Christopher F. Droney
                                           United States District Judge