FILED
2004 MAY -3 A 11: 06
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV908(CFD) |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY | : | |
| | : | |
| Defendant. | : | APRIL 30, 2004 |

5/4/04. granted. /s/ U.S.D.J.

### DEFENDANT'S MOTION TO EXTEND TIME TO DEPOSE DR. TIRADO

Pursuant to Local Rule 7(b), the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests a six (6) day extension of discovery to, and including May 11, 2004, for the limited purpose of taking the deposition of Dr. Anna Tirado.

In support of its motion, the undersigned counsel for defendant represents as follows:

Defendant seeks this limited extension of time in order to take the deposition of Dr. Anna Tirado.

Defendant prepared a Subpoena for Dr. Tirado seeking a deposition on May 3, 2004. However, defense counsel has been informed that Dr. Tirado is been out of state due to a serious illness of a family member. It is defense counsel's understanding the Dr. Tirado will not be back in Connecticut until May 10, 2004. Dr. Tirado's deposition has been rescheduled with her

FILED 2004 MAY -4 P 12: 30 U.S. DISTRICT COURT HARTFORD, CT.