UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:02CV908(CFD) |
| v. : | |
| SOUTHERN NEW ENGLAND : | |
| TELEPHONE COMPANY : | |
| Defendant. : | MAY 3, 2004 |

## DEFENDANT'S MOTION TO COMPEL A COPY OF PLAINTIFF'S STATEMENT

Pursuant to Rule 37(a) of the Federal Rule of Civil Procedure and Local Rule 37, the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests that the Court issue an Order compelling the plaintiff Kimberly Bachiocchi ("plaintiff") to provide a copy of the draft written statement she prepared for the defendant's investigator during an internal investigation of her complaint, in response to Request No. 25 of the Defendant's First Request for the Production of Documents.

ORAL ARGUMENT NOT REQEUSTED

In support of this Motion, defendant submits the Affidavit of Deborah DeHart Cannavino dated May 3, 2004 and supporting Memorandum of Law.

THE DEFENDANT,
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

By: *(signature)*
Deborah DeHart Cannavino  (CT 08144)
TYLER COOPER & ALCORN, LLP
One Landmark Square
Stamford, CT  06901-2501
Telephone: (203)348-5555
Fax: (203) 348-3875
Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 3rd day of May, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

_____
Deborah DeHart Cannavino