UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI,* | | |
| * | | |
| Plaintiff, * | CIVIL ACTION No. 3:02CV908(CFD) | |
| * | | |
| v.    * | | |
| * | | |
| SOUTHERN NEW ENGLAND * | MAY 12, 2004 | |
| TELEPHONE COMPANY, * | | |
| * | | |
| Defendant. * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO RECONSIDER THE COURT'S ORDER OF REFERENCE TO MAGISTRATE FOR CONDUCTING A SETTLEMENT CONFERENCE

By order dated May 4, 2004 the Court referred this matter to the Magistrate judge for the purpose of conducting a settlement conference. This Order first came to Plaintiff's attention on May 8, 2004.

The Court earlier had referred this matter to Special Master Emanuel N. Psarakis. For the reasons set forth below, Pursuant to Local Rule 7(c) Plaintiff respectfully asks the Court to reconsider its more recent reference to the Magistrate Judge and to return this matter to the Special Master.

Special Master Psarakis conducted a settlement conference in this matter on February 11, 2004. Mr. Psarakis spent the entire day with the parties, discussing this

matter and gaining a thorough knowledge of the facts and positions of the parties. Although no settlement was reached on that day, the Special Master suggested, and **both parties agreed** to attend a second session before him. The second session was set down for March 31, 2004. A copy of the Special Master's letter scheduling the settlement proceedings is attached as Exhibit A.

On March 30, 2004 the undersigned received a telephone call from Mr. Psarakis stating that Defendant had contacted him by telephone on that day, asking that the settlement effort scheduled for March 31, 2004 be put over. Mr. Psarakis informed the undersigned that Defendant's counsel had stated that Defendant might be available to continue the conference in May.

Under these circumstances, Plaintiff believes that it would better preserve scarce judicial resources if Mr. Psarakis were to continue the settlement proceedings as the parties had both earlier agreed.

        Respectfully submitted,

        THE PLAINTIFF
        KIMBERLY BACHIOCCHI


        By:_____
        Peter E. Gillespie   (ct06554)
        46 Riverside Drive
        P. O. Box 3416
        Westport, CT 06880
        Tel: (203) 227-7000
        Fax:(203) 454-5508

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 12[h] day of May, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

As a courtesy, a copy was also served upon the following:

Emanuel N. Psarakis, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

_____
Peter E. Gillespie