# ROBINSON & COLE LLP

EMANUEL N. PSARAKiS

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
epsarakis@rc.com
Direct (860) 275-8268

March 10, 2004

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

Peter E. Gillespie, Esq.
45 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

Re: Bachiocchi v. Southern New England
    Case No.: 3:02cv908 (CFD)

Dear Attorneys Alexander and Gillespie:

The court has rescheduled a settlement conference for March 31, 2004 at 10:00 A.M. at the Federal Building, 450 Main Street, Hartford, Connecticut, Conference Room #604.

I appreciate the efforts of both parties in our initial conference. I further believe that if both sides engage in a reality check of all relevant facts and circumstances, a settlement may be achieved. If either party wishes to send me further information by way of a confidential memo only to me before the conference, please feel free to do so, although that is not required.

Sincerely yours,

|S|

Emanuel N. Psarakis

ENP/ct

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD
GREENWICH
NEW YORK

www.rc.com          HART1-1166275-1