THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

KIMBERLY BACHIOCCHI,

   Plaintiff,

v.                                                            \* CIV. ACTION NO. 02-CV-908 (CFD)

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

   Defendant.                                        \* MAY 12, 2004

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### DEFENDANT'S MOTION TO EXCEED PAGE LENGTH

The defendant, the Southern New England Telephone Company, hereby respectfully seeks permission to exceed the page length of 10 pages set forth in Local Rule 7(d) of the United States District Court for the District of Connecticut in its Reply to Plaintiff's Objection to Defendant's Request for Extension of Time filed on this same date. The reason for this request is that, in her Objection, plaintiff has accused SNET of dilatory conduct in pursuing discovery in this matter and this claim has no basis in fact and requires a response. In addition, plaintiff asserts that there is not good cause to allow SNET to complete the plaintiff's deposition and the depositions of remaining fact witnesses, notwithstanding that plaintiff has still failed to provide full and accurate responses to

*ORAL ARGUMENT IS NOT REQUESTED*

written discovery. This assertion by the plaintiff is also incorrect. Because the history of discovery in this case is lengthy and somewhat contorted, to be accurate, SNET must set forth in detail the conduct of the parties in discovery that predated its Motion for Extension of Time for SNET to Complete Fact Witness Depositions filed on May 3, 2004.

While SNET regrets the length of the Reply, it believes it is important for the Court to have a full understanding, with supporting exhibits, of the obstacles plaintiff and her expert witness have created to completing discovery in this case. While SNET would have liked to avoid this undertaking, including the lengthy history of discovery in the case, plaintiff's 14-page Objection to SNET's request for a limited extension has unfortunately necessitated it.

<pre>
                    THE DEFENDANT
                    THE SOUTHERN NEW ENGLAND
                    TELEPHONE COMPANY

                    By  /s/ Lori B. Alexander
                        Lori B. Alexander CT08970
                        Tyler Cooper & Alcorn, LLP
                        205 Church Street
                        P.O. Box 1936
                        New Haven, CT 06509-1910
                        Telephone: 203-784-8200
                        Fax: (203) 865-7865
                        Email: alexander@tylercooper.com
</pre>

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 12th day of May, 2004 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_____
Lori B. Alexander
Federal Bar No.: CT08970