UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:02CV908(CFD) |
| v. | : |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY | : |
| Defendant. | : MAY 13, 2004 |

DEFENDANT'S MOTION TO SEAL PORTIONS OF THE PLAINTIFF'S COUNSEL'S
AFFIDAVIT DATED APRIL 17, 2004

Pursuant to the Joint Motion for a Confidentiality Order dated July 3, 2003, the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests that the Court issue an Order sealing Exhibits D and E of the Affidavit of Peter Gillespie in support of Plaintiff's Motion to Compel dated April 17, 2004 because those Exhibits contain references to the names and salaries of certain of defendant's employees, and proprietary information concerning the defendant's pay practices.

Dated at Stamford, Connecticut, this 13th day of May, 2004.

                THE DEFENDANT,
                SOUTHERN NEW ENGLAND
                TELEPHONE COMPANY

By: *[signature]*
Deborah DeHart Cannavino  (CT 08144)
TYLER COOPER & ALCORN, LLP
One Landmark Square
Stamford, CT  06901-2501
Telephone: (203)348-5555
Fax: (203) 348-3875
Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 13th day of May, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

*Debbie Cannavino*
Deborah DeHart Cannavino