THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*
KIMBERLY BACHIOCCHI,              \*
                                  \*
                                  \*
                                  \*
                                  \*
    Plaintiff,                    \*
                                  \*
v.                                \*  CIV. ACTION NO. 02-CV-908 (CFD)
                                  \*
                                  \*
THE SOUTHERN NEW                  \*
ENGLAND TELEPHONE                 \*
COMPANY,                          \*
                                  \*
    Defendant.                    \* MAY 13, 2004
                                  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### DEFENDANT'S MOTION TO EXTEND TIME NUNC PRO TUNC

Pursuant to Local Rule 7(b), the defendant, Southern New England Telephone Company, respectfully requests that the court grant a one day extension of time, nunc pro tunc, to file its Opposition to the Plaintiff's Motion to Compel dated April 17, 2004.

In support of its motion, the undersigned counsel for defendant submits the following:

1. The defendant could not file its Opposition on May 12, 2004 with the court before the close of business because, despite its best efforts, it encountered many unforeseen problems in scanning the Opposition to create the required PDF diskette for the court.

2. However, the Opposition was served on opposing counsel via facsimile and regular mail on May 12, 2004.

3. The original pleadings and the diskette were delivered to court the next morning, May

13, 2004.

4. In the absence of the requested extension, the deadline for filing defendant's Opposition was May 12, 2004.

5. Plaintiff's counsel has been contacted and he consents to this motion to extend time.

6. This is the first request to extend time to respond to the Plaintiff's Motion to Compel.

WHEREFORE, based upon the foregoing, the defendant respectfully requests that its Motion to Extend Time, Nunc Pro Tunc, be granted.

        THE DEFENDANT,
        SOUTHERN NEW ENGLAND TELEPHONE COMPANY

        By _____
          Deborah DeHart Cannavino (CT 08144)
          Tyler Cooper & Alcorn, LLP
          One Landmark Square
          Stamford, CT 06901-2501
          Tel. (203) 348-5555
          Fax: (203) 348-3875
          cannavino@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 13th day of May, 2004, as follows:

Peter E. Gillespie, Esquire
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

*[signature]*
Deborah DeHart Cannavino