THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*******************   *
                      *
KIMBERLY BACHIOCCHI,  *
                      *
                      *
                      *
    Plaintiff,        *
                      *
v.                    *   CIV. ACTION NO. 02-CV-908 (CFD)
                      *
                      *
THE SOUTHERN NEW      *
ENGLAND TELEPHONE     *
COMPANY,              *
                      *
    Defendant.        *   MAY 12, 2004
*******************   *
```

### DEFENDANT'S MOTION TO FILE PLEADING UNDER SEAL

Pursuant to Local Rule 5(d) for the United States District Court for the District of Connecticut, the defendant, the Southern New England Telephone Company ("SNET"), respectfully requests that the Court issue an Order sealing its Reply to Plaintiff's Objection to Defendant's Request for Extension of Time ("Reply") of this same date. This motion is being made because the exhibits attached to the Reply contain medical information and references to plaintiff's medical condition and other personal information.

In light of the above, although SNET provided a copy of the Reply brief to the Court in electronic format, it redacted the exhibits from the electronic filing.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven Connecticut this 12th Day of May, 2004.

        THE DEFENDANT
        THE SOUTHERN NEW ENGLAND
        TELEPHONE COMPANY

By _____/s/ Lori B. Alexander_____
        Lori B. Alexander CT08970
        Tyler Cooper & Alcorn, LLP
        205 Church Street
        P.O. Box 1936
        New Haven, CT 06509-1910
        Telephone: 203-784-8200
        Fax: (203) 865-7865
        Email: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 12th day of May, 2004 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

        _____/s/ Lori B. Alexander_____
        Lori B. Alexander
        Federal Bar No.: CT08970