UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV908(CFD) |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY | : | |
| | : | |
| Defendant. | : | MAY 13, 2004 |

### DEFENDANT'S MOTION TO SEAL

Pursuant to the Joint Motion for a Confidentiality Order dated July 3, 2003, the defendant, the Southern New England Telephone Company ("defendant"), respectfully requests that the Court issue an Order sealing the Affidavit of Deborah DeHart Cannavino dated May 12, 2004, because it contains references to the plaintiff's medical condition, and to the defendant's compensation practices as well as other proprietary business practices and policies.

Dated at Stamford, Connecticut, this 13th day of May, 2004.

>THE DEFENDANT,
>SOUTHERN NEW ENGLAND
>TELEPHONE COMPANY
>
>By: *[signature]*
>Deborah DeHart Cannavino  (CT 08144)
>TYLER COOPER & ALCORN, LLP
>One Landmark Square
>Stamford, CT  06901-2501
>Telephone: (203)348-5555
>Fax: (203) 348-3875
>Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 13th day of May, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

_____
Deborah DeHart Cannavino