UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

****************************************
KIMBERLY BACHIOCCHI,            *
                                *
            Plaintiff,          *    CIVIL ACTION No. 3:02CV908(CFD)
                                *
    v.                          *
                                *
SOUTHERN NEW ENGLAND            *    May 17, 2004
TELEPHONE COMPANY,              *
                                *
            Defendant.          *
****************************************

## PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S THREE MOTIONS TO COMPEL

Defendant has filed three motions to compel which are currently pending before the Court. The motions were filed on April 29, May 3 and May 4, respectively. Plaintiff respectfully requests that time to respond to all three motions be extended to Friday, May 28, 2004, an extension of eight days for the earliest of these three motions, four days for the second and three days for the third.

Plaintiff requests this short extension due to the current press of business, the complexity of the issues presented by the three serial motions and so that so that she may attempt to provide a unified response to the three motions.

No earlier request for an extension has been sought by Plaintiff with respect to this issue.  The undersigned has contacted Deborah Cannavino, Counsel for Defendant, and spoken with her twice on this subject, but counsel has not taken a position with respect to this request.

                THE PLAINTIFF
                KIMBERLY BACHIOCCHI

By: _____
     Peter E. Gillespie (ct06554)
     46 Riverside Drive
     P. O. Box 3416
     Westport, CT 06880
     Tel: (203) 227-7000
     Fax:(203) 454-5508
     Email:petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 17th day of May, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie