UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KIMBERLY BACHIOCCHI, *
                                            *
           Plaintiff,       *      CIVIL ACTION No. 3:02CV908(CFD)
                                            *
       v.                  *
                                            *
SOUTHERN NEW ENGLAND     *      MAY 25, 2004
TELEPHONE COMPANY,       *
                                            *
           Defendant.    *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S SECOND MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a)(2)(B) Plaintiff respectfully requests that Defendant be compelled to produce the personnel files of Kevin West, Richard Light and Robert Vallerio. Simultaneously herewith Plaintiff has filed a certification, as required, a Memorandum of Law in Support of this motion, and a supporting affidavit of counsel.

                                       THE PLAINTIFF
                                       KIMBERLY BACHIOCCHI

                                       By:_____
                                       Peter E. Gillespie   (ct06554)
                                       46 Riverside Drive
                                       P. O. Box 3416
                                       Westport, CT  06880     ARGUMENT
NOT REQUESTED            Tel: (203) 227-7000
                                       Fax:(203) 454-5508

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 25$^h$ day of May, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

```
_____
Peter E. Gillespie
```