UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*************************************
KIMBERLY BACHIOCCHI,       *
                           *
        Plaintiff,         *    CIVIL ACTION No. 3:02CV908(CFD)
                           *
    v.                     *
                           *
SOUTHERN NEW ENGLAND       *    May 25, 2004
TELEPHONE COMPANY,         *
                           *
        Defendant.         *
*************************************
```

## RULE 37 CERTIFICATION
## AS TO PLAINTIFF'S SECOND MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a)(2)(B) the undersigned certifies that he has, in good faith, attempted to resolve the issues which have given rise to the motion to compel filed on even date herewith, but has been unsuccessful in those efforts. As set forth in greater detail in the affidavit of counsel which is filed with the motion to compel, the undersigned corresponded with Defendant's counsel by letter dated April 28, 2004 citing relevant precedent and seeking a change in Defendant's position. Gillespie Affidavit at ¶4.

Thereafter, having receiving no response, Counsel spoke with Attorney Cannavino in person on May 11, 2004. Gillespie affidavit at ¶5.

Defendant has not made any response to these enquiries.

Based upon these efforts the undersigned respectfully submits that he has made a good faith effort to resolve these outstanding issues without seeking the assistance of the Court, but he has not been successful in that effort.

I hereby certify that the foregoing is a true and correct statement.

_____
Peter E. Gillespie   (ct06554)
46 Riverside Drive
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax:(203) 454-5508
Email:petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 25th day of May, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie