UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KIMBERLY BACHIOCCHI, *

    Plaintiff,         CIVIL ACTION No. 3:02CV908(CFD)

v.

SOUTHERN NEW ENGLAND    MAY 25, 2004
TELEPHONE COMPANY,

    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF PETER E. GILLESPIE IN SUPPORT OF PLAINTIFF'S SECOND MOTION TO COMPEL

I, Peter E. Gillespie, being duly sworn, depose and state as follows:

1.  I am over 18 years of age and I believe in the obligations of an oath.

2.  This affidavit is submitted in support of Plaintiff's Motion to Compel dated May 25, 2004.

3.  On April 1, 2004 Plaintiff served Requests for Production (Second Set) upon Defendant. The Requests sought the personnel files for the individual alleged to be the primary harasser, Robert Vallerio, and Plaintiff's two supervisors, Richard Light and Kevin West, both of whom are also alleged to have engaged in retaliatory and/or harassing conduct. In response Defendant interposed objections to each and every

request for production. A copy of Defendant's objections is attached hereto as Exhibit A.

4. Following receipt of Defendant's objections the undersigned wrote to attorney Alexander by letter dated April 28, 2004. The letter cited relevant precedent and asked that Defendant to reconsider its position. A copy of that letter is attached hereto and made a part hereof, having been marked as Exhibit B. As of this date, Ms. Alexander has not responded to that letter in any way.

5. On Tuesday, May 11, 2004 I attended a deposition in this matter. Attorney Cannavino prosecuted the deposition on behalf of Defendant. At the conclusion of proceedings on that day I sought to address this discovery issue with Ms. Cannavino, but she responded that Ms. Alexander had received my letter and would respond as to this issue. As of this date, Defendant has not responded in any way to the letter of April 28, 2004 or my enquiry through Ms. Cannavino.

I have read the foregoing affidavit and I swear that it is true to the best of my knowledge and belief so help me God.

_____
Peter E. Gillespie

Subscribed and sworn to before
me this     day of May, 2004.


_____

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted

by first class post this 25th day of May, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____                    Peter E. Gillespie