TELECOPY COVER SHEET

TO: Lori B. Alexander
FROM: Peter E. Gillespie
RE: Bachiocchi v. SNET
DATE: April 28.2004

Number of Pages, Including Cover Sheet:   2
Sent to Fax Number:   (203) 789-2133
Message:
    Re Responses to Objections

PRIVILEGED & CONFIDENTIAL

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

PETEIR E. GILLESPIE<br>
COUNSELLOR AND ATTORNEY AT LAW<br>
46 RIVERSIDE AVENUE<br>
POST OFFICE BOX 3416<br>
WESTPORT, CONNECTICUT 06880

TELEPHONE (203) 227-7000                                                                               TELECOPIER(203) 454-5508

April 28, 2004

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06904

    Re: <u>Bachiocchi v. SNET</u>

Dear Ms. Alexander:

    Thank you for your prompt response to Plaintiff's second request for production. I received it upon my return this week. While I appreciate your speed, the fact that Defendant objected and provided no information was disappointing.

    I would ask you to reconsider your position. It appears that the Courts have held that the personnel files are subject to discovery under appropriate circumstances. <u>See,</u>
<u>Lyoch v. Anheuser-Busch Companies.</u> 164 F.R.D. 62, 68 (E. D. Missouri 1995)(Production of Supervisor's personnel file is relevant); <u>Gatewood v. Stone Container Corporation</u>, 170 F.R.D. 455 (S.D. Iowa **1996) (Personnel** files of promoted co-workers relevant); <u>Cason v. Builders FirstSource-Southeast Group, Inc.</u>, 159 F.Supp.2d 242, 247 (W.D. N.C. 2001 )(Production of the personnel files of Plaintiff's foreman and general manager relevant as they were alleged to have taken part in the discriminatory conduct); <u>Accord</u>, <u>Griffith v. Wal-Mart Stores. Inc</u>. 163 F.R.D. 4 (E.D. Ky. 1995).

    To the extent that you objected based upon <u>Conn. Gen. Stat</u>. §31-128f, I believe our request clearly falls within the exception set forth in sub-section 2 of that provision. If you are truly worried, let me know and I will obviate your concern by issuing a subpoena. It can then be served on you by telecopy on Thursday (if you will accept it) and you can overnight the files to me for delivery on Friday.

    No one in this case understands the sensitivity of personal material better than the Plaintiff. We will maintain these files as confidential pursuant to the terms of our arrangement. Further, if you would like to discuss redacting or limiting some information I am available to discuss such options together with proper safeguards.

                               Ve    my yours,

                             -Peter E. GillespJi~.

CC: Ms. K. Bachiocchi

# HP LaserJet 3330

```
P. E. GILLESPIE. ESQ.                                                                          invent
(203) 454-5508
Apr-28-2004 6:08PM
Fax Call Report

Job  Date         Time         Type      Identification      Duration    Pages     Result

476  4/28/2004    6:07:21PM    Send      12037892133         1:03        2         OK
```

j!E,ECOPY COPIER SHEET

| | |
|---|---|
| TO: | Lori B. Alexander |
| FROM: | Peter E. Gillesple |
| RE: | Bachlocchl v. SNET |
| DATE: | Aori128.2004 |

Number of Pages, Including Cover Sheet:

Sent to Fax Number:        12031789-213=9

Message:

    Re Responses to Objections

PRNILEGED 6 CONFIDENTIAL

This IM"a" is intended only for the use d f 6WWIduel or antly, to whlcn n Is addressed and may contain infornrtion shot is petvlleped, confider" and exempt from dedesfas under applicable law. N Ins reader of thin mesepe is not the intended redplenl, or the employee a spent responsible for delivering the messer to the Intended recipient, you are hereby notified thel any dbeertsnellon. distribution or oopyhrV of this oommunicatlon is s" prohibited. If you hove received this comnsrJOatlon In offer, please notify us Wrrrdietely Iry telephone and return the odpww msesage to us at the abaw addrms via the U.3. Postal Service Thwdc you.