THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY BACHIOCCHI,

   Plaintiff,

v.                      * CIV. ACTION NO. 02-CV-908 (CFD)

THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,

   Defendant.            * APRIL 16, 2004

## DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION (SECOND SET)

Pursuant to Fed. R. Civ. P. 34, the defendant hereby objects to Plaintiff's Request for Production (Second Set).

    1.    The complete personnel file of Kevin West.

<u>Objection</u>:    This request is overly broad and burdensome and, not reasonably calculated to lead to the discovery of admissible evidence. In addition, it seeks individually identified, private personnel information that is confidential pursuant to Conn. Gen. Stat. § 31128f.

    2.    The complete personnel file of Richard Light. .

**Objection:** This request is overly broad and burdensome and not reasonably calculated to lead to the discovery of admissible evidence. In addition, it seeks individually identified, private personnel information that is confidential pursuant to Conn. Gen. Stat. § 31128f.

    3.    The complete personnel file of Robert Vallerio.

**Objection:** This request is overly broad and burdensome and not reasonably calculated to lead to the discovery of admissible etridence. In addition, it seeks individually identified, private personnel information that is confidential pursuant to Conn. Gen. Stat. § 31128f.

Dated at New Haven, Connecticut this 16`h day of April, 2004.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By
   Lori B. Alexander
   Federal Bar No. CT08970
   Tyler Cooper & Alcorn, LLP
   205 Church Street
   New Haven, Connecticut 06509
   Tel. (203) 784-8200
   Fax No. (203) 789-2133
   E-Mail: alexander a Mlercooper.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and pro se parties of record on this 16th day of April, 2004, as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

Lori B. Alexander