UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KIMBERLY BACHIOCCHI,   \*
         \*
    Plaintiff,    \*    CIVIL ACTION No. 3:02CV908(CFD)
         \*
   v.      \*
         \*
SOUTHERN NEW ENGLAND   \*    MAY 25, 2004
TELEPHONE COMPANY,    \*
         \*
    Defendant.   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF PETER E. GILLESPIE IN SUPPORT OF PLAINTIFF'S MOTION TO LIMIT THE DURATION OF HER CONTINUED DEPOSITION ON JUNE 1

   I, Peter E. Gillespie, being duly sworn, depose and state as follows:

   1. Following the granting of Defendant's motion to extend time to depose fact witnesses, I spoke with Ms. Cannavino by telephone on May 13, 2004. In light of the Court's Order I enquired about scheduling of depositions.

   2   Not having had any response, I again placed a telephone call to Ms. Cannavino on May 17. Still having had no response, I wrote to Ms. Cannavino by letter of May 19. A copy of that letter is attached as Exhibit A.

   3. The first response which I received from Defendant was by letter dated and

received on Friday, May 21, 2004.  The undersigned spoke to Plaintiff over the weekend and on Monday May 24 forwarded a letter and confirmed her appearance for June 1, as requested.  Copies of these letters are attached hereto and made a part hereof, having been marked as Exhibit B.

4. Later on May 25 Attorney Alexander placed a telephone call to the undersigned and we had occasion to speak.  Ms. Alexander articulated her view that in granting the motion for an extension to depose fact witnesses, the Court had also granted Defendant access to Ms. Bachiocchi.  As best Plaintiff could determine, Ms. Alexander seemed to believe that she had unlimited time with Plaintiff.  I do not see any reference to such a grant of time, either in the Court's order of Defendant's motion.

5. Following conclusion of Plaintiff's second deposition session the parties had a discussion as tot he duration of any continued session.  It was agreed that Defendant would seek additional time from the Court.  This agreement was memorialized in an exchange of letters between the parties.  Copies of those letters are attached hereto and made a part hereof, having been marked as Exhibit C.

I swear that the foregoing is true to the best of my knowledge and belief, so help me God.

_____

                                          Peter E. Gillespie   (Ct06554)

Subscribed and sworn to before
me this      day of May, 2004.


_____

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 25th day of May, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie