May 19, 2004

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn
One Landmark Square
Stamford, CT 06904

      Re: Bachiocchi v. SNET

Dear Ms. Cannavino:

      Following receipt of the Court's ruling on Defendant's motion to extend discovery I spoke with you on Thursday, May 13. At that time I suggested that we discuss mutually acceptable dates for depositions. Not having heard from you on this subject, I renewed my suggestion on Monday, May 17.

      I am not available on either May 27 or May 28, 2004. I have not been able to check with any deponent as to his or her availability as you have not yet identified any particular individual or proposed dates. Further, as to the Plaintiff, and assuming that Defendant wishes to continue her deposition, there is the still unresolved issue of a time limitation for her appearance. This was discussed by the parties in August, last year, and memorialized in an exchange of letters between the parties in September, 2003.

                                             Very truly yours,

                                             Peter E. Gillespie