Mar-21-2004 10:38am From-TYLER COOPER + ALCORN LLP          +12037888068          T-146 P.002/002 F-602

# !Tyler Cooper
# Alcorn, Or11, LLP

Counsellors at Law

I°u IL "W=t&r                    P.O. Bo= 1936    New Haven
283.784,8270                     New Awes, Cr     3lw1locl
Fas:103.789.3133                 06509-1010       sfamford
alanoWer@tylmoopereosn           2a1.7UM00        M"1e"

May 21, 2004

P E. Gillespie, Esquire NO, QU ~S4 SSA
46verside Avenue
P9. Box 3416
wfstport, CT 06880

<u>VIA TELEC PIER</u>

and FIRST CLASS MAIL

Re:   <u>IC&erlv fthiocchi v The Southern New England Tg_jzle **hone CoMggn**</u>
      <u>Civil Action Na 02-CV-908 (CFD)</u>

Dear Attorney Gillespie:

I would like to take Edward Bachiocchi's deposition on Wednesday, May 26, 2004 at 10:00 a.f. and the continuation of Kim Bachiocchi's deposition on Monday, June 1, 2004 at 9:30 a.m. Would you kindly let me know your availability on these dates?

Your most recent request for an extension of time creates a problem in terms of document production. As you well know, I wanted to question Ms. Bachiocchi about the remaining documents t have been provided. I trust that you will provide responsive documents prior to Ms. B 'occhi's deposition to the extent that they are still owing to SNET.

I would also appreciate receiving froth you a copy of the videotape that is capable of being jewed.

Very truly yours,

py
*Lori B. Alexander*

I~,BA:mjd

9c:   Deborah Cannavino, Esquire

PETER E. GILLESPIE
COUNSELLOR AND ATTORNEY AT LAW
46 RIVERSIDE AVENUE
POST **OFFICE BOX** 3416
WESTPORT. CONNECTICUT 0(3880

TELEPHONE 1203) 227-7000                                TELECOPIER1203) 484-5508

September 4, 2003

. Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509

Re: BachiQc_chi v.: SNET

Dear Ms. Alexander:

I wanted to discuss the issue of Ms. Bachiocchi's deposition about which we spoke last week. When you enquired as to setting down another resumed date, I observed that we had agreed to one and one-half day durational limit and I believe I asked how long you would be. I think that you responded that you had never limited yourself to only one and one-half days and that there was still "a lot of stuff."

When I said that vile would not go forward with an open-ended commitment, you said that you would seek additional time from the Court. We then agreed that you would notice the deposition for September 18, promptly file your motion seeking time beyond the presumptive limit of Fed. R. Civ. P. 30(d)(2), and I agreed that I would respond to your motion in less than the permitted 21 day period so as to expedite this matter to the extent possible.

I have now received your notice for a resumed deposition on September 11 and no supporting motion. The Plaintiff has a personal commitment and is not available on September 11. I have **asked** her to check her availability for the week of September 15 as originally discussed. However, absent an agreement as to a reasonable durational limit, most especially in light of your earlier representation that you were hopeful of finishing during the most'recent past session, I would like to know whether you will file a motion, as previously agreed, or alternatively, I will seek a protective order.

Very truly yours,

~` Peter E. Gill ie.

U

Tyler Coop4-r
**AlCOm,.LLP**

Counsellors oa ,Caw

W4 *a* Ak_uW•r
:07.714.8!70
Fax: *101 7~9.~1~3*
aleaamcrslyleroopmeom

P.O. Box 1936
New HavelL (: T
*96549.1910*

New Haven
Huultbrd
*9tamrori*
20.7.784.8200Madlan

September 15, 2003

Peter E. Gillespie, Esquire
46 Riverside *Avenue*
P.O. Box 3416
Westport, CT 06880

V TEC
and *FIRST_CLAM . ll.*

*Re:   KimberhX , Bach* io6pht,Y, *The SQ_uOern New England Telephone C,oWanx*
*Civil Acdon* No. O-CV- 998 (CFD)

Dear Peter;

This is to confirm a few points concerning deposition scheduling:

1. Since I ,have not yet filed a motion for permission to continue Ms. Bachiocchi's deposition, her deposition ipreviously scheduled for September 17m is postponed.

2. Debbie Cannavino is available on September 25, 2003 and could takebr. Zachariah's deposition *on that* date.

3. Carl Lorentzen would be available to move his deposition to September 29 or 30, 2003 (right now I have a deposition scheduled for September 29', but I believe it may get canceled).

4. Robert Valerio is available for his deposition on Wednesday, September 24, 2003 at 10;00 a.m. Please confirm whether you want to go *ahead* with this date,

5. Due to a miscommunication on my part, Kevin West *4* not available on September 19'", but he is available on September 18 m. Would you be able to take his deposition on September 18'"? '

6. Do you want to go ahead with Laurie Moffett's deposition on Friday, September 26, 2003 at 10;00 a. in.? If ~so,!I will confirm her availability.

f

aw,_j        4.nnienn J        hln_i        cei~esirnei.        J-1-1 *llun,%w . u»nn,%* v91ll_0Alj
       144n,•t.nnPAn, ftl *asP*

Peter Gillespie, Esquire  September 15, 2003
Page 2

    Thanks for your attention to these matters.

                      Very truly yours,

                      ~3

                      Lori B. Alexander

LBA;mjd

cc; Deborah Cannavino, igquire
    David Vegliante. Esquire

                  i

6tiZ-d Y00/900'd tiZ0-1 °                WdOZ:9,QEOOi-SI-doS            tEIZ881E0Z1+ "-            dll N6001Y + MON b31A1-WOJd