UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 28  P 3: 44
U.S. DISTRICT COURT
HARTFORD, CT.

*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**

KIMBERLY BACHIOCCHI,            *
                                *
            Plaintiff,          *    CIVIL ACTION No. 3:02CV908(CFD)
                                *
      v.                        *
                                *
SOUTHERN NEW ENGLAND            *    May 28, 2004
TELEPHONE COMPANY,              *
                                *
            Defendant.          *
*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**

## AFFIDAVIT OF KIMBERLY BACHIOCCHI IN SUPPORT OF PLAINTIFF'S'S OPPOSITION TO MOTIONS TO COMPEL

I, Kimberly BACHIOCCHI, being duly sworn, depose and state as follows:

1.   I am over 18 years of age and I believe in the obligations of an oath.

2.   I am the Plaintiff in the above-captioned matter.

3.   This affidavit is submitted in support of Plaintiff's Opposition To Defendant's Three Motions to Compel.

4.   Kevin West grabbed my wrist and riped a paper from my hand on or about June 4, 2001. SNET then assigned an individual, Mr. Ellis, to conduct an investigation.

5. Mr. Ellis asked me to prepare and submit a written statement. I was still very upset. I wasn't sure what rights I had, if any, or how I should respond to Mr. Ellis' request. I did not know what, if anything, I could do about West.

6. I called my lawyer, Peter Gillespie. He told me to prepare a draft statement and send it to him. He said to be careful with the draft and not to show it to anyone else until after we had spoken. I followed his instruction. I did not send the draft to any other person.

7. I forget exactly how soon, but shortly thereafter I spoke with Mr. Gillespie about the draft. We discussed it and made a few changes. Then, he told me that he would keep the draft, that I should be careful to retain only the final version, and that I could give the final copy to Ellis and anyone else I wanted.

8. Some excerpts of my deposition are attached hereto as Exhibit A.

9. I do not have any recollection of my family having a family photo in November, 2000.

I have read the foregoing affidavit and I swear that it is true to the best of my knowledge and belief.

*Kimberly Bachiocchi*

Kimberly Bachiocchi

Subscribed and sworn to before
me this 28 day of May, 2004.

*Peter E. Gillespie*
Peter E. Gillespie
Commissioner of the Superior Court

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 28th day of May, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

Peter E. Gillespie