ISSUED BY THE
# United States District Court
FOR THE DISTRICT OF CONNECTICUT

KIMBERLY BACHIOCCHI,
Plaintiff

## SUBPOENA IN A CIVIC, CASE

v.

SOUTHERN NEW ENGLAND TEr.EPHON'E. COMPANY,
Defendant

CASE NUMBER;
02-CV-908(C)FD

~ )

To;   Keeper of Records .
*Office of Steven* Sawtelre
Independent Representative
36 State Street, Suite 5 '
North Haven, Connecticut
(203)234-9390

YOU ARE COMMANDED to appear *of* the plat,;, date and time specified below to testify at the taking of a deposition in the above
caso,

PtACB OP TESTIMONY | COUILTPOOM
 | DATE AND TIME

YOU ARE COMMANDED to appe;ir at the place, date, and time specified below to testify at the taking of a case.
PLACE OP DEPOSITION

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents of objects at the place, date, and time specified below (list docusno-:nits or obje,;ts): See attached Schedule A

PLACE
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven. Connecticut O65:10

DATE AND *TIME*
June 2,1004
By 6:00 p.m.

YOU An COMMANDED to permit inspection of the following premises at the date and time specified below.

PREMISES | DAT13 AND *TIME*

My organization not a parry to this sUil that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who *consent* to testily on its behalf, and may set forth, for tech person designated, the matters on which the arson will testify. Federal Rubs of Civil :(Iracedure, 30 6 .

ISSUINO OFFICER SIGNATU AND TITLE (1ND'ICA.TE !F ATTORNEY FOR PLAINTIFF OR DEFENDANT)   DATE

(0   CI ~y~A.   rroRNFy 6DR D6F'ENDANT   June 1, 2U04

ISSUING OFFICER'S NAME, ADDRb$S AND PHOh li NUMBER
Deborah D. Cannavino (ct08144)
Tyler, Cooper & Alcorn, JLLP
205 Church Stroct

## PROOF OF SERVICE

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Keeper of Records, **Office** of Steven Ijuwtelle Independent Representative 36 State Street, Suite 5 North Haven, Connecticut | State of Connecticut Marshal |
| SERVED BY (PRINT NAME) | TITLE |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court by which a subpoena was issued shall quash or modify the subpoena if it

  (i) fails to allow reasonable time for compliance;
  (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is

employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv) subjects a person to undue burden.

  (B) If a subpoena

    (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

  (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

  (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

Jun-01-2004 04:21pm    From-TYLER COnoER + ALCORN LLP    +12031882133    T-087 P.004/004 F-732

SCHEDULE A

yOU ARE COMMANDED to produce and permit inspection and copying of the following documents:

Any and all documents coneenung Kimberly Bachiocchi's portfolio or other financial accounts, including but not limited to: Oppenheimer Funds from January 1, 1999 through December 30, 2001. This request includes without limitation, all statemf:nts, withdrawals, deposits, trades,