UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 26  A 10: 16
U.S. DISTRICT COURT
HARTFORD, CT

*****************************************
KIMBERLY BACHIOCCHI,        *
                            *
            Plaintiff,      *   CIVIL ACTION No. 3:02CV908(CFD)
                            *
       v.                   *
                            *
SOUTHERN NEW ENGLAND        *   MAY 25, 2004
TELEPHONE COMPANY,          *
                            *
            Defendant.      *
*****************************************

## PLAINTIFF'S MOTION TO LIMIT CONTINUED DEPOSITION ON JUNE 1

June 2, 2004. This motion is DENIED substantially for the reasons set forth in defendant's opposition papers (Dkt. #86). The plaintiff's deposition will continue until it is concluded. The imposition of any time limitation is inappropriate in the circumstances of this case, as is the instant motion itself. If conduct such as the filing of this motion persists, at the conclusion of all proceedings in this case, the court will entertain an application for an imposition of attorney's fees against plaintiff's counsel personally pursuant to 28 U.S.C. §1927. This is not a "recommendation," but a discovery ruling and order reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. §636(b)(1)(A).

_____
Thomas P. Smith
United States Magistrate Judge