THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -9 A 10:00
U.S. DISTRICT COURT
HARTFORD, CT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KIMBERLY BACHIOCCHI,

Plaintiff,

v.     CIV. ACTION NO. 02-CV-908 (CFD)

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

Defendant.     JUNE 8, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S MOTION FOR ORDER AND AWARD OF ATTORNEYS' FEES AND COSTS

The defendant, the Southern New England Telephone Company ("SNET"), hereby seeks an order of the Court and an award of attorneys' fees and costs in connection with the conduct of plaintiff and her counsel when they walked out of the plaintiff's deposition held on June 1, 2004 before it was concluded, and for their conduct thereafter in filing a Motion for Protective Order related to the same deposition.

Pursuant to Local Rule 9 of the United States District Court for the District of Connecticut, the defendant is filing on this same date a memorandum in support of the present motion.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 8th day of June, 2004.

        THE DEFENDANT,
        SOUTHERN NEW ENGLAND TELEPHONE COMPANY

        By _____
        Lori B. Alexander
        Federal Bar No. CT08970
        Tyler Cooper & Alcorn, LLP
        205 Church Street
        New Haven, Connecticut 06509
        Tel. (203) 784-8200
        Fax No. (203) 789-2133
        E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 8th day of June, 2004 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_Lori B. Alexander_
Lori B. Alexander
Federal Bar No.: CT08970