THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * * *   *
                                        *
KIMBERLY BACHIOCCHI,                    *
                                        *
                                        *
     Plaintiff,                         *
                                        *
v.                                      *   CIV. ACTION NO. 02-CV-908 (CFD)
                                        *
                                        *
THE SOUTHERN NEW                        *
ENGLAND TELEPHONE                       *
COMPANY,                                *
                                        *
     Defendant.                         *   JUNE 23, 2004
* * * * * * * * * * * * * * * * * * *   *
```

## DEFENDANT'S MOTION TO FILE PLEADING UNDER SEAL

Pursuant to Local Rule 5(d) for the United States District Court for the District of Connecticut, the defendant, the Southern New England Telephone Company ("SNET"), respectfully requests that the Court issue an Order sealing the Defendant's Objection to Motion for Protective Order of this same date. This motion is being made because the exhibits attached to the Motion contain medical information and references to plaintiff's medical condition and other personal information.

In light of the above, although SNET provided a copy of Defendant's Objection to Motion for Protective Order to the Court in electronic format, it redacted the exhibits from the electronic filing.

***ORAL ARGUMENT IS NOT REQUESTED***

Dated at New Haven Connecticut this 23rd day of June, 2004.

THE DEFENDANT
THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

By _Lori B. Alexander_

Lori B. Alexander CT08970
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Telephone:  203-784-8200
Fax:  (203) 865-7865
Email: alexander@tylercooper.com


## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 23rd day of June, 2004 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_Lori B. Alexander_

Lori B. Alexander
Federal Bar No.: CT08970