THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*
                                              \*
KIMBERLY BACHIOCCHI,                          \*
                                              \*
                                              \*
    Plaintiff,                                \*
                                              \*
v.                                            \*   CIV. ACTION NO. 02-CV-908 (CFD)
                                              \*
                                              \*
THE SOUTHERN NEW                              \*
ENGLAND TELEPHONE                             \*
COMPANY,                                      \*
                                              \*
    Defendant.                                \*   JUNE 28, 2004
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## DEFENDANT'S REQUEST TO FILE AMENDED OBJECTION TO MOTION FOR PROTECTIVE ORDER

The defendant, The Southern New England Telephone Company ("SNET"), hereby requests permission of the Court to file Defendant's Amended Objection to Motion for Protective Order which makes minor revisions to Defendant's Objection to Motion for Protective Order previously filed on June 23, 2004. These revisions include the correction of technical errors and the addition of citations to the deposition testimony of plaintiff's expert witness, Gary Zachariah. The amended pleading is being filed on this same date.

Dated at New Haven Connecticut this 28th day of June, 2004.

                                THE DEFENDANT
                                THE SOUTHERN NEW ENGLAND
                                TELEPHONE COMPANY

By _____
        Lori B. Alexander CT08970
        Tyler Cooper & Alcorn, LLP
        205 Church Street
        P.O. Box 1936
        New Haven, CT 06509-1910
        Telephone: 203-784-8200
        Fax: (203) 865-7865
        Email: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 28th day of June, 2004 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_____
Lori B. Alexander
Federal Bar No.: CT08970