THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*
                                              \*
KIMBERLY BACHIOCCHI,                          \*
                                              \*
                                              \*
    Plaintiff,                                \*
                                              \*
v.                                            \*   CIV. ACTION NO. 02-CV-908 (CFD)
                                              \*
                                              \*
THE SOUTHERN NEW                              \*
ENGLAND TELEPHONE                             \*
COMPANY,                                      \*
                                              \*
    Defendant.                                \*   JUNE 28, 2004
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### DEFENDANT'S MOTION TO FILE PLEADING UNDER SEAL

Pursuant to Local Rule 5(d) for the United States District Court for the District of Connecticut, the defendant, the Southern New England Telephone Company ("SNET"), respectfully requests that the Court issue an Order sealing the Defendant's Amended Objection to Motion for Protective Order of this same date. This motion is being made because the exhibits attached to the pleading contain medical information and references to plaintiff's medical condition and other personal information.

In light of the above, although SNET provided a copy of Defendant's Amended Objection to Motion for Protective Order to the Court in electronic format, it redacted the exhibits from the electronic filing.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven Connecticut this 28th day of June, 2004.

                THE DEFENDANT
                THE SOUTHERN NEW ENGLAND
                TELEPHONE COMPANY

By _____
    Lori B. Alexander CT08970
    Tyler Cooper & Alcorn, LLP
    205 Church Street
    P.O. Box 1936
    New Haven, CT 06509-1910
    Telephone: 203-784-8200
    Fax: (203) 865-7865
    Email: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 28th day of June, 2004 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_____
Lori B. Alexander
Federal Bar No.: CT08970