UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*************************************
KIMBERLY BACHIOCCHI,     *
                         *
          Plaintiff,     *      CIVIL ACTION No. 3:02CV908(CFD)
                         *
     v.                  *
                         *
SOUTHERN NEW ENGLAND     *      JUNE 30, 2004
TELEPHONE COMPANY,       *
                         *
          Defendant.     *
*************************************
```

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Pursuant to a protective Order previously issued in this matter on December 5, 2003 (Doc. # 26) approving the parties Stipulated Confidentiality Order (Doc. # 19) Plaintiff hereby requests that the plaintiff's reply to defendant's opposition to plaintiff's motion for a protective order dated June 30, 2004 be filed under seal. The pleading make reference to Plaintiff's medical condition and discusses her caregivers.

THE PLAINTIFF
KIMBERLY BACHIOCCHI


By: _____
Peter E. Gillespie (ct06554)
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax:(203) 454-5508
Email:petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 30$^h$ day of June, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie