UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KIMBERLY BACHIOCCHI,*
                                                 *
            Plaintiff,               *      CIVIL ACTION No. 3:02CV908(CFD)
                                                 *
v.                                    *
                                                 *
SOUTHERN NEW ENGLAND   *      JUNE 30, 2004
TELEPHONE COMPANY,       *
                                                 *
            Defendant.               *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to a protective Order previously issued in this matter on December 5, 2003 (Doc. # 26) approving the parties Stipulated Confidentiality Order (Doc. # 19) Plaintiff hereby requests that the Affidavit of Peter E. Gillespie dated June 30, 2004 be filed under seal. Said Exhibit is contains treatment notes from a psychologist relating to one of the parties in this matter.

                                        THE PLAINTIFF
                                        KIMBERLY BACHIOCCHI


                                        By: _____
                                             Peter E. Gillespie (ct06554)
                                             46 Riverside Avenue
                                             P. O. Box 3416
                                             Westport, CT 06880
                                             Tel: (203) 227-7000
                                             Fax:(203) 454-5508
                                             Email:petelaw@attglobal.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 30[h] day of June, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie