UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
****************************************
KIMBERLY BACHIOCCHI,      *
                          *
          Plaintiff,      *       CIVIL ACTION No. 3:02CV908(CFD)
                          *
     v.                   *
                          *
SOUTHERN NEW ENGLAND      *       JUNE 30, 2004
TELEPHONE COMPANY,        *
                          *
          Defendant.      *
****************************************
```

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Pursuant to a protective Order previously issued in this matter on December 5, 2003 (Doc. # 26) approving the parties Stipulated Confidentiality Order (Doc. # 19) Plaintiff hereby requests that the Affidavit of Kimberly Bachiocchi dated June 30, 2004 be filed under seal. Said Exhibit is contains references to medical treatment as well as employment information.

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By: _____
Peter E. Gillespie (ct06554)
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax:(203) 454-5508
Email:petelaw@attglobal.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 30[h] day of June, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie