UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
***************************************
KIMBERLY BACHIOCCHI,      *
                          *
        Plaintiff,        *    CIVIL ACTION No. 3:02CV908(CFD)
                          *
    v.                    *
                          *
SOUTHERN NEW ENGLAND      *    JUNE 30, 2004
TELEPHONE COMPANY,        *
                          *
        Defendant.        *
***************************************
```

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Pursuant to a protective Order previously issued in this matter on December 5, 2003 (Doc. # 26) approving the parties Stipulated Confidentiality Order (Doc. # 19) Plaintiff hereby requests that the plaintiff's objection to defendant's motion for order and sanctions dated June 30, 2004 be filed under seal.  The pleading make reference to Plaintiff's medical condition, employment history and her medical treatment.

                THE PLAINTIFF
                KIMBERLY BACHIOCCHI


                By: _____
                     Peter E. Gillespie (ct06554)
                     46 Riverside Avenue
                     P. O. Box 3416
                     Westport, CT 06880
                     Tel: (203) 227-7000
                     Fax:(203) 454-5508
                     Email:petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 30[h] day of June, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie