UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KIMBERLY BACHIOCCHI,            \*
                                \*
    Plaintiff,              \*     CIVIL ACTION No. 3:02CV908(CFD)
                                \*
v.                              \*
                                \*
SOUTHERN NEW ENGLAND            \*     JULY 1, 2004
TELEPHONE COMPANY,              \*
                                \*
    Defendant.              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION FOR IN CAMERA INSPECTION

    Plaintiff hereby requests that the Court review Plaintiff's claims of lawyer-client privilege with respect to a draft statement prepared by Plaintiff for her counsel at his request. The document is attached to the Affidavit of Kimberly Bachiocchi dated July 1, 2004 as Exhibit A.

                              THE PLAINTIFF
                              KIMBERLY BACHIOCCHI


                        By: _____
                           Peter E. Gillespie (ct06554)
                           46 Riverside Drive
                           P. O. Box 3416
                           Westport, CT 06880
                           Tel: (203) 227-7000
                           Fax:(203) 454-5508
                           Email:petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 1st day of July, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie