UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*************************************
KIMBERLY BACHIOCCHI,          *
                              *
            Plaintiff,        *       CIVIL ACTION No. 3:02CV908(CFD)
                              *
      v.                      *
                              *
SOUTHERN NEW ENGLAND          *       JULY 1, 2004
TELEPHONE COMPANY,            *
                              *
            Defendant.        *
*************************************
```

## AFFIDAVIT OF KIMBERLY BACHIOCCHI IN OPPOSITION TO DEFENDANT'S MOTION FOR ORDER

I, Kimberly BACHIOCCHI, being duly sworn, depose and state as follows:

1. I am over 18 years of age and I believe in the obligations of an oath.

2. I am the Plaintiff in the above-captioned matter.

3. A SNET employee, Bob Ellis, as assigned to investigate an incident which occurred between my manager, Kevin West and myself on June 4, 2001. Mr. Ellis requested that I submit a written statement to him.

4. After speaking with Mr. Ellis, I spoke to my lawyer. I wanted his assistance in drafting the statement. At his request I prepared a draft of the statement to be submitted to Mr. Ellis. I gave the draft to my attorney. The draft was not given to anyone else.

4. I then had a conversation with my lawyer. Following our conversation I

finalized the statement. I gave the final statement to Mr. Ellis. A copy of the draft that I gave to my attorney is attached as Exhibit A. A copy of the final statement which I gave to Mr. Ellis is attached as Exhibit B.

    I have read the foregoing affidavit and I swear that it is true to the best of my knowledge and belief.

_____
Kimberly Bachiocchi

Subscribed and sworn to before
me this 1st day of July, 2004.

_____

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing, exclusive of Exhibit A was served by first class post this 1st day of July, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie