Exhibit A

I returned to SNET after being out on medical leave On May 14th. I was out due to a nervous breakdown from the harassment that was displayed towards me.

Upon my return Kevin West has increasingly become very hostile towards me. He has lowered my compensation rating, he has taken away my comp time, he has given me job assignments that I have had no pervious experience in doing.

Kevin doesn't return my phone calls. He does retrieve them but I do not get any responses. When I ask him a question he replies he doesn't have to answer to me.

Kevin has removed me from my accounts that I had had before becoming sick. He has refused to assign me back to these accounts even after the customer requested that I be put back on their account. When asked why he was doing this he yelled at me he "I DID NOT HAVE TO ANSWER TO YOU I AM IN CHARGE.

I had a meeting with Kevin Chris Manouse on May 31st. At this time I asked if the meeting could be taped. Kevin approached me in an angry way. I was sitting down and he stood over me telling me "YES, I DO HAVE A PROBLEM AND YOU WILL NOT TAPE THIS OR ANY OTHER MEETING EVER.

Kevin at this point was very angry with me he was red in the face and started accusing me of going behind his back and contacting a customer. He told me if you do it again or contact Janice Vereb by phone or email you will be disciplined and have insubordination charges brought against me. After Kevin was done he asked me to leave the room and I was not able to further question him. When I asked if I could ask a few questions his response was "WE ARE FINISHED HERE!"

I was very shaken by his anger toward me and I immediately called my DR. to schedule an appointment. I became very sick to my stomach and was shaking after the meeting.

I had made an appointment to meet with my Dr. on Friday. While I was on my way to the Dr. I called Kevin. I asked him if he received my ace his reply was "yes". When I asked him way he did not reply to me he stated he

did Thursday night. I replied "Kevin you did not." When I asked if he received a return receipt from me picking up this message he became very angry and yelled into the phone " I DO NOT HAVE TO ANSWER TO YOU KIM." I asked about over time his reply was the was no over time. I replied "There is no overtime in the office?" He yelled back " THERE IS NO OVER TIME FOR YOU KIM".

I was very disturbed by his response and drove off the wrong exit twice on my way to the Dr. I was becoming fearful of him because he continued to get very angry with me.

Monday June 4th. I was very upset going into the office because of what took place on Friday.

Kevin arrived in the office at 8:30 AM. He went to his desk. I was working at my desk and continued to be very nervous.

Kevin came into my office space and stood above me. This occurred about 8:45 – 9:15 AM. He placed the papers he wanted to review on my desk. He reviewed my job with me and then addressed the paper I had attached. He said, "WE ARE NOT DOING THIS IN THIS OFFICE. NOBODY WILL SIGN ANYTHING. I informed him it was just to keep track of who reviews my work seeing that it needed to be approved by someone in the office. Chris Manouse signed other without any problems (I did not mention Chris to Kevin.) At this point I went to pick up the paper and at the same time Kevin grabbed my wrist and fought with me over this paper. He ended up with the paper and crumbled it in my face. He then said, " NOW LETS CHANGE THE SUBJECT. I have given John Dunn the job of Strafford Spring. This was my assignment. I never made any indication I did not want or could not handle this job.

Kevin walked away very angry and unfolded the paper he crumbled in my face and put it through the shredder.

After the paper incident Kevin went down the hall and talked with all the gentlemen in the office a few at a time and then one at a time. I asked several times what was going on and I either received no answers or just some stuff jobs and things. These people could not even look at me when speaking to me.

At this point I was so stomach sick and nervous I was shaking at my desk. I called my attorney Peter Gilespie, and a very close friends Nick Faiella. Nick expresses concern for my well being as well as Peter did. I was very upset talking with Nick and had a hard time communicating to him. After I spoke to Nick he called S.N.E.T Legal Compliance. He also called the Derby police. I spoke to the Derby police Officer Chapman. I explained the incident to him while standing in the hallway. He asked to speak to Kevin. I went into the office and told Kevin that someone was in the hallway and wanted to speak to him. They went down the hall to a private room.

I spoke to Officer Chapman and asked that charges be filed. I showed him a red mark on my arm and explained to him it was very tender. He said he would not press charges again Kevin that my watch was the cause of this mark and told me to call HR.

I called HR at 12:04 and spoke to Lori Moffett and explained to her I was too upset to stay at work and I would be going home. She said she would notify Kevin. I turned my work that needed to be handled over to Walter Zapor. I left the office and arrived at home at 12:30PM.

At this time the red spot had expanded and become swollen. I scheduled an appointment with Dr. Sarfeh and saw him at 5:45PM. He ran several motor skills test and measured the injured area. It measured 1 ½ cm x 2 cm. And found swelling on my wrist area.

Exhibit B

# STATEMENT

Page 1 of 5

Date: 6/6 2001
Time: 11:00 am
Location: 6 Devine Street (Crossroads), North Haven, CT

I, Kimberly Bachiocchi

provide the following statement to

Bob Ellis

who have identified himself/herself as an Asset Protection Manager for SNET/SBC. No force, threats, coercion promises, or gratuities have been made to me to induce me to make this statement.

Full Name: Kimberly Ann Bachiocchi
Social Security Number: ___
Date and Place of Birth: Waterbury, CT
Home Address: ___ Dr Oxford, CT 06478
Home Phone Number: ___
Place of Employment: 90 Elizabeth Str. Derby, CT
NCS (If SNET Employee): 7/23/84
Title: Analyst Technical Sales
Supervisor: Kevin West
Work Location: 90 Elizabeth Ste. Derby CT
Work Phone Number: (203) 732-7067