UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KIMBERLY BACHIOCCHI,     *
                         *
        Plaintiff,       *     CIVIL ACTION No. 3:02CV908(CFD)
                         *
v.                       *
                         *
SOUTHERN NEW ENGLAND     *     JULY 26, 2004
TELEPHONE COMPANY,       *
                         *
        Defendant.       *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S REQUEST TO FILE A SUPPLEMENTAL AFFIDAVIT OF KIMBERLY BACHIOCCHI

The Court earlier ordered Plaintiff to supply a copy of a draft statement, which she maintains is privileged, for in camera inspection. Plaintiff has now found additional material which appears to be within the scope of the Court's order. This material was located by Plaintiff personally and promptly reported to her counsel. It first came to counsel's attention following the close of business on Friday, July 23, 2004. Plaintiff respectfully requests to bring this additional material to the Court's attention, consistent with the earlier order of the Court.

Respectfully submitted,
THE PLAINTIFF
KIMBERLY BACHIOCCHI


By:_____
   Peter E. Gillespie
   Her Counsel
   46 Riverside Avenue
   Westport, CT 06880
   Tel:  (203) 227-7000
   Fax: (203) 454-5508
   Email: petelaw@mac.com

<u>CERTIFICATE</u> <u>OF</u> <u>SERVICE</u>

The undersigned hereby certifies that a true copy of the forgoing was served by first class post this 26th day of July, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie

3