UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
**************************************
KIMBERLY BACHIOCCHI,            *
                                *
            Plaintiff,          *      CIVIL ACTION No. 3:02CV908(CFD)
                                *
    v.                          *
                                *
SOUTHERN NEW ENGLAND            *      JULY 26, 2004
TELEPHONE COMPANY,              *
                                *
            Defendant.          *
**************************************
```

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Plaintiff hereby requests that Exhibit A attached to Supplemental Affidavit of Kimberly Bachiocchi dated July 26, 2004 be filed under seal. Said Exhibit is filed for in camera inspection by the Court and is alleged to be privileged.

THE PLAINTIFF
KIMBERLY BACHIOCCHI


By: _____
Peter E. Gillespie (ct06554)
46 Riverside Drive
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax:(203) 454-5508
Email:petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 26th day of July, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie