Exhibit A

I returned to SNET after being out on medical leave On May 14th. I was out ~~due to a nervous breakdown~~ was out under medical care for stress arousing actions of the environment from the harassment that was displayed towards me ~~in this office.~~

Upon my return Kevin West has ~~increasingly~~ increasely become ~~very~~ hostile towards me.

① Kevin doesn't return my phone calls. He does retrieve them but I do not get any responses. When I ask him a question he replies he doesn't have to answer to me.

Kevin has removed me from ~~my~~ two most regular earlier accounts that I had ~~had before becoming sick~~. He has refused to assign me back to these accounts even after the customer requested that I be put back on their account. When asked ~~why he~~ why he was doing this he yelled at me he "I ~~DID~~ DO NOT HAVE TO ANSWER TO YOU, I AM IN CHARGE. Although he yelled he remained seated at the time.

I had a meeting with Kevin and Chris Manouse on May 31st. At this time I asked if the meeting could be taped. Kevin approached me in an angry way pointing his finger at me. I was sitting down and he stood over me telling me "YES, I DO HAVE A PROBLEM AND YOU WILL NOT TAPE THIS OR ANY OTHER MEETING EVER."

He Kevin at this point was very angry with me he was red in the face, ~~and started~~ He continued SP accusing me of going behind his back and contacting a customer. He threatened ~~me~~ me with disciplinary ~~actions~~. He would have insubordination charges brought against me. ~~After Kevin was done he asked me to leave the room and I was not able to ask any more questions.~~ He ~~told me to return to my desk~~ said "NOW, WE ARE FINISHED HERE!" am

I was very shaken by his anger toward me and I immediately called my DR. to schedule an appointment. I became very sick to my stomach. I found it to be very hard to concentrate.

I had made an appointment to meet with my Dr. on Friday. While I was on my way to the Dr. I called Kevin. I asked him if he received my ace his reply was "yes". When I asked him way he did not reply to me he stated he did Thursday night. I replied "Kevin you did not." When I asked if he received a return receipt from me picking up this message he became very angry and yelled into the phone " I DO NOT HAVE TO ANSWER TO

YOU KIM." I asked about over time his reply was the was no over time. I replied "There is no overtime in the office?" He yelled back " THERE IS NO OVER TIME FOR YOU KIM".

I was very disturbed by his response and drove off the wrong exit twice on my way to the Dr. I was becoming fearful of him because he continued to get very angry with me.

Monday June 4th. I was very upset going into the office because of what took place on Friday.

Kevin arrived in the office at 8:30 AM. He went to his desk. I was working at my desk and continued to be very nervous. He was not very friendly upon entering the office.

Kevin came into my office space to speak to. Rather than taking a seat he continued to stand during this conversation had viewed on. This occurred about 8:45 – 9:15 AM. He placed the papers he wanted to review on my desk. He reviewed the job with me, and then addressed the Confirmation Form I had paper I had attached. He said, "WE ARE NOT DOING THIS IN THIS OFFICE. NOBODY WILL SIGN ANYTHING. During this the Confirmation Form was on my desk. When Kevin finished speaking I picked it up. Kevin then grabbed the paper and struggled to get it out of my hand. At this point I went to pick up the paper and at the same time Kevin grabbed my wrist in his hands. He let go of my wrist. Then right in front of me he ended up with the paper and crumbled it in my face. He then said, NOW crumbled the paper with both hands. When he was done he said "LETS CHANGE THE SUBJECT. Then Kevin took a job away from me and reassigned it to someone else.

Kevin walked away very angry and unfolded the paper he crumbled in my face and put it through the shredder.

After the paper incident Kevin went down the hall and talked with all the gentlemen in the office a few at a time and then one at a time. I asked several times what was going on and I either received no answers or just about some stuff, jobs and things. These people could not even look at me when speaking to me.

At this point I was so stomach sick and nervous I was shaking at my desk I called called my attorney Peter Gilesple, and a very close friends Nick Faiella. Nick expressed concern for my well being as well, as Peter did. I was very upset talking with Nick and had a hard time communicating to him. After I spoke to Nick he called S.N.E.T Legal Compliance. He also called the Derby police. I spoke to the Derby police Officer Chapman. I explained the to speak with him incident to him while standing in the hallway. He asked me to get Kevin so he could He asked to speak to Kevin. When he spoke to Kevin they used a private office.

~~I went into the office and told Kevin that someone was in the hallway and wanted to speak to him. They went down the hall to a private room.~~

I spoke to Officer Chapman after he spoke to Kevin ~~and asked that charges be filed. I showed him a red mark on my arm and explained to him it was very tender. He refused to press charges and~~ advised me to call HR.

Chapman,

I called HR at 12:04 and spoke to Lori Moffett and explained to her I was too upset to stay at work and I would be going home. She said she would notify Kevin. I left the office and arrived at home at 12:30PM.

At this time the red spot had expanded and become swollen. I scheduled an appointment with Dr. Sarfeh and saw him at 5:45PM. He ran several motor skills test and measured the injured area. It measured 1 ½ cm x 2 cm. And found swelling on my wrist area.