UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------
KIMBERLY BACHIOCCHI            :
                               :
    Plaintiff,                 :    CIVIL ACTION NO.
                               :    3:02CV908(CFD)
v.                             :
                               :
SOUTHERN NEW ENGLAND           :
TELEPHONE COMPANY              :
                               :
    Defendant.                 :    AUGUST 5, 2004
---------------------------------------------------------

## DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS

Pursuant to Rule 37(a) of the Federal Rule of Civil Procedure and Local Rule 37, the defendant, Southern New England Telephone Company ("defendant"), requests that the Court issue an Order compelling the plaintiff Kimberly Bachiocchi ("plaintiff") to provide: (1) complete responses to Request Nos. 30, 38, 39, 45, 46 and 51 of the Defendant's First Request for the Production of Documents dated February 6, 2003, (2) a supplemental pleading identifying which documents in her supplemental production of July 5, 2003 were in response to which specific Requests, and (3) withdraw her objections to Request Nos. 29, 32 and 49.

Defendant submits a Memorandum of Law and the Affidavit of Deborah DeHart Cannavino in support of this Motion.

Based upon the foregoing, defendant respectfully requests that its Motion to Compel be granted, and that the plaintiff be ordered, pursuant to Rule 37 of the Federal Rules of Civil Procedure, to provide the discovery sought and to reimburse defendant's costs, including attorneys fees, of obtaining this information.

THE DEFENDANT,
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

By: _____
Deborah DeHart Cannavino (CT08144)
Tyler Cooper & Alcorn, LLP
Two Landmark Square
Stamford, CT 06901
Tel. 203-348-5555
Fax 203-348-5555
cannavino@tylercooper.com

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 5th day of August, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

_____
Deborah DeHart Cannavino