UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
|  | : | 3:02CV908(CFD) |
| v. | : | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY | : | |
| Defendant. | : | AUGUST 5, 2004 |

### AFFIDAVIT OF DEBORAH DeHART CANNAVINO IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS

I, Deborah DeHart Cannavino, being duly sworn, hereby depose and say:

1. I am over 18 years of age and believe in the obligation of an oath.

2. I have personal knowledge of the facts set forth in this affidavit, and the facts are true and accurate to the best of my knowledge and belief.

3. I am an attorney at Tyler Cooper & Alcorn and I represent the defendant Southern New England Telephone company in this matter.

4. On February 6, 2003 defendant served a First Request for the Production of Documents on the plaintiff. A true and complete copy of the Production Request is attached hereto as Exhibit A.

5.  On or about April 2, 2003, plaintiff served her Responses and Objections to First Request for the Production of Documents. A true and complete copy of the Responses and Objections are attached hereto as Exhibit B.

6.  On or about May 30 and June 3, 2003 plaintiff's attorney and I had several lengthy discussions concerning plaintiff's responses and objections.

7.  During those conversations, plaintiff agreed to provide certain information in supplemental response.

8.  As a result, plaintiff served a Supplement Response on July 5, 2003, with a cover letter to the document production stating that his billing records would be sent later in the week. A true and complete copy of the Supplemental Response pleading is attached hereto as Exhibit C, and plaintiff's counsel's cover letter to the production is attached hereto as Exhibit D.

9.  On May 28, 2004, I sent plaintiff's attorney a letter addressing each request and seeking a complete response. A true and complete copy of the my letter is attached hereto as Exhibit E.

10. On June 2, 2004, plaintiff served a Motion for Protective Order. By that motion, plaintiff sought to have the Court protect her from, among other things, having to answer defendant's May 28, 2004 letter.

11. On June 4, 2004, I again requested plaintiff's billing records which had been promised previously. A true and complete copy of my letter is attached hereto as Exhibit F.

12. However, no billing records were provided. Instead, plaintiff sent a summary of the total number of hours he worked on this case. A true and complete copy of plaintiff's attorney's letter is attached hereto as Exhibit G.

13. I informed plaintiff's counsel that his summary was insufficient, and requested the actual billing records as sought in Request No. 39.

14. On July 29, 2004, I had further discussions with the plaintiff's counsel about my May 28, 2004 letter. I told him that we needed a response by July 30th because we needed complete responses to the outstanding discovery before completing plaintiff's deposition. I further told him that I planned to file a Motion to Compel on July 30, 2004 if I did not have the information. He requested that I send him a copy of the draft motion before filing, which I did.

15. Plaintiff's attorney stated he would provide me a written response on August 2, 2004.

16. Based upon his representations, I did not file my Motion to Compel at that time.

17. On August 2, 2004, plaintiff's attorney sent me a letter addressing my outstanding requests. A true and complete copy of that letter is attached hereto es Exhibit H.[1]

---

[1] The documents attached, some of which contained medical records, have been omitted because they are irrelevant for purposes of this motion.

18. Although plaintiff provided some of the outstanding information, plaintiff has not provided complete responses to the First Request for the Production of Documents dated February 6, 2003.

19. Based upon the foregoing, I have made good faith attempts to resolve these discovery disputes, but to date, despite my efforts, no further responsive documents have been produced by plaintiff.

_____
Deborah DeHart Cannavino (CT 08144)

STATE OF CONNECTICUT  )
COUNTY OF FAIRFIELD   )    ss: Stamford, Connecticut

Personally appeared, Deborah DeHart Cannavino, who swore to and subscribed the above affidavit before me, this 5th day of August, 2004

_____
Notary Public/~~Commissioner of the Superior Court~~

MICHELLE A. VILLEGAS
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 2008

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 5th day of August, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

_____
Deborah DeHart Cannavino