THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

KIMBERLY BACHIOCCHI,

    Plaintiff,

v.       \* CIV. ACTION NO. 02-CV-908 (CFD)

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

    Defendant.       \* AUGUST 23, 2004

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendant, The Southern New England Telephone Company, hereby requests an extension of time through September 17, 2004, in order to complete discovery in this matter and through October 8, 2004 in order to file a dispositive motion. In support of this motion, the defendant states that there are several pending discovery motions before the Court, including document requests by SNET to the plaintiff, which have not yet been ruled on by the Court.

*ORAL ARGUMENT IS NOT REQUESTED*

SNET wishes to obtain such additional documents as may be ordered by the Court prior to completing the plaintiff's deposition. Discovery is almost completed by both parties and is almost completed by SNET in this matter, but the additional time is necessary in order to tie up the remaining items of discovery.

Defense counsel has conferred with Peter E. Gillespie, counsel for the plaintiff, who has indicated he has no objection to the Motion being granted. SNET believes this is approximately the ninth request for an extension of Pretrial Deadlines filed by the parties in this matter.

Dated at New Haven, Connecticut this 23rd day of August, 2004.

> THE DEFENDANT,
> SOUTHERN NEW ENGLAND TELEPHONE
> COMPANY
>
> By ___Lori B. Alexander___
> Lori B. Alexander
> Federal Bar No. CT08970
> Tyler Cooper & Alcorn, LLP
> 205 Church Street
> New Haven, Connecticut 06509
> Tel. (203) 784-8200
> Fax No. (203) 789-2133
> E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 23rd day of August, 2004 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_____
Lori B. Alexander
Federal Bar No.: CT08970