UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV908(CFD) |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY | : | |
| | : | |
| Defendant. | : | JULY   , 2004 |

**DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS**

Pursuant to Rule 37(a) of the Federal Rule of Civil Procedure and Local Rule 37, the defendant, Southern New England Telephone Company ("defendant"), submits this Motion to Compel Responses to the Defendant's First Request for the Production of Documents.

By this motion, defendant respectfully requests that the Court issue an Order compelling the plaintiff Kimberly Bachiocchi ("plaintiff") to provide complete responses to (1) Request Nos. 3, 4, 8, 21, 22, 30, 33, 34, 36, 37, 38, 43, 45, 46, 47, 49, 51, 52 of the Defendant's First Request for the Production of Documents dated February 6, 2003, (2) an identification as to which documents in her Supplemental Production of July 5, 2003 were in response to which Requests; and (3) a formal supplemental pleading withdrawing its objection in accord with the May 28, 2004 letter. Despite defense counsel's requests for the information, complete responses have not been provided.

1

In support of this motion, defendant submits the accompanying memorandum of law and the Affidavit of Deborah DeHart Cannavino dated July   , 2004

                      THE DEFENDANT,
                      SOUTHERN NEW ENGLAND
                      TELEPHONE COMPANY

                      By:_____

Deborah DeHart Cannavino
(CT 08144)
TYLER COOPER & ALCORN, LLP
One Landmark Square
Stamford, CT  06901-2501
Telephone: (203)348-5555
Fax: (203) 348-3875
Cannavino@TylerCooper.com

## **CERTIFICATION**

        I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this _____ th day of July, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

_____                Deborah DeHart Cannavino