July 30, 2004

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn
Two Landmark Square
Stamford, CT 06904

    Re: Bachiocchi v. SNET

Dear Ms. Cannavino:

    I left a telephone message for you earlier, but I have not heard back from you.

    I received your draft motion to Compel late yesterday. In conjunction with your earlier letter the motion appears to set forth the particular materials which you now seek. This is the first clarification which I have had from you. I appreciate the fact that you have significantly narrowed your focus.

    I am in the process of reviewing your requests. Based upon my initial preliminary review I think that we are close to a resolution. I will spend some time over the weekend in an effort to fully evaluate your demands and the status of Plaintiff's production. I will respond to you, in writing, not later than Monday at 2:00 pm.

                                        Very truly yours,

                                        Peter E. Gillespie