UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI,<br>     Plaintiff<br>v.<br><br>SOUTHERN NEW ENGLAND<br>TELEPHONE COMPANY<br>     Defendant. | :<br>:<br>: Civil Action No. 3:02CV908(CFD)<br>:<br>:<br>:<br>: |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

**X** A ruling on the following motions which are currently pending: **[#122a] Defendant's Motion to Compel Plaintiff's Responses to Defendant's First Request for the Production of Documents.** (orefm.)

\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 7Th day of September 2004, at Hartford, Connecticut.

Christopher F. Droney
United States District Judge