123

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * *   *
                                      *
KIMBERLY BACHIOCCHI,                  *
                                      *
                                      *
      Plaintiff,                      *
                                      *
v.                                    *   CIV. ACTION NO. 02-CV-908 (CFD)
                                      *
                                      *
THE SOUTHERN NEW                      *
ENGLAND TELEPHONE                     *
COMPANY,                              *
                                      *
      Defendant.                      *   AUGUST 23, 2004
* * * * * * * * * * * * * * * * * *   *
```

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendant, The Southern New England Telephone Company, hereby requests an extension of time through September 17, 2004, in order to complete discovery in this matter and through October 8, 2004 in order to file a dispositive motion. In support of this motion, the defendant states that there are several pending discovery motions before the Court, including document requests by SNET to the plaintiff, which have not yet been ruled on by the Court.

*ORAL ARGUMENT IS NOT REQUESTED*