UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*************************************
KIMBERLY BACHIOCCHI,         *
                             *
            Plaintiff,       *    CIVIL ACTION No. 3:02CV908(CFD)
                             *
      v.                     *
                             *
SOUTHERN NEW ENGLAND         *    September 17, 2004
TELEPHONE COMPANY,           *
                             *
            Defendant.       *
*************************************
```

## MEMORANDUM IN SUPPORT OF
## PLAINTIFF'S MOTION FOR ORDER AND SANCTIONS

Plaintiff filed a motion to compel certain documents and other materials (Docket No. 41). By Order dated June 7, 2004 (Docket No. 89) the Court ordered production of certain documents, but in at least one area Defendant has failed to comply with the Court's Order.

In connection with her claims, including the equal pay act claim, Count 5 of the Complaint, Plaintiff sought, *inter alia*, "all records as will show the job functions, performance reviews, performance ratings, wages, other forms of compensation and benefits received by Richard Greene, Ronald Durza, Chris Manouse, Keith Casey and Frank Andrews during the period January 1999 through December 31, 2001." The Court ordered Defendant "to produce <u>all</u> materials which are responsive, not just those which it believes are enough." Order of the Court at pp 4-5 (Emphasis in original). To date, Defendant has produced no materials in response to the Court's Order.

During the more than 90 days that elapsed since the Court's Order, Defendant did ask Plaintiff for an additional copy of the exemplative email summary of compensation ratings and payments which had been submitted as an exhibit with the motion to compel. This same document had also been introduced as an exhibit during the deposition of SNET manager Kevin West. Plaintiff did forward another copy of that document to Defendant 30 days ago, but Defendant has not produced any additional wage or benefit information in response to the Court's Order, either before or after Plaintiff responded to its question.

Fed. R. Civ. P. 37 (b) provides that a party failing to comply with an Order of the Court shall be subject to sanctions. Plaintiff now requests that the Court impose the following sanctions:

1. That a default judgment be entered against Defendant with respect to Court 5 of the Complaint;

2. That Defendant be ordered to produce <u>all</u> responsive documents by a date certain so that they may be used by Plaintiff for the purpose of conducting a hearing in damages at an appropriate time as set by the Court;

3. That Plaintiff be awarded costs and fees for this motion; and

4. That the Court grant such other, further relief as is deemed to be just and appropriate.

>THE PLAINTIFF
>KIMBERLY BACHIOCCHI
>
>
>By:_____
>Peter E. Gillespie   (Ct06554)
>Her Attorney
>46 Riverside Avenue
>Westport, CT 06880
>Tel: (203) 227-7000
>Fax:(203) 454-5508
>E-Mail: petelaw@mac.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 17th day of September, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie