UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 SEP 22  P 4: 37
U.S. DISTRICT COURT
HARTFORD, CT.

KIMBERLY BACHIOCCHI,
        -Plaintiff

-v-                                     3-02-CV-908 (CFD)

SOUTHERN NEW ENGLAND
TELEPHONE COMPANY,
        -Defendant

### RULING ON MOTION TO COMPEL (Dkt. #62)

On June 22, 2004, the court ordered the plaintiff to submit for *in camera* inspection a certain document which she contended was protected by the attorney-client privilege. (See Dkt. 99). The court has reviewed that document. The motion to compel is **GRANTED**. The court finds that the document, which is attached hereto, may not be withheld from discovery on grounds of the attorney-client privilege for a variety of reasons. First, plaintiff has not sustained her burden of showing that the privilege applies. Second, it is rather clear from the face of the document itself that the privilege does not apply, since the privilege protects communications, not facts. Third, the subject, essence, gravamen and substance of the information that is contained in the document was previously revealed to the defendant when a later version of

the statement was disclosed to plaintiff's employer. Plaintiff's claim of attorney-client privilege is, in short, utterly baseless. An award of attorney's fees is wholly appropriate.

Within 20 days of this date, the defendant will file an affidavit setting forth the amount of attorney's fees and costs that have been incurred in bringing the motion to compel to secure discovery of this attached document. Within 10 days thereafter, the plaintiff shall file whatever papers she wishes challenging the amount of fees claimed, showing cause, if there is any, why an award of attorney's fees and costs should not be immediately imposed on plaintiff and/or her counsel.

Dated at Hartford, Connecticut, this 22nd day of September, 2004.

Thomas P. Smith
United States Magistrate Judge