UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 SEP 22 P 5: 21
U.S. DISTRICT COURT
HARTFORD, CT.

KIMBERLY BACHIOCCHI,
    -Plaintiff

-v-                      3-02-CV-908 (CFD)

SOUTHERN NEW ENGLAND
TELEPHONE COMPANY,
    -Defendant

### RULING ON MOTION TO FILE UNDER SEAL (Dkt. #118)

The plaintiff seeks to file under seal the attached document, which is a draft of a statement that she previously provided to her employer. The plaintiff seeks to withhold the document from discovery on grounds of the attorney-client privilege. The court has examined this document and finds that the plaintiff has not sustained her burden of showing that the attorney-client privilege applies. See September 22, 2004, Ruling on Defendant's Motion to Compel and the findings made therein. (Dkt. #62). Accordingly, the attached document shall be turned over to the plaintiff. The instant motion to file under seal is DENIED.

Dated at Hartford, Connecticut, this 22nd day of September, 2004.

Thomas P. Smith
United States Magistrate Judge