UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI, | \* | |
| | \* | |
| Plaintiff, | \* | CIVIL ACTION No. 3:02CV908(CFD) |
| | \* | |
| v. | \* | |
| | \* | |
| SOUTHERN NEW ENGLAND | \* | October 12, 2004 |
| TELEPHONE COMPANY, | \* | |
| | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PLAINTIFF'S NOTICE OF INADVERTENT DISCLOSURE**

Plaintiff has filed an Objection to a Ruling and Endorsement Order of the Magistrate Judge concerning issues of lawyer client privilege attaching to two documents. It has just come to counsel's attention that the earlier of the two documents, the first draft statement prepared by Plaintiff (Document No. 117) was inadvertently disclosed to Defendant in April, 2004.

At that time Plaintiff made disclosure of a chronological log of events which had been prepared by Plaintiff. The first draft statement had been included with the other materials in the log. At the time of its release, the first draft statement was not separately identified. The disclosure was first realized to have occurred on October 9, 2004.

It seems that through this inadvertent disclosure privilege has been waived as to the document itself. Nevertheless, Plaintiff believes that her Objection is still well founded for the following reasons:

1.  The second draft statement (Document No. 120), bearing handwritten notes memorializing Plaintiff's actual conversation with counsel had never been released or disclosed prior to the Ruling below. All of Plaintiff's arguments as to that document remain undisturbed.

2.  Even though the first draft had been disclosed on its face, it was not until it was identified as a draft that the actual conversations between lawyer and client could be inferred. The first identification of the document arose from the rulings of the Magistrate Judge. Plaintiff respectfully asks that any inquiry be limited to the four corners of the now disclosed document and not be permitted to invade remaining areas of privilege.

Respectfully submitted,

THE PLAINTIFF
KIMBERLY BACHIOCCHI


By:_____
Peter E. Gillespie   (Ct06554)
Her Attorney
46 Riverside Avenue
Westport, CT 06880
Tel: (203) 227-7000
Fax:(203) 454-5508
E-Mail: petelaw@mac.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the forgoing was transmitted by telecopier and first class post this 12th day of October, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie