THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*
KIMBERLY BACHIOCCHI,           \*
                                \*
                                \*
                                \*
   Plaintiff,                   \*
                                \*
v.                              \* CIV. ACTION NO. 02-CV-908 (CFD)
                                \*
                                \*
THE SOUTHERN NEW                \*
ENGLAND TELEPHONE               \*
COMPANY,                        \*
                                \*
   Defendant.                   \* OCTOBER 12, 2004
                                \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### AFFIDAVIT OF DEBORAH DEHART CANNAVINO IN SUPPORT OF ATTORNEY'S FEES AND COSTS IN ACCORDANCE WITH COURT ORDER OF SEPTEMBER 22, 2004

I, Deborah DeHart Cannavino, being duly sworn, hereby depose and say:

1.     I am over 18 years of age and believe in the obligation of an oath.

2.     I have personal knowledge of the facts set forth in this affidavit, and the facts are true and accurate to the best of my knowledge and belief.

3.     I am an attorney at Tyler Cooper & Alcorn and I represent the defendant Southern New England Telephone company in this matter.

4.     On September 22, 2004, Magistrate Judge Thomas P. Smith issued an Order entitled "Ruling on Motion to Compel (Dkt. #62)." The Order granted Defendant's Motion to Compel dated May 3, 2004 and awarded defendant its attorney's fees and costs incurred in bringing that

Motion. Defendant was instructed to file an Affidavit setting forth the amount of its attorney's fees and costs. This Affidavit is made pursuant to that Order.

5. Tyler Cooper & Alcorn prepares monthly invoices to the defendant. These invoices contain a contemporaneous itemization of the attorney's fees and costs and a description of the services rendered.

6. I have reviewed the invoices sent to defendant by Tyler Cooper & Alcorn for the period March 2004 through the present to determine the amount of attorney's fees that were associated with the Motion to Compel dated May 3, 2004.

7. Specifically, the undersigned, and Attorney Lori Alexander, with the assistance of Attorney Renee Reed, researched the legal issues surrounding the plaintiff's claim that the document at issue was privileged; wrote "meet and confer" letters to plaintiff's counsel prior to filing its motion; reviewed plaintiff's response; prepared, served and filed its Motion to Compel and supporting documentation; reviewed the plaintiff's opposition, related submissions and affidavits; prepared a reply brief; and reviewed the court's Order.

8. The hourly rates charged in connection with this matter were $242.00 and $255.00 for work performed by Lori B. Alexander, $234.00 and $238.00 for work performed by Deborah DeHart Cannavino, and $183.00 for work performed by Renee M. Reed.

9. To date, the amount of attorney's fees incurred by Tyler Cooper & Alcorn associated with bringing the Motion to Compel and obtaining the discovery requested in that motion is $3,052.93.

10. I also spent approximately 3 additional hours preparing this Affidavit, and the attachments. Therefore, the total amount of attorney's fees sought is $3,766.93.

11.  These fees were reasonable and necessary in obtaining the sought after discovery. Copies of the entries associated with the amounts described above are available for inspection at the Court's request.

_____
Deborah DeHart Cannavino (CT 08144)

STATE OF CONNECTICUT )
COUNTY OF FAIRFIELD    )        ss: Stamford, Connecticut

Personally appeared, Deborah DeHart Cannavino, who swore to and subscribed the above affidavit before me, this 12th day of October, 2004

_____
Notary Public/Commissioner of the Superior Court

MICHELLE A. VILLEGAS
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 200_

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 12th day of October, 2004, as follows:

Peter E. Gillespie
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

_____
Deborah DeHart Cannavino