Exhibit A

```
PAGE    2
                       PAYPERS DATA BASE   -   JOB PAY HISTORY
DATE = 05/11/04                        TIME = 13.20.20           PROGRAM = PAYPHIST
NAME = KIMBERLY A BACHIOCCHI           SSNO =                    COMPANY = 200

EFFDATE= 2001/12/31  JBCH= ST    CO= 200   PG= ED   ALOC= 0111   JBCODE= M26008   TITLE= SALES TRAINING MGR       GWI=
                     EEO= A04    FLS= E    SG= MT   RNGMIN=      $2,615.38        RNGMAX=   $3,423.04             %INRANGE=   -.2672
                     SAL=  2399.5500       %INC=     .0000       AMTINC=          $.0000                          ANN%INC=     .0000       COMPARATIO=    .7947
                     PREV RATE1=  .0000    PREV INC1=  .0000     PREV TYPE1=                                      DEPT= BUSINESS COMMUNICATION SALES
                     CO-ST= R              EMPSTRS= ATR          WKST= FN         SIJ=        JBST= PA            ORG = YD1133B00         PB= B         HRS= 8000

EFFDATE= 2001/12/30  JBCH= ST    CO= 200   PG= ED * ALOC= 0111 * JBCODE= M26008 * TITLE= SALES TRAINING MGR       GWI=
                   * EEO= A04    FLS= E    SG= MT   RNGMIN=      $2,615.38        RNGMAX=   $3,423.04             %INRANGE=   -.2672
                     SAL=  2399.5500       %INC=     .0000       AMTINC=          $.0000                          ANN%INC=     .0000       COMPARATIO=    .7947
                     PREV RATE1=  .0000    PREV INC1=  .0000     PREV TYPE1=                                      DEPT= BUSINESS COMMUNICATION SALES
                     CO-ST= R              EMPSTRS= ATR          WKST= FN         SIJ=        JBST= PA            ORG = YD1133B00         PB= B         HRS= 8000

EFFDATE= 2001/06/17  JBCH= PP  * CO= 200   PG= ED * ALOC= 0111 * JBCODE= M25140 * TITLE= MGR-SLS SPT              GWI=
                   * EEO= A04  * FLS= E  * SG= MT   RNGMIN=      $2,538.46        RNGMAX=   $3,307.65             %INRANGE=   -.1806
                     SAL=  2399.5500       %INC=     .0600       AMTINC=          $135.8200                       ANN%INC=     .1800       COMPARATIO=    .8209
                     PREV RATE1=  .0000    PREV INC1=  .0000     PREV TYPE1= I                                    DEPT= BUSINESS COMMUNICATION SALES
                     CO-ST= R              EMPSTRS= ATR          WKST= FN       * SIJ=        JBST= PA          * ORG = YD1133B00         PB= B         HRS= 8000

EFFDATE= 2001/02/25  JBCH= ST    CO= 310   PG= GL   ALOC= 0111   JBCODE= M15010   TITLE= ANALYST-TECH SL          GWI=
                   * EEO= B20    FLS= N    SG= CW   RNGMIN=      $1,476.92        RNGMAX=   $2,219.23             %INRANGE=    1.0599
                     SAL=  2263.7300       %INC=     .0400       AMTINC=          $87.0800                        ANN%INC=     .0400       COMPARATIO=   1.2249
                     PREV RATE1= 2263.7300 PREV INC1=  .0000     PREV TYPE1= I                                    DEPT= BUSINESS COMMUNICATION SALES
                     CO-ST= R              EMPSTRS= ATR          WKST= FN         SIJ=        JBST= PA            ORG = Y2200D110         PB= B         HRS= 8000

EFFDATE= 2000/12/31  JBCH= ST    CO= 310   PG= GL   ALOC= 0111   JBCODE= M15010   TITLE= ANALYST-TECH SL          GWI=
                     EEO= B20    FLS= N    SG= CW   RNGMIN=      $1,476.92        RNGMAX=   $2,219.23             %INRANGE=    .9426
                     SAL=  2176.6500       %INC=     .0000       AMTINC=          $.0000                          ANN%INC=     .0000       COMPARATIO=   1.1778
                     PREV RATE1= 2176.6500 PREV INC1=  .0000     PREV TYPE1=                                      DEPT= BUSINESS COMMUNICATION SALES
