**PETER E. GILLESPIE**
COUNSELLOR AND ATTORNEY AT LAW
46 RIVERSIDE AVENUE
POST OFFICE BOX 3416
WESTPORT, CONNECTICUT 0(3880

TELEPHONE (2031 227-7000                                                TELECOPIER (2031 454-5506

August 17, 2004

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06904

      <u>Re: Bachiocchi v. SNET</u>

Dear Ms. Alexander:

      In response to your request for a copy of the exemplative document to which Plaintiff referred, please find enclosed a copy of Exhibit 2 from the deposition of Kevin West. I am sorry that you could not find any of your earlier copies, and I am happy to assist you in this regard.

      I appreciate your effort to accommodate the Plaintiff. I believe that in addition to the format inclosed herewith, there are likely to be many other responsive documents. For example, at her deposition Ms. Moffett mention a document, or series of documents, which she referred to as Form 99's, Payroll Change Report forms. See Moffett Deposition at TR. 37. Also, at Plaintiff's deposition you introduced a "Personnel Information Profile," which appears to be a computer generated document tracking basic wage rates.

      Just as with West Exhibit 2 and the Personnel Information Profile, Plaintiff believes that most, if not all, of SNET's payroll and benefit records frequently are recorded and accessible in computerized format.

      Also, I do not believe that I have received a sworn representation from anyone on behalf of the Defendant supporting the loss of the sign-out logs. At his deposition Mr. West testified that it was Carol Stanevich who was asked to look for the logs and discovered that they had been lost. Similarly, no sworn statement has been provided to confirm that Defendant has produced the entire "Faiella file." I would appreciate it if you would furnish me with sworn statements clarifying these factual matters.

                                                  Very truly yours,

                                                  Peter E. Gillespie

| ACHIOCCHI, K. Start 617198 Engineer MONTH | INDIVID. PERF. | PTS CONTRI. OBJ | PTS CONTRI. ATTAIN | PTS CONTRI. YTD'/o | PTS CONTRI. Z EARNED | CBG OP. PROF. OBJ. | CBG OP. PROF. ATTAIN | CBG OP. PROF. ATTAIN YTD % | CBG OP. PROF. $ EARNED |
|---|---|---|---|---|---|---|---|---|---|
| DEC | 174 | 132,097 | 301,302 | 228% | 1,503 | 373,190,000 | 377,106,000 | 101% | 23 |
| NOV | 174 | 131,673 | 205,250 | 1 156'/. | 1,125 | 341,898,000 I | 346,543,000 | 101% i | .- 23 |
| j OCT | 174 | 119,680 | _ 96,531 | 81'/~ | (78) | 310,559,000 ; | 316,342,000 ' | 102% | _ 23 |
| SEP | 174 | | ' 127,578 | 100'/. | 174 | 278,958,000 | 284,738,000 | 102°/. | _ 23 |
| AUG_ | __ 174 | 91,740 | | 100% | 174 | 247,538,000 | 252,653,000 : | 102% | - 23 |
| JUL | 174 | | | 100'/0 | 174 | 216,485,000 | 222,702,000 | 103% | 23 |
| j JUN | 174 | | | 139% | 261 | 185,551,000 , | 191,110,000 | 103% | 23 |
| MAY | | | | | | | | | |
| APR | | | | | | | | | |
| MAR | | | | | | | | | |
| FEB | | | | | | | | | |
| i JAN | | | | | | | | | |
| i TOTAL | 1,218 | | | | 3,333 | | | | 1,62 |

