EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
************************************
KIMBERLY BACHIOCCHI,              *
                                  *
              Plaintiff,          *      CIVIL ACTION No. 3:02CV908(CFD)
                                  *
       v.                         *
                                  *
SOUTHERN NEW ENGLAND              *      JULY 1, 2004
TELEPHONE COMPANY,                *
                                  *
              Defendant.          *
************************************
```

## AFFIDAVIT OF KIMBERLY BACHIOCCHI IN OPPOSITION TO DEFENDANT'S MOTION FOR ORDER

I, Kimberly BACHIOCCHI, being duly sworn, depose and state as follows:

1.    I am over 18 years of age and I believe in the obligations of an oath.

2.    I am the Plaintiff in the above-captioned matter.

3.    A SNET employee, Bob Ellis, as assigned to investigate an incident which occurred between my manager, Kevin West and myself on June 4, 2001.  Mr. Ellis requested that I submit a written statement to him.

4. After speaking with Mr. Ellis, I spoke to my lawyer.  I wanted his assistance in drafting the statement. At his request I prepared a draft of the statement to be submitted to Mr. Ellis.  I gave the draft to my attorney.  The draft was not given to anyone else.

4.    I then had a conversation with my lawyer.  Following our conversation I

finalized the statement. I gave the final statement to Mr. Ellis. A copy of the draft that I gave to my attorney is attached as Exhibit A. A copy of the final statement which I gave to Mr. Ellis is attached as Exhibit B.

I have read the foregoing affidavit and I swear that it is true to the best of my knowledge and belief.

<br>

Kimberly Bachiocchi
_____

Subscribed and sworn to before
me this 1st day of July, 2004.


_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing, exclusive of Exhibit A was served by first class post this 1st day of July, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie



Exhibit

A

I returned to SNET after being out on medical leave On May 14th. I was out due to a nervous breakdown from the harassment that was displayed towards me.

Upon my return Kevin West has increasingly become very hostile towards me. He has lowered my compensation rating, he has taken away my comp time, he has given me job assignments that I have had no pervious experience in doing.

Kevin doesn't return my phone calls. He does retrieve them but I do not get any responses. When I ask him a question he replies he doesn't have to answer to me.

Kevin has removed me from my accounts that I had had before becoming sick. He has refused to assign me back to these accounts even after the customer requested that I be put back on their account. When asked why he was doing this he yelled at me he "I DID NOT HAVE TO ANSWER TO YOU I AM IN CHARGE.

I had a meeting with Kevin Chris Manouse on May 31st . At this time I asked if the meeting could be taped. Kevin approached me in an angry way. I was sitting down and he stood over me telling me "YES, I DO HAVE A PROBLEM AND YOU WILL NOT TAPE THIS OR ANY OTHER MEETING EVER.

Kevin at this point was very angry with me he was red in the face and started accusing me of going behind his back and contacting a customer. He told me if you do it again or contact Janice Vereb by phone or email you will be disciplined and have insubordination charges brought against me. After Kevin was done he asked me to leave the room and I was not able to further question him. When I asked if I could ask a few questions his response was "WE ARE FINISHED HERE!"

I was very shaken by his anger toward me and I immediately called my DR. to schedule an appointment. I became very sick to my stomach and was shaking after the meeting.

I had made an appointment to meet with my Dr. on Friday. While I was on my way to the Dr. I called Kevin. I asked him if he received my ace his reply was "yes". When I asked him way he did not reply to me he stated he

did Thursday night. I replied "Kevin you did not." When I asked if he received a return receipt from me picking up this message he became very angry and yelled into the phone " I DO NOT HAVE TO ANSWER TO YOU KIM." I asked about over time his reply was the was no over time. I replied "There is no overtime in the office?" He yelled back " THERE IS NO OVER TIME FOR YOU KIM".

I was very disturbed by his response and drove off the wrong exit twice on my way to the Dr. I was becoming fearful of him because he continued to get very angry with me.

Monday June 4th. I was very upset going into the office because of what took place on Friday.

