THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*
                                                \*
KIMBERLY BACHIOCCHI,                            \*
                                                \*
                                                \*
    Plaintiff,                                  \*
                                                \*
v.                                              \*   CIV. ACTION NO. 02-CV-908 (CFD)
                                                \*
                                                \*
THE SOUTHERN NEW                                \*
ENGLAND TELEPHONE                               \*
COMPANY,                                        \*
                                                \*
    Defendant.                                  \*   MARCH 17, 2005
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## DEFENDANT'S MOTION ON CONSENT TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure, the defendant, the Southern New England Telephone Company ("SNET"), hereby respectfully moves, with agreement by counsel for the plaintiff, that the Court issue a revised scheduling order setting the following deadlines: (1) April 1, 2005 as the deadline for filing dispositive motions and (2) May 6, 2005 as the deadline for filing an opposition to any dispositive motion.

In support of this motion, the defendant states that, in a prior ruling, the Court set the date for filing dispositive motions at 3 weeks following the completion of the plaintiff's deposition. The plaintiff's deposition was completed on February 15, 2005. Thus, the defendant is seeking an

*ORAL ARGUMENT IS NOT REQUESTED*

additional 3 1/2-week period within which to file its dispositive motion, allowing the plaintiff 5 weeks thereafter to file her opposition. The reason for the requested extension is that the numerous depositions and voluminous document production in this case necessitates the additional time in order to analyze and appropriately pare down the materials in support of summary judgment. As indicated above, plaintiff's counsel has no objection to the motion being granted.

Dated at New Haven Connecticut this 17th day of March, 2005.

>THE DEFENDANT
>THE SOUTHERN NEW ENGLAND
>TELEPHONE COMPANY
>
>By _[signature]_
>Lori B. Alexander CT08970
>Tyler Cooper & Alcorn, LLP
>205 Church Street
>P.O. Box 1936
>New Haven, CT 06509-1910
>Telephone: 203-784-8200
>Fax: (203) 865-7865
>Email: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 17th day of March, 2005 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_____
Lori B. Alexander
Federal Bar No.: CT08970