THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * *
                                    *
KIMBERLY BACHIOCCHI,                *
                                    *
                                    *
    Plaintiff,                      *
                                    *
v.                                  *    CIV. ACTION NO. 02-CV-908 (CFD)
                                    *
THE SOUTHERN NEW                    *
ENGLAND TELEPHONE                   *
COMPANY,                            *
                                    *
    Defendant.                      *    MARCH 29, 2005
                                    *
* * * * * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

By this motion, the defendant, the Southern New England Telephone Company ("SNET"),

seeks an extension of time of three business days through and including April 6, 2005, in order to file

a dispositive motion in this case. SNET previously filed on March 19th a consented-to motion for

extension of time to set the dispositive motion deadline at April 1, 2005, with oppositions to any

dispositive motion due on May 6, 2005. That motion is currently pending with the Court.

The reason for the request for an additional three-business-day extension is that travel plans

both of counsel and of SNET's affiants in support of its Motion for Summary Judgment has

necessitated an additional brief period of time for completing and executing affidavits to support

SNET's motion.

The undersigned has contacted plaintiff's counsel, Attorney Peter Gillespie, and he has

indicated he has no objection to the motion being granted.


*ORAL ARGUMENT IS NOT REQUESTED*

For the foregoing reasons, defendant SNET hereby respectfully requests an extension of time through and including April 6, 2005 in order to file its Motion for Summary Judgment in this case.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By _Lori B alford_

Lori B. Alexander
Federal Bar No. CT08970
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509
Tel. (203) 784-8200
Fax No. (203) 789-2133
E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel

and *pro se* parties of record on this 29th day of March, 2005 as follows: Peter E. Gillespie, Esquire,

46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

Lori B. Alexander
Federal Bar No.: CT08970