THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | |
| Plaintiff, | |
| v. | CIV. ACTION NO. 02-CV-908 (CFD) |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | |
| Defendant. | APRIL 4, 2005 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO EXCEED PAGE LENGTH

The defendant, the Southern New England Telephone Company ("SNET"), hereby respectfully requests permission to exceed the forty-page limit set forth in the Federal Rules of Civil Procedure for its Memorandum of Law in Support of Motion for Summary Judgment being filed on April 6, 2005. In support of this motion, SNET states as follows:

1. The defendant seeks permission to file an additional six pages. The additional pages are necessary because the Complaint in this case alleges five causes of action, and multiple events which plaintiff claims constituted a "hostile work environment."

2. Without the additional pages, the defendant would be unable to set forth fully the relevant facts, supporting evidence, and case law in support of its position that summary judgment is appropriate and should be granted in this case.

*ORAL ARGUMENT IS NOT REQUESTED*

For all of the aforementioned reasons, the defendant respectfully requests permission of the Court to file a Memorandum of Law in Support of Motion for Summary Judgment not to exceed 46 pages.

Dated at New Haven, Connecticut this 4th day of April, 2005.

> THE DEFENDANT,
> SOUTHERN NEW ENGLAND TELEPHONE COMPANY
>
> By /s/ Lori B. Alexander
> Lori B. Alexander
> Federal Bar No. CT08970
> Tyler Cooper & Alcorn, LLP
> 205 Church Street
> New Haven, Connecticut 06509
> Tel. (203) 784-8200
> Fax No. (203) 789-2133
> E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 4th day of April, 2005 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

                                          _____
                                          Lori B. Alexander
                                          Federal Bar No.: CT08970