THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KIMBERLY BACHIOCCHI,

    Plaintiff,

v.    CIV. ACTION NO. 02-CV-908 (CFD)

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

    Defendant.    APRIL 6, 2005

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO FILE APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL

Pursuant to Local Rule 5(d) for the United States District Court for the District of Connecticut, the defendant, the Southern New England Telephone Company ("SNET"), hereby respectfully requests that the Court issue an Order sealing its Appendix of Exhibits in Support of Defendant's Motion for Summary Judgment, dated April 6, 2005. This motion is being made because these pleadings contain personnel and wage records in reference to the plaintiff, as well as personnel and wage information of other employees of SNET not parties to this action.

In light of the above, SNET did not provide copies of the above pleading to the Court in electronic format.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 6th day of April, 2005.

>THE DEFENDANT,
>SOUTHERN NEW ENGLAND TELEPHONE COMPANY
>
>By _/s/ Lori B. Alexander_
>Lori B. Alexander
>Federal Bar No. CT08970
>Tyler Cooper & Alcorn, LLP
>205 Church Street
>New Haven, Connecticut 06509
>Tel. (203) 784-8200
>Fax No. (203) 789-2133
>E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 6th day of April, 2005 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_____
Lori B. Alexander
Federal Bar No.: CT08970