THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | \* |
| Plaintiff, | \* |
| v. | \* CIV. ACTION NO. 02-CV-908 (CFD) |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | \* |
| Defendant. | \* APRIL 7, 2005 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

By this motion, the defendant, the Southern New England Telephone Company ("SNET"), seeks an extension of time of one business day through and including April 7, 2005, in order to file its Memorandum of Law in Support of Motion for Summary Judgment in this case. In support of this motion, SNET states as follows:

1. On April 6, 2005, SNET filed its Motion for Summary Judgment, Local Rule 56(a) Statement Submitted in Support of Defendant's Motion for Summary Judgment, Appendix in Support of Defendant's Motion for Summary Judgment, and Motion to File Appendix of Exhibits in Support of Motion for Summary Judgment Under Seal.

*ORAL ARGUMENT IS NOT REQUESTED*

2. Due to printing and other unanticipated technical issues, SNET sent its Memorandum of Law in Support of Motion for Summary Judgment ("Memorandum or Law") later in the day for filing.

3. The delivering party arrived at the U.S. District Court with the Memorandum of Law at approximately 5:15 p.m. on April 6, 2005, but was unable to gain entry to the building to file the Memorandum of Law.

4. SNET has sent the Memorandum of Law by messenger for filing the following morning, April 7, 2005.

5. SNET has mailed a copy of the Memorandum of Law to opposing counsel.

For the above reasons, and because the one-day delay will not result in undue delay or cause prejudice to the plaintiff in this matter, by this motion defendant SNET respectfully seeks a one-day extension of time, and permission of the Court to file its Memorandum of Law by April 7, 2005.

        THE DEFENDANT,
        SOUTHERN NEW ENGLAND TELEPHONE COMPANY


By _/s/ Lori B. Alexander_____
    Lori B. Alexander
    Federal Bar No. CT08970
    Tyler Cooper & Alcorn, LLP
    205 Church Street
    New Haven, Connecticut 06509
    Tel. (203) 784-8200
    Fax No. (203) 789-2133
    E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 7th day of April, 2005 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_____
Lori B. Alexander
Federal Bar No.: CT08970