THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KIMBERLY BACHIOCCHI,　　　　　\*
　　　　　　　　　　　　　　　　\*
　　Plaintiff,　　　　　　　　　\*
　　　　　　　　　　　　　　　　\*
v.　　　　　　　　　　　　　　　\*　　CIV. ACTION NO. 02-CV-908 (CFD)
　　　　　　　　　　　　　　　　\*
THE SOUTHERN NEW　　　　　　　\*
ENGLAND TELEPHONE　　　　　　 \*
COMPANY,　　　　　　　　　　　 \*
　　　　　　　　　　　　　　　　\*
　　Defendant.　　　　　　　　　\*　　APRIL 7, 2005
　　　　　　　　　　　　　　　　\*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S REVISED MOTION
## TO EXCEED PAGE LENGTH

The defendant, the Southern New England Telephone Company ("SNET"), hereby respectfully requests permission to exceed the forty-page limit set forth in the Federal Rules of Civil Procedure for its Memorandum of Law in Support of Motion for Summary Judgment being filed on April 7, 2005. In support of this motion, SNET states as follows:

1. The defendant seeks permission to file an additional 11 pages. The additional pages are necessary because the Complaint in this case alleges five causes of action, and a multitude of events which plaintiff claims constituted a "hostile work environment." The additional pages are necessary to address these numerous events, including plaintiff's testimony concerning them at her deposition.

2. SNET previously sought permission to exceed the page length by 7 pages, by way of a motion filed on April 4, 2005.

*ORAL ARGUMENT IS NOT REQUESTED*

3. Without the additional pages, the defendant would be unable to set forth fully the relevant facts, supporting evidence, and case law in support of summary judgment in this matter.

For all of the aforementioned reasons, the defendant respectfully requests permission of the Court to file a Memorandum of Law in Support of Motion for Summary Judgment not to exceed 51 pages.

>THE DEFENDANT,
>SOUTHERN NEW ENGLAND TELEPHONE COMPANY
>
>By _/s/ Lori B. Alexander_
>Lori B. Alexander
>Federal Bar No. CT08970
>Tyler Cooper & Alcorn, LLP
>205 Church Street
>New Haven, Connecticut 06509
>Tel. (203) 784-8200
>Fax No. (203) 789-2133
>E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 7th day of April, 2005 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_____
Lori B. Alexander
Federal Bar No.: CT08970