THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************
KIMBERLY BACHIOCCHI,     *
                         *
    Plaintiff,           *
                         *
v.                       *   CIV. ACTION NO. 02-CV-908 (CFD)
                         *
THE SOUTHERN NEW         *
ENGLAND TELEPHONE        *
COMPANY,                 *
                         *
    Defendant.           *   APRIL 7, 2005
                         *
*********************

**DEFENDANT'S REVISED MOTION
TO EXCEED PAGE LENGTH**

The defendant, the Southern New England Telephone Company ("SNET"), hereby respectfully requests permission to exceed the forty-page limit set forth in the Federal Rules of Civil Procedure for its Memorandum of Law in Support of Motion for Summary Judgment being filed on April 7, 2005. In support of this motion, SNET states as follows:

1. The defendant seeks permission to file an additional 11 pages. The additional pages are necessary because the Complaint in this case alleges five causes of action, and a multitude of events which plaintiff claims constituted a "hostile work environment." The additional pages are necessary to address these numerous events, including plaintiff's testimony concerning them at her deposition.

2. SNET previously sought permission to exceed the page length by 7 pages, by way of a motion filed on April 4, 2005.

*ORAL ARGUMENT IS NOT REQUESTED*