UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
****************************************
KIMBERLY BACHIOCCHI,           *
                               *
           Plaintiff,          *    CIVIL ACTION No. 3:02CV908(CFD)
                               *
    v.                         *
                               *
SOUTHERN NEW ENGLAND           *    MAY 3, 2005
TELEPHONE COMPANY,             *
                               *
           Defendant.          *
****************************************
```

# PLAINTIFF'S MOTION ON CONSENT FOR AN EXTENSION OF TIME TO FILE A MEMORANDUM AND SUPPORTING PAPERS OPPOSING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, KIMBERLY BACHIOCCHI, respectfully requests that the time for her to file opposition papers to Defendant's motion for summary judgment be extended for 14 days through the close of business on May 20, 2005.

In support of this unopposed request Plaintiff states that Defendant's motion is based on numerous grounds and contains extensive argument and supporting documentation, all of which requires review and analysis. In addition, there are numerous deposition transcripts to review with respect to the particular factual averments made in support of Defendant's motion. Further, Plaintiff's counsel has had several pressing matters during the period since Defendant's motion was filed precluding him from spending

all of the time necessary to appropriately respond.

Pursuant to Local Rule 7(b)(3) the undersigned inquired of Defendant's counsel, Lori B. Alexander, who stated that Defendant has no objection to this requested extension.

This motion is Plaintiff's first request for an extension of time concerning this issue.

>Respectfully submitted,
>
>THE PLAINTIFF
>KIMBERLY BACHIOCCHI
>
>
>By:_____
>Peter E. Gillespie   (Ct06554)
>Her Attorney
>46 Riverside Avenue
>Westport, CT 06880
>Tel: (203) 227-7000
>Fax:(203) 454-5508
>E-Mail: petelaw@mac.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 3rd day of May, 2005 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

_____
Peter E. Gillespie