UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI, | \* | |
| | \* | |
| Plaintiff, | \* | CIVIL ACTION No. 3:02CV908(CFD) |
| | \* | |
| v. | \* | |
| | \* | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | \* | MAY 20, 2005 |
| | \* | |
| | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION ON CONSENT FOR AN EXTENSION OF TIME TO FILE A MEMORANDUM AND SUPPORTING PAPERS OPPOSING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, KIMBERLY BACHIOCCHI, respectfully requests that the time for her to file opposition papers to Defendant's motion for summary judgment currently set for Friday, May 20, 2005 be extended for 1 business day to the close of business on Monday, May 23, 2005.

In support of this unopposed request Plaintiff states that counsel, a sole practitioner, has been experiencing recurrent problems with his computer's memory and storage functions, causing delays in the writing and printing of necessary documents. Further, as of this morning, the office copier ceased to function. These issues have made it problematic that counsel, located in Westport, will be able to file timely in Hartford by the

close of business today.

Pursuant to Local Rule 7(b)(3) the undersigned inquired of Defendant's counsel, Deborah D. Cannavino, who stated that Defendant has no objection to this requested extension.

This motion is Plaintiff's second request for an extension of time concerning this issue.

                Respectfully submitted,

                THE PLAINTIFF
                KIMBERLY BACHIOCCHI


                By:_____
                Peter E. Gillespie   (Ct06554)
                Her Attorney
                46 Riverside Avenue
                Westport, CT 06880
                Tel: (203) 227-7000
                Fax:(203) 454-5508
                E-Mail: petelaw@mac.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 20th day of May, 2005 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Deborah D. Cannavino
Tyler, Cooper & Alcorn
One Landmark Square
Stamford, CT 06901

_____
Peter E. Gillespie