UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*****************************************
KIMBERLY BACHIOCCHI,   *

        Plaintiff,   *     CIVIL ACTION No. 3:02CV908(CFD)

v.   *

SOUTHERN NEW ENGLAND   *     MAY 23, 2005
TELEPHONE COMPANY,   *

        Defendant.   *
*****************************************

## MOTION TO FILE NUNC PRO TUNC

Plaintiff, KIMBERLY BACHIOCCHI, respectfully requests that the Court accept the Exhibits supporting her opposition to the motion for summary judgment. The exhibits were to be filed with the other opposition papers on May 23, but were delayed while being duplicated. The exhibits were served on the other party, being transmitted on May 23 together with the opposition papers. However, it was not possible to transport the papers to Hartford for filing before the closing of the Clerk's office at the end of the business day.

Respectfully submitted,

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By: /s/ Peter E. Gillespie
Peter E. Gillespie   (Ct06554)
46 Riverside Avenue
Westport, CT 06880
Tel: (203) 227-7000
Fax:(203) 454-5508

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 23rd day of May, 2005 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

Peter E. Gillespie