THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | \* |
| Plaintiff, | \* |
| v. | \* CIV. ACTION NO. 02-CV-908 (CFD) |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | \* |
| Defendant. | \* MAY 27, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

The defendant, the Southern New England Telephone Company ("SNET"), hereby moves for an extension of time of 14 days through and including June 20, 2005 in order to file its Reply to Plaintiff's Opposition to Motion for Summary Judgment in this case. The reason for the requested extension is the length of plaintiff's opposition brief, including a 34 page memorandum of law and 183 pages of exhibits. The defendant seeks the additional time in order to analyze and respond to the plaintiff's lengthy submission.

The undersigned has contacted plaintiff's counsel, Peter Gillespie, and he has indicated that he has no objection to the motion being granted.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 27th day of May, 2005.

        THE DEFENDANT,
        SOUTHERN NEW ENGLAND TELEPHONE COMPANY

    By *[signature]*
       Lori B. Alexander
       Federal Bar No. CT08970
       Tyler Cooper & Alcorn, LLP
       205 Church Street
       New Haven, Connecticut 06509
       Tel. (203) 784-8200
       Fax No. (203) 789-2133
       E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 27th day of May, 2005 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_____
Lori B. Alexander
Federal Bar No.: CT08970