UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | |
| Plaintiff, | CIVIL ACTION No. 3:02CV908(CFD) |
| v. | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | MAY 23, 2005 |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO FILE EXHIBITS UNDER SEAL

Plaintiff, KIMBERLY BACHIOCCHI, respectfully requests that the exhibits supporting her opposition to the motion for summary judgment be filed under seal.. The exhibits contain numerous references to individually identifiable employee benefits, medical treatment records, and other like confidential matters.

Respectfully submitted,

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By: _____
Peter E. Gillespie - CT06554
46 Riverside Avenue
Westport, CT 06880
Tel: (203) 227-7000
Fax: (203) 454-5508

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was transmitted by first class post this 23rd day of May, 2005 to the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510

_____
Peter E. Gillespie