THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN 16  P 2: 54

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | * |
| Plaintiff, | * |
| v. | * CIV. ACTION NO. 02-CV-908 (CFD) |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | * |
| Defendant. | * JUNE 16, 2005 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

The defendant, the Southern New England Telephone Company ("SNET"), hereby moves for an additional extension of time of 4 days through and including June 24, 2005 in order to file its Reply to Plaintiff's Opposition to Motion for Summary Judgment in this case. The reason for the requested extension is the length of plaintiff's opposition brief, including a 34 page memorandum of law and 183 pages of exhibits. The defendant seeks the additional time in order to analyze and respond to the plaintiff's lengthy submission.

The undersigned's legal assistant has contacted plaintiff's counsel, Peter Gillespie, and he has indicated that he has no objection to the motion being granted. This is the second request for an extension of time that has been made with respect to this deadline.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 16th day of June, 2005.

          THE DEFENDANT,
          SOUTHERN NEW ENGLAND TELEPHONE COMPANY

          By *[signature]*
            Lori B. Alexander
            Federal Bar No. CT08970
            Tyler Cooper & Alcorn, LLP
            205 Church Street
            New Haven, Connecticut 06509
            Tel. (203) 784-8200
            Fax No. (203) 789-2133
            E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 16th day of June, 2005 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

_____
Lori B. Alexander
Federal Bar No.: CT08970