THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KIMBERLY BACHIOCCHI,

   Plaintiff,

v.     CIV. ACTION NO. 02-CV-908 (CFD)

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

   Defendant.     JUNE 23, 2005

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

The defendant, the Southern New England Telephone Company ("SNET"), hereby moves for an additional extension of time of 2 business days through and including June 28, 2005 in order to file its Reply to Plaintiff's Opposition to Motion for Summary Judgment in this case. The reason for the requested extension is the length of plaintiff's opposition brief, including a 34 page memorandum of law and 183 pages of exhibits. The defendant seeks the additional time in order to analyze and respond to the plaintiff's lengthy submission.

The undersigned's legal assistant has contacted plaintiff's counsel, Peter Gillespie, and he has indicated that he has no objection to the motion being granted. This is the third request for an extension of time that has been made with respect to this deadline, although the original deadline for SNET's Reply was only 10 days ago, June 13, 2005.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 23rd day of June, 2005.

                THE DEFENDANT,
                SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By _____
    Lori B. Alexander
    Federal Bar No. CT08970
    Tyler Cooper & Alcorn, LLP
    205 Church Street
    New Haven, Connecticut 06509
    Tel. (203) 784-8200
    Fax No. (203) 789-2133
    E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 23rd day of June, 2005 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

                              _____
                              Lori B. Alexander
                              Federal Bar No.: CT08970