THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | \* |
| Plaintiff, | \* |
| v. | \* CIV. ACTION NO. 02-CV-908 (CFD) |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | \* |
| Defendant. | \* JUNE 28, 2005 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO EXCEED PAGE LENGTH

The defendant, the Southern New England Telephone Company ("SNET"), hereby respectfully requests permission to exceed the 10-page limit set forth in the Federal Rules of Civil Procedure for its Reply to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment being filed on June 28, 2005. In support of this motion, SNET states as follows:

1. The defendant seeks permission to file an additional 30 pages. The additional pages are necessary because the Complaint in this case alleges five causes of action, and a multitude of events which plaintiff claims constituted a "hostile work environment." Plaintiff has purportedly described these events in a 25-page narrative of "facts" in her Opposition to Defendant's Motion for Summary Judgment ("Opposition"). SNET must now address the numerous allegations, including plaintiff's testimony concerning them at her deposition.

*ORAL ARGUMENT IS NOT REQUESTED*

2. Without the additional pages, the defendant would be unable to set forth fully the relevant facts, supporting evidence, and case law in response to plaintiff's Opposition.

For all of the aforementioned reasons, the defendant respectfully requests permission of the Court to file a Reply to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment not to exceed 41 pages.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By _____
Lori B. Alexander
Federal Bar No. CT08970
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509
Tel. (203) 784-8200
Fax No. (203) 789-2133
E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 28th day of June, 2005 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

Lori B. Alexander
Federal Bar No.: CT08970