THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KIMBERLY BACHIOCCHI,

Plaintiff,

v.   CIV. ACTION NO. 02-CV-908 (CFD)

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

Defendant.   JUNE 29, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S MOTION FOR EXTENSION
## OF TIME NUNC PRO TUNC TO FILE REPLY

The defendant, the Southern New England Telephone Company ("SNET"), hereby moves for an additional extension of time of 1 business day through and including June 29, 2005 in order to file its Reply to Plaintiff's Opposition to Motion for Summary Judgment in this case.

Good cause exists for the granting of this motion for the following reasons:

1. On June 28, 2005, undersigned counsel for SNET arranged for an in-house messenger to hand-deliver, in a timely fashion, its Reply to Plaintiff's Opposition to Motion for Summary Judgment, as well as a Motion to Exceed Page Length.

2. While en route to the courthouse the messenger encountered a traffic tie up, which brought traffic to a halt, and wherein he was delayed approximately 20 minutes, to the extent that he was unable to reach the courthouse before closing.

*ORAL ARGUMENT IS NOT REQUESTED*

3. Despite defendant's best effort to meet the filing deadline, the Reply brief and Motion to Exceed Page Length are being filed with the Court on June 29, 2005.

4. The undersigned has contacted plaintiff's counsel, Peter Gillespie, and he has indicated that he has no objection to this motion being granted. Plaintiff will not be prejudiced by this one-day extension.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By _____
Lori B. Alexander
Federal Bar No. CT08970
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509
Tel. (203) 784-8200
Fax No. (203) 789-2133
E-Mail: alexander@tylercooper.com

2

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 29th day of June, 2005 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

Lori B. Alexander
Federal Bar No.: CT08970