UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*************************************
KIMBERLY BACHIOCCHI,            *
                                *
            Plaintiff,          *   CIVIL ACTION NO. 02-CV-908 (CFD)
                                *
      v.                        *
                                *
THE SOUTHERN NEW ENGLAND        *
TELEPHONE COMPANY,              *   JULY 28, 2005
                                *
            Defendant.          *
                                *
*************************************
```

# PLAINTIFF'S MOTION FOR LEAVE TO FILE A
# SUR-REPLY MEMORANDUM IN OPPOSITION TO
# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant moved for summary judgment and supported its motion with a Memorandum of Law in addition to other papers. Plaintiff then filed a Memorandum in opposition to the motion. In turn, Defendant filed a lengthy Reply Memorandum substantially exceeding normal page limitations.

In light of the extensive argument offered by Defendant, especially its re-newed attempt to rely on the single-actor inference, Plaintiff respectfully seeks leave of the Court to file a very brief sur-reply memorandum. A copy of the proposed sur-reply is submitted herewith.

Respectfully submitted,

THE PLAINTIFF
KIMBERLY BACHIOCCHI


By:_____
Peter E. Gillespie  (ct06554)
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax: (203) 454-5508
Email: petelaw@mac.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing has been served this 28th day of July, 2005 upon the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509-1910

_____
Peter E. Gillespie