UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI, | : | |
| | : | |
| Plaintiff, | : | APPEARANCE |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:02-CV-908 (CFD) |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | : : | |
| | : | APRIL 6, 2006 |
| Defendant | : | |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**SOUTHERN NEW ENGLAND TELEPHONE COMPANY**

April 6, 2006
Date

*Signature*

CT 26561
Bar Number

Michael G. Caldwell
Print Name

Tyler, Cooper & Alcorn, LLP
Firm Name

205 Church Street, P.O. Box 1936
Address

New Haven,   CT   06510-1910
City         State    Zip Code

(203) 784-8200
Phone Number

(203) 777-1181
Fax Number

mcaldwell@tylercooper.com
Email

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2006, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.