UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:02CV908 (CFD) |
| v. | : |
| SOUTHERN NEW ENGLAND | : |
| TELEPHONE COMPANY | : |
| Defendant. | : APRIL 12, 2006 |

## MOTION TO RE-SET DEADLINES

The defendant, The Southern New England Telephone Company ("SNET"), hereby respectfully requests an extension of time until 45 days after the Court's ruling on its Motion for Reconsideration, in order to file its Joint Trial Memorandum required by the Standing Order on Trial Memoranda in Civil cases.

In support of this motion, SNET states that on March 23, 2006, the Court issued an endorsement ruling denying SNET's Motion for Summary Judgment dated April 6, 2005. On April 6, 2006, SNET filed a Motion for Reconsideration of the Court's ruling. In light of the pending Motion for Reconsideration, SNET requests that the deadline for the Joint Trial Memorandum be extended until 45 days after a ruling on its pending Motion for Reconsideration.

Defense counsel has consulted with Peter Gillespie, attorney of the plaintiff, and he has indicated that he has no objection to the motion being granted.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 12th day of April, 2006.

        THE DEFENDANT,

        SOUTHERN NEW ENGLAND TELEPHONE
        COMPANY

        By _____/s/ Lori B. Alexander_____
        Lori B. Alexander
        Federal Bar No. CT08970
        Tyler Cooper & Alcorn, LLP
        205 Church Street
        New Haven, Connecticut 06509
        Tel. (203) 784-8200
        Fax No. (203) 789-2133
        E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, a copy of the foregoing Motion to Re-Set Deadlines was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

*Lori B. Alexander*
Lori B. Alexander
Federal Bar No.: CT08970