UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*********************************************
KIMBERLY BACHIOCCHI,              *
                                  *
            Plaintiff,            *    CIVIL ACTION NO. 02-CV-908 (CFD)
                                  *
      v.                          *
                                  *
THE SOUTHERN NEW ENGLAND          *
TELEPHONE COMPANY,                *    APRIL 26, 2006
                                  *
            Defendant.            *
                                  *
*********************************************
```

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Kimberly Bachiocchi, has manually filed her Opposition To Defendant's Motion for Reconsideration. This document has not been filed electronically because:

Counsel has applied for, but not yet received his ECF login/password to supplement his PACER login and password.

This document has been manually served on all parties.

Respectfully submitted,

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By:_____
    Peter E. Gillespie  (ct06554)
    46 Riverside Avenue
    P. O. Box 3416
    Westport, CT 06880
    Tel: (203) 227-7000
    Fax: (203) 454-5508
    Email: petelaw@mac.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing has been served by first class mail this 26th day of April, 2006 upon the following:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509-1910

_____
Peter E. Gillespie