UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     \*
KIMBERLY BACHIOCCHI,                           \*
                                               \*
                                               \*
                                               \*
    Plaintiff,                                 \*
                                               \*
v.                                             \* CIVIL ACTION NO. 02-CV-908 (CFD)
                                               \*
                                               \*
THE SOUTHERN NEW                               \*
ENGLAND TELEPHONE                              \*
COMPANY,                                       \*
                                               \*
    Defendant.                                 \* MAY 4, 2006
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     \*

## MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant The Southern New England Telephone Company hereby moves for a ten-day enlargement, until May 25, 2006, of the period during which Defendant may reply to plaintiff Kimberly Bachiocchi's Opposition to Defendant's Motion for Reconsideration ("Plaintiff's Opposition"). In support of this Motion, Defendant represents the following:

1.  Plaintiff's Opposition was filed with the Court on April 27, 2006.

2.  Based on the ten-day deadline for reply briefs established in Local Rule of Civil Procedure 7(d) and the method of computing deadlines established in Federal Rule of Civil Procedure 6(a), Defendant's reply brief is due on May 11, 2006.

3.  Plaintiff's Opposition raises issues that require research and consideration.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

4. This is Defendant's first motion for an enlargement of time within which to reply to Plaintiff's Opposition.

WHEREFORE, Defendant respectfully requests that the Court grant the foregoing Motion for Enlargement of Time extending the deadline for Defendant's reply brief to May 25, 2006.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By /s/ Michael G. Caldwell
Lori B. Alexander
Federal Bar No. CT08970
Michael G. Caldwell
Federal Bar No. CT26561
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509
Tel. (203) 784-8200
Fax No. (203) 789-2133
E-Mail: alexander@tylercooper.com
E-Mail: mcaldwell@tylercooper.com

3

## **ORDER**

The foregoing Motion having come before the Court, it is hereby ORDERED:

GRANTED/DENIED.

BY THE COURT

_____
(                        , J.)

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2006, a copy of the foregoing Motion has been served by operation of the Court's electronic filing system on all counsel who have an e-mail address of record with the Court. In addition, I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid to the following on this 4th day of May, 2006 as follows:

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

_____
Michael G. Caldwell