UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*
KIMBERLY BACHIOCCHI,                  \*
                                       \*
                                       \*
                                       \*
                                       \*
     Plaintiff,                        \*
                                       \*
v.                                     \* CIVIL ACTION NO. 02-CV-908 (CFD)
                                       \*
                                       \*
THE SOUTHERN NEW                       \*
ENGLAND TELEPHONE                      \*
COMPANY,                               \*
                                       \*
     Defendant.                        \* MAY 8, 2006
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## REVISED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF

Defendant Southern New England Telephone Company hereby withdraws its original Motion for Enlargement of Time to File Reply Brief, filed on May 4, 2006, and files in its place this Revised Motion for Enlargement of Time to File Reply Brief, with the consent of counsel for Plaintiff. Defendant hereby moves for an enlargement, until May 16, 2006, of the period during which Defendant may reply to plaintiff Kimberly Bachiocchi's Opposition to Defendant's Motion for Reconsideration ("Plaintiff's Opposition"). In support of this Motion, Defendant represents the following:

1. Plaintiff's Opposition was filed with the Court on April 27, 2006.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

2. Based on the ten-day deadline for reply briefs established in Local Rule of Civil Procedure 7(d) and the method of computing deadlines established in Federal Rule of Civil Procedure 6(a), Defendant's reply brief is due on May 11, 2006.

3. Plaintiff's Opposition raises issues that require research and consideration.

4. On May 4, 2006, Defendant filed the original Motion for Enlargement of Time to File Reply Brief. As a result of an error by undersigned counsel for Defendant, the previous Motion did not comply with Local Rule of Civil Procedure 7(b) in that undersigned counsel had failed to inquire of Plaintiff's counsel whether there was agreement or objection to that Motion.

5. Defendant therefore withdraws the Motion that it filed on May 4, 2006.

6. The undersigned counsel has consulted with counsel for Plaintiff, who has agreed to an enlargement until May 16, 2006 of the period within which Defendant may file a Reply to Plaintiff's Opposition.

7. Defendant therefore hereby moves for an enlargement until May 16, 2006 of the period within which Defendant may file a Reply to Plaintiff's Opposition.

8. This is Defendant's first motion for an enlargement of time within which to reply to Plaintiff's Opposition, apart from the now-withdrawn original Motion that it filed on May 4, 2006.

WHEREFORE, Defendant respectfully requests that the Court grant the foregoing Motion for Enlargement of Time extending the deadline for Defendant's reply brief to May 16, 2006.

        THE DEFENDANT,
        SOUTHERN NEW ENGLAND TELEPHONE
        COMPANY

By /s/ Michael G. Caldwell
    Lori B. Alexander
    Federal Bar No. CT08970
    Michael G. Caldwell
    Federal Bar No. CT26561
    Tyler Cooper & Alcorn, LLP
    205 Church Street
    New Haven, Connecticut 06509
    Tel. (203) 784-8200
    Fax No. (203) 789-2133
    E-Mail: lalexander@tylercooper.com
    E-Mail: mcaldwell@tylercooper.com

## ORDER

The foregoing Motion having come before the Court, it is hereby ORDERED:

GRANTED/DENIED.

                BY THE COURT

                _____
                (                            , J.)

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2006, a copy of the foregoing Motion has been served by operation of the Court's electronic filing system on all counsel who have an e-mail address of record with the Court. In addition, I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid to the following on this 8th day of May, 2006 as follows:

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

Michael G. Caldwell