UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV908 (CFD) |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY | : | |
| | : | |
| Defendant. | : | OCTOBER 13, 2006 |

## JOINT MOTION FOR MODIFICATION OF
## TRIAL MEMORANDUM ORDER

The plaintiff and the defendant hereby respectfully jointly request an extension of time of in order to comply with the Court's Trial Memorandum Order in this case. The parties request that the following modification be approved by the Court: the parties will exchange documents specified in the Trial Memorandum Order on or before November 3, 2006; the parties will exchange objections on or before November 10, 2006; the parties will meet to discuss any objections on or before November 16, 2006; and the parties will make their final submission to the Court on or before November 22, 2006.

In support of this motion, the parties represent that there is good cause for granting this motion because defense counsel has been absorbed in several federal court cases involving extensive discovery issues and activities over the last weeks and will be out of state on a pre-

*ORAL ARGUMENT IS NOT REQUESTED*

scheduled personal commitment for 6 days in October. The parties have discussed this proposal

and agree that they can meet the above proposed schedule if entered by the Court.

For the above reasons, the parties jointly seek and Order of the Court that the Trial

Memorandum Order in this case be modified in accordance with the above schedule.

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By: _____

Peter E. Gillespie (ct06554)
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax: (203) 454-5508
E-Mail:petelaw@mac.com

THE DEFENDANT,

SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

By _____

Michael G. Caldwell
Federal Bar No. CT26561
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509
Tel. (203) 784-8200
Fax No. (203) 777-1181
E-Mail: mcaldwell@tylercooper.com

2

scheduled personal commitment for 6 days in October. The parties have discussed this proposal and agree that they can meet the above proposed schedule if entered by the Court.

For the above reasons, the parties jointly seek and Order of the Court that the Trial Memorandum Order in this case be modified in accordance with the above schedule.

THE PLAINTIFF
KIMBERLY BACHIOCCHI,

By:_____
    Peter E. Gillespie (ct06554)
    46 Riverside Avenue
    P.O. Box 3416
    Westport, CT 06880
    Tel: (203) 227-7000
    Fax: (203) 454-5508
    E-Mail: PeteLaw@mac.com

THE DEFENDANT,

SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

By_____
    Michael G. Caldwell
    Federal Bar No. CT26561
    Tyler Cooper & Alcorn, LLP
    205 Church Street
    New Haven, Connecticut 06509
    Tel. (203) 784-8200
    Fax No. (203) 777-1181
    E-Mail: mcaldwell@tylercooper.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, a copy of the foregoing Joint Motion for Modification of Trial Memorandum Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

Michael G. Caldwell
Federal Bar No.: CT26561

3