UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. 02-CV-908 (CFD) |
| | * | |
| v. | * | |
| | * | |
| THE SOUTHERN NEW ENGLAND | * | |
| TELEPHONE COMPANY, | * | NOVEMBER 17, 2006 |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME

The Joint Trial Memorandum in this matter is due to be filed with the Court on November 22, 2006.  Plaintiff, Kimberly Bachiocchi, acting with the knowledge and consent of Attorney Alexander, Counsel for Defendant, respectfully moves for an enlargement of time for three business days so that ithe memorandum may be filed on the close of business on November 29, 2006.

In support of this motion counsel informs the Court that preliminary drafts of the memorandum have already been exchanged by counsel.  However, due to several schedule conflicts counsel are unable to meet in an effort to resolve differences and

finalize the memorandum before the currently scheduled filing date. Counsel have arranged to meet on next Wednesday. The requested extension will allow counsel to meet, discuss opposing views, resolve them where possible and then finalize the document for filing. The Clerk's office will be closed on November 23 and 24, so the requested extension is for a limited period of three business days.

    Pursuant to the local rules the undersigned consulted with Lori Alexander, counsel for defendant, and as noted above she consents to this motion. One earlier request for an extension of time relating to the issue was made and granted by the Court.

Respectfully submitted,

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By: *[signature]*
    Peter E. Gillespie  (ct06554)
    46 Riverside Avenue
    P. O. Box 3416
    Westport, CT 06880
    Tel: (203) 227-7000
    Fax: (203) 454-5508
    Email: petelaw@mac.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2006 a copy of Plaintiff's Objection to Defendant's Motion for an Enlargement was filed electronically and served by mail on those set forth below as well as upon anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509-1910

Peter E. Gillespie (ct06554)