THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | * |
| Plaintiff, | * |
| v. | * CIV. ACTION NO. 02-CV-908 (CFD) |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | * |
| Defendant. | * NOVEMBER 29, 2006 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR EXTENSION OF TIME OF TWO DAYS TO FILE JOINT TRIAL MEMORANDUM

The parties hereby jointly request a brief extension of time of two days through and including December 1, 2006, in order to file their Joint Trial Memorandum in this case. In support of this motion, the parties represent that they have made substantial progress in finalizing the Joint Trial Memorandum and have had multiple conferences in order to attempt to agree on most portions of the Memorandum. While the parties are close to completing the Joint Trial Memorandum, there are certain portions thereof that are still being revised and therefore both parties respectfully request an exension of time through Friday, December 1, 2006 in order to file the completed Memorandum with the Court.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 29th day of November, 2006.

        THE PLAINTIFF,
        KIMBERLY BACCHIOCCHI


        By:  /s/Peter E. Gillespie
        Peter E. Gillespie
        Federal Bar No. ct06554
        46 Riverside Ave
        P.O. Box 3416
        Westport CT 06880
        Tel. (203) 227-7000
        Fax. (203) 454-5508
        Email: petelaw@mac.com



        THE DEFENDANT,
        SOUTHERN NEW ENGLAND TELEPHONE COMPANY


        By: /s/Lori B. Alexander
          Lori B. Alexander
          Federal Bar No. CT08970
          Tyler Cooper & Alcorn, LLP
          205 Church Street
          New Haven, Connecticut 06509
          Tel. (203) 784-8200
          Fax No. (203) 789-2133
          E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 29th day of November, 2006 as follows: Peter E. Gillespie, Esquire, 46 Riverside Avenue, Post Office Box 3416, Westport, Connecticut 06880.

/s/Lori B. Alexander
Lori B. Alexander
Federal Bar No.: CT08970