# EXHIBIT A

## CURRICULUM VITA

Name:  Gary S. Zachariah, Psy.D.
Address:  90 Iroquois Road
          West Hartford, CT 06117
Home Phone:  (860) 231-9696  233 - 7120
Office Phone:  (860) 233-9772 Ext. 26
Cell Phone:  (860) 680-4446  922 - 6290
Birth Date:  March 17, 1963
Social Security #:  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
Marital Status:  Married; two children ages 8 and 6 (Both girls)

## EDUCATION

B.A. Psychology
University of Louisville
Graduated with Honors in May, 1996
G.P.A.:  Overall - 3.56
         Psychology Course - 3.90

M.A. Clinical Psychology
Spalding University
Louisville, Kentucky
Graduated in May, 1992
G.P.A. - 3.90

Psy.D. Clinical Psychology
Spalding University
Louisville, Kentucky
Graduated in August, 1998
Dissertation:  "AIDS Fear in Health Care Workers - The Development of an Educational
                Program to Decrease the Fear"

Certifications:
Certified Psychological Associate in Kentucky:  From 10/92 to 6/97

Committees:
1991:  Master Clinical Psychology Student Representative to the Clinical Psychology
        Faculty at Spalding University

Affiliations:
APA

Curriculum Vita - Gary S. Zachariah
Page Two

# PROFESSIONAL WORK EXPERIENCE

Staff Psychologist:  April, 1999 - Present, Psychological Health Associates; 345 North
Main Street, Suite 302, West Hartford, CT  06117.
Duties:  This clinical staff position involves the following responsibilities:
 1) Provide psychotherapy to individuals, couples, families, children, and
    adolescents.
 2) Provide Employee Assistance as needed.
 3) Provide psychological testing services for adults, adolescents, and children.
The Primary Partners of this Group Private Practice are:  Marci Korwin, Ph.D.,
David Greenfield, Ph.D., and Andy Magin, Ph.D.

Employee Assistance Psychologist:  March,·2000 - July, 2001, Regency House
Convalescent Center; East Main Street, Wallingford, CT.
Duties:  This Employee Assistance involved the following responsibilities:
 1) Provided consultation to the nursing home as needed.
 2) Provided therapy to the nursing home staff as needed.
 3) Provided monthly stress management sessions for the nursing staff.
Director of Nursing:  Amy Selliman, RN

Staff Psychologist:  July, 1999 – November, 2001, MedOptions, Inc. 10 Waterville Road,
Avon, CT  06001.
Duties:  This clinical staff position involved the following responsibilities:
 1) Provided psychotherapy for patients in nursing homes.
 2) Provided consultations to the nursing home staff.
 3) Provided stress management and in-service programs to the nursing home staff.
 4) Provided leadership of therapy groups (i.e. MS Support Group).
President of the Company:  Lucia Catalano, APRN

Staff Post-Doctoral Psychology Fellow:  July 1, 1998 – June 30, 1999. Center for Child
and Adolescent Treatment of Danbury Hospital.  196 Osborne Street; Danbury, CT
06810.
Duties:  This clinical staff position involved the following responsibilities:
 1) Case managed 3-5 patients being treated in intensive out-patient treatment.
 2) Co-led and lead psychotherapy and psychoeducational groups.
 3) Co-led a weekly parent support group.
 4) Provided Admission evaluations.
 5) Provided psychological testing.
 6) Provided community prevention and education programs.
Supervisor:  Patricia Rizzi, Psy.D.
Training Director:  Patricia Rizzi, Psy.D.

Curriculum Vita - Gary S. Zachariah
Page Three

Staff Psychology Intern: Health Psychology Rotation, April, 1998 - June, 1998, V.A. Medical Center Newington Campus; Newington, Connecticut. Duties: This clinical staff position involved the following responsibilities:

1) Provide psychological assessments for patients with acute and chronic medical conditions.
2) Provide psychotherapy for patients with acute and chronic medical conditions.
3) Provide leadership of coping skills groups for patients in the substance abuse treatment Program.
4) Provide program development and program evaluation of coping skills groups for patients with acute and chronic medical conditions.
5) Provide leadership of smoking cessation classes.
6) Provide psychotherapy for an outpatient case load of an additional six patients weekly.

Supervisor: Judy Cooney, Ph.D.

