UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KIMBERLY BACHIOCCHI,                  *
                                      *
           Plaintiff,                 *     CIVIL ACTION NO. 02-CV-908 (CFD)
                                      *
     v.                               *
                                      *
THE SOUTHERN NEW ENGLAND              *
TELEPHONE COMPANY,                    *     FEBRUARY 1, 2007
                                      *
           Defendant.                 *
                                      *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION TO RESCHEDULE
## JURY SELECTION AND STATUS CONFERENCE

By notices dated January 23, 2007 the Court scheduled jury selection to commence on June 20, 2007 (Docket #204) and set down a pre-trial conference for April 27, 2007 Docket #203).  For the reasons set forth below Plaintiff respectfully requests that jury selection be rescheduled for August 15, 2007 with trial commencing the week of Tuesday, September 4 or thereafter.  Plaintiff also requests that the pre-trial conference be rescheduled accordingly.

In support of this motion the undersigned states that he has a previously scheduled personal commitment with his family during the period June 20 through and including July 7, 2007. All travel and lodging arrangements were booked and paid for in advance of the Court's calendar call on December 18, 2006 and counsel disclosed this commitment at that time. If jury selection were to proceed on June 20, 2007 as currently scheduled it would impose a significant burden on the undersigned.

The undersigned has spoken with Lori Alexander, counsel for Defendant and she has stated that she as no objection to the requested extension of time and that she is in agreement as to the new dates requested for jury selection and trial.

Respectfully submitted,

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By: /s/ Peter E. Gillespie
Peter E. Gillespie  (ct06554)
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax: (203) 454-5508
Email: petelaw@mac.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2007 a copy of Plaintiff's Motion to Reschedule Jury Selection and Status Conference was filed electronically and served by mail on those set forth below as well as upon anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System:

Lori B. Alexander, Esq.
Littler, Mendelson, PC
110 Washington Avenue
North Haven, CT 06473

Peter E. Gillespie