UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*
KIMBERLY BACHIOCCHI,  \*
                                                           \*
     Plaintiff,  \*
                                           \*
v.  \* CIVIL ACTION NO. 02-CV-908 (CFD)
                                           \*
THE SOUTHERN NEW  \*
ENGLAND TELEPHONE  \*
COMPANY,  \*
                                           \*
     Defendant.  \* MARCH 9, 2007
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*

## MOTION TO WITHDRAW APPEARANCE OF MICHAEL G. CALDWELL ON BEHALF OF DEFENDANT

     Pursuant to Local Rule 7(e) of the United States District Court for the District of Connecticut, the undersigned counsel for The Southern New England Telephone Company hereby moves to withdraw his Appearance on behalf of The Southern New England Telephone Company. In support of this motion, the undersigned represents that other counsel have appeared for The Southern New England Telephone Company, specifically Lori B. Alexander, Deborah DeHart Cannavino, and David J. Vegliante. The undersigned further represents that The Southern New England Telephone Company has consented to this withdrawal, and has received actual notice of this motion to withdraw.

     Based on the foregoing, the undersigned submits that good cause exists for allowing him to withdraw his Appearance in this case.

1

WHEREFORE, the undersigned respectfully requests that his motion be granted.

_____
Michael G. Caldwell, ct26561
Tyler Cooper & Alcorn, LLP
205 Church St.
New Haven, CT 06509-1910
Ph.  203-784-8200
Fax: 203-777-1181
Email: mcaldwell@tylercooper.com

## ORDER

The foregoing Motion having come before the Court, it is hereby ORDERED:

GRANTED/DENIED.

       BY THE COURT


       _____
       (       , J.)

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2007, a copy of the foregoing Motion has been served by operation of the Court's electronic filing system on all counsel who have an e-mail address of record with the Court.

_____
Michael G. Caldwell