UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     \*
KIMBERLY BACHIOCCHI,                 \*
                                     \*
                                     \*
                                     \*
   Plaintiff,                        \*
                                     \*
v.                                   \* CIVIL ACTION NO. 02-CV-908 (CFD)
                                     \*
                                     \*
THE SOUTHERN NEW                     \*
ENGLAND TELEPHONE                    \*
COMPANY,                             \*
                                     \*
   Defendant.                        \* APRIL 25, 2008
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     \*

## DEFENDANT'S MOTION FOR MODIFICATION OF PRE-TRIAL DEADLINES

The defendant, the Southern New England Telephone Company ("SNET"), hereby respectfully requests a limited modification of the pretrial deadlines in this case.

On April 17, 2008, the trial of this matter was scheduled to begin on July 7, 2008. Also on April 17, 2008, the Court issued an Order "requiring all motions in limine and revisions to the Trial Memorandum to be filed by April 27, 2008." Because the parties have not yet exchanged copies of the exhibits they intend to introduce at trial, SNET respectfully requests that the order be modified as follows:

that the parties exchange copies of all proposed exhibits by May 5, 2008.

that the parties file objections to proposed exhibits and file motions in limine and modifications to the Joint Trial Memorandum by May 16, 2008.

***ORAL ARGUMENT IS NOT REQUESTED***

that the parties file any oppositions to motions in limine by May 23, 2008.

In light of the above timing, the parties respectfully request that the Court re-schedule the pretrial conference for a date during the week of May 26, 2008 or the week of June 2, 2008.

The reason for the above request is to establish a date certain by which the parties are to exchange exhibits and thereafter have sufficient time to file objections and motions in limine.

The current Trial Memorandum Order in this case dated September 4, 2006 indicates that the parties shall have at least eleven (11) days between the parties' exchange of exhibits and the deadline for filing motions in limine.[1] The modification to the order proposed by the parties herein is reasonable inasmuch as it also provides eleven (11) days between receipt of the other party's exhibits and the deadline for filing a party's objections and motions in limine. It does not affect the dates for jury selection or the trial of this matter.

For the above reasons, the defendant respectfully requests that the Court modify its pre-trial order in this case in accordance with timeline set forth above. The undersigned has contacted plaintiff's counsel, Peter Gillespie, and he has indicated that he consents to this motion.

---

[1] The Trial Memorandum Order states that copies of the parties' actual proposed exhibits will be exchanged no later than fourteen (14) days prior to the pretrial conference, and motions in limine and objections to the exhibits will be filed no later than three (3) days prior to the pretrial conference.

Dated at North Haven, Connecticut this 25th day of April, 2008.

>THE DEFENDANT,
>SOUTHERN NEW ENGLAND TELEPHONE
>COMPANY
>
>By _/s/ Lori B. Alexander_
>Lori B. Alexander
>Federal Bar No. CT08970
>Littler Mendelson, P.C.
>110 Washington Avenue, 3rd Floor
>North Haven, CT  06473
>Telephone: (203) 234.6344
>Facsimile: (203) 234.6345
>E-Mail: lalexander@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, a copy of the foregoing was filed electronically on all parties to this action. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System. In addition, a copy of the foregoing was sent by first class mail, postage prepaid, to the following:

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

_____
Lori Alexander
Federal Bar No.: CT08970