THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | CIVIL ACTION NO. 02-CV-908 (CFD) |
| Plaintiff, | |
| v. | |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | |
| Defendant. | MAY 5, 2008 |

## DEFENDANT'S MOTION IN LIMINE TO PRECLUDE CERTAIN TESTIMONY FROM PLAINTIFF'S WITNESS, NICHOLAS FAIELLA

The defendant, The Southern New England Telephone Company (hereinafter "SNET"), hereby moves in limine to preclude plaintiff Kimberly Bachiocchi from offering at trial certain anticipated testimony from her witness, Nicholas Faiella. Specifically, SNET moves to preclude testimony from Faiella alleging that SNET employee Robert Vallario or others made certain remarks of which plaintiff was unaware until after this litigation commenced, including a single question about whether plaintiff was "good in bed" and another question concerning her "busts." SNET has filed a memorandum of law in support of this motion on this same date. As shown therein, the anticipated testimony is not relevant to plaintiff's claims, and therefore is inadmissible under Federal Rule of Evidence 402.

*ORAL ARGUMENT IS NOT REQUESTED*

WHEREFORE, SNET respectfully requests that the Court grant this motion.

                              THE DEFENDANT,
                              THE SOUTHERN NEW ENGLAND TELEPHONE
                              COMPANY

By  /s/ Lori B. Alexander
     Lori B. Alexander
     Federal Bar No. CT08970
     Littler Mendelson, P.C.
     110 Washington Avenue
     North Haven, Connecticut  06473
     Tel. (203) 234-6344
     Fax (203) 234-6345
     E-Mail: lalexander@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, a copy of the foregoing was filed electronically on all parties to this action. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

### Plaintiff's Counsel:

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

Lori B. Alexander
Federal Bar No.: CT08970