THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * | * | |
| KIMBERLY BACHIOCCHI, | * | CIVIL ACTION NO. 02-CV-908 (CFD) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| THE SOUTHERN NEW | * | |
| ENGLAND TELEPHONE | * | |
| COMPANY, | * | |
| | * | |
| Defendant. | * | MAY 5, 2008 |
| * * * * * * * * * * * * * * * * * | * | |

## DEFENDANT'S MOTION TO FILE PLEADING UNDER SEAL

Pursuant to Local Rule 5(e) for the United States District Court for the District of Connecticut, defendant The Southern New England Telephone Company ("SNET") respectfully requests that the Court issue an Order sealing its Memorandum of Law in Support of Defendant's Motion in Limine to Preclude Certain Testimony from Plaintiff's Expert Witness, Gary Zachariah, and Request for Daubert Hearing, dated May 5, 2008. SNET requests this sealing because this pleading contains sensitive personnel information related to the plaintiff in this matter.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at North Haven, Connecticut this 5th day of May, 2008.

THE DEFENDANT,

THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By _/s/ Lori B. Alexander_
Lori B. Alexander
Federal Bar No. CT08970
Littler Mendelson, P.C.
110 Washington Avenue
North Haven, Connecticut 06473
Tel. (203) 234-6344
Fax (203) 234-6345
E-Mail: lalexander@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, a copy of the foregoing was filed electronically on all parties to this action. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel:**

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

_____
Lori B. Alexander
Federal Bar No.: CT08970