THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| * * * * * * * * * * * * * * * * *<br>KIMBERLY BACHIOCCHI,<br><br>Plaintiff,<br><br>v.<br><br>THE SOUTHERN NEW<br>ENGLAND TELEPHONE<br>COMPANY,<br><br>Defendant.<br>* * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* CIVIL ACTION NO. 02-CV-908 (CFD)<br>*<br>*<br>*<br>*<br>*<br>*<br>* MAY 5, 2008<br>* |

### DEFENDANT'S MOTION IN LIMINE TO PRECLUDE CERTAIN TESTIMONY FROM PLAINTIFF'S EXPERT WITNESS, GARY ZACHARIAH, AND REQUEST FOR DAUBERT HEARING

The defendant, the Southern New England Telephone Company ("SNET"), hereby moves to preclude plaintiff from offering certain anticipated testimony from her expert, Gary Zachariah, Psy.D. First, SNET moves to preclude Dr. Zachariah's testimony in total because he has spoliated evidence relevant to this case. Second, in the alternative, SNET moves to preclude plaintiff from offering particular anticipated testimony from Dr. Zachariah regarding (1) his opinion as to the causation of plaintiff's alleged emotional distress, (2) his perception of plaintiff's mental state prior to working in the Business Customer Service ("BCS") group, (3) the actions of defendant or its employees, (4) legal terms of art such as "harassment," "sexual harassment," or "discrimination" or employing such terms in his testimony, and (5) his own

emotions (including anger) towards SNET and SNET's employees. For the reasons set forth in its memorandum of law in support of this motion filed separately on this same day, the Court should preclude Dr. Zachariah's testimony in its entirety or, in the alternative, place limits on it to protect the integrity of the fact-finding process.

    WHEREFORE, defendant respectfully requests that the Court grant this Motion.

THE DEFENDANT,

SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By _____
Lori B. Alexander
Federal Bar No. CT08970
Littler Mendelson, P.C.
110 Washington Avenue
North Haven, Connecticut 06473
Tel. (203) 234-6344
Fax (203) 234-6345
E-Mail: lalexander@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, a copy of the foregoing was filed electronically on all parties to this action. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel:**

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880


_____
Lori B. Alexander
Federal Bar No.: CT08970