THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * *    *
KIMBERLY BACHIOCCHI,                 *
                                     *
                                     *
                                     *
     Plaintiff,                      *
                                     *
v.                                   *  CIVIL ACTION NO. 02-CV-908 (CFD)
                                     *
                                     *
THE SOUTHERN NEW                     *
ENGLAND TELEPHONE                    *
COMPANY,                             *
                                     *
     Defendant.                      *  MAY 5, 2008
* * * * * * * * * * * * * * * * *    *
```

## DEFENDANT'S MOTION IN LIMINE TO PRECLUDE TESTIMONY CONCERNING EVENTS THAT OCCURRED OUTSIDE THE APPLICABLE STATUTE OF LIMITATIONS PERIOD

The defendant, The Southern New England Telephone Company ("SNET"), hereby moves to preclude plaintiff Kimberly Bachiocchi from offering any testimony relating to alleged discriminatory or retaliatory incidents that occurred outside the applicable statute of limitations period. As explained herein, such evidence is not relevant to the claims asserted by plaintiff, and is therefore inadmissible under Rule 402 of the Federal Rules of Evidence. Furthermore, even if this evidence had probative value, the prejudicial effect on SNET and the likelihood of confusing or misleading the jury would warrant its exclusion under Rule 403. In accordance with the pre-trial order in this case, SNET is filing a separate memorandum of law in support of this motion.

***ORAL ARGUMENT IS NOT REQUESTED***

WHEREFORE, defendant respectfully requests that the Court grant this motion.

THE DEFENDANT,

SOUTHERN NEW ENGLAND TELEPHONE
COMPANY


By _____
    Lori B. Alexander
    Federal Bar No. CT08970
    Littler Mendelson, P.C.
    110 Washington Avenue
    North Haven, Connecticut  06473
    Tel. (203) 234-6344
    Fax (203) 234-6345
    E-Mail: lalexander@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, a copy of the foregoing was filed electronically on all parties to this action.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel**
Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880


_____
Lori B. Alexander
Federal Bar No.: CT08970