UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV908(CFD) |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY | : | |
| | : | |
| Defendant. | : | APRIL 12, 2004 |

## DEFENDANT'S DESIGNATION OF EXPERT WITNESS

Pursuant to Rule 26(A) (2) of the Federal Rules of Civil Procedure, the defendant, the Southern New England Telephone Company ("defendant"), hereby designates Dr. Stuart Kleinman as its expert witness in this matter. Dr. Kleinman, a forensic psychiatrist, will testify concerning the opinions set forth in the attached report. A copy of Dr. Kleinman's CV is also attached. Dr. Kleinman's hourly rate for testimony is $500.00 an hour.

Dated this 12th day of April, 2004 at New Haven, Connecticut.


THE DEFENDANT,
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

By: _____
Deborah DeHart Cannavino  (CT 08144)
TYLER COOPER & ALCORN, LLP
One Landmark Square
Stamford, CT  06901-2501
Telephone: (203)348-5555
Fax: (203) 348-3875
Cannavino@TylerCooper.com

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent facsimile and mailed first class mail, postage prepaid,  to all counsel and pro-se parties of record this 12th day of April, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

Deborah DeHart Cannavino

**STUART B. KLEINMAN, M.D.**

**315 CENTRAL PARK WEST**

**SUITE 9N**

**NEW YORK, NY 10025**

**TELEPHONE (917) 441-7500**

**<u>FORENSIC PSYCHIATRIC REPORT</u>:**

Regarding Kimberly Bachiocchi,

date of birth, September 22, 1964,

prepared at the request of Debbie Cannavino, Esq.,

and Lori Alexander, Esq.,

on March 15, 2004.

**STUART B. KLEINMAN, M.D.**

**315 CENTRAL PARK WEST**

**SUITE 9N**

**NEW YORK, NY 10025**

**TELEPHONE (917) 441-7500**

**FORENSIC PSYCHIATRIC REPORT:** Regarding Kimberly Bachiocchi, date of birth, September 22, 1964, prepared at the request of Debbie Cannavino, Esq., and Lori Alexander, Esq., on March 15, 2004.

**FORENSIC PSYCHIATRIC ISSUE:**

Did Dr. Zachariah employ - **within the legal context he did so** – methodology which permits reliable determination of causation of the distress Ms. Bachiocchi has reported?

**SOURCES OF DATA**: (See Appendix, p. 6)

**FORENSIC PSYCHIATRIC FORMULATION**:

Considerations in Legal Settings:

Forensic psychiatry is the application of psychiatric knowledge and understanding to legal issues and questions. The American Board of Psychiatry and Neurology recognizes forensic psychiatry as an 'official' specialty of psychiatry.

The methodology used in treatment settings to evaluate causation of emotional distress differs in fundamental ways from that used in legal settings to assist courts in resolving legal issues. **Unless appropriate forensic psychiatric/psychological methodology is used to assess causation of claimed distress in legal settings, there is a substantial risk of forming erroneous conclusions.**

In treatment settings, there is an implicit (and sometimes explicit) understanding that the "patient" desires help with a psychological problem, and that to obtain such assistance she/he must be fully forthcoming and forthright with her/his treater. Predicated on the assumption that the patient's sole motive for participating in treatment is the wish to relieve a 'mental' problem, the treater relies upon the patients honestly - at least as to how she/he perceives events, and fully - to the extent she/he is not inhibited by embarrassment/shame, discussing her/his mental state and life.

The treater ordinarily accepts information offered by a patient as generally accurate, and does not - nor according to generally accepted practice is expected to - attempt to independently corroborate or investigate this information. For example, except for certain medical or mental health treatment records, the treater does not typically obtain material regarding a patient's past. Nevertheless, the treater does not - and should not - reflexively accept as accurate a patient's explanation for her/his problems. Just as an individual may present to an internist complaining of stomach pains and diarrhea requesting antibiotics for "food poisoning", but upon careful evaluation be found to instead have diverticulitis, an individual may present for therapy with an explanation for her/his distress/'dysfunctional' behavior which careful evaluation demonstrates to be only partly, if at all, accurate. The treater 'trusts' the patient's reporting, yet also must independently - using appropriate methodology - make the type of inquires/gather the type of information needed for accurate assessment. Patients, particularly those with significant insight, may reasonably correctly recognize the cause or causes of their difficulties. However, when they do not - and the treater accepts their formulation and/or does not conduct a sufficient evaluation which would reveal otherwise - psychotherapy is likely to, at best, be of limited utility. Psychopharmacological (i.e. medication) treatment, because it largely targets

2

overt phenomena/symptoms rather than causes, is less likely – as long as a condition is correctly diagnosed – to be compromised by inaccurate or partly accurate understanding of causation.

