UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:02CV908(CFD) |
| v. : | |
| : | |
| SOUTHERN NEW ENGLAND : | |
| TELEPHONE COMPANY : | |
| : | |
| Defendant. : | APRIL 27, 2004 |

DEFENDANT'S SUPPLEMENTAL DESIGNATION OF EXPERT WITNESS

Pursuant to Rule 26(A) (2) of the Federal Rules of Civil Procedure, the defendant, the Southern New England Telephone Company ("defendant"), hereby supplements its designation of expert witness in the above-captioned matter. Dr. Stuart Kleinman's rate for deposition and court testimony is $4,000 a day (for up to a maximum of 8 hours). After 8 hours, Dr. Kleinman bills at his hourly testimony appearance rate of $500.00 an hour. His travel time is charged at $400.00 an hour. Dr. Kleinman was paid at a rate of $400.00 for his study. A signed copy of his report is attached. In addition, a listing of the other cases in which Dr. Kleinman has testified as an expert at trial or by deposition within the preceding four years is also attached.

Dated this 27th day of April, 2004 at Stamford, Connecticut.

THE DEFENDANT,
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

By: *(signature)*
Deborah DeHart Cannavino (CT 08144)
TYLER COOPER & ALCORN, LLP
One Landmark Square
Stamford, CT 06901-2501
Telephone: (203)348-5555
Fax: (203) 348-3875
Cannavino@TylerCooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent facsimile and mailed first class mail, postage prepaid, to all counsel and pro-se parties of record this 27th day of April, 2004:

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880

_____
Deborah DeHart Cannavino