UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*************************************************
KIMBERLY BACHIOCCHI,                *
                                    *
            Plaintiff,              *   CIVIL ACTION NO. 02-CV-908 (CFD)
                                    *
      v.                            *
                                    *
THE SOUTHERN NEW ENGLAND            *
TELEPHONE COMPANY,                  *   MAY 5, 2008
                                    *
            Defendant.              *
                                    *
*************************************************
```

### PLAINTIFF'S MOTION IN LIMINE SETTING FORTH PLAINTIFF'S OBJECTIONS TO CERTAIN OF DEFENDANT'S PROPOSED EXHIBITS

Pursuant to the Trial Memorandum Order issued by the Court, Plaintiff herewith interposes objections to certain of Defendant's Proposed exhibits, as set forth below:

1. Defendant proposes to offer several statements by its employees, Ronald Dursza (Exhibits 1, 3, 39), Yvan Boulet (Exhibits 2, 37), Robert Vallario (Exhibit 38) and William Volkert (Exhibit 40).

Plaintiff objects to these out of court statements because they are hearsay, inadmissible pursuant to Rule 802, nor do these statements appear to have been compiled in the course of a regularly conducted business activity as permitted by Rule 803((6).  These exhibits appear to have been prepared in preparation for litigation or response to a claim of sexual harassment.

Further, in several cases the exhibits are duplicative.  Exhibits 3 and 39 appear to be copies of the same document;  Exhibit 2 primarily duplicates the information set forth in exhibit 37; and exhibit 1 largely duplicates the information set forth in exhibit 3.  As such the exhibits are duplicative and unnecessary.  Rue 403.

2. Defendant proposes to submit notices of dismissal in the administrative proceedings below.  Exhibits 7 and 8.  Proceedings before this Court are *de novo* and therefore the earlier administrative actions are not only irrelevant, but prejudicial under Rule 403.  Further, as discussed during the summary judgment proceedings, these notices of final agency actions are incomplete and misleading in that they overlook the fact that Plaintiff sought, and was granted, reconsideration of those findings below.

3. Defendant proposes to enter a police report in evidence concerning the events of June 4, 2001 in Plaintiff's workplace. Exhibit 10. Plaintiff objects to this out of court statement because it is hearsay, inadmissible pursuant to Rule 802.

4.  Defendant proposes to introduce a summary of Plaintiff's base wage increases. Exhibit 22. Plaintiff objects to this exhibit because it is misleading without references to Plaintiff's total compensation, including benefits. Further, the specific underlying documents from which these materials are drawn have not been presented pursuant to Rule 1006, so far as Plaintiff is aware.

5.  Defendant proposes to introduce a typewritten statement with handwritten notations reflecting a conversation between Plaintiff and her lawyer. Exhibit 29. Magistrate Judge Smith ruled that this document was discoverable over Plaintiff's claim of privilege. Plaintiff filed an Objection to that ruling which is still pending.

6.  Defendant proposes to submit a series of unsigned writings which appear to be written statements by its employees, Exhibits 31, 32. 33 , 34, 36, although in some cases the writer is not identified, See, Exhibits 32, 34 and 36. Plaintiff objects to these out of court statements because they are inadmissible hearsay pursuant to Rule 802, nor do these statements appear to have been compiled in the course of a regularly conducted business activity as permitted by Rule 803(6).  These exhibits appear to have been prepared in preparation for litigation or response to a claim of sexual harassment.

       Respectfully submitted,

       THE PLAINTIFF
       KIMBERLY BACHIOCCHI


By: _/s/ Peter E. Gillespie_
       Peter E. Gillespie  (ct06554)
       46 Riverside Avenue
       P. O. Box 3416
       Westport, CT 06880
       Tel: (203) 227-7000
       Fax: (203) 454-5508
       Email: petelaw@mac.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 5, 2008 a copy of this motion in limine was filed electronically and served by mail on unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System:

Lori B. Alexander, Esq.
Littler Mendelson
110 Washington Avenue – 3rd Floor
North Haven, CT 06473

Peter E. Gillespie (ct06554)