November 9, 2000

DEFENDANT'S EXHIBIT 1

TO: Kevin West

FROM: Ron Dursza

SUBJECT: INAPPROPRIATE BEHAVIOR IN A BUSINESS ENVIRONMENT

Kevin,

I have noticed in our office that there has been inappropriate interaction between two of my co-workers. Every time Nick Faiella comes into the office he shows inappropriate attentions toward Kim Bachiocchi. I understand that they are very close friends, but I personally do not like to see him rubbing her neck, arm or any other part, in the business environment.

Two occasions that immediately come to mind were at a data seminar in Sturbridge Mass. and a fiber-optics trade show in Foxboro, Mass.
> On May 1, 2000 a group of engineers and installation supervisors went to a fiber-optics trade show in Foxboro Mass. Kim and Nick separated themselves from us, as usual. While at the show we were standing outside talking, enjoying the fine weather. Nick brought out two chairs, one for him and one for Kim. She sat down and he moved in back of her and began to rub her neck.
>
> On May 3, 2000 the same group of engineers and supervisors went to a data seminar in Sturbridge, Mass. The entire group sat together with the exception of Nick and Kim, who sat in back to the side. While looking around the room before a break in the seminar I saw Nick rubbing Kim's thigh. I observed other contractors at the seminar also watching what was going on.
> I have never observed her telling him to stop touching her.

I have had a good working relationship with Nick and I am concerned that this behavior is out of place here and should be stopped. I am asking you to council them on proper business etiquette.
If they continue I will be forced to escalate this matter to higher authorities.

Thank You,

*Ronald E. Dursza*



DEFENDANT'S EXHIBIT 2

## Affidavit of Yvan Boulet

1. I am over the age of 18 and am competent to testify about the matters below.

2. I am currently an Associate Manager reporting to Kevin West. I work out of the same office as Kim Bachiocchi and Nick Faiella.

3. In 1999, Faiella confronted me about some engineering specifications that I had designed. In the course of discussing my work, Faiella became quite upset and called me an "asshole."

4. In early May 2000, a group of Analysts -- Technical Sales (both engineers and installation supervisors) attended a trade show in Massachusetts. At one point during the day, I saw Nick reach out and grab Kim Bachiocchi's thigh and hold it for about thirty seconds

_____
Yvan Boulet

Sworn and subscribed to me this 16th day of February, 2001.

_____
Commissioner of the Superior Court