## Affidavit of Yvan Boulet



1. I am over the age of 18 and am competent to testify about the matters below.

2. I am currently an Associate Manager reporting to Kevin West. I work out of the same office as Kim Bachiocchi and Nick Faiella.

3. In 1999, Faiella confronted me about some engineering specifications that I had designed. In the course of discussing my work, Faiella became quite upset and called me an "asshole."

4. In early May 2000, a group of Analysts -- Technical Sales (both engineers and installation supervisors) attended a trade show in Massachusetts. At one point during the day, I saw Nick reach out and grab Kim Bachiocchi's thigh and hold it for about thirty seconds

_____
Yvan Boulet

Sworn and subscribed to me this 16th day of February, 2001.

_____
Commissioner of the Superior Court