## Affidavit of Ronald Dursza

1. I am over the age of 18 and am competent to testify about the matters below.

2. I am currently an Analyst Technical Sales and I report to Kevin West. I work out of the same office as Kim Bachiocchi and Nick Faiella.

3. Throughout 1999 and the first several months of 2000, I noticed inappropriate interactions between Faiella and Bachiocchi. On a very frequent basis, I witnessed Faiella rubbing Bachiocchi's neck, arms, and back while they were in the office.

4. In early May 2000, a group of Analysts Technical – Sales (both engineers and installation supervisors) went to a trade show in Foxboro, MA. While I was outside talking to my colleagues, I saw Faiella give Bachiocchi a neck and back rub.

5. Also, in early May 2000, the same group of supervisors went to a data seminar in Sturbridge, MA. During the seminar, I noticed Faiella inappropriately rubbing Bachiocchi's thighs.

_____
Ronald Dursza

Sworn and subscribed to me this 16th day of February, 2001.

_____
~~Notary Public~~
Commissioner of the Superior Court

DEFENDANT'S EXHIBIT 3