

DEFENDANT'S EXHIBIT 7



CONNECTICUT COMMISSION on HUMAN RIGHTS & OPPORTUNITIES

**FORM LETTER 407**

## MERIT ASSESSMENT - NOTICE OF MAR DISMISSAL

Certified No. 7000 0520002 14203189 /

December 19, 2000

Kimberly Bachiocchi
21 Silann Dr.
Oxford, Ct 06418

RE: NOTICE OF FINAL AGENCY ACTION
CASE NO./NAME: 0130048 - Bachiocchi v Southern New England Telephone Co.
EEOC NO: 16aa03399

Dear Ms. Bachiocchi:

Notice is hereby given that pursuant to Section 46a-83(b) of C.G.S, the Commission has processed your complaint through its Merit Assessment processes.

Further, you are hereby notified that as a result of these activities, your complaint has been reviewed out for the reason that there is no reasonable possibility that further investigation will result in a finding of reasonable cause inasmuch as it was determined that you were not discriminated against because of your sex.

- A review of the file did not provide substantive evidence or information to show discrimination.
- Respondent denied that you were sexually harassed on the job and the only information that you supplied that could be construed as sexual harassment was the one comment by Vallerio. This in itself does not rise to sexual harassment.
- Respondent supplied information to show that Lortenzen was assigned to work with you after respondent received complainant from outside contractors about Faiella.
- Respondent indicated that you were paid the average of the males that were comparable to you.
- You did not supply a rebuttal to the information supplied by respondent.

Form Letter 407
7/1/98

West Central Region, 55 West Main St., Suite 210, Waterbury, CT 06702-2004
203-805-6530

*Affirmative Action / Equal Opportunity Employer*

Rec 12/26/00

The complainant may apply for reconsideration, requesting that the Commission reconsider its decision dismissing the complaint, as provided in subsection (b) of Section 46a-83 of the C.G.S. (formerly Public Act 94-238). The reconsideration request must be in writing and **filed** at the Commission's administrative office stated on the letterhead **within fifteen (15) calendar days from the date of this letter**. It is the complainant's responsibility to file a timely request. No additional information after this fifteen (15) day period will be considered. Untimely requests will not be considered. The request should state specifically the grounds upon which the application is based. Generally, no new documentation or evidence can be considered as only documentation in the case file at the time of dismissal will be reviewed. Any request for reconsideration must be submitted to the regional office listed on the letterhead.

A copy of your request for reconsideration must be mailed to the respondent and respondent's attorney, if any, at the address listed at the bottom of this letter. You should certify that you have done so in your request for reconsideration filed with the Commission. **If you do not request reconsideration of the dismissal of your complaint, you will be issued a release of jurisdiction which grants you the right to file a civil action in Superior Court.**

The complainant may appeal this disposition to the Superior Court of the State of Connecticut if reconsideration of the dismissal is requested and denied. Any appeal must strictly comply with all of the applicable statutory procedures, requirements, and time frames. You may wish to consult an attorney regarding the proper filing of an administrative appeal.

Sincerely,

Kathleen Bowden Garassino
Investigator


Femi Bogle-Assegai
Regional Manager

cc:     Complainant's Attorney:
        Respondent: Carole F. Wilder
        Respondent's Attorney:

Enclosures: Complainant(s)'/Respondent(s)' Certification of Mailing [Form #004]

Form Letter 407                                                                 Revised
7/1/98