| 2020 | DERBY POLICE DEPARTMENT | | | | | RPT TYPE | Initial |
|---|---|---|---|---|---|---|---|
| | | | Incident Report | | | RPT SOURCE | Patrol |

| INCID NO | INCID DATE | INCID TIME | CODE | NATURE | OFFICER | | BADGE |
|---|---|---|---|---|---|---|---|
| 01-11941 | 06 04 01 Mon | 1127 | 4871 | Civil Inv. | Ofc. Steve Chapman | | 051 |

| RPT DATE | LOCATION | ASSISTING OFFICER(S) |
|---|---|---|
| 06/04/01 | 90 Elizabeth Street | |

| VEHICLE INVOLVED | STATUS | YEAR | MAKE | MODEL | COLOR | REG. | ST | VIN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

STATUS CODES: C = COMPLAINANT  V = VICTIM  A = ARRESTEE  AX = ARRESTEE DANGEROUS  W = WANTED ON WARRANT  J = JUVENILE REFERRED  O = OTHER  M = MISSING

| STATUS | LAST | FIRST (M.I.) | SEX | RACE | DOB | PHONE | STREET | CITY | ST |
|---|---|---|---|---|---|---|---|---|---|
| C | Bachiocchi | Kim | F | W | 09/22/64 | 881-2345 | 21 Silano Drive | Oxford | CT |
| O | West | Kevin | M | W | 02/04/49 | 732-7067 | 5 Jane Street | Beacon Falls | CT |
| B | England Telephone | Southern New | | | | | 90 Elizabeth Street | Derby | CT |

**DETAILS**

On 6-4-01 at 1127 hours I was dispatched to SNET located at 90 Elizabeth Street for a third party report of a possible assault. This third party stated that he had received a phone call from a co-worker, Kim Bachiocchi, stating that her supervisor had assaulted her.

Upon arrival this Officer located Bachiocchi and asked what had transpired. Bachiocchi told this Officer that at approximately 0945 hours she had been seated at her desk when her supervisor, Kevin West, had approached her regarding a project. Bachiocchi states that a disagreement ensued over SNET procedures regarding this project. When Bachiocchi attempted to pick up the paperwork, West grabbed her wrist and then proceeded to pull the paperwork from her hand. This Officer observed no visible marks or redness on Bachiocchi's wrist at this time. Bachiocchi also stated that she feels threatened by her supervisors height when he stands over her desk and yells at her.

Upon speaking to West he stated that there has been ongoing problems between Bachiocchi and SNET. He stated that he could not reveal all matters, but stated that there is a serious performance issue on the part of Bachiocchi. West admitted to taking the documents from Bachiocchi, but denies ever grabbing her wrist.

At this time I believe there is definite friction between Bachiocchi and her supervisor, but do not believe probable cause exists for any further action. Both parties were advised to contact their human resources department for help in resolving this matter.

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.
SIGNED: _____ #051    DATED 6/4/2001

SUBSCRIBED AND SWORN TO BEFORE ME THIS 4 DAY OF JUN 20 01    6/4/2001 12:47:12 PM    SIGNED: _____

NOTARY    PG 1 OF 1

DEFENDANT'S EXHIBIT 10