

## BACHIOCCHI
### RAISES 1997 - PRESENT

|                  | Title                | Salary                 | Percentage |
|------------------|----------------------|------------------------|------------|
| March 30, 1997   | Course Devel/Instr.  | $1949.18/$50,678.68    | .0250      |
| March 29, 1998   | Course Devel/Instr.  | $2022.27/$52,579.02    | .0375      |
| June 7, 1998     | Analyst Tech. Sales  | $2022.27/$52,579.02    | .0000      |
| March 28, 1999   | Analyst Tech. Sales  | $2082.94/$54,156.44    | .030       |
| Feb. 27, 2000    | Analyst Tech. Sales  | $2176.65/$56,592.90    | .0450      |
| Feb. 25, 2001    | Analyst Tech. Sales  | $2263.73/$58,856.98    | .040       |
| June 17, 2001    | Mgr. - Sales Support | $2399.55/$62,388.30    | .0600      |
| Dec. 30, 2001    | Sales Training Mgr.  | $2399.55/$62,388.30    | .000       |
| June 30, 2002    | Sales Training Mgr.  | $2461.92/$64,009.92    | .0260      |
| Nov. 30, 2002    | Sr. Project Mgr.     | $2461.92/$64,009.92    | .0000      |
| June 29, 2003    | Sr. Project Mgr.     | $2560.38/$66,569.88    | .0400      |
| Oct. 19, 2003    | Service Exec.        | $2560.38/$66,569.88    | .0000      |
| March 7, 2004    | Service Exec.        | $2639.77/$68,634.02    | .0310      |



E320010-27106

# PERSONNEL INFORMATION PROFILE

```
KIMBERLY    A BACHIOCCHI          EMERGENCY CONTACT              DATE PRINTED        06-23-95
200  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-9                JANICE NACZI                   ORGANIZATION CODE   Y551C1102
70 HAMPTON PARK                   211 HIGHLAND AVENUE            ASSIGNED LOCATION   0113
                                                                 PAY LOCATION        NH55
BRANFORD                          WATERBURY                      PREP POINT          488
CT  06405                         CT  06708                      COMPANY ADDRESS     10-18-60
                                                 RELATIONSHIP
203-483-7241                      203-574-0741   PARENT          B01207  SVC DELIV TECH-BUS
```

| | DATE OF BIRTH | RACE CODE M | SEX CODE | NCB DATE | FIRST EMPLOYMENT | LATEST EMPLOYMENT | FLSA |
|---|---|---|---|---|---|---|---|
| M RACE CODE VALUES<br>A = WHITE<br>B = BLACK<br>C = HISPANIC<br>D = ASIAN OR PACIFIC ISLANDER<br>E = AMERICAN INDIAN OR ALASKAN NATIVE | 09-22-64 | A | F | 07-23-84 | 07-23-84 | 07-23-84 | N |
| | EMPLOYEE STATUS | COMPANY STATUS | WORK STATUS | SALARY GRADE | | EEO CODE | U.S. CITIZEN |
| | ATR | R | FT | ML | | F10 | US |

