DEFENDANT'S EXHIBIT 31

*Documentation: Nick Faiella By Kevin West Manager PTS*

11/15/99

I met with Nick Faiella over a number of issues he wanted to discuss regarding the Engineer's and the Engineering Manager Rich Light. I talked to Nick regarding the verbal disagreements he has had with Rich Greene, Ron Lathrope, John Dunn, Rich Light and Yvan Boulet and while everyone felt that these out bursts were due to the medication he was taking from the cancer operation that this behavior was unacceptable. Nick promised that he would do his best to control himself and speak to me before he reacts.

2/3/00

After Nick's Manager Bob Vallario informed me of the message from SNET Executive Response Group regarding the incident with Mrs. Emerson and the driver of SNET Pick-up truck registration # 580 CZR. This truck is assigned to Nick and he is the driver. ( See Bob Vallario's notes for details) Nick denies this ever happened, again I stressed that this is not appropriate behavior and would not be tolerated.

5/16/00

I received a call from Nick Faiella telling me he needed to meet with me immediately regarding his area and projects. Nick and I discuss the fact that his Manager Bob Vallario has taken away some of his projects and assigned them to someone else. I told him I would speak to Bob Vallario and find out what was going on. Nick went on to say that he was not having an affair with Engineer Kim Bachiocchi and his nick name for her was Barbie. I told Nick that all of this was new news to me and that I was not interested as long as nothing happens on Company time or Company property. Nick went to say that because of his cancer operation he was not able to function sexually and that he had a wonderful wife. Again I told Nick I was not interested in anything other than SNET work functions.

5/16/00

I had a meeting with Bob Vallario Nick Faiella's Manager as to my conversation with Nick Faiella and would like an explanation. Bob explained that on 5/9/00 he had a meeting with both Kim Bachiocchi and Nick at their request while I was on vacation. Bob went on to explain that both Nick and Kim brought up a project that SNET contractor J. Bordieri Electric was the subcontractor on and went on to say that he was wasting the wire. Bob told them both that once the test results were compiled we would be able to determine if the project was properly engineered. Bob did tell Nick and Kim that J. Bordieri did call Bob on 5/2/00 for a meeting to discuss the project in question. Joe Bordieri told Bob that he did not want any more work from SNET because it was not worth aggravation to get abused and lose money at the same time. Apparently both Nick and Kim attacked Joe Bordieri over the amount of wire used. Joe Bordieri felt that Nick 's attack was to cover up for Kim's mistake on the quantity of wire ordered. Bob Valarrio

went on to inform me that other contractors were complaining of abusive attacks by Nick and that they always were around projects engineered by Kim Bachiocchi. Bob told me that he informed both Nick and Kim that going forward any projects engineered by Kim Bachiocchi would be going to other Installation Supervisor's other than Nick and that both Nick and Kim were opposed to this plan.

5/17/00 1:45 pm

I met with Nick Faiella as a follow up to my meeting with Bob Vallario and basically went over what Bob Vallario had told me. I told Nick that if what Bob indicated was accurate it cannot continue and will not be tolerated. Nick became aggravated and demanded I contact the Contractors in question and prove he has never had confrontations with them and they all are willing to work with Nick. I told Nick that I would definitely talk to the contractors.


5/19/00 8:30 am

    A. J. Communications Meeting

I spoke with Al Volpe owner of A. J. Communications at the request of Installation Supervisor Nick Faiella. Al had received a telephone call from Nick in the past few days regarding working together. I asked Al if he had a problem working with Nick Faiella his answer was no. I asked him if he had a verbal confrontation with Nick Faiella. Al stated that he did have a verbal confrontation with Nick Faiella over a meeting at Yale regarding a project Al was working on for SNET with Engineer Kim Bachiocchi. Kim called Nick and Nick called AL and asked him why he was trying to make Kim look bad. Al and Nick resolved the matter. Al did say that in the past he would use his own material rather than have a confrontation with Nick and Kim. I assured Al that this was not necessary and that SNET would provide any additional material required to make the projects run smooth. ( Al Volpe retired from SNET after 30+ years before opening his own business).

5/19/00 3:30 pm

    Bordieri Electric Meeting

I spoke with Joe Bordieri owner of Bordieri Electric at the request of Installation Supervisor Nick Faiella. Joe had received a telephone call from Nick in the past few days regarding working together. I asked Joe if he had a problem working with Nick Faiella his answer was no. I asked him if he had a verbal confrontation with Nick Faiella. Joe stated that he did have a verbal confrontation with Nick Faiella and Kim Bachiocchi over a project Joe was working on for SNET. Joe stated that he felt that Nick was very defensive of Kim. I asked Joe if he ever told Bob Vallario that he did not want to work for SNET. He stated that he had a meeting with Bob Vallario on 5/2 at his request and told Bob he did not want another SNET project that Kim engineered. Because he felt that they were not correctly engineered and he was losing money and did not need the aggravation that went with it.

5/22/00 8:30am

        LeMay Communications Meeting

I spoke with Ernie LeMay Sr. owner of LeMay Communications at the request of Installation Supervisor Nick Faiella. I asked Ernie if he had a problem working with Nick Faiella his answer was no. I asked him if he had a verbal confrontation with Nick Faiella. Ernie stated that he did have a verbal confrontation with Nick Faiella over a project Ernie was working on at Yale for SNET. On another project Ernie stated that was engineered by Kim Bachiocchi he felt that it was not engineered correctly and told Bob Vallario that he refused the project. Nick accused Ernie of going out to the customer on his own and that there was nothing wrong with the engineering. Ernie and Nick resolved the matter. He did say that if it was one of Kim's projects Nick was very defensive of Kim. ( Ernie LeMay Sr. retired from SNET after 30+ years before opening his own business).


5/22/00 11:00am

        Northeastern Communications and Electrical Meeting

I spoke with Ernie LeMay Jr. owner of Northeast Communications and Electrical at the request of Installation Supervisor Nick Faiella. I asked Ernie if he had a problem working with Nick Faiella his answer was no. Ernie had received a telephone call from Nick and Kim Bachiocchi in the past few days regarding working together. I asked him if he had a verbal confrontation with Nick Faiella. Ernie stated that he did not have a verbal confrontation with Nick Faiella but felt intimidated by Nick. On a SNET project Ernie was working on he called Kim about a customer change and the same day Nick is asking him what did you do to my Kimee. He felt that Kim and Nick were beating him out of additional dollars based on changes to the project. I assured Ernie that SNET would always pay him additional dollars if the changes were customer generated or if we made an error in engineering a project. Prior to having the above-mentioned talk with Nick and Kim Ernie had told Bob Vallario that he would not take another Project from Kim & Nick.