R. Ligh Log                                                                 06/27/00

Approx June 1999

DEFENDANT'S EXHIBIT 32

The Hartford Insurance Co. in Shelton,

This job was rewiring an occupied building, I asked Bob Vallario Operations Mgr. who will be the Installation Supv. for the walk through, because this is a Moves, Adds and Change type order (MAC) and will be done on time and material. This job was going to be done at night and would be done in phases and would require the Supervisor to understand what needed to be done.

Bob, assigned Nick Faiella. Nick couldn't make the first walk through. Then I scheduled a second walk through of the entire job with Nick, the contractor Starcom and the customer. The entire job was covered in detail. After the walk through I informed Nick that I would make up a job scope and provide engineering details of what was discussed on the walk through to make sure we all agreed. Nick was suppose to follow through with the customer about setting up a time to move a relay rack with an electrician because there were electrical outlets mounted on the racks. This was not done and after receiving a call from the customer I had to remind Nick to follow through with this two weeks later.

A couple days after issuing the paperwork on this job my manager Kevin brings over my engineering detail for this job and said Nick doesn't like my documentation because it was hand written and that he thought it was "crap work". Rather than calling me directly to discuss it first or ask me questions he chose to go over my head to Kevin and make a cute remarks about it. Nick and I had not worked that much together up to this point and I thought we had a good working relationship. I though it unusual for Nick to go over my head and then with the nasty little comments. I had heard of this type of behavior from other engineers, and supervisors, that Nick has a temper and has been known to argue over everyday situations which are encounter on most jobs. The arguments and problems that Nick causes on these jobs are not necessary.

I explained to Kevin that this was a MAC job at The Hartford Ins. Company and normally there is no paper work of any kind from the engineers. This type of work is normally handled by the installation supervisor, without involving the engineer unless there is something requiring engineering. This job was a standard station rewire that Nick is fully capable of handling without me.

The difference in this case was that Nick couldn't make the first walk through so I walked it because the customer wanted to get this project moving. So, that is why I went on the second walk through because I was at the first walk through and wanted a smooth transition to Nick.

R. Ligh Log                                                                                          06/27/00

The information I provided was readable and clearly understandable but, Nick had a big problem with the fact that it was hand written rather than typed. I talked it over with Kevin who agreed that if this is the procedure that the engineering detail was OK the way it was. Nick was not happy that I didn't have to type up all the notes as he would like. I believe Nick felt this was a **confrontation** we me that he had lost, rather than an every day business decision.

From this point on in this job Nick's attitude was not pleasant and basically was looking for something to complain about rather than working to get the job done.


July 1999

I was coming into the office one day from being out in field and Nick was standing near my desk and I greeted him by saying "Hi Nick, how are you doing today." His reply, " Shitty because I have to work with you and your crap engineering"

So, I said, " What !" (I didn't believe my ears) and he repeated himself. So, I said, "what is the problem?" He said, "you are the problem." I said, "What are you talking about?"

**Note: All of Nick's comments are nasty and argumentative. Nothing constructive or seriously looking for a solution or discussion but, just attacking.**

He said, "everybody has a big problem with you but, they don't have the guts to tell you."
I said, " what is the problem that everybody has?"
He said, " the problem is you and your attitude that you think you are better than everybody else."

I said, " what exactly is the problem with me."
He said, " you do crap work.'
I said, " tell me what jobs you are having a problem with and lets get them out and point out the problems, lets talk about it" I said, " the problem can't be resolved if I don't know what it is and nobody talks to me about it"

He said,' "everything is wrong people make suggestions and you don't do anything about it"

We went back and forth for about five minutes and he never gave me a specific problem suggestion or a name of anyone else that was having a problem with me.

He was very upset, angry, and was just out to verbally assault me. He really wasn't trying to resolve any issues just basically assault me and run. He just stopped talking and left.

