DOCUMENTATION – NICK FAIELLA
BY ROBERT VALLARIO



DEFENDANT'S EXHIBIT
33

**February 3, 2000**

I received a call from Judy Attianese; Judy works for the SNET Executive Response Group. A Mrs.Emerson filed a complaint against a man in his 50s driving a SNET pick up truck license #580CZR. Mrs. Emerson stated that this man cut her off and almost caused an accident, he then pulled up along side of her and starting cursing at her. She asked to have his supervisor call her and insisted that she did not want this man to have her name. Judy researched the license plate and the vehicle is assigned to Nick Falella. Judy asked me to call this lady the call her back.
I called Mrs. Emerison and introduced myself then asked her to explain to me what took place. She had another lady in her car with her when this incident happened she repeated to me what was told to Judy, Mrs. Emerson told me that he acted wild and asked me a couple of times not to give him her name as she is afraid that he might harm her. I Assured Mrs. Emerson although I will speak with Nick I would not mention her name. I apologized on behalf of SNET and myself telling Mrs. Emerson that we do not tolerate this type of behavior from our employees. Mrs. Emerson thanked me and we hung up. I called Judy back and she asked me if anything like this had happened before, I replied that Nick can get hot at times but I do not remember receiving a complaint like this. Judy suggested that if this should happen again I might consider talking to Nick about enrolling in an Anger Management Seminar that SNET would pay for. I spoke to Nick and he denied that this happened. I reported this to Kevin West.


**May 2, 2000**

Joe Bordieri one of our cable contractors called me he was upset and asked if he could speak with me tonight about a job incident. Joe came to my home at 8:00PM he was bothered by the problems that he is having with Nick and Kim. Joe told me he enjoys working for SNET but he is at the point where it is not worth the aggravation. He said that after asking Nick for more wire to complete the job Nick became very angry and accused him of wasting wire. Joe explained to Nick that he did not waste the wire but that not enough was ordered. He then said that Kim and Nick both came down on him. I said to Joe that the test results would show if enough wire were ordered. Regardless I felt that we are all professionals and should conduct ourselfs that way. I said to Joe that this issue should not force him to terminate his working relationship with SNET. I asked Joe if he had a problem working with Nick. Joe felt that Nick was trying to cover up Kim's mistake he went onto say that he only has problems when Kim's involved. He can work with Nick, he said that he told Nick that he will not take a attack like that from him again. Joe has asked me not to call him to do a job that is Kim's, He will not work any of her jobs, according to Joe there is not enough material or time to do the job and he continues to loose money.
I spoke to Nick about this and hesaid plenty of cable was ordered but Joe wasted it. I told Nick that the test results would determine that. He said he did come down on Joe because he wasted the wire and its making Kim look like it's her fault.


**May 3, 2000**

During a break while attending a Cable Seminar in Boxboro Ma., Kim began telling me how Bodieri wasted wire on her job. I told Kim that Joe had a different version however the test results would show if he had enough wire. Nick then sided with Kim. Kim started getting emotional then Nick started rubbing her shoulders telling her that I am just like the rest of them and I take care of Joe because he is my friend. I told Nick that I know Joe strictly as a SNET Contractor and he has done less work for us over the years than any of our other regular contractors. I then reminded them that Joe is not the first person to complain to me regarding their jobs.

May 9, 2000

At 2:00 PM Nick came to my desk and said that Kim was upset he asked me to talk to her. The three of us went to the conference room. Kim proceeded to tell me that I was "picking" on her. My responce to that statement was that is not true and I asked her why she felt that way. They both brought up the Bordieri incident and mentioned that at times I correct her jobs more than others. My response again was let's wait for the test results. I look at all job packages from all engineers, I have a responsibility to conserve material and maintain our margins so if I see something left out or have a question understanding the job package I talk to the engineer this includes her Manager. I told them both I favor no one and treat everyone the same. Nick then made a comment that some contractors are doing a poor job. I reminded Nick again that he does no have to engage in a shouting match to get his point across and that over many months I continue to hear complaints to the point that these people do not want to work on your jobs. He asked me to name the contractors that he had a problem with so again I repeated the names of leMay Communications, Northeast Communications, A.J.Communications and J.Bordieri Electric. I also mentioned the heated arguments that he has had with most of the people in this office. I asked Nick to stop and think most of these conflicts seem to be you're over protection of Kim. Kim said that he is her protector at which time I said to Kim that I have seen her handle herself quite well and she does not need a protector. I then said that we have discussed this many times and things seem to be getting worst instead of improving, Therefor going forward for the time being all jobs of Kim's will go to other Supervisors. The both were opposed to this.


May 17, 2000

This morning Nick called he wanted a meeting wit Kevin West and myself. We met and Nick asked why another supervisor was working in his area on his jobs. Kevin explained to Nick that no one has an area, we cover the complete State. Kevin went on to say that that whenever possible I attempt to have the supervisors cover projects closest to there homes but I decide who gets what jobs. Again I repeated to Nick why this work assignment was changed.


May 17, 2000

Nick called me this afternoon he said that he was upset and wanted to know why I sent a Service Consultant out to his Job (Seacrest Rest Home). He then commented that if this continues he is going to" press charges". Before I could reply Nick hung up. Note: 1- the job he talked about is handled by another supervisor, it is not Nick's job. 2- The Service Consultant called me asking to meet with one of our people on the job. Her customer might relocate stations and she was concerned that the jacks might not all be in the correct location, I told here that Wayne Handfield is the supervisor and that he would be on the job site in the afternoon, but she could talk to the tech on site if she gets there before Wayne. I then called CNT the contractor on this job and told him that all our people would be at a Company meeting in Walingford and explained the above. I reported this to Kevin.

May 19, 2000

I asked Nick to stay in the office this morning after Rich Greene's anniversary celebration, as I needed to speak with him. Nick and I met at 11:30 AM. I told Nick that we work as a team here and his cold and provoking attitude needed to end now. He then started to bring up past contractor issues, he does not like other supervisors on jobs he should be on. He denied ever having confrontations with our contractors. I told Nick that our people in the North East part of the state are not to thrilled that they need to be in the New Haven area either. Again Nick brought upthe Bordieri job. I then said that I have received the test results for that job and the wire ordered was short, not enough wire was ordered to wire the stations for that job scope. He still said that they wasted wire. T he point I tried to make was regardless this small problem should never have developed into what it did. Nick then asked me what we could do to put this all to bed. I said that if this issue has not left this group and if he can truly work with everyone giving the same respect that he would like then we could end this. Nick agreed. His next question was what could I do to end the problem with Kim. I replied that I do not have a problem with her, she has one with me. Nick said that I need to talk to her I then told Nick that due to the level that she has pursued this along with the animosity she carries for me I will not talk to her unless a third unbiased party is present.