

DEFENDANT'S EXHIBIT 34

12/05/00

I spoke with Nick Faiella today. Kevin West was present.

I told Nick that I had received several complaints while he was away (on benefits) regarding inappropriate behavior exhibited between he and Kim Biachiocchi in the work place. Specifically, I mentioned the Trade Show that he and Kim and his peers attended in Sturbridge MA in May 2000. Specifically, rubbing Kim's neck, putting his arm around her at dinner and squeezing her thigh. I told Nick that this behavior was inappropriate on company time, at company sponsored events etc.

Nick said that they were "trumped up charges". I told Nick that when we (the company) receive complaints like this, we have to take them seriously. It is our responsibility to make sure that the working environment is comfortable for everyone. Nick said that he understood my responsibility.

I told Nick that any future complaints would be taken seriously and that the behavior would not be tolerated. Nick said he understood.

I told Nick that a good litmus test to use is, "if you are about to say or do something and you are unsure whether the action could be perceived as inappropriate, ask your self the following question.

"Would I do or say this if my spouse, or daughter or son were sitting right here next to me"? If not, then the behavior could be perceived as inappropriate.

Nick said that he understood what I was saying.

12/5/00 met w/ Nick - Kevin West was present.
I told Nick that we received complaints while he was away regarding inappropriate behavior w/ Kim - makes people uncomfortable + these behaviors will not be tolerated. Nick said he understood.

N + K

- were recvd - letters - stating that there are people who have witnessed inappropriate behavior in the workplace + it makes them feel uncomfortable

- Specifically - when you are together
  - May 2, 2000 - a fiber trade show in Sturbridge Ma.
  - seen touching Kim's thigh

  - Rubbing her neck in the office

  - ~~May 3, 2000 Data seminar in Sturbridge Ma.~~

  - May 31st, 2000 - fiber optics show Foxboro Ma,
    @ Dinner - Nick constantly had his arm around Kim Rubbing back.

- Confidentiality - Not at liberty to give names.


- Don't feel comfortable when the 2 of you are together
- What you do outside of work off Co. prop. is your business. The Co. is obligated by law to follow up on such complaints + make work environment comfortable for all.

- Touching - rubbing neck etc. is not appropriate behavior in the workplace - whether invited or not. Whether cousin, sister or friend.

- We have looked into this matter + have not found harassment issues.
- But we must speak to all involved + stress the fact that inappropriate behavior in workplace will not be tolerated.