DEFENDANT'S EXHIBIT 36

12/5/2000 9:05am

### Meeting Nick Faiella, Wayne Handfield & Kevin West

Meeting with Nick Faiella & Wayne Handfield around his past Behavior of verbally attacking people and the SBC Performance Plan I was putting Nick on. I explained to Nick that there would be no more verbal confrontations with anyone, not customers, vendors, contractors or fellow employees. If this behavior was not corrected immediately I would be taking his SNET Id and he would be terminated. Nick got loud and started pointing his finger at me in a threatening way and told me I did not know what was going on in the office. I had Nick stop his finger pointing and control himself, at first he resisted saying he was just expressing himself, I demanded and he did stop. I went over the notes in Nick's personnel file with Nick as backup to the behavior that needed correcting. I read to Nick the SBC performance plan that I had put together and discussed the behavior that needed correcting. I told Nick that he has the opportunity to start with a clean slate providing he followed the performance plan.

12/5/2000 1:40pm

### Meeting with Nick Faiella, Laurie Moffett & Kevin West

Meeting with Nick Faiella & Laurie Moffett regarding employee complaints of sexual harassment. Laurie reviewed the complaint information and Nick immediately said these were trumped up charges that were not true. Nick wanted to know when this charge came to Laurie and Laurie told Nick there was more than one complaint and that they came to her attention while he was on benefits, and that this was the first chance she had to review them with him. Laurie reviewed with Nick what sexual harassment was and that no future incidents would be tolerated. Nick indicated that he understood. The meeting ended at this time.

After the meeting Nick Faiella called Wayne Handfield to say he was sick and would not be back to work until he talked to his Doctor.