November 14, 2000



DEFENDANT'S
EXHIBIT
37
ALL-STATE LEGAL®

Yvan J. Boulet
SNET Cabling Systems and Services
90 Elizabeth Street, 2 Floor
Derby, CT. 06418

Kevin West
Manager- SNET Cabling Systems and Services
90 Elizabeth Street, 2 Floor
Derby, CT. 06418

Kevin;

This is to bear witness of inappropriate and disturbing behavior in a business atmosphere. The incident occurred on May 2, 2000. It was after a fiber trades show in Sturbridge, Massachusets, we were outside standing around. I was standing in the driveway with two coworkers looking at a trailer. We were fascinated by the trailer because it was a professional looking arrangement for doing fiber work. I happen to turn around towards the hall and I saw Nick (Nicholas Faiella) went behind some trees and came back out to the edge of the walkway with two chairs. He placed the two chairs near each other. He proceeded to sit on one of the chairs, facing the other chair. Kim was in front of the chair and Nick. Kim did not sit she stood there and Nick reached out and grasped her right thigh. I would say half way up the thigh. Since she was wearing slacks, I could see what he was doing. He held her thigh for about thirty seconds. Then he released his grasp. There was no further contact that I saw because I turned around to continue the conversation about the trailer with the other two guys. I could not hear what they were saying, because of the distance and the ongoing conversation.

Yours Truly

*Yvan J. Boulet*

Yvan J. Boulet

DEFENDANT'S
EXHIBIT NO. 2
FOR IDENTIFICATION
DATE: 7/24/03    RPTR: JW