DEFENDANT'S EXHIBIT 38

November 14, 2000

Memo
To:      Kevin West
From:   Bob Vallario

After seriously thinking over statements that have been mentioned to me over the past few
      weeks I have decided to share them with you before I retire from the company.
Ron Dursza, Bill Volkert and Ivan Boulet have voiced there concern to me that they have
      seen Nick Faiella touching Kim Bachiocchi while in the work place, although
      Nick and kim may feel that this behavior is appropriate they do not.
I have told Ron, Bill and Ivan that if they felt they were uncomfortable seeing this they
      should send a memo to you.  I to have witnessed this and felt uncomfortable at
      times. I mentioned one instance in my in my previous documentation.
My issue and yours with Nick was his attitude toward our customers, contractors and
      fellow employees, not the above, however due to the apparent concern of all I
      feel I need to share this with you.

