

November 14, 2000

KEVIN F. WEST
MANAGER - TECHNICAL SALES SUPPORT
SNET Advanced Services, Inc.
90 ELIZABETH ST
DERBY, CT 06418

SUBJECT: INAPPROPRIATE BEHAVIOR IN A BUSINESS ENVIRONMENT

Kevin,

I am disturbed at how Kim Bachiocchi and Nick Faiella have been displaying their relationship in the workplace. I understand that they are close friends, but I do not feel the manner in which they chose to show their affections are appropriate. Especially, since it is my understanding that they both are married to someone else.

On several occasions, when I visited the office, I have noticed them in close, affectionate embrace. Nick often has his arm around Kim and is speaking quietly in her ear. When I attended a seminar (on May 3, 2000) with other members of our group at Sturbridge, MA, I was disturbed by the attention they showed each other. When we broke for dinner, I sat across from them at the table. Nick constantly had his arm around Kim, rubbing her back and neck. The manner of their conversation seemed directed to lead others (me) to believe their relationship is more than "just friends".

I have had a good working relationship with Nick and Kim, but in being exposed to this display of affection, stress is placed on that relationship. It needs to be stopped. I am asking you to council them on proper business behavior.

Thank You,

*William S. Volkert Jr.*
William S. Volkert Jr.
ANALYST - TECHNICAL SALES
SNET Advanced Services, Inc.

90 ELIZABETH ST
DERBY, CT 06418