THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| * * * * * * * * * * * * * * * * *<br>KIMBERLY BACHIOCCHI, | *<br>*<br>*<br>*<br>* |
| Plaintiff, | * |
| v. | *<br>* CIVIL ACTION NO. 02-CV-908 (CFD)<br>*<br>* |
| THE SOUTHERN NEW<br>ENGLAND TELEPHONE<br>COMPANY, | *<br>*<br>*<br>* |
| Defendant. | * MAY 5, 2008 |
| * * * * * * * * * * * * * * * * * | * |

## MOTION IN LIMINE AND OBJECTIONS TO PLAINTIFF'S EXHIBITS

The Southern New England Telephone Company ("SNET") submits this Motion in Limine and Objections to Plaintiff's Exhibits seeking to preclude plaintiff Kimberly Bachiocchi from offering Exhibit Nos. 5, 6, 7, 9, 11, 12, 14 and 21 for the reasons set forth in the accompanying memorandum.

WHEREFORE, defendant respectfully requests that the Court grant its Motion in Limine to Preclude Certain of Plaintiff's Exhibits.

        THE DEFENDANT
        SOUTHERN NEW ENGLAND
        TELEPHONE COMPANY


By   /s/ Deborah DeHart Cannavino
    Deborah DeHart Cannavino
    Federal Bar No. CT08144
    Littler Mendelson, P.C.
    One Stamford Plaza
    263 Tresser Blvd., 9th Fl.
    Stamford, CT 06901
    Tel. (203) 564-1449
    Fax (203) 564-1723
    E-Mail: dcannavino@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, a copy of the foregoing was filed electronically on all parties to this action. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

                                                                                                    /s/ Deborah DeHart Cannavino
                                                                                                   Deborah DeHart Cannavino
                                                                                                   Federal Bar No.: CT08144

Firmwide:85115369.1 053999.1009
DRAFT 5/5/08 4:41 PM