UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY BACHIOCCHI          :
    Plaintiff,                :
                              :
v.                            :    Civil Action No.
                              :    3:02-CV-908 (CFD)
SOUTHERN NEW ENGLAND          
TELEPHONE COMPANY             :
    Defendant.

**PRETRIAL ORDER**

    In accordance with Fed. R. Civ. P. 16, a pretrial conference with counsel for the parties in the above-captioned action was held on May 6, 2008. As a result of the pretrial conference, the Court issues this Pretrial Order.

    Plaintiff(s) counsel:    Peter Gillespie

    Defendant(s) counsel:    Lori Alexander, Deborah Cannavino, David Vegliante

1.   Jury Selection

    Jury selection will be held on **June 18, 2008.** The evidence will begin **July 7, 2008 at 10:00 a.m.** The trial will last **approximately 10 days**.

    The parties will be selecting **10** jurors.

    The plaintiff has **3** peremptory challenges.

    The defendant has **3** peremptory challenges.

    At jury selection the Court will read the description of the case given to counsel at the pretrial conference.

2.   Jurisdiction

    The parties agree that the Court has personal and subject matter jurisdiction over this case.

3.   Opening Statement

    _____The parties will each be allowed **15** minutes for their opening statements at trial.

1

4.  <u>Evidentiary Issues</u>

    The operative pleadings are the complaint dated **May 28, 2002,** and the answer and affirmative defenses dated **August 26, 2002**.

    Counsel will be given the Court's proposed preliminary jury instructions prior to jury selection on **June 18, 2008**, and the Court will hear any objections at that time.

    Any objections to exhibits and witnesses are due by **May 9, 2008**. Any responses shall be filed by **May 14, 2008.**

    Revised joint jury charges are due by **June 18, 2008.** The parties shall submit a copy of the revised joint jury charges on disk.

    A final list of joint stipulations is due on **June 18, 2008** at **9:30 a.m.**

    Counsel shall submit a final witness list by **June 18, 2008** at **9:30 a.m.** Counsel shall notify the Court before jury selection on **June 18, 2008** if any witnesses will testify by deposition.

    Exhibits will be marked on **June 18, 2008** prior to jury selection. The parties shall provide the Court with an original set and two sets of copies of all exhibits on the morning of jury selection. If either party has objected to an exhibit, the parties shall provide copies to the Court prior to the oral argument on **May 21, 2008 at 10:00 a.m.**

    There **will not be** sequestration of witnesses during the trial.

5.  Motions in Limine

    The parties shall file any additional motions in limine by **May 8, 2008.** Any responses shall be filed by **May 14, 2008.**

    The hearing on all motions in limine shall be **May 21, 2008** at **10:00 am.**

6.  <u>Daubert Hearing</u>

    The *Daubert* hearing shall be held on **May 21, 2008 at 10:00 a.m.**

6.  <u>Electronic Courtroom Equipment</u>

    The parties will notify the Court following jury selection if they decide to use the Court's equipment.

7.	Objections

Any objections to this order shall be made in writing and filed with the Clerk's office within seven days of the issuance of this order.

IT IS SO ORDERED that this Pretrial Order may be modified by order of the Court only to prevent manifest injustice or for good cause shown.

Dated at Hartford, Connecticut, this 6th day of May 2008.

/s/ Christopher F. Droney
**CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE**