UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * <br> KIMBERLY BACHIOCCHI, <br> <br> Plaintiff, <br> <br> v. <br> <br> <br> THE SOUTHERN NEW <br> ENGLAND TELEPHONE <br> COMPANY, <br> <br> Defendant. <br> * * * * * * * * * * * * * * * * * * | * <br> * <br> * <br> * <br> * <br> * <br> * <br> *  CIVIL ACTION NO. 02-CV-908 (CFD) <br> * <br> * <br> * <br> * <br> * <br> * <br> *  MAY 13, 2008 <br> * |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Southern New England Telephone Company ("SNET"), respectfully requests a two (2) day extension of time through and including May 16, 2008 in which to respond to the plaintiff Kimberly Bachiocchi's Motion in Limine As To Defendant's Retained Expert dated May 5, 2008.

In support of this extension of time, the undersigned counsel for defendant states as follows:

1. Defense counsel's notes of the pretrial conference reflected that the response was due on Friday May 16, 2008. In addition, there is a settlement conference in this matter on Wednesday May 14, 2008.

2. The undersigned contacted the plaintiff's counsel and he consents to this extension of time.

3. This is the first request for an extension of time to respond to the plaintiff's motion.

WHEREFORE, based upon the foregoing, defendant respectfully requests that its Motion to Extend Time be granted.

Dated at Stamford, Connecticut this 13th day of May, 2008.

>THE DEFENDANT,
>SOUTHERN NEW ENGLAND TELEPHONE
>COMPANY
>
>
>By: /s/ Deborah DeHart Cannavino
>   Deborah DeHart Cannavino
>   Federal Bar No. CT08144
>   Littler Mendelson, P.C.
>   One Stamford Plaza
>   263 Tresser Blvd., 9th Floor
>   Stamford, CT  06901
>   Telephone: (203) 564-1405
>   Facsimile: (203) 564-1723
>   E-Mail: dcannavino@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, a copy of the foregoing was filed electronically on all parties to this action. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

       /s/  Deborah DeHart Cannavino
Deborah DeHart Cannavino
Federal Bar No.: CT08144

Firmwide:85026021.1 053999.1009