                     CO-ST= R              EMPSTRS= ATR          WKST= FN         SIJ=        JBST= PA            ORG = Y2200D110         PB= B         HRS= 8000

EFFDATE= 2000/07/02  JBCH= ST    CO= 310   PG= GL * ALOC= 0111 * JBCODE= M15010 * TITLE= ANALYST-TECH SL          GWI=
                     EEO= B20    FLS= N  * SG= CW   RNGMIN=      $1,476.92        RNGMAX=   $2,219.23             %INRANGE=    .9426
                     SAL=  2176.6500       %INC=     .0450       AMTINC=          $93.7100                        ANN%INC=     .0491       COMPARATIO=   1.1778
                     PREV RATE1= 2176.6500 PREV INC1=  .0000     PREV TYPE1= I                                    DEPT= BUSINESS COMMUNICATION SALES
                     CO-ST= R              EMPSTRS= ATR          WKST= FN         SIJ= G      JBST= PA            ORG = Y2200D110         PB= B         HRS= 8000

EFFDATE= 2000/02/27  JBCH= ST    CO= 310   PG= GL   ALOC= 0111   JBCODE= M13038   TITLE= ANALYST TECH SALES       GWI=
                     EEO= B20    FLS= N    SG= 4KF  RNGMIN=      $1,740.00        RNGMAX=   $2,200.00             %INRANGE=    .9492
                   * SAL=  2176.6500       %INC=     .0450       AMTINC=          $93.7100                        ANN%INC=     .0491       COMPARATIO=   1.0883
                     PREV RATE1= 2176.6500 PREV INC1=  .0000     PREV TYPE1= I                                    DEPT= BUSINESS COMMUNICATION SALES
                     CO-ST= R              EMPSTRS= ATR          WKST= FN         SIJ= G      JBST= PA            ORG = Y2200D110         PB= B         HRS= 8000

EFFDATE= 2000/01/02  JBCH= ST    CO= 310   PG= GL   ALOC= 0111   JBCODE= M13038   TITLE= ANALYST TECH SALES       GWI=
                     EEO= B20    FLS= N    SG= 4KF  RNGMIN=      $1,740.00        RNGMAX=   $2,200.00             %INRANGE=    .7455
                     SAL=  2082.9400       %INC=     .0000       AMTINC=          $.0000                          ANN%INC=     .0000       COMPARATIO=   1.0414
                     PREV RATE1=  .0000    PREV INC1=  .0000     PREV TYPE1=                                      DEPT= BUSINESS COMMUNICATION SALES
                     CO-ST= R              EMPSTRS= ATR          WKST= FN         SIJ= G      JBST= PA            ORG = Y2200D110         PB= B         HRS= 8000
```

```
PAGE      3
PAYPERS DATA BASE  -  JOB PAY HISTORY
DATE = 05/11/04                       TIME = 13.20.20      PROGRAM = PAYPHIST
NAME = KIMBERLY A BACHIOCCHI          SSNO =                COMPANY = 200

EFFDATE= 1999/12/31  JBCH= ST    CO= 310   PG= GL   ALOC= 0111   JBCODE= M13038   TITLE= ANALYST TECH SALES           GWI=
                     EEO= B20    FLS= N    SG= 4KF  RNGMIN=      $1,598.19        RNGMAX=   $2,075.81                 1.0149
                     SAL= 2082.9400        %INC=    .0000        AMTINC=  $.0000  ANN%INC=       .0000  COMPARATIO=   1.1338
                     PREV RATE1= 2082.9400          PREV INC1=   .0000   PREV TYPE1=       DEPT= BUSINESS COMMUNICATION SALES
                     CO-ST= R    EMPSTRS= ATR       WKST= FN     SIJ= G  JBST= PA          ORG = Y2200D110   PB= B   HRS= 8000

EFFDATE= 1999/03/28  JBCH= ST    CO= 310   PG= GL   ALOC= 0111   JBCODE= M13038   TITLE= ANALYST TECH SALES           GWI=
                   * EEO= B20    FLS= N    SG= 4KF  RNGMIN=      $1,598.19        RNGMAX=   $2,075.81                 1.0149
                     SAL= 2082.9400        %INC=    .0300        AMTINC=  $60.6700 ANN%INC=       .0300  COMPARATIO=  1.1338
                     PREV RATE1= 2022.2700          PREV INC1=   60.6700  PREV TYPE1= I    DEPT= BUSINESS COMMUNICATION SALES
                     CO-ST= R    EMPSTRS= ATR       WKST= FN     SIJ= G  JBST= PA          ORG = Y2200D110   PB= B   HRS= 8000