98bachio



| | BACHIOCCHI, K. | | | | | | |
|---|---|---|---|---|---|---|---|
| Engineer I PTS | | PTS | PTS | PTS | INDIV. | CBG | |
| | MONTH | REVENUE | REVENUE] | REVENUE | PERF. | TEAM | ; TOTAL |
| | REVENUE OBJECTIVE | ATTAINMENT | i YTD'/. | $ EARNED | $ EARNED | RESULTS | ADJ. j PAID |
| | DEC | 5,400,000  6,354,253 | 118'/. | 349 | 191 | 327 | 867 |
| | NOV | 4,700,000  5,642,083 | 120'/. | 1,083 | 191 | | 1,274 |
| | OCT | 4,300,000  4,742,819 | 110'/. | (43) | 191 | | 148 |
| | 1 SEP | 3,900,000  4,623,072 | 119'/. | 207 | 191 | | 398 |
| 2 - Exceeds Some | AUG | 3,200,000  4,089,990 | 128'/. | 522 | 191 | | 713 |
| | JUL | 2,800,000  3,527,577 | 126•/. | 522 | 191 | | 713 |
| | JUN | ^ 2,400,000  3,026,669 | 126'/. | 522 | 174 | 355 | 1,051 |
| | MAY | 1,750,000  2,476,748 | 142'/. | 522 | 174 | | I 696 |
| | APR | 1,450,000  1,917,259 | 132'/. | 786 | 174 | | 960 |
| | MAR | 1,150,000  1,494,370 | 130'/. | 722 | 174 | | 896 |
| 3 - Meets | FEB | | 100'/. | 290 | 174 | | 464 |
| | JAN | | 100'/. | 290 | 174 | | 464 |
| | TOTAL | | I | 5 772 | 2,192 | 682 I | - I  8,646 |

99BACHIOCCHI

| TS P TS E REVENUE INMENT | BACHIOCCHI, K. | | PTS REVENUE YTD'/. | PTS REVENUE $ EARNED | INDIV. PERF. $ EARNED | BCS TEAM RESULTS | TOTAL ADJ. PAID |
|---|---|---|---|---|---|---|---|
| | | | | | | | I |
| | | DEC 6,000,000 6,010,999 | 100% | | | 260 | 260 |
| | NOV 5,500,000 5,429,1471 | | 99'/. | | 191 | | 191 |
| | | OCT 5,000,000 5,002,309 | 100% | | 191 | | 191 |
| | | i SEP 4,500,0001 4,299,845 | 961/6 | | 191 | | i 1521 |
| Some | | AUG 4,000,000 3,951,883 | 99% | | 191 | | |
| | 3,448,674 | | 99% | | 191 | | (421) |
| | JUL ___3,50_0,0_00 | | | | | | |
| | | | 95'h | 421 | 191 | 327 | 939 |
| | I JUN 3,000,000 2,849,384 | | | | | | |
| | | MAY 2,500,000 2,252,801 | 90% | - 369 | 191 | | |
| | | APR 2,000,000 1,715,569 | 86% | 422 | 191 | | 613 |
| | | MAR 1,500,000 1,116,791 | 74% | 280 | 191 | | 471 |
| Some | | FEB 1,000,000 712,722 | 71% | 254 | 191 | | 445 |
| | | JAN 500,000 345,285 | 69'/. | 240 | 191 | | 431 |
| | | | | 1,986 | 2,105 | 587 | 421 4,256 560I - |

~.r'`,~,'?"

OOBACHIOCCHI

2001 -COMPENSATION

| 'CCHI, K. TSS - CSS CSS CSS REVENUE REVENUE IVE ATTAINMENT | CSS REVENUE YTD % | CSS REVENUE $ EARNED | INDIV. PERF. $ EARNED | ADJ. | TOTAL PAID |
|---|---|---|---|---|---|
| return date may-1.200.1 _ | | | | | i |
| 00,000 | 0% | | | | - |
| 500,000 | 0% | | | | - |
| 00,000 | 0% | | | | - |
| 00,000 | 0% | | | | - |
| )00,000 | 0'/• | | | | |
| 00,000 | 0'/. | 332 | 174 | | - |
| 00,000 2,385,707 | 80°/. | 316 | 174 | | 506 |
| MAY 2,500,000 1,958,196 | 78%. | | | | 490 |
| 00,000 1,508,978 | 75%. | | | | - ' |
| 500,000 984,852 | 66%. | | | | - |
| 60m L FEB 1,000,000 749,277 | . 751/. | | | | - |
| ),000 385,954 | 77%. | | | | - |
| | | 648 | 348 | - | 996 |
| TED 6-'t'-0t'W'p g 'Rr #:" rate | | | | | |

0113ACHIOCCHI                     1