Kevin arrived in the office at 8:30 AM. He went to his desk. I was working at my desk and continued to be very nervous.

Kevin came into my office space and stood above me. This occurred about 8:45 – 9:15 AM. He placed the papers he wanted to review on my desk. He reviewed my job with me and then addressed the paper I had attached. He said, "WE ARE NOT DOING THIS IN THIS OFFICE. NOBODY WILL SIGN ANYTHING. I informed him it was just to keep track of who reviews my work seeing that it needed to be approved by someone in the office. Chris Manouse signed other without any problems (I did not mention Chris to Kevin.) At this point I went to pick up the paper and at the same time Kevin grabbed my wrist and fought with me over this paper. He ended up with the paper and crumbled it in my face. He then said, " NOW LETS CHANGE THE SUBJECT. I have given John Dunn the job of Strafford Spring. This was my assignment. I never made any indication I did not want or could not handle this job.

Kevin walked away very angry and unfolded the paper he crumbled in my face and put it through the shredder.

After the paper incident Kevin went down the hall and talked with all the gentlemen in the office a few at a time and then one at a time. I asked several times what was going on and I either received no answers or just some stuff jobs and things. These people could not even look at me when speaking to me.

At this point I was so stomach sick and nervous I was shaking at my desk. I called my attorney Peter Gilespie, and a very close friends Nick Faiella. Nick expresses concern for my well being as well as Peter did. I was very upset talking with Nick and had a hard time communicating to him. After I spoke to Nick he called S.N.E.T Legal Compliance. He also called the Derby police. I spoke to the Derby police Officer Chapman. I explained the incident to him while standing in the hallway. He asked to speak to Kevin. I went into the office and told Kevin that someone was in the hallway and wanted to speak to him. They went down the hall to a private room.

I spoke to Officer Chapman and asked that charges be filed. I showed him a red mark on my arm and explained to him it was very tender. He said he would not press charges again Kevin that my watch was the cause of this mark and told me to call HR.

I called HR at 12:04 and spoke to Lori Moffett and explained to her I was too upset to stay at work and I would be going home. She said she would notify Kevin. I turned my work that needed to be handled over to Walter Zapor. I left the office and arrived at home at 12:30PM.

At this time the red spot had expanded and become swollen. I scheduled an appointment with Dr. Sarfeh and saw him at 5:45PM. He ran several motor skills test and measured the injured area. It measured 1 ½ cm x 2 cm. And found swelling on my wrist area.

Exhibit
B

# STATEMENT

Page 1 of 5

Date: 6/6 2001

Time: 11:00 am

Location: 6 Devine Street (Crossroads), North Haven, CT

I, Kimberly Bachiocchi

provide the following statement to

Bob Ellis

who have identified himself/herself as an Asset Protection Manager for SNET/SBC. No force, threats, coercion promises, or gratuities have been made to me to induce me to make this statement.

Full Name: Kimberly Ann Bachiocchi

Social Security Number:

Date and Place of Birth: Waterbury, CT

Home Address: DR Oxford, CT 06478

Home Phone Number:

Place of Employment: 90 Elizabeth Str. Derby, CT

NCS (if SNET Employee): 7/23/84

Title: Analyst Technical Sales

Supervisor: Kevin West

Work Location: 90 Elizabeth Str. Derby CT

Work Phone Number: (303) 732-7067

EXHIBIT B

# STATEMENT

Page 1 of 5

Date: 6/6       200 01

Time: 11:00 am

Location: 6 Devine Street (Crossroads), North Haven, CT

I, Kimberly Bachiocchi

provide the following statement to

Bob Ellis

who have identified himself/herself as an Asset Protection Manager for SNET/SBC. No force, threats, coercion promises, or gratuities have been made to me to induce me to make this statement.