Training Director: Larry Gaupp, Ph.D,

Staff Psychology Intern: Substance Abuse Treatment Rotation, January, 1998 - March, 1998, V.A. Medical Center Newington Campus; Newington, Connecticut. Duties: This clinical staff position was part of an interdisciplinary staff and involved the following responsibilities:

1) Provide psychotherapy and case management as part of an interdisciplinary team for patients in the Substance Abuse Treatment Program.
2) Provide psychology consultation services to the interdisciplinary treatment team.
3) Provide leadership of coping skills groups for patients in the Substance Abuse Treatment Program.
4) Provide program development and program evaluation for the Substance Abuse Treatment Program.
5) Provide psychotherapy for an outpatient caseload of an additional six patients weekly.

Supervisor: Judy Cooney, Ph.D.

Training Director: Larry Gaupp, Ph.D.

Staff Psychology Intern: OB-GYN High Risk Pregnancy Rotation, October, 1997 - December, 1997, University of Connecticut Health Center; Farmington, Connecticut. Duties: This clinical staff position was part of an interdisciplinary staff and involved the following responsibilities:

1) Provide psychotherapy to assist individuals and their families involved in high risk pregnancy medical conditions such as, premature labor, premature rupture of membranes, and miscarriages.
2) Provide psychological consultation to the medical staff working with these high risk pregnancy patients.
3) Provide psychotherapy for an outpatient caseload of an additional six patients weekly on the Newington V.A. Medical Center Campus.
4) Provide leadership of two weekly support groups at the Geriatric Day Hospital on the Newington V.A. Medical Center Campus.

Supervisor: Mary Casey Jacob, Ph.D.

Training Director: Larry Gaupp, Ph.D.

Curriculum Vita - Gary S. Zachariah
Page Four

Staff Psychology Intern: Geropsychology Rotation, July - September, 1997. Geriatric Day Hospital; V.A. Medical Center Newington; Newington, Connecticut. This clinical staff position was part of an interdisciplinary staff and involved the following responsibilities:

  1) Provide Pre-admission evaluations on all patients entering the Geriatric Day Hospital Program.
  2) Provide psychotherapy for patients involved in the Geriatric Day Hospital Program.
  3) Provide consultation to the interdisciplinary team of the Geriatric Day Hospital.
  4) The development and leadership of social support groups for patients of the Geriatric Day Hospital.
  5) Provide neuropsychological test administration.
  6) Provide two outpatient assessments weekly at the Mental Hygiene Outpatient Program of the Newington V.A. Medical Center  ,
  7) Provide psychotherapy for an outpatient caseload of an additional four patients weekly.

Supervisor: Larry Gaupp, Ph.D.

Training Director: Larry Gaupp, Ph.D.

Staff Psychological Associate: September, 1991 - June, 1997. CARITAS Peace Counseling Center; Bardstown, Kentucky. Duties: This clinical staff position involved the following responsibilities:

  1) Provided outpatient services for adults, adolescents, children, couples, and families.
  2) Provided emergency consultation services for the local medical hospital.
  3) Provided educational seminars to the local community on anxiety, depression, stress management, and parenting.
  4) From January 1991 - July, 1993; Provided counseling/consultation services to six schools (K-12) in the local area.

Clinic Supervisor: Richard Hollinden, M.S., Center Manager

Clinical Supervisor of Record: John James, Ph.D.

Staff Psychological Associate: January, 1996 - June, 1997. CARITAS Pain Management Center of Kentucky; Louisville, Kentucky. Duties: This clinical staff position was part of an inter-disciplinary staff and involved the following responsibilities:

  1) Provided Pre-admission evaluations.
  2) Provided psychoeducational services for both patient groups and individual patients on stress management, depression, cognitive restructuring, and relaxation.
  3) Provided additional psychological services as needed.
  4) Assisted in the training of Doctoral Practicum Students.