Treatment of those actively involved (or contemplating becoming actively involved) in civil or criminal litigation contains an invisible 'third party' which may fundamentally influence, including distort, how an individual presents her/his mental state and reports information.

In civil matters, this 'third party' is typically a claim for money (and/or a[n] [unconscious] desire for revenge/retaliation).  In criminal matters, it is typically potentially losing or obtaining freedom.  Individuals in legal settings may, for example, intentionally exaggerate distress they (genuinely) experience, and/or not reveal information which may - or at least they believe may - harm their legal interest. Forensic psychiatrists possess special expertise - and employ particular methods - to address these potentially 'contaminating' factors.

### Ms. Bachiocchi:

Ms. Bachiocchi presented to Dr. Zachariah complaining of emotional distress which she attributed to maltreatment in her workplace.  Dr. Zachariah concluded - and testified - she was, **in fact**, harassed at her workplace, and that the (alleged) harassment she suffered caused the condition (Major Depression) he diagnosed.  **The voluminous data reviewed (see Sources of Data) indicate that Dr. Zachariah did not use adequate methodology to determine causation – within the legal context he did so - to a reasonable degree of psychiatric/psychological certainty of Ms. Bachiocchi's mental state.**

3

Kimberly Bachiocchi
Mar. 15, 2004

Dr. Zachariah's Methodology:

1. Despite there being significant controversy regarding what transpired, Dr. Zachariah has made a determination of fact regarding the nature of Ms. Bachiocchi's former workplace relying solely, or virtually solely, upon her reporting.

   Even if fully forthrightly and forthcomingly Ms. Bachiocchi reported to Dr. Zachariah, she could still have not (fully) accurately conveyed what transpired. Certain psychiatric conditions and adverse life experiences, e.g. childhood trauma, may influence, including distort, how an individual perceives events. Minimally, Dr. Zachariah should have (demonstrated he):

   a. reasonably considered 'all sides' of the 'story' regarding alleged workplace events, and

   b. investigated whether Ms. Bachiocchi suffered childhood trauma, and, if so, whether it affected her perception and reporting of alleged, traumatic workplace events.

2. Dr. Zachariah has not made the type of standard inquiries sufficient to detect causes of distress independent of Ms. Bachiocchi's former workplace. Even in a treatment setting entirely free of associated legal issues, not making such inquiries would risk formation of significant misunderstanding of causation. Examples of areas of inadequate inquiry include:

   a. The nature of Ms. Bachiocchi's marriage, particularly her history of documented marital difficulties. Marital problems are a well-recognized cause of depression and anxiety.

4

b. Ms. Bachiocchi's financial well-being, which documentation indicates should be specifically examined.    Money difficulties are a well-recognized cause of depression and anxiety.

c. Ms. Bachiocchi's acknowledged exposure to trauma during childhood. It is well-recognized that trauma during childhood may affect individuals during adulthood in many ways.

d. Ms. Bachiocchi's psychiatric history, including documented history of mental health treatment.    An individual's mental health history is directly relevant - be it in a treatment or legal setting - to assessing causation, prognosis and resolution (of a condition).

3. Dr. Zachariah has not obtained or tried to obtain materials:

   a. To attempt to independently corroborate Ms. Bachiocchi's reporting of workplace events.

   b. To determine the presence – and impact – of non-workplace stressors.
      It is generally accepted forensic psychiatric/psychological practice (to make an effort) to obtain such materials when addressing causation in such legal settings.

**FORENSIC PSYCHIATRIC CONCLUSION:**

The methodology Dr. Zachariah has used creates substantial risk of erroneous understanding of the basis for the distress Ms. Bachiocchi claims in her litigation with SNET.