| JOB CHANGE CODE | EFFEC-TIVE DATE | PAY GROUP BASIS | COM-PANY CODE | ORGANIZA-TION CODE | STATUS CODES | | | % IN RANGE | BASIC WAGE RATE | SCHED HOURS | HISTORY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | EMPL | COMP | WORK | | | | |
| ST | 941231 | QD M | 200 | Y551C1102 | ATR | R | FT | 108 | 806 80 | 40 00 | SVC DELIV TECH-BUS |
| ST | 941022 | QD M | 200 | Y551C1102 | ATR | R | FT | 108 | 806 80 | 40 00 | SVC DELIV TECH-BUS |
| ST | 941002 | QD M | 200 | Y551C1102 | ATR | R | FT | 108 | 806 80 | 40 00 | SVC DELIV TECH-BUS |
| LD | 940226 | QL M | 310 | Y35032502 | ATR | R | FT | 102 | 758 40 | 40 00 | COMM EQPT TECH  -SYS |
| ST | 931221 | QL M | 310 | Y35032502 | ATR | R | FT | 102 | 758 40 | 40 00 | COMM EQPT TECH  -SYS |
| ST | 931002 | QL M | 310 | Y35032502 | ATR | R | FT | 100 | 744 00 | 40 00 | COMM EQPT TECH  -SYS |
| BT | 930117 | QL M | 310 | Y35032502 | ATR | R | FT | 100 | 744 00 | 40 00 | COMM EQPT TECH  -SYS |
| ST | 921231 | QL M | 310 | Y35032502 | ATR | R | FT | 100 | 744 00 | 40 00 | COMM EQPT TECH |
| ST | 920920 | QL M | 310 | Y35032502 | ATR | R | FT | 100 | 744 00 | 40 00 | COMM EQPT TECH |
| ST | 911229 | QL M | 310 | Y35032502 | ATR | R | FT | 100 | 731 20 | 40 00 | COMM EQPT TECH |
| ST | 911215 | QL M | 310 | Y25187505 | ATR | R | FT | 100 | 731 20 | 40 00 | COMM EQPT TECH |
| ST | 910602 | QL M | 310 | Y25187505 | ATR | R | FT | 100 | 720 80 | 40 00 | COMM EQPT TECH |
| ST | 900916 | QL M | 310 | Y25184205 | ATR | R | FT | 100 | 700 80 | 40 00 | COMM EQPT TECH |
| ST | 891015 | QL M | 310 | Y25184205 | ATR | R | FT | 100 | 700 80 | 40 00 | COMM EQPT TECH |
| ST | 890917 | QL M | 310 | Y25184205 | ATR | R | FT | 100 | 680 00 | 40 00 | COMM EQPT TECH |
| ST | 890423 | QL M | 310 | Y25184205 | ATR | R | FT | 100 | 680 00 | 40 00 | COMM EQPT TECH |
| ST | 890301 | QL M | 310 | Y25184205 | ATR | R | FT | 100 | 653 50 | 40 00 | COMM EQPT TECH |
| ST | 890101 | QL M | 310 | Y25184205 | ATR | R | FT | 90 | 625 00 | 40 00 | COMM EQPT TECH |
| ST | 881226 | QL M | 310 | Y25184205 | ATR | R | FT | 90 | 625 00 | 40 00 | COMM EQPT TECH |
| ST | 880918 | QL M | 310 | Y25184205 | ATR | R | FT | 90 | 625 00 | 40 00 | COMM EQPT TECH |
| PP | 880626 | QL M | 310 | Y25184205 | ATR | R | FT | 77 | 558 50 | 40 00 | COMM EQPT TECH |
| ST | 860101 | QD M | 200 | Y50221403 | AOH | P | FT | 100 | 510 00 | 40 00 | CENTRAL OFFICE ATTEN |
| ST | 871215 | QD M | 200 | Y50221403 | AOH | P | FT | 85 | 489 50 | 40 00 | CENTRAL OFFICE ATTEN |
| ST | 870920 | QD M | 200 | Y50221403 | AOH | P | FT | 85 | 489 50 | 40 00 | CENTRAL OFFICE ATTEN |
| ST | 870719 | QD M | 200 | Y50221403 | AOH | P | FT | 84 | 485 00 | 40 00 | CENTRAL OFFICE ATTEN |
| ST | 870201 | QD M | 200 | Y50221403 | AOH | P | FT | 66 | 382 50 | 40 00 | CENTRAL OFFICE ATTEN |
| ST | 860810 | QD M | 200 | Y4123280A | AOH | P | FT | 66 | 382 50 | 40 00 | CENTRAL OFFICE ATTEN |
| ST | 860629 | QD M | 200 | Y4123280A | AOH | P | FT | 67 | 387 00 | 40 00 | CENTRAL OFFICE ATTEN |
| ST | 860615 | QD M | 200 | Y21365202 | AOH | P | FT | 67 | 387 00 | 40 00 | COMM EQUIP TECH ASST |
| ST | 860316 | QD M | 200 | Y21365202 | AOH | P | FT | 67 | 272 50 | 40 00 | COMM EQUIP TECH ASST |
| ST | 860215 | QD M | 200 | Y21365201 | AOH | P | FT | 67 | 272 50 | 40 00 | COMM EQUIP TECH ASST |
| ST | 850804 | QD M | 200 | Y21365201 | AOH | P | FT | 61 | 249 00 | 40 00 | COMM EQUIP TECH ASST |
| ST | 850616 | QD M | 200 | Y21365201 | AOH | P | FT | 61 | 240 00 | 40 00 | COMM EQUIP TECH ASST |
| ST | 850512 | QD M | 200 | Y21365201 | AOH | P | FT | 51 | 201 00 | 40 00 | COMM EQUIP TECH ASST |
| ST | 850310 | QD M | 200 | Y21365201 | AOH | T | FT | 51 | 201 00 | 40 00 | COMM EQUIP TECH ASST |
| ST | 850110 | QD M | 200 | Y21333400 | AOH | T | FT | 54 | 202 50 | 40 00 | COMM EQUIP TECH ASST |
| ST | 840805 | QD M | 200 | Y21333400 | AOH | T | FT | 54 | 202 50 | 40 00 | COMM EQUIP TECH ASST |
| HR | 840723 | QD M | 200 | Y21333400 | AOH | T | FT | 49 | 182 50 | 40 00 | COMM EQUIP TECH ASST |

```
EMPLOYEE'S SIGNATURE              DATE       SUPERVISOR'S SIGNATURE              DATE       PHONE

                                             ROOM/FLOOR AND MAIL CODE
```

\* \* \* \* \* \* \* \* \*     PRIVATE : THIS INFO IS FOR AUTHORIZED S N E T EMPLOYEES ONLY     \* \* \* \* \* \* \* \* \* \*

DEFENDANT'S EXHIBIT
1
5/12/03  QQ