I talked to Kevin about the encounter. Kevin, felt it was because he is on medication and it has made him irritable. I talked to Bob Vallario and asked, if he knew of any problem the men were having? Bob said, there were some issues with the job scopes, and engineering packages and other issues, but, we have been working on all these issues working toward a standard document for the whole group that both the installation supervisors and the engineers can agree upon. But, Bob said, nothing that should have caused Nick to personally assault me like he did.

I asked Bob to talk to all the installation supervisors and see if anyone is having any kind of a problem with me personally because I'd like to address it and correct whatever may be wrong.

Bob talked too all the supervisors and nobody said they were having a problem with me personally. They just wanted better standards for all the jobs. Kevin, Bobby, and myself had been working on the engineering standards for several months with changes each month and we were improving monthly and getting closer to published standard that everyone would be happy with. It was taking a little longer than everybody would like including myself but, with the work load and number of engineers at that time it was going along as fast as it could.


August 1999

I was coming into the office again and Nick was standing near my office and I said, "Nick, I just came from The Hartford Ins job and the customer said, she was very happy with the work that was done." Nick, muttered under his breath "No thanks to your engineering" So, I said, " What did you say" He said, " In spite of your engineering" So I said, " you mean in spite of the installation supervisor" Then I didn't want to further the conversation knowing that it was only going to get worst.

So, after a couple minutes I walked over to Nick and said softly Nick, do you want to go into the back room and talk and try to clear up whatever the problem is. He said, " No I don't want to talk about it" So, I said, Nick " lets talk about it and clear this up" He still said, "No I don't want to talk about it." So that was that.

So, I talked to Kevin and said that this has to stop and I would not allow Nick to come into the office and make verbal assaults at me or anyone else. Nick has had arguments with just about everyone in the office and in the field

Kevin, set up a sit down with Bob Vallario, Nick and myself to resolve whatever the problem was between Nick and myself.

So, Bob starts the meeting with OK lets get it out on the table and resolves this problem.

Nick, says " what do you want from me Rich is the problem" I said, " I don't know what the problem is, tell me what is the problem you have with me"
Nick, said, " Its all the attacks that I have made toward him in the office".
I said, "what are you talking about". (Up to this point the only conversation I've had with Nick was Hi, how are you.)
Nick said, " The other day you came into the office and made a smart remark at me and got me all worked up"
I said, " I didn't say anything against you and in fact it was a complement from the customer and then you made the nasty remarks"
Nick said, " That's a lie and I have an engineer that heard you and agrees with me" (Kim)
I said, " Bob was standing next to you during the whole conversation and agrees with me that I didn't say anything to attack you but, you attacked me"
Nick said, " That's a lie"
I didn't except this out right lying from Nick because everyone that was in the office heard what he said.
I said, " Nick you need help"
Nick really got crazy with that remark and said, " be careful you don't know who your dealing with and if you want to escalate this issue I'll win because I've got a lot of people who are having trouble with you and nobody is having trouble with me."

I knew at this point that Nick either, really believed what he was saying and needed help or he couldn't bring himself to admit that there were issues that needed to be addressed but, he can't bring himself to address them so he lies.

This went back and forth for five minutes or so getting nowhere.

So in an effort to get past this whole thing and move forward I said, " Nick If I attacked you as you say, I should be fired, I'd fire myself if I did this, But, I know I didn't because that is not how I operate. I have never attacked people for any reason that's just not me. But, in an effort to resolve this issue I will apologize to you right now if I attacked you as you say and I'm truly sorry because that is not how anyone should be treated. So, I'm apologizing for what you say I did. But, be warned if you ever come into the office and verbally assault me or any of my engineers, as I say you did to me in this incident then I will bring this issue to some kind of closure.
So, he said, fine I accept your apology and we shook hands."

I talked to Kevin after the meeting and explained everything that took place. I then informed Kevin that Nick has some serious problems and I believe he needs help. I told Kevin that these issues with Nick are not going away but will continue until he gets himself fired or he has a significant emotional experience, which will causes him to seek help.

I personally have not had any additional problems with Nick since this meeting.