EFFDATE= 1998/12/31  JBCH= ST    CO= 310   PG= GL   ALOC= 0111   JBCODE= M13038   TITLE= ANALYST TECH SALES           GWI=
                     EEO= B20    FLS= N    SG= 4KF  RNGMIN=      $1,598.19        RNGMAX=   $2,075.81                 .8879
                     SAL= 2022.2700        %INC=    .0000        AMTINC=  $.0000  ANN%INC=       .0000  COMPARATIO=   1.1008
                     PREV RATE1= .0000               PREV INC1=   .0000  PREV TYPE1=       DEPT= CUSTOM BUSINESS GROUP
                     CO-ST= R    EMPSTRS= ATR       WKST= FN     SIJ= G  JBST= PA          ORG = Y2200D110   PB= B   HRS= 8000

EFFDATE= 1998/06/07  JBCH= LP  * CO= 310 * PG= GL   ALOC= 0111 * JBCODE= M13038 * TITLE= ANALYST TECH SALES           GWI=
                     EEO= B20  * FLS= N  * SG= 4KF  RNGMIN=      $1,598.19        RNGMAX=   $2,075.81                 .8879
                     SAL= 2022.2700        %INC=    .0000        AMTINC=  $.0000  ANN%INC=       .0000  COMPARATIO=   1.1008
                     PREV RATE1= 2022.2700          PREV INC1=   .0000  PREV TYPE1=       DEPT= CUSTOM BUSINESS GROUP
                     CO-ST= R    EMPSTRS= ATR       WKST= FN     SIJ= G  JBST= PA          ORG = Y2200D110   PB= B   HRS= 8000

EFFDATE= 1998/03/29  JBCH= ST    CO= 200   PG= ED   ALOC= 0111   JBCODE= M13068   TITLE= COURSE DEVEL/INSTR           GWI=
                   * EEO= B20    FLS= E    SG= 16A  RNGMIN=      $1,599.06        RNGMAX=   $2,076.94                 .8856
                     SAL= 2022.2700        %INC=    .0375        AMTINC=  $73.0900 ANN%INC=       .0375  COMPARATIO=  1.1002
                     PREV RATE1= 1949.1800          PREV INC1=   73.0900 PREV TYPE1= I    DEPT= NETWORK FINANCE & ADMIN
                     CO-ST= R    EMPSTRS= ATR       WKST= FN     SIJ= G  JBST= PA          ORG = Y5512I100   PB= B   HRS= 8000

EFFDATE= 1997/12/31  JBCH= ST    CO= 200   PG= ED   ALOC= 0111   JBCODE= M13068   TITLE= COURSE DEVEL/INSTR           GWI=
                     EEO= B20    FLS= E    SG= 16A  RNGMIN=      $1,599.06        RNGMAX=   $2,076.94                 .7327
                     SAL= 1949.1800        %INC=    .0000        AMTINC=  $.0000  ANN%INC=       .0000  COMPARATIO=   1.0604
                     PREV RATE1= .0000               PREV INC1=   .0000  PREV TYPE1=       DEPT= NETWORK FINANCE & ADMIN
                     CO-ST= R    EMPSTRS= ATR       WKST= FN     SIJ= G  JBST= PA          ORG = Y5512I100   PB= B   HRS= 8000

EFFDATE= 1997/12/20  JBCH= ST    CO= 200   PG= ED   ALOC= 0111   JBCODE= M13068   TITLE= COURSE DEVEL/INSTR           GWI=
                     EEO= B20    FLS= E    SG= 16A  RNGMIN=      $1,599.06        RNGMAX=   $2,076.94                 .7327
                     SAL= 1949.1800        %INC=    .0000        AMTINC=  $.0000  ANN%INC=       .0000  COMPARATIO=   1.0604
                     PREV RATE1= .0000               PREV INC1=   .0000  PREV TYPE1=       DEPT= NETWORK FINANCE & ADMIN
                     CO-ST= R    EMPSTRS= ATR       WKST= FN     SIJ= G  JBST= PA          ORG = Y5512I100   PB= B   HRS= 8000

EFFDATE= 1997/10/26  JBCH= ST    CO= 200   PG= ED   ALOC= 0111   JBCODE= M13068   TITLE= COURSE DEVEL/INSTR           GWI=
                     EEO= B20    FLS= E    SG= 16A  RNGMIN=      $1,599.06        RNGMAX=   $2,076.94                 .7327
                     SAL= 1949.1800        %INC=    .0000        AMTINC=  $.0000  ANN%INC=       .0000  COMPARATIO=   1.0604
                     PREV RATE1= .0000               PREV INC1=   .0000  PREV TYPE1=       DEPT= NETWORK FINANCE & ADMIN
                     CO-ST= R    EMPSTRS= ATR       WKST= FN     SIJ= G  JBST= PA          ORG = Y5512I100   PB= B   HRS= 8000
```