Full Name: Kimberly Ann Bachiocchi

Social Security Number: 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

Date and Place of Birth: 9/22/64  Waterbury, CT

Home Address: 21 Silano Dr Oxford, CT 06478

Home Phone Number: (203) 881-2345

Place of Employment: 90 Elizabeth Str. Derby, CT

NCS (If SNET Employee): 7/23/84

Title: Analyst Technical Sales

Supervisor: Kevin West

Work Location: 90 Elizabeth Str. Derby CT

Work Phone Number: (203) 732-7067

I returned to SNET after being out on medical leave On May 14th. I was out under medical care for stress, arising from the harassment that was displayed toward me.

I first attempted to return for a single day January 18,2001. On that occasion every other person assigned to the office except Kevin was scheduled to be off site the entire day. I spent that day alone and without any assignment.

I returned to regular employment on May 14,2001. The first thing I noticed was Kevin was not returning my phone calls. He does retrieve them but I do not get any responses. When I ask him a question he replies he does not have to answer to me.

Kevin has removed me from my two most regular accounts that I had earlier. He refused to assign me back to these accounts even after the customer requested that I be put back on their account. When I asked him why he was doing this he yelled at me "I DO NOT HAVE TO ANSWER TO YOU. I AM IN CHARGE." Although he yelled he remained seated at the time.

I had a meeting with Kevin and Chris Manouse on May 31,2001. At this time I asked if he would mind if I taped the meeting. Kevin approached me in an angry way pointing his finger at me. I was sitting down and he stood over me telling me "YES, I DO HAVE A PROBLEM AND YOU WILL NOT TAPE THIS OR ANY OTHER MEETING EVER." He continued speaking accusing me of going behind his back and contacting a customer. He told me if I contacted Janice Vereb by phone or email he would discipline me. He would have insubordination charges brought against me. Kevin then criticized my work on a Pfizer job. We briefly discussed Pfizer. Kevin then said we are done here go back to your desk. I said I had a few more questions. He said " NO ,KIM WE ARE FINISHED HERE."

I was very shaken by his anger toward me and I immediately called my DR. to schedule an appointment. I became very sick to my stomach. I found it to be very hard to concentrate.

I had made an appointment to meet with my Dr. on Friday. While I was on my way to the Dr. I called Kevin. I asked him if he received my ace his reply was "yes". When I asked him way he did not reply to me he stated he did Thursday night. I replied "Kevin you did not." When I asked if he received a return receipt from me picking up this message he became very

angry and yelled into the phone " I DO NOT HAVE TO ANSWER TO
YOU KIM." I asked about over time his reply was the was no over time. I
replied "There is no overtime in the office?" He yelled back " THERE IS
NO OVER TIME FOR YOU KIM".

I was very disturbed by his response and drove off the wrong exit twice on
my way to the Dr. I was becoming fearful of him because he continued to
get very angry with me.

Monday June 4th. I was very upset going into the office because of what
took place on Friday.

Kevin arrived in the office at 8:30 AM. He went to his desk. I was working
at my desk and continued to be very nervous. He was not very friendly upon
entering the office.

Kevin came into my office space to speak to me. Rather than taking a seat
he continued to stand during this conversation. This occurred about 8:45 –
9:15 AM. He placed the papers he had reviewed on my desk. He reviewed
the job with me. Then he addressed the confirmation form I had attached.
He said " We are not doing this in this office. Nobody will sign anything."
When Kevin finished speaking I picked it up. Kevin then grabbed my wrist
and grabbed the paper and struggled to get it out of my hand. He ended up
with the paper in his hand. He let go of my wrist. Then right in front of me
he crumbled the paper with both hands. When he was done he said "Now
let's change the subject. Then Kevin took a job away from me and
reassigned it to someone else.

Kevin walked away very angry and unfolded the paper he crumbled in my
face and put it through the shredder.

After the paper incident Kevin went down the hall and talked with all the
gentlemen in the office a few at a time and then one at a time. I asked
several times what was going on and I either received no answers or just
about some stuff, jobs, and things. These people could not even look at me
when speaking to me.