Supervisor: Andrew A. Meyer, Ph.D., Clinical Director

Curriculum Vita - Gary S. Zachariah
Page Five

Staff Psychological Associate/Admissions Clinician: November, 1995 - March, 1997.  CARITAS
Peace Center; Louisville, Kentucky.  Duties: This clinical staff position involved the following
responsibilities:

  1) Provided Pre-admission assessments to evaluate the most effective treatment modality.
     Treatment options included inpatient, partial hospitalization, or outpatient treatment.
  2) Provided crisis intervention and stabilization as necessary.
Supervisor: Ginger Grizzle, L.C.S.W., Admitting Director

Staff Psychological Associate/Psychometrician: November, 1994 - June, 1995.  Larry
Freudenberger, Psy.D.; Louisville, Kentucky.  Duties: This clinical staff position included the
following responsibilities:

  1) The administration and interpretation of intelligence and achievement tests for
     elementary, middle, and high school students.  Tests administered included the WAIS-R,
     WISC-III, Woodcock Johnson Test of Achievement-Revised, Visual Motor Integration
     Test, Bender Gestalt Test, and the Vineland Adaptive Behavior Rating Scale.
Supervisor: Larry Freudenberger, Psy.D.

Admissions/Crisis Phone Counselor: August, 1989 - September, 1991.  CARITAS Peace Center;
Louisville, Kentucky.  Duties: This clinical staff position involved the following responsibilities:

  1) Provided crisis intervention phone counseling.
  2) Provided emergency crisis psychiatric assessments.
Supervisor: Glen Gogan, Admissions Director

Respite Mental Health Worker: December, 1991 - April, 1993.  Acute Child Psychiatric Services
of Seven Counties Services; Louisville, Kentucky.  This clinical staff position included the
following responsibilities:

  1) Participant in an interdisciplinary team in the intensive treatment of children and
     adolescents.
  2) Provided respite counseling.
Supervisor: Barbara Kaminer, L.C.S.W.

Mental Health Worker: March, 1987 - August, 1989.  CARITAS Peace Center; Louisville,
Kentucky.  This clinical staff position included the following responsibilities:

  1) Provided direct patient care of acutely psychotic patients.
  2) Participant in an interdisciplinary team.
Supervisor: Delores Gatewood, R.N.

Curriculum Vita - Gary S. Zachariah
Page Six

## PROFESSIONAL TRAINING EXPERIENCE

Psychotherapy Practicum IV: CARITAS Pain Management Center of Kentucky; Louisville, Kentucky. August, 1995 - June, 1997.
Duties: This clinical training position was part of an interdisciplinary staff and involved the following responsibilities:

    1) Provided Pre-Admission Evaluations.

    2) Provided psychoeducational services for both patient groups and individual patients on stress management, depression, cognitive restructuring, and relaxation.

    3) Provided additional psychological services as needed.

On site supervisor: Andrew A. Meyer, Ph.D., Clinical Director
University Supervisor: James Cooksey, Ph.D. University supervision was group supervision. An additional Practicum IV requirement was the supervision of a Practicum I doctoral student.

Psychotherapy Practicum III: Bullitt County Day Treatment Center; Shepherdsville, Kentucky. August, 1994 - July, 1995.
Duties: This clinical training position was part of an interdisciplinary treatment team treating adolescents with behavioral problems, and involved the following responsibilities:

    1) Provided psychotherapy to the adolescents patients and to their families.

    2) Lead and co-lead adolescent treatment groups.

    3) Provided psychological assessments using the WISC-III, Woodcock Johnson Test of Achievement-Revised, Thematic Apperception Test, Rorschach, MMPI-A, Incomplete Sentences Test, and the Bender Gestalt Test.

On site supervisor: Wayne Herner, Psy.D.
University supervisor: Lana Landrum, Ph.D. University Supervision was group supervision

Psychotherapy Practicum II: The Community Re-entry Program for Closed Head Injury Patients at Frazier Rehabilitation Center; Louisville, Kentucky. August, 1993 - September, 1994.
Duties: This clinical training position was part of an interdisciplinary team treating individuals who have had a closed head injury, and involved the following responsibilities:

    1) Provided psychotherapy to individual patients and their families.

    2) Provided psychological assessments with elderly patients to evaluate issues of dementia versus depression. Assessment measures used were the clinical interview, Indiana Aphasia Screening Test, California Verbal Learning Test, and the Dementia Rating Scale.

On site supervisor: Michael Nicholas, Ph.D.
University Supervisor: Sally Brenzel, Psy.D. University supervision was group supervision.

Curriculum Vita - Gary S. Zachariah
Page Seven

Masters Internship: Frager Associates; Louisville, Kentucky. January, 1991 - January, 1992.
Duties: This clinical training position involved learning to use hypnotherapy in smoking cessation,
weight loss treatment, the treatment of anxiety and panic disorders, performance enhancement,
and as a general method of relaxation. Duties: This clinical training position involved the
following responsibilites:

    1) Provided psychotherapy for individuals using hypnotherapy for the clinical issues mentioned
      above.