## APPENDIX:

### SOURCES OF DATA:

1.Depositions of Gary Zachariah, Psy.D. of:

    October 24, 2003;

    January 16, 2004;

2. Deposition of James Sarfeh, M.D. of September 2, 2003;

3. Records from Southford Falls Pharmacy:

    January 1, 2000 through April 5, 2001;

    April 4, 2001 through August 8, 2003;

4. Records of Thomas Moran, M.D., including treatment notes of:

    March 26, 2002;

    April 12, 2002;

    June 11, 2002;

    January 8, 2003;

    January 31, 2003;

    March 5, 2003;

    May 28, 2003;

5.Depositions of Kimberly Bachiocchi of:

6

May 12, 2003;

May 24, 2003;

6. Records of Gary Zachariah, Psy.D., including:

Registration Form of May 22, 2000;

Intake Summary of May 22, 2000;

Treatment Plan of May 22, 2000;

Billing Summary - Defendant's Exhibit 9;

Letters by Gary Zachariah, Psy.D. addressed "To Whom It May Concern" of:

May 31, 2000;

June 15, 2000;

July 7, 2000;

Attending Physician's Statement of Disability, Mental Health, and Substance Abuse, completed by Gary Zachariah, Psy.D., July 7, 2000;

Attending Providers Report of Cognitive Functional Capacity, July 7, 2000;

Letters by Gary Zachariah, Psy.D. to Diane Deny, R.N., Medical Department SNET, of:

July 7, 2000;

July 28, 2000;

August 15, 2000;

August 24, 2000;

September 15, 2000;

7

October 6, 2000;

November 28, 2000;

January 4, 2001;

January 19, 2001;

February 17, 2001;

March 14, 2001;

March 19, 2001;

April 18, 2001;

Letter by Lorraine Mattei, Manager Medical Services, to Gary Zachariah, Pys.D. of January 23, 2001;

Letter by Gary Zachariah, Psy.D. to Lorraine Mattei, Manager Medical Services, of January 28, 2001;

Letter by Lorraine Mattei, Manger, Medical Services, SNET to Kimberly Bachiocchi of February 19, 2001;

Letter by Gary Zachariah, Psy.D. to Lori Moffet, Human Resources, SNET, of June 5, 2001;

Progress notes of:

May 22, 2000;

May 26, 2000;

May 31, 2000;

June 7, 2000;

June 8, 2000;

June 15, 2000;

8

June 26, 2000;

July 10, 2000;

July 19, 2000;

July 28, 2000;

July 29, 2000;

August 11, 2000;

August 18, 2000;

August 24, 2000;

August 25, 2000;

September 8, 2000;

September 18, 2000;

September 20, 2000;

September 22, 2000;

September 29, 2000;

October 6, 2000;

October 13, 2000;

October 20, 2000;

November 3, 2000;

November 14, 2000;

November 22, 2000;

December 8, 2000;

December 15, 2000;

December 22, 2000;

January 3, 2001;

January 12, 2001;

January 17, 2001;

January 18, 2001;

January 19, 2001;

January 23, 2001;

January 24, 2001;

January 26, 2001;

January 30, 2001;

February 2, 2001;

February 9, 2001;

February 16, 2001;

February 25, 2001;

March 9, 2001;

March 16, 2001;

March 22, 2001;

March 28, 2001;

March 30, 2001;

April 6, 2001;

April 20, 2001;

May 11, 2001;

May 14, 2001;

May 15, 2001;

June 1, 2001;

June 4, 2001;

June 5, 2001;

June 6, 2001;

June 15, 2001;

June 22, 2001;

July 6, 2001;

July 15, 2001;

Kimberly Bachiocchi
Mar. 15, 2004

July 31, 2001;

August 7, 2001;

September 11, 2001;

September 17, 2001;

October 16, 2001;

October 26, 2001;

November 1, 2001;

November 6, 2001;

December 4, 2001;

January 14, 2002;

January 18, 2002;

February 5, 2002;

February 15, 2002;

February 26, 2002;

March 12, 2002;

April 12, 2002;

May 22, 2002;

June 3, 2002;

June 25, 2002;

July 12, 2002;

July 23, 2002;

August 9, 2002;

August 20, 2002;

September 5, 2002;

September 27, 2002;

October 11, 2002;

October 25, 2002;

December 9, 2002;

January 7, 2003;

February 4, 2003;

February 26, 2003;

March 13, 2003;

April 8, 2003;

May 17, 2003;

December 22, 2003;

Records from Psychological Health Associates Billing Records

7. Records of James Sarfeh, M.D., including:

Progress notes of:

April 25, 2001;

June 4, 2001;

October 25, 2001;

November 3, 2001;

March 3, 2002;

April 5, 2002;

September 23, 2002;

October 4, 2002;

December 11, 2002;

January 31, 2003;

March 7, 2003;

April 25, 2003;

Following are seemingly also by Dr. Sarfeh:

12

Kimberly Bachiocchi
Mar. 15, 2004

November 6, 2003;

November 20, 2003;

December 12, 2003;

Laboratory/X-ray Reports of:

April 16, 1996;

April 30, 1998;