At this point I was so stomach sick and nervous I was shaking at my desk. I
called Nick Faiella. Nick expressed concern for my well being. I was very
upset talking with Nick and had a hard time communicating to him. After I

spoke to Nick he called S.N.E.T Legal Compliance. He also called the Derby police. I spoke to the Derby police Officer Chapman. I explained the incident to him while standing in the hallway. He asked me to get Kevin so he could speak with him. When he spoke to Kevin they used a private office.

I spoke to Officer Chapman after he spoke to Kevin. Officer Chapman advised me to call HR.

I called HR at 12:04 and spoke to Lori Moffett and explained to her I was too upset to stay at work and I would be going home. She said she would notify Kevin. I turned my work that needed to be handled over to Walter Zapor. I left the office and arrived at home at 12:30PM.

At this time the red spot had expanded and become swollen. I scheduled an appointment with Dr. Sarfeh and saw him at 5:45PM. He ran several motor skills test and measured the injured area. It measured 1 ½ cm x 2 cm. And found swelling on my wrist area.

KAB

 

Page __5__ of __5__

I have read the foregoing statement consisting of this page and __4__ other page(s).
This statement is true, complete, and accurate.

Signed: _Kimberly Bacchiocchi_          Date: __6/7/01__

Witness: _____          Date: __6/7/01__

Witness: _____          Date: _____

EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*****************************************
KIMBERLY BACHIOCCHI,                   *
                                       *
                 Plaintiff,            *     CIVIL ACTION No. 3:02CV908(CFD)
                                       *
      v.                               *
                                       *
SOUTHERN NEW ENGLAND                   *     JULY 26, 2004
TELEPHONE COMPANY,                     *
                                       *
                 Defendant.            *
*****************************************

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Plaintiff hereby requests that Exhibit A attached to Supplemental Affidavit of

Kimberly Bachiocchi  dated July 26, 2004 be filed under seal.  Said Exhibit is filed for in

camera inspection by the Court and is alleged to be privileged.

                                 THE PLAINTIFF
                                 KIMBERLY BACHIOCCHI


                          By: _____
                                 Peter E. Gillespie (ct06554)
                                 46 Riverside Drive
                                 P. O. Box 3416
                                 Westport, CT 06880
                                 Tel: (203) 227-7000
                                 Fax:(203) 454-5508
                                 Email:petelaw@attglobal.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted

by first class post this 26th day of July, 2004 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah DeH. Cannavino, Esq.
Tyler, Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT 06901


                                              _____
                                              Peter E. Gillespie

Exhibit

A

was out ⊕

I returned to SNET after being out on medical leave On May 14th. I was out
~~under medical care for issues for stress arousing~~ ~~acting my office environment~~
~~due to a nervous breakdown from the harassment that was displayed towards~~
me ~~in this office.~~

Upon my return Kevin West has ~~increasingly~~ become ~~very~~ _increasely_ hostile towards
me.

① Kevin doesn't return my phone calls. He does retrieve them but I do not get
any responses. When I ask him a question he replies he doesn't have to
answer to me.

_two most regular earlier_ •

Kevin has removed me from ~~my~~ accounts that I had ~~had before becoming~~
~~sick~~. He has refused to assign me back to these accounts even after the
customer requested that I be put back on their account. When asked ~~why he~~ _him_ _why he_
was doing this he yelled at me he "I ~~DID~~ NOT HAVE TO ANSWER TO
YOU ~~I AM IN CHARGE~~. _DO._
Although he yelled he remained seated at the time.

I had a meeting with Kevin and Chris Manouse on May 31st . At this time I
asked if the meeting could be taped. Kevin approached me in an angry way
pointing his finger at me. I was sitting down and he stood over me telling
me "YES, I DO HAVE A PROBLEM AND YOU WILL NOT TAPE THIS
OR ANY OTHER MEETING EVER. ↰

_He continued sa_

_He_ Kevin at this point was very angry with me he was red in the face, ~~and started~~
accusing me of going behind his back and contacting a customer. He
threatea ~~n~~ _me_ me with disciplin ~~ary~~ actions② He would have insubordination
charges brought against me. ~~After Kevin was done he asked me to leave the~~
~~room and I was not able to ask any more questions.~~ He ~~told me to return to~~ _said_
~~my desk~~ "NOW, WE ARE FINISHED HERE!"