    2) Provided psychotherapy for other emotional disorders for individuals, couples, and families.

    3) Program assistant for stress management, coping skills, and motivational presentations.
On site Supervisor: Stan Frager, Ph.D.

Adult and Child Assessment Practicum: Brooklawn Chemical Dependency Treatment Center;
Louisville, Kentucky. June, 1990 - December, 1990. Duties; This clinical training position was
part of an interdisciplinary team and involved the following responsibilities:

    1) Ten child and ten adult psychological assessment batteries. Assessment batteries included
      the clinical interview, WAIS-R, WISC-R, Wide Range Achievement Test-Revised, Bender
      Gestalt Test, Thematic Apperception Test, Rorschach, MMPI, and the Incomplete
      Sentences Test.

    2) Provided the treatment team with feedback of the assessment results.

    3) Participated in treatment planning.
On site supervisor: Barbara Williams, Ph.D., ABPP
University Supervisor: John James, Ph.D. University Supervision was group supervision.

Psychotherapy Practicum I: CARITAS Peace Counseling Center; Bardstown, Kentucky.
August, 1990 - December, 1990. Duties; This clinical training position involved the following
responsibilities:

    1) Provided outpatient psychotherapy for adults, adolescents, children, couples, and families.

    2) Provided counseling/consultation services for one local school (K-8).
On site supervisor: Ginger Grizzle, L.C.S.W.
University Supervisor: James Cooksey, Ph.D. University supervision was group supervision.

## PRESENTATIONS

"The Effects of Psychotherapy in Preventing Pre-term Delivery Once Pre-term Labor has
  Occurred"
December, 1997; Medical Treatment Team of the OB-GYN High Risk Pregnancy Unit
at the University of Connecticut School of Medical Center.

"Keeping New Year's Resolutions"
January, 1996; WAVE-TV Morning News Sunrise Program

Curriculum Vita - Gary S. Zachariah
Page Eight

"Careers in Psychology"
April, 1995; Bethlehem High School Career Days

"Communicating With Your Children"
October, 1992; St. Joseph School P.T.A.
October, 1992; St. Dominic School P.T.A.
October, 1993; St. Joseph School P.T.A.
October, 1993; St. Dominic School P.T.A.
October, 1994; St. Joseph School P.T.A.
October, 1994; St. Dominic School P.T.A.
February, 1995; Spencer County School System
October, 1995; St. Joseph School P.T.A.
October, 1995; St. Dominic School P.T.A.

"Peer Pressure and its Effects on Teen Alcohol and Drug Use"
March, 1992; St. Thomas School Teen Self-Esteem Day
March, 1993; St. Thomas School Teen Self-Esteem Day
April, 1993; Nelson County Schools Teen Self-Esteem Day
March, 1994; St. Thomas School Teen Self-Esteem Day
April, 1994; Nelson County Schools Teen Self-Esteem Day
March, 1995; St. Thomas School Teen Self-Esteem Day

"Teen Issues With Alcohol and Drugs"
February, 1994; St. Thomas School P.T.A.
February, 1995; Spencer County School System

"Depression in Adolescents and Children"
April, 1994; St. Gregory School P.T.A.
February, 1995; Spencer County School System

## PROFESSIONAL REFERENCES

Patricia Rizzi, Psy.D. Program and Training Director of the Adolescent Day Treatment Program
of Bridgeport Hospital; 267 Grant St.; Bridgeport, CT 06610   (203) 384-3000.

Larry Gaupp, Ph.D. Training Director of the Greater Hartford Internship Consortium;
V.A. Medical Center - Newington Campus; 555 Willard Ave., Newington, Connecticut
(860) 666-6951 Ext. 6045

Andrew A. Meyer, Ph.D. Director of the Health Psychology; Spalding University; 845 South
Fourth Street ; Louisville, KY  40203 (502) 585-9911.