May 11, 1998;

December 21, 1998;

December 29, 1998;

September 1, 1999;

January 10, 2000;

May 11, 2000;

May 12, 2000;

May 1, 2001;

May 30, 2001;

March 12, 2002;

March 15, 2002;

October 1, 2002;

December 29, 2002;

February 4, 2003;

April 12, 2003;

November 25, 2003;

November 28, 2003;

December 3, 2003;

Thyroid uptake scan of December 4, 2003;

13

Report of ultrasound of thyroid of December 4, 2003;

Report of cytology of December 24, 2003;

Surgical pathology report of December 26, 2003;

December 30, 2003;

January 8, 2004;

Letter by James Sarfeh, M.D. addressed "Dear Chris [Randolff]";

Letter by James Sarfeh, M.D. addressed "Dear Tom" of December 12, 2003.

Letter by James Sarfeh, M.D. addressed "Dear Dr. Roman" of January 4, 2004.

8. Records of Jeffrey Alter, M.D., including:

Patient Registration Medical History of April 12, 2000;

Medical History Updates of:

April 12, 2000;
October 18, 2000;
April 24, 2001;
October 29, 2001;
May 1, 2002.

Treatment notes of:

14

December 14, 2000;

March 26, 2003;

9. Record of Anna Tirado, M.D., including:

Anatomic Pathology Report of July 8, 1999;

Laboratory results of September 3, 1999;

Report of Mammogram of February 1, 2000;

Operative Report regarding cone biopsy surgery of April 9, 2002;

Treatment notes of:

December 22, 1999;

November 10, 2000;

February 8, 2002;

July 16, 2002;

October 9, 2002;

February 28, 2003;

Surgical Pathology Report of April 12, 2002;

Gynecological Cytology Reports of:

December 29, 1999;

November 20, 2000;

December 6, 2001;

February 11, 2002;

April 12, 2002;

15

July 25, 2002;

October 24, 2002;

March 9, 2003;

10. Records of Robert Rauch, D.D.S., including:

Progress notes of:

April 7, 1999;

April 12, 2000;

April 24, 2000;

May 15, 2000;

October 18, 2000;

April 24, 2001;

May 17, 2001;

October 29, 2001;

October 30, 2001;

May 1, 2002;

November 2, 2002;

11. Records of Christopher Randolph, M.D., including:

Skin test record;

Laboratory Report of December 29, 2002;

Letter by Christopher Randolph, M.D. to James Sarfeh, M.D. of October 31, 2002;

Chart note of December 30, 2002.

16

12. Records of Joseph Wu, M.D., including:

    Report of MRI of November 14, 2001;

    Progress notes of:

        October 11, 2001;

        November 5, 2001;

        November 26, 2001;

        January 7, 2002;

        January 28, 2002;

        February 4, 2002;

        March 4, 2002;

13. Letter by Samuel Friggers, M.D. to Julie DeRose of February 7, 2002;

14. Calendar entries of Kimberly Bachiocchi of:

    January 1, 2000 through December 31, 2001;

    February 5 and February 6, 2002;

15. Report by Stephen Flagg, M.D. to Julie DeRose, Claims Examiner, of December 18, 2001;

16. Letter by Carole Wilder, Senior Counsel, SNET, to Robert J. Brothers, Jr. Esq., Acting Regional Manager, Connecticut Commission on Human Rights and Opportunities, of August 3, 2001;

17. Affidavit of Laurie Moffet of August 3, 2001;

18. Affidavits of Kevin West of:

September 14, 2000;

August 1, 2001;

19. Investigative Report by Robert Ellis of June 21, 2001;

20. Statement of Kevin West to Robert Ellis of June 19, 2001;

21. Affidavit of Illegal Discriminatory Practice by Kimberly Bachiocchi of June 8, 2001;

22. Complaint by Peter Gillespie, Esq. to Femi Bogle-Assegai, Regional Manager, CCHRO, of June 8, 2001;

23. Statement of Kimberly Bachiocchi to Robert Ellis of June 6, 2001;

24. Derby Police Department Incident Report of June 4, 2001;

25. Records of Marlene Chelso, A.P.R.N. of

December 7, 2000;

May 24, 2001.