_um_

I was very shaken by his anger toward me and I immediately called my DR
to schedule an appointment. I became very sick to my stomach. I found it
to be very hard to concentrate.

I had made an appointment to meet with my Dr. on Friday. While I was on
my way to the Dr. I called Kevin. I asked him if he received my ace his
reply was "yes". When I asked him way he did not reply to me he stated he
did Thursday night. I replied "Kevin you did not." When I asked if he
received a return receipt from me picking up this message he became very
angry and yelled into the phone " I DO NOT HAVE TO ANSWER TO

YOU KIM." I asked about over time his reply was the was no over time. I replied "There is no overtime in the office?" He yelled back " THERE IS NO OVER TIME FOR YOU KIM".

I was very disturbed by his response and drove off the wrong exit twice on my way to the Dr. I was becoming fearful of him because he continued to get very angry with me.

Monday June 4th. I was very upset going into the office because of what took place on Friday.

Kevin arrived in the office at 8:30 AM. He went to his desk. I was working at my desk and continued to be very nervous. He was not very friendly upon entering the office.

Kevin came into my office space. ~~and stood above me~~. *to speak to* ^aggressively ^to stand during *Rather than taking a* ~~seat~~ *he continued this conversation*. This occurred about 8:45 – 9:15 AM. He placed the papers he ~~wanted to review~~ on ^the *confirmation form I had* my desk. He reviewed ~~my~~ *the* job with me. and then addressed the paper I had attached. He said, "WE ARE NOT DOING THIS IN THIS OFFICE. NOBODY WILL SIGN ANYTHING. *During this, the confirmation form was in his desk* when Kevin finished *too, it was. Kevin then* At this point I went to pick up the paper and at the ~~same time Kevin~~ grabbed my wrist ~~and touched with me over this paper~~ *grabbed the paper and struggled to get it out of my hand.* *Eg. ling I picked up* ~~ended up~~ *he let go of my wrist. Then right in front of me he* ^this hands *with both hands* ended up with the paper and crumbled it in my face. He then said *NOW* *Crumbled th paper* ~~with both hands he tore it~~ *core he said* LETS CHANGE THE SUBJECT. *Then Kevin took a job away from me and* reassigned it to someone else.

Kevin walked away very angry and unfolded the paper he crumbled in my face and put it through the shredder.

After the paper incident Kevin went down the hall and talked with all the gentlemen in the office a few at a time and then one at a time. I asked several times what was going on and I either received no answers or just *about* some stuff. jobs and things. These people could not even look at me when speaking to me.

At this point I was so stomach sick and nervous I was shaking at my desk *+ called* ~~called my attorney Peter Gilesple, and a very close friends~~ Nick Faiella. Nick expresse~~D~~ concern for my well being as well. ~~as Peter did.~~ I was very upset talking with Nick and had a hard time communicating to him. After I spoke to Nick he called S.N.E.T Legal Compliance. He also called the Derby police. I spoke to the Derby police Officer Chapman. I explained the incident to him while standing in the hallway. ~~He asked to speak to Kevin.~~ *He asked me to see how so I could spoke with him.* When he spoke *to Kevin* they used a private office.

I went into the office and told Kevin that someone was in the hallway and wanted to speak to him. They went down the hall to a private room.

I spoke to Officer Chapman and asked that charges be filed. I showed him a red mark on my arm and explained to him it was very tender. He refused to press charges and advised me to call HR.

*after he spoke to Kevin*

*Chapman,*

I called HR at 12:04 and spoke to Lori Moffett and explained to her I was too upset to stay at work and I would be going home. She said she would notify Kevin. I left the office and arrived at home at 12:30PM.

At this time the red spot had expanded and become swollen. I scheduled an appointment with Dr. Sarfeh and saw him at 5:45PM. He ran several motor skills test and measured the injured area. It measured 1 ½ cm x 2 cm. And found swelling on my wrist area.