Curriculum Vita - Gary S. Zachariah
Page Nine

## RESEARCH EXPERIENCE

Undergraduate
Research II Class Project, "The Effects of the Aging Process on Short-Term Memory"

Graduate
Masters Project, : "AIDS Fear in Health Care Workers - A Fear of Death"

## GRADUATE COURSES COMPLETED

Biological Systems

Biological Basis of Behavior
Motivation, Emotion, and Cognition
Advanced Abnormal Psychology
Health Psychology and Behavioral Medicine
Neuropsychology
Psychopharmacology

Psychotherapy

Therapeutic Intervention I
Therapeutic Intervention II
Group Therapy
Brief Psychotherapy
Psychodynamic Psychotherapy
Behavior Therapy and Learning Theories
Crisis Intervention
Psychotherapy Practicum I - CARITAS Peace Counseling Center
Masters Internship - Frager Associates
Psychotherapy Practicum II - Frazier Rehabilitation Center Community Re-entry Program
for Closed Head Injury Patients
Psychotherapy Practicum III - Bullitt Country Adolescent Day Treatment Center
Psychotherapy Practicum IV - CARITAS Pain Management Center of Kentucky

Curriculum Vita - Gary S. Zachariah
Page Ten

Foundations of Psychological and Social Systems

Theories of Personality
Current Issues in Professional Practice and Development
Child Clinical Psychopathology
Social Basis of Behavior
Cross-Cultural Psychotherapy
Applied Developmental Psychology
Psychopathology in Families
Issues in Family Therapy

Assessment

Foundations of Psychological Assessment
Child Assessment
Adult Assessment
Child and Adult Assessment Practicum - Brooklawn Chemical Dependency Treatment Center

Research

Research I
Research II
Research III - Program Evaluation
Doctoral Dissertation Seminar

G.P.A.: 3.93

# EXHIBIT B

# James Sarfeh, M.D.

*Internal Medicine*

422 Highland Avenue, Bldg. C
Cheshire, Connecticut 06410
272-7251

| | |
|---|---|
| Name: | James Sarfeh, M.D. |
| Address: | 556 Busk Court, Cheshire, CT 06410<br>Telephone: 272-7624 |
| Office: | 422 Highland Ave., Bldg. C, Cheshire, CT 06410<br>Telephone: 272-7251 |
| Certification: | Board certified in Internal Medicine (American Board of Internal Medicine, 1982). |
| Licensure: | Current in Connecticut. Licenses formerly held in California and New York. |
| Education: | 1. Albany Medical College (Albany, New York) 1974-1978<br>   Degree: M.D.<br>2. Brown University (Providence, Rhode Island) 1970-1974<br>   Degree: B.A., Human Biology |

Postgraduate Training:

1. Internship: King's County Hospital, Downstate Medical Center (New York, New York) 1978-1979
2. Residency: St. Mary's Hospital (Waterbury, Connecticut) 1980-1982 This program is now the Yale University Primary Internal Medicine Clinical Track.

Practice Experience, Past

1. General Physician at Kaiser Permanente Urgent Care Clinic (San Diego, California) 1979
   Responsibilities: Emergent care of all medical problems as they presented in an evening clinic.

Practice Experience, Past (continued)

2. Comprehensive Medical Provider as part of the San Yesidro Health Clinic (San Yesidro, California) December 1982 to July 1983
   Responsibilities: Delivery of longitudinal care in two outpatient facilities funded by San Diego County to serve indigent adults, as well as provision of comprehensive acute care covering three urban hospitals, Intensive Care Units, and Cardiac Care Units for these same patients.

Practice Experience, Present

1. Began the solo practice of General Internal Medicine (Cheshire, Connecticut) November 7, 1983 until present
2. Employed as Physician, Olin Chemical Corporation, Chemical Research Dept., eight hours per week (Cheshire, Connecticut) October 1984 to November 1988
   Responsibilities: a.) monitoring of work and toxin related injury and health hazards b.) coordination of policies for routine surveillance and screening c.) performance of yearly physical exams on staff d.) available to intervene in all on-site emergencies e.) direction of nursing staff
3. Medical Director of Suburban Medical Center- formed October 1987 to October 1989
   Responsibilities: Coordination of staff and operations for an effort by various medical subspecialists to deliver comprehensive care to town residents.