26. Personnel file of Kimberly Bachiocchi, including:

Probation period evaluations for:

December 29, 1986;

January 21, 1987;

Letter (unsigned) to Kimberly Strobino of April 13, 1987;

18

Student   Evaluation   Form,   Technical   Training   Department,   for attendance dates:

>   July 11 through July 15, 1988;
>   July 28, 1988;

Letter by F. Alex Tredinnick, III to James Cassidy, Jr., Director of Customer Service, of August 29, 1991;

Letter by Melissa Buckley to A. Thomas Kelly, President, SNET Systems, Inc., of May 28, 1991;

Letter by John Moran, Staff Accountant/Office Manager, to A. Thomas Kelly, President, SNET Systems, Inc., of November 12, 1991;

Letter (signature of writer illegible) to Kimberly Bachiocchi of December 31, 1991;

Absence and Tardiness Record for:

>   1984;
>   1985;
>   1986;
>   1989;
>   1990;
>   1991;
>   1992;
>   1993;
>   1994;

19

Kimberly Bachiocchi
Mar. 15, 2004

Letter by T. H. Cole, Manager-Government Accounts, to G.D. Connor of January 6, 1994;

Learning Center Performance Reports of:

      May 12, 1989;

      August 19, 1991;

      November 8, 1991;

      January 17, 1992;

      March 15, 1993;

      March 29, 1993;

      July 26, 1994;

Letter by Jim Garrett, Games Operation Manager, addressed "Dear Kim" of November 28, 1994;

Requests to examine personnel file of:

      July 1, 1992;

      February 1, 1995;

1996 Goals - January through December 1996 Review Worksheet;

Process Performance Management - signed by Kimberly Bachiocchi, February 13, 1996;

New SNET Award Form, signed by C. R. Peples, October 1, 1996;

Special Impact Contribution - 1997;

Leadership Skills - 1997;

20

Performance Appraisals for:

  1996 - signed by Kimberly Bachiocchi, March 10, 1997;

  1997 - signed by Kimberly Bachiocchi, March 13, 1998;

SNET - Network Learning Center Performance Review - signed by Kimberly Bachiocchi, November 4, 1998;

Management Performance Record for 1998 - signed by Kimberly Bachiocchi, January 6, 1999;

Achievement and Development Goals, unsigned, January 10, 2001;

Customer Comment Cards by:

  Dr. Burns, City Center for Chiropractic;

  Timothy McGaughey, Director of Finance, Lexitech, Inc.;

  Thomas Colville;

  T. F. Claypoole, V.M.D.;

  Rocco Torrenti;

  Samuel Dixon;

  Maria Acampora;

  George Baxter;

27. Letter by Peter Gillespie, Esq. to Femi Bogle-Assegai, Regional Manager, CCHRO, of December 29, 2000;

28. Merit Assessment - Notice of MAR Dismissal - by Kathleen Bowden Garassino of December 19, 2000;

21

Kimberly Bachiocchi
Mar. 15, 2004

29. Letter by Carole Wilder, Senior Counsel, SNET, to Femi Bogle-Assegai, Regional Manager, CCHRO, of September 20, 2000;

30. Records of John Kelleher, M.D., including progress notes of:

> June 8, 2000;
>
> June 29, 2000;
>
> July 28, 2000;
>
> July 29, 2000;
>
> August 24, 2000;
>
> September 20, 2000;

31. Records of Greg Peterson, M.D., including progress notes of:

> June 8, 2000;
>
> June 29, 2000;
>
> July 27, 2000;
>
> August 24, 2000;
>
> September 20, 2000;

32. Affidavit of Robert Vallario of September 19, 2000;

33. Affidavit of Richard Light of September 15, 2000;

34. Affidavit of Carl Lorentzen of September 14, 2000;

35. Records of Bhupinder Lyall, M.D., including:

> Letter by Mark Schwartz, M.D. to Bhupinder Lyall, M.D. of September 16, 1999;

22

Note by Nina Horowitz, M.D. to Anna Tirado, M.D. of March 19, 2000;

Laboratory Reports of:

> September 2, 1999;
>
> January 10, 2000;
>
> May 12, 2000.

Progress notes of:

> October 13, 1999;
>
> October 18, 1999;
>
> January 12, 2000;
>
> May 19, 2000.