Hospital Affiliations:  1. St. Mary's Hospital
2. Waterbury Hospital (courtesy)

Hospital Duties:    At St. Mary's Hospital serving as a ward attending, one month per year through which the Yale Primary Care Internal Medicine Residents rotate. 1983-1990
Responsibilities:
1. Supervision and instruction of residents and interns
2. Attending duties on rounds and supervisor of Case Presentations
3. Instruction of medical students
4. Moderator of Journal Club for residents in Internal Medicine-meetings monthly 1988-1989
5. Weekly medical attending at Residents Morning Report

Conferences Given:  1. 1985, Discussor at the inaugural Clinical Case Presentation Exercise at St. Mary's Hospital
2. Board Review Conference- March 1988- Geriatric Medicine-to prepare medical residents for the Internal Medicine Board

Conferences Given (continued):

        3.  Asked by local radio station to appear and discuss issues pertaining to General Internal Medicine- October 1989

| Awards Won: | 1.  Twice selected as Best Teaching Attending on the private medical staff, by Residents in Medicine- St. Mary's Hospital, 1985-1986 and 1990-1991 |
|---|---|
| | 3.  Named by Connecticut Magazine as "One of Connecticut's Top Physicians" as voted by peers |

| Membership: | Waterbury Medical Society |
|---|---|
| | Connecticut State Medical Association |
| | New Haven Medical Society |
| | St. Mary's PHO |

| Committees: | Joint Conference Committee |
|---|---|
| | Joint Practice Committee 1990-1995 |
| | Ethics Committee 1990-2002 |

EXHIBIT C

Stuart B. Kleinman, M.D.

3 15 Central Park West
Suite 9N
New York, New York 10025
(917) 441-7500

## WORK EXPERIENCE

| | |
|---|---|
| 1994 – 1999 | Bellevue Hospital Forensic Psychiatry Clinic |
| 1989 – Present | Independent Consultant, Crime Victims Compensation Board of New York State |
| 1988 - 1996 | Medical Director, Crime Victims Center, Brooklyn, New York |
| 1988 - 1994 | Attending Psychiatrist, Forensic Psychiatry Clinic for the Criminal and Supreme Courts of Manhattan |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2003 2004 | Associate Clinical Professor of Psychiatry, Columbia University College of Physicians and Surgeons |
| 1990 - 2003 | Assistant Clinical Professor of Psychiatry, Columbia University College of Physicians and Surgeons |
| 1988 - 1990 | Instructor in Clinical Psychiatry, Columbia University College of Physicians and Surgeons |
| 1989 - Present | Adjunct Instructor in Psychiatry, New York University School of Medicine |

# HOSPITAL APPOINTMENTS

1990 - Present     Assistant Attending Psychiatrist, Columbia Presbyterian Medical Center - New York Presbyterian Hospital

1988 - 1990     Assistant Psychiatrist, Columbia Presbyterian Medical Center

# TEACHING EXPERIENCE

1999 - Present     Columbia University College of Physicians and Surgeons - Cornell Weill Medical College, Fellowship in Forensic Psychiatry
Subjects taught includes/have included:
(1)    Post Traumatic Stress Disorder
(2)    Assessment        of           Employment
Discrimination/Harassment,
       Emotional Distress Claims

1992 - 1994 of     Instructor, Certified Trauma Curriculum, International Association of

Trauma Counselors, Jersey City College

1991 - 1996     Columbia University College of Physicians and Surgeons, Course Director, Elective in Forensic Psychiatry and Victimology

1988 - Present the     Bellevue - Tri-State Chapter American Academy of Psychiatry and the

Law, Course in Forensic Psychiatry
Subjects taught includes/have included:
(1)    Assessment       of          Employment
Discrimination/Harassment,
       Emotional Distress Claims
(2)    Traumatic Stress/Memory/Dissociative Conditions
(3)    'Victimology'

## SPECIALTY BOARDS

| | |
|---|---|
| 1994 | Added Qualifications in Forensic Psychiatry, American Board of Psychiatry and Neurology |
| 1993 | Certified Trauma Counselor, International Association of Trauma Counselors |
| 1989 | Diplomate in Psychiatry, American Board of Psychiatry and Neurology |

## LICENSURE

| | |
|---|---|
| 2000 | Connecticut |
| 1987 | New York |

## ACADEMIC HONORS AND AWARDS

| | |
|---|---|
| 1982 | Alpha Omega Alpha |
| 1980 | Phi Beta Kappa |

## PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 2003 <br> 2003 - 2005 | Association of Threat Assessment Professionals <br> Treasurer - Northeast Chapter |
| 1999 - 2001 | The Association of the Bar of the City of New York <br> Science and Law Committee - Adjunct member |
| 1996 - 2001 <br> 1996 - 1999 | New York State Psychiatric Association <br> Committee on Psychiatry and the Law |