36. E-mail by Carl Lorentzen to Bob Vallario of May 15, 2000;

37. Records of Nina Horowitz, M.D., including:

Notes of:

> February 8, 2000;
>
> August/March (not fully legible) 2, 2000;

38. Letter by Samuel Briggers, M.D. to Mark Schwartz, M.D. of December 15, 1999;

39. Records of Michael Kligfeld, M.D., including progress notes of:

> August 28, 1997;
>
> September 3, 1997;
>
> September 10, 1997;

Kimberly Bachiocchi
Mar. 15, 2004

October (date illegible), 1997,

October 23, 1997;

October 29, 1997;

December 12, 1997;

40. Records of Jeffrey Sumner, M.D., including progress notes of:

January 25, 1994;

February 8, 1994;

February 15, 1994;

March 8, 1994;

April 5, 1994;

May 3, 1994;

June 7, 1994;

August 1, 1994;

February 13, 1995;

February 27, 1995;

March 27, 1995;

April 11, 1995;

June 27, 1995;

November 26, 1996;

January 14, 1997;

41. EEO file of Kimberly Bachiocchi, including:

Letter by Margaret Heath, Staff Assistant-Counseling, to Frank Iovne, Staff Manager-Labor Relations, regarding meeting with Kim Strobino, Communications Equipment Technician, of July 12, 1988;

24

Handwritten notes of:

> July 13, 1993 - (10 pages) titled "Kimberly Bachiocchi";
>
> August 17, 1993 - (5 pages) titled "Darby Coners";
>
> August 25,
>
> August 26,
>
> Undated - (3 pages) titled "Allegations"
>
> One untitled, undated - containing dates:
>
> > August 3, (no year);
> >
> > August 4, (no year);
> >
> > August 6, (no year);

Typed document - (two pages) untitled, undated - signed by Varley Connor;

42. Summary of Treatment for Kimberly Bachiocchi by Gary Zachariah, Psy.D. (undated);

43. Records of Dr. Horwitz;

44. Records of Stephen Flagg, M.D.;

45. Records of John O'Brien, M.D.;

46. Records of Mark Schwartz, M.D.;

47. SNET medical file of Kimberly Bachiocchi.

Stuart B. Kleinman, M.D.


315 Central Park West
Suite 9N
New York, New York 10025
(917) 441-7500


## WORK EXPERIENCE

| | |
|---|---|
| 1994 – 1999 | Bellevue Hospital Forensic Psychiatry Clinic |
| 1989 – Present | Independent Consultant, Crime Victims Compensation Board of New York State |
| 1988 - 1996 | Medical Director, Crime Victims Center, Brooklyn, New York |
| 1988 - 1994 | Attending Psychiatrist, Forensic Psychiatry Clinic for the Criminal and Supreme Courts of Manhattan |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2003 2004 | Associate Clinical Professor of Psychiatry, Columbia University College of Physicians and Surgeons |
| 1990 - 2003 | Assistant Clinical Professor of Psychiatry, Columbia University College of Physicians and Surgeons |
| 1988 - 1990 | Instructor in Clinical Psychiatry, Columbia University College of Physicians and Surgeons |
| 1989 - Present | Adjunct Instructor in Psychiatry, New York University School of Medicine |

## HOSPITAL APPOINTMENTS

1990 - Present        Assistant Attending Psychiatrist, Columbia Presbyterian Medical
                      Center - New York Presbyterian Hospital

1988 - 1990          Assistant Psychiatrist, Columbia Presbyterian Medical Center

## TEACHING EXPERIENCE

1999 - Present        Columbia University College of Physicians and Surgeons - Cornell
                      Weill Medical College, Fellowship in Forensic Psychiatry
                      Subjects taught includes/have included:
                        (1) Post Traumatic Stress Disorder
                        (2) Assessment of Employment
                      Discrimination/Harassment,
                          Emotional Distress Claims

1992 - 1994          Instructor, Certified Trauma Curriculum, International Association
of
                     Trauma Counselors, Jersey City College

1991 - 1996          Columbia University College of Physicians and Surgeons,
                     Course Director, Elective in Forensic Psychiatry and Victimology

1988 - Present       Bellevue - Tri-State Chapter American Academy of Psychiatry and
the
                     Law, Course in Forensic Psychiatry
                     Subjects taught includes/have included:
                       (1) Assessment of Employment
                     Discrimination/Harassment,
                         Emotional Distress Claims
                       (2) Traumatic Stress/Memory/Dissociative Conditions
                       (3) 'Victimology'

## SPECIALTY BOARDS

1994                    Added Qualifications in Forensic Psychiatry, American Board of
                        Psychiatry and Neurology

1993                    Certified Trauma Counselor, International Association of Trauma
                        Counselors

1989                    Diplomate in Psychiatry, American Board of Psychiatry and
Neurology


## LICENSURE

2000                    Connecticut

1987                    New York

## ACADEMIC HONORS AND AWARDS

1982                    Alpha Omega Alpha

1980                    Phi Beta Kappa


## PROFESSIONAL ORGANIZATIONS

2003                    Association of Threat Assessment Professionals
2003 - 2005             Treasurer - Northeast Chapter