# PROFESSIONAL ORGANIZATIONS - (Continued)

| | |
|---|---|
| 1984 - Present | American Psychiatric Association |
| 1996 - 1997 | New York County District Branch Study Group on Disaster |
| 2001 - Present | New York County District Branch - Task Force on Disaster |
| | |
| 1986 - Present | American Academy of Psychiatry and the Law |
| 1988 - Present | Chair, Committee on Trauma and Stress |
| | (formerly Victimology) |
| 1992 - 1993 | Chair, Learning Resources Committee |
| | |
| 1987 - Present | Tri-State Chapter |
| 1996 - 1998 | President |
| 1994 - 1996 | Vice President |
| 1992 - 1994 | Secretary |
| 1991 - 1992 | Councilor |
| 1992 | Program Chair, Annual Meeting, "Trauma, Children and the Law" |
| 1991 | Program Chair, Annual Meeting, "Stress Response Syndromes and |
| the | Law" |
| | |
| 1988 - Present | International Society for Traumatic Stress Studies |
| 1991 - Present | New York Chapter |
| 1993 - 1995 | President |
| 1992 - 1993 | Treasurer |
| | |
| 1989 | Ad Hoc Task Force on Interpersonal Victimization Disorders |

## PRESENTATIONS (PAST TEN YEARS)

October, 2003      "The Use and Misuse of Psychological Tests@, Panel Presentation, Annual Meeting, American Academy of Psychiatry and the Law, San Antonio, Texas

May, 2003
Panel      "A Terrorists Competency to Stand Trial: Assessing Amnesia",

Presentation, Annual Meeting, American Psychiatric Association, San
Francisco, California

November, 2002      "The Insanity and Related Defenses", Conference, New York State Association of Criminal Defense Lawyers, Brooklyn, New York

January, 2002      "Forensic Psychiatric Assessment of Claims of Harassment and Disability Discrimination", Panel Presentation, Annual Meeting, Tri-State Chapter American Academy of Psychiatry and the Law, New York, New York

January, 2002
Terrorism",      "How Can They Do It: Dynamics of Those Who Commit

Society for Liaison Psychiatry, Beth Israel Hospital, New York, New York

November, 2001      "Psychological First-Aid for Terror Victims", Coalition of Voluntary Mental Health Agencies, New York, New York

October, 2001      "Treatment of Traumatic Stress Disorders: Acute Interventions in Response to the World Trade Center Attack", Columbia University Mental Health Training Project, New York State Psychiatric Institute,
New York, New York

# PRESENTATIONS (PAST TEN YEARS) - (Continued)

October, 2001      "Fibromyalgia Controversies: Diagnosis Dilemmas and the Americans with Disabilities Act", Panel Presentation, Annual Meeting, American Academy of Psychiatry and the Law, Boston, Massachusetts

September, 2001      "Terrorism and its Aftermath", Grand Rounds (with Randall Marshall,      M.D.) Columbia University College of Physicians and Surgeons,

New      York, New York

April, 2001      "Understanding Psychiatric Disabilities Law: The Challenges of the ADA", Symposium, The Association of the Bar of the City of New York, New York, New York

March, 2001      "Sexual Harassment", NYU-Bellevue, Tri-State      Chapter American      Academy of Psychiatry and the Law Review Course, New York,

New      York

October, 2000      "PTSD: Research, Evaluation and the Law", Panel Presentation, Annual Meeting, American Academy of Psychiatry and the Law, Vancouver, Canada

May 01, 1999      "Domestic Violence and Child Custody", Panel Presentation, Annual Meeting, Women's Bar Association of the State of NY, Tarrytown, NY

March 18, 1999      Trauma - Forensic Psychiatric Considerations, Panel Presentation, Meeting, New York County District Branch, American Psychiatric Association, New York, New York

October 23, 1998      "'Hypersensitivity' and Sexual Harassment Claims", Chair, Panel Presentation, Annual Meeting, American Academy of Psychiatry and the Law, New Orleans

## PRESENTATIONS (PAST TEN YEARS) - (Continued)

February 20, 1997    "Prisoners of Fear: Survivors Of Terrorism", Annual Meeting, American Academy of Forensic Sciences, New York, New York