1999 - 2001             The Association of the Bar of the City of New York
                        Science and Law Committee - Adjunct member

1996 - 2001             New York State Psychiatric Association
1996 - 1999             Committee on Psychiatry and the Law

<u>PROFESSIONAL ORGANIZATIONS</u> - (Continued)

| | |
|---|---|
| 1984 - Present | American Psychiatric Association |
| 1996 - 1997 | New York County District Branch Study Group on Disaster |
| 2001 - Present | New York County District Branch - Task Force on Disaster |
| | |
| 1986 - Present | American Academy of Psychiatry and the Law |
| 1988 - Present | Chair, Committee on Trauma and Stress (formerly Victimology) |
| 1992 - 1993 | Chair, Learning Resources Committee |
| | |
| 1987 - Present | Tri-State Chapter |
| 1996 - 1998 | President |
| 1994 - 1996 | Vice President |
| 1992 - 1994 | Secretary |
| 1991 - 1992 | Councilor |
| 1992 | Program Chair, Annual Meeting, "Trauma, Children and the Law" |
| 1991 the | Program Chair, Annual Meeting, "Stress Response Syndromes and Law" |
| | |
| 1988 - Present | International Society for Traumatic Stress Studies |
| 1991 - Present | New York Chapter |
| 1993 - 1995 | President |
| 1992 - 1993 | Treasurer |
| | |
| 1989 | Ad Hoc Task Force on Interpersonal Victimization Disorders |

## PRESENTATIONS (PAST TEN YEARS)

| | |
|---|---|
| October, 2003 | "The Use and Misuse of Psychological Tests@, Panel Presentation, Annual Meeting, American Academy of Psychiatry and the Law, San Antonio, Texas |
| May, 2003 Panel | "A Terrorists Competency to Stand Trial: Assessing Amnesia", Presentation, Annual Meeting, American Psychiatric Association, San Francisco, California |
| November, 2002 | "The Insanity and Related Defenses", Conference, New York State Association of Criminal Defense Lawyers, Brooklyn, New York |
| January, 2002 | "Forensic Psychiatric Assessment of Claims of Harassment and Disability Discrimination", Panel Presentation, Annual Meeting, Tri-State Chapter American Academy of Psychiatry and the Law, New York, New York |
| January, 2002 Terrorism", | "How Can They Do It: Dynamics of Those Who Commit Society for Liaison Psychiatry, Beth Israel Hospital, New York, New York |
| November, 2001 | "Psychological First-Aid for Terror Victims", Coalition of Voluntary Mental Health Agencies, New York, New York |
| October, 2001 | "Treatment of Traumatic Stress Disorders: Acute Interventions in Response to the World Trade Center Attack", Columbia University Mental Health Training Project, New York State Psychiatric Institute, New York, New York |

5

PRESENTATIONS (PAST TEN YEARS) - (Continued)

October, 2001       "Fibromyalgia   Controversies:   Diagnosis   Dilemmas   and   the
Americans  with  Disabilities  Act",  Panel  Presentation,  Annual  Meeting,  American
Academy of Psychiatry and the Law, Boston, Massachusetts

September, 2001     "Terrorism   and   its   Aftermath",   Grand   Rounds   (with   Randall
Marshall,
                    M.D.) Columbia  University  College  of Physicians  and  Surgeons,
          New
                    York, New York

April, 2001         "Understanding Psychiatric Disabilities Law: The Challenges of the
                    ADA", Symposium, The Association of the Bar of the City of New
                    York, New York, New York

March, 2001         "Sexual Harassment", NYU-Bellevue, Tri-State          Chapter
American
                    Academy  of Psychiatry  and  the  Law  Review  Course,  New  York,
          New
                    York

October, 2000       "PTSD: Research, Evaluation and the Law", Panel Presentation,
                    Annual Meeting, American Academy of Psychiatry and the Law,
                    Vancouver, Canada

May 01, 1999        "Domestic Violence and Child Custody", Panel Presentation, Annual
                    Meeting, Women's Bar Association of the State of NY, Tarrytown,
                    NY

March 18, 1999      Trauma - Forensic Psychiatric Considerations, Panel Presentation,
                    Meeting, New York County District Branch, American Psychiatric
                    Association, New York, New York

October 23, 1998    "'Hypersensitivity' and Sexual Harassment Claims", Chair, Panel
                    Presentation, Annual Meeting, American Academy of Psychiatry and
                    the Law, New Orleans