February 18, 1997    "The Psychologic Impact of Terrorism", Panel Presentation – Multidisciplinary Symposium on the Uses of Forensic Science – "Forensic Science Responds to Mass Disaster/Terrorism", Annual Meeting, American Academy of Forensic Sciences, New York, New York

November, 1995 Eastern    "Recovered Memories: Therapists Wounds", Annual Meeting, Group Psychotherapy Association, New York, New York

October, 1995    "Forensic Psychiatric Evaluation in Sexual Harassment Cases", Human Resources Center, New York, New York

June, 1995 Presentation,    "Medication Management of Traumatic Stress", Panel Conference on Traumatic Stress, New York State Psychologic Association, Hofstra College, New York

October, 1994    "The Victim Debate: Can Trauma Induced Disorders Be Used to Exculpate Criminal Behavior", Panel Presentation, Annual Meeting, American Academy of Psychiatry and the Law, Maui, Hawaii

May, 1994 Disorder",    "Psychopharmacologic Treatment of Post Traumatic Stress Disorder", Annual Meeting, New York State Psychologic Association, Lake George, New York

May, 1994    "Criminal Behavior and Dissociation", Faculty Seminar, Columbia University, New York, New York

## PRESENTATIONS (PAST TEN YEARS) - (Continued)

March, 1994      "Dissociation, Victimization and Violent Behavior", Faculty
Seminar,          Mt. Sinai School of Medicine, New York, New York

## PUBLICATIONS

Peer Reviewed Journals
Kleinman, S., "Managing the Managers: Supporting Functioning of Employees Facing
Threats of Terrorism", *Psychiatric Services, Frontline Report*, 53 (10):2002;1340-1341

Kleinman, S., "Terror at Sea: Vietnamese Victims of Piracy", *American Journal of Psychoanalysis,* 50(4):1990;351-362

Kleinman, S., "Liberty and Tardive Dyskinesia: Informed Consent to Antipsychotic
Medication in the Forensic Psychiatric Hospital", *Journal of Forensic Sciences*,
35(5):1990;1155-1162

Kleinman, S., "A Terrorist Hijacking: Victims' Experiences Initially and Nine Years
Later", *Journal of Traumatic Stress Studies*, 2(1):1989;
49-58

Book Chapters

Kleinman, S., APsychiatric-Legal Considerations in Providing Mental Health Assistance
to Disaster Survivors@, in *Psychiatric Clinics of North America,* S. Barth, ed.,
Philadelphia: W.B. Saunders Company, in production

Kleinman, S., Egan, S., "Trauma Induced Psychiatric Disorders and Civil Law", Second
Edition, in *Principles and Practice of Forensic Psychiatry*, R. Rosner, ed., New York:
Chapman and Hall, 2003

Kleinman, S., 1998, "Psychopharmacological Management of      Traumatic     Stress
and Aggression", in *Violence in Our Lives: Impact on Workplace, Home and Community*,
E. Carll, Massachusetts: Allyn and Bacon

## PUBLICATIONS - (Continued)

Kleinman, S., 1994, "Trauma Induced Psychiatric Disorders and Civil Law", in *Principles and Practice of Forensic Psychiatry*, R. Rosner, ed., New York: Chapman and Hall

Kleinman, S., 1994, "Trauma Induced Psychiatric Disorders in Criminal Court", in *Principles and Practice of Forensic Psychiatry*, R. Rosner, ed., New York: Chapman and Hall

Book Reviews
Kleinman, S., 1994, Review of "Trauma and Recovery: The Aftermath of Violence From Domestic Violence to Political Terror", J. Herman, New York: Basic Books in *Bulletin of American Academy of Psychiatry and the Law*

## TRAINING

| | |
|---|---|
| Fellowship<br>1987 - 1988<br>Psychiatry | New York University Medical Center, Program in Law and |
| 1986 - 1987<br>Social- | The University of Pennsylvania School of Medicine, Center for<br><br>Legal Studies, Program in Forensic Psychiatry |
| Residency<br>1984 - 1987 | The Institute of Pennsylvania Hospital |
| Internship<br>1983 - 1984 | Pennsylvania Hospital |

## EDUCATION

| | |
|---|---|
| 1979 - 1983 | Medical College of Pennsylvania |
| 1977 - 1979 | B.A., Magna Cum Laude, Lehigh University<br>(B.A. - M.D. six year accelerated program) |