6

<u>PRESENTATIONS (PAST TEN YEARS)</u> - (Continued)

February 20, 1997     "Prisoners of Fear: Survivors Of Terrorism", Annual Meeting, American Academy of Forensic Sciences, New York, New York

February 18, 1997     "The Psychologic Impact of Terrorism", Panel Presentation – Multidisciplinary Symposium on the Uses of Forensic Science – "Forensic Science Responds to Mass Disaster/Terrorism", Annual Meeting, American Academy of Forensic Sciences, New York, New York

November, 1995      "Recovered Memories: Therapists Wounds", Annual Meeting,
Eastern
                    Group Psychotherapy Association, New York, New York

October, 1995        "Forensic Psychiatric Evaluation in Sexual Harassment Cases", Human Resources Center, New York, New York

June, 1995          "Medication Management of Traumatic Stress",          Panel
Presentation,
                    Conference on Traumatic    Stress, New York State Psychologic Association, Hofstra College, New York

October, 1994        "The Victim Debate: Can Trauma Induced Disorders Be Used to Exculpate Criminal Behavior", Panel Presentation, Annual Meeting, American       Academy of Psychiatry and the Law, Maui, Hawaii

May, 1994           "Psychopharmacologic   Treatment  of  Post   Traumatic   Stress
Disorder",
                    Annual Meeting, New York State Psychologic Association, Lake George, New York

May, 1994            "Criminal Behavior and Dissociation", Faculty Seminar, Columbia University, New York, New York

PRESENTATIONS (PAST TEN YEARS) - (Continued)

March, 1994          "Dissociation, Victimization and Violent Behavior", Faculty
Seminar,
                     Mt. Sinai School of Medicine, New York, New York


PUBLICATIONS

Peer Reviewed Journals
Kleinman, S., "Managing the Managers: Supporting Functioning of Employees Facing
Threats of Terrorism", *Psychiatric Services, Frontline Report*, 53 (10):2002;1340-1341

Kleinman, S., "Terror at Sea: Vietnamese Victims of Piracy", *American Journal of
Psychoanalysis,* 50(4):1990;351-362

Kleinman, S., "Liberty and Tardive Dyskinesia: Informed Consent to Antipsychotic
Medication in the Forensic Psychiatric Hospital", *Journal of Forensic Sciences*,
35(5):1990;1155-1162

Kleinman, S., "A Terrorist Hijacking: Victims' Experiences Initially and Nine Years
Later", *Journal of Traumatic Stress Studies*, 2(1):1989;
49-58

Book Chapters

Kleinman, S., APsychiatric-Legal Considerations in Providing Mental Health Assistance
to Disaster Survivors@, in *Psychiatric Clinics of North America,* S. Barth, ed.,
Philadelphia: W.B. Saunders Company, in production

Kleinman, S., Egan, S., "Trauma Induced Psychiatric Disorders and Civil Law", Second
Edition, in *Principles and Practice of Forensic Psychiatry*, R. Rosner, ed., New York:
Chapman and Hall, 2003

Kleinman, S., 1998, "Psychopharmacological Management of        Traumatic      Stress
and Aggression", in *Violence in Our Lives: Impact on Workplace, Home and Community*,
E. Carll, Massachusetts: Allyn and Bacon

PUBLICATIONS - (Continued)

Kleinman, S., 1994, "Trauma Induced Psychiatric Disorders and Civil Law", in *Principles and Practice of Forensic Psychiatry*, R. Rosner, ed., New York: Chapman and Hall

Kleinman, S., 1994, "Trauma Induced Psychiatric Disorders in Criminal Court", in *Principles and Practice of Forensic Psychiatry*, R. Rosner, ed., New York: Chapman and Hall

Book Reviews
Kleinman, S., 1994, Review of "Trauma and Recovery: The Aftermath of Violence From Domestic Violence to Political Terror", J. Herman, New York: Basic Books in *Bulletin of American Academy of Psychiatry and the Law*


TRAINING

Fellowship
1987 - 1988    New York University Medical Center, Program in Law and
Psychiatry

1986 - 1987    The University of Pennsylvania School of Medicine, Center for
Social-
               Legal Studies, Program in Forensic Psychiatry

Residency
1984 - 1987    The Institute of Pennsylvania Hospital

Internship
1983 - 1984    Pennsylvania Hospital


EDUCATION

1979 - 1983    Medical College of Pennsylvania

1977 - 1979    B.A., Magna Cum Laude, Lehigh University
               (B.A. - M.D. six year accelerated program)