1

```
 1                 UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF CONNECTICUT
 3
 4         * * * * * * * * * * *
           KIMBERLY BACHIOCCHI,        *         COPY
 5
                    Plaintiff          *
 6
             VS.                       *    02CV908 (CFD)
 7         THE SOUTHERN NEW
           ENGLAND TELEPHONE           *
 8         COMPANY,
                                       *
 9                  Defendant
           * * * * * * * * * * * *
10
                                            New Haven, CT
11
                                            October 24, 2003
12
                                            10:25 A.M.
13
14                          - - -
                DEPOSITION OF DR. GARY S. ZACHARIAH
15                          - - -

16
           APPEARANCES:
17
               FOR THE PLAINTIFF:
18
                    PETER E. GILLESPIE, ESQ.
19                     46 Riverside Avenue
                       Westport, CT  06880
20
               FOR THE DEFENDANT:
21
                    TYLER COOPER & ALCORN, LLP
22             BY:  DEBORAH DEHART CANNAVINO, ESQ.
                       One Landmark Square
23                     Stamford, CT  06901-2501

24

25
```

```
 1    sexual abuse.
 2         Q.   You are not an expert in sexual abuse?
 3         A.   I'm not an expert in child sexual
 4    abuse.  I didn't have the testing material.
 5         Q.   Are you an expert in any other area of
 6    sexual abuse other than children?
 7         A.   I'm not an expert in any other area of
 8    sexual abuse.  I'm not an expert in working with
 9    children to define whether they were physically
10    sexually abused.  I'm not a medical physician.  I
11    don't have the training to work with a child to
12    attesting to be able to do that.  It is a lot
13    different for an adult.
14         Q.   Have you experienced dealing with adults
15    in sexual abuse cases?
16         A.   Absolutely.
17         Q.   How much experience have you had in that?
18         A.   My clinical years I probably have worked
19    with 20 percent of the -- 20 to 30 percent of the
20    adults I worked with have a history of past sexual
21    abuse or current sexual abuse.  Like they were
22    raped.
23         Q.   If you can answer this question, is
24    there a common theme that you see in adult
25    patients since you have seen 20 or 30 percent who
```

```
 1        Q.   What was your other jobs?
 2        A.   Odd jobs.  Catering company, liquor
 3   store.
 4        Q.   Nothing in the psychology field; is that
 5   right?
 6        A.   No.
 7        Q.   Did you receive a degree from the
 8   University of Louisville?
 9        A.   Yes.  I graduated with honors with a
10   degree in psychology.
11        Q.   Did you have a minor?
12        A.   My minor was premed.
13        Q.   Did you have any specific concentration
14   or just a major and minor?
15        A.   Major and minor.
16        Q.   Any other grouping, not really an
17   official concentration, but any sort of informal
18   concentration that you had in a certain subject
19   area merely because it interested you?
20        A.   No.  Acting has always interested me,
21   so I took acting for non-majors class.
22        Q.   Other than that, you had a major and
23   minor and took the classes that were offered?
24        A.   Yes.
25        Q.   What was the second college you
```

1   A.  Just because I think that's where the
2   real learning of the psychological world takes
3   place.
4       Q.  What type of hospital was it?
5       A.  The largest private psychiatric facility
6   in the State of Kentucky.
7       Q.  And you mentioned that you went to
8   Spalding University in summer of 1988?
9       A.  Correct.
10      Q.  What areas of education did you pursue
11  at Spalding?
12      A.  Master's in clinical psychology.
13      Q.  What years were you at Spalding?
14      A.  Total?
15      Q.  Yes.
16      A.  Because I also received my doctorate
17  from there.
18      Q.  When did you obtain your master's?
19      A.  I -- officially I completed all the
20  course work in December of 1991, but I couldn't --
21  they only graduate once a year, so I received my
22  degree in May of 1992.
23      Q.  Then did you go directly on to obtain
24  your doctoral at Spalding?
25      A.  Yes, in 1992.

```
 1         Q.   When did you receive your doctorate?
 2         A.   I completed my internship and
 3    dissertation June 30, 1998, but they didn't give
 4    me my degree until May of 1999.  But I was
 5    eligible to work on my post-doctorate because I
 6    completed all the course work.
 7         Q.   You had completed course work and thesis
 8    by May of 1998 and June of 1998 would you have
 9    graduated in the class in May?
10         A.   You had to finish an internship, I think
11    it is like 2000 hours, and the internship started
12    July 1, 1997.  That's why I moved up here.
13    July 1, 1997, didn't get completed until June 30,
14    1998.  It would have been impossible.
15         Q.   When you said that's why you moved up
16    here, what were you referring to?
17         A.   The internship.  I applied for
18    internships throughout the country.
19         Q.   What was the one that you obtained?
20         A.   Through the Greater Hartford Internship
21    Consortium.
22         Q.   Where did you work?
23         A.   Basically at the VA Hospital in
24    Newington.  They were affiliated and working with
25    UConn.
```

```
 1    things, working with people under extreme medical
 2    situations was something that I enjoyed and was
 3    wanting to be trained more under, and then the
 4    supervisor who ran that rotation was one of the
 5    people who interviewed me, and I really liked her,
 6    so I trained under her for three months, so a
 7    combination of both.
 8         Q.   Did I hear you correctly, you had been
 9    studying this area, high risk pregnancies, prior
10    to coming to the internship?
11         A.   No.  I had worked -- I had done -- one
12    of my placements for my doctorate program was at a
13    chronic pain center, and I liked that type of work
14    more, working with the psychological aspect of
15    people with medical illnesses, and I worked there
16    part time.  After my rotation.  After my year
17    there, I worked there part time.
18         Q.   Did you do any postgraduate work or was
19    that what you just described?
20         A.   I did the internship.
21         Q.   That was your post-graduate work?
22         A.   No.  That was pregraduate work.  Then I
23    had to do a post work, and that was the Danbury
24    Child and Adolescent Treatment Center.
25         Q.   Where was that again?
```

```
 1            A.    That was at the Danbury Child and
 2    Adolescent Treatment Center.
 3            Q.    What were your responsibilities there?
 4            A.    I was a case worker and staff
 5    psychologist.
 6            Q.    How long were you involved in that
 7    post-op work?
 8            A.    A year.  It was a one-year program.
 9            Q.    What year did you finish your post-op?
10            A.    I finished my post-doc in June 30,
11    1999.  I had already started working for
12    Psychological Health Associates part time in April
13    of 1999.
14            Q.    The only employment you have had outside
15    of educational-related employment was with your
16    current employment?
17            A.    No.  I worked for Med Options.  Which is
18    a nursing home consultation company.
19            Q.    When did you work for them?
20            A.    I started with them right after my
21    post-doc.
22            Q.    So in June of 1999?
23            A.    July of 1999.
24            Q.    Do you still work there?
25            A.    No.
```

1   A.   No.
2   Q.   Any member of any professional
3   organization?
4   A.   APA.
5   Q.   What's that?
6   A.   American Psychological Association.
7   Q.   I think we have gone through your
8   employment history.  Am I correct that you -- that
9   other than your post-op work and predoctoral work
10  that you described and two gainful employments, if
11  you will, were with Med Options and where you are
12  now?
13  A.   I did work -- with my master's in
14  Kentucky, I did work for CARITAS Peace Center.  I
15  worked for their -- can we back up?  In Kentucky
16  with your master's through Spalding, which was a
17  longer program, you could be certified, what's
18  called a Certified Psychological Associate.  And
19  in Kentucky, you could work under doctoral
20  supervision and see patients, so I worked for
21  CARITAS Peace Center.  I worked my way up through
22  there.  I worked there from January 1992 through
23  right before I left town.
24  Q.   When did you leave town?
25  A.   June of 1997.  But I also worked part

```
 1    yours, but also the family.  If you look at like I
 2    had two of my placements, one was at a brain rehab
 3    for my doctoral and one was a chronic pain center.
 4         Q.    Are your placements set forth in your
 5    curriculum vitae?
 6         A.    Yes.
 7         Q.    Are you licensed in Connecticut?
 8         A.    Yes.
 9         Q.    Are you licensed anywhere else?
10         A.    No.
11         Q.    Did you have to take a licensing exam?
12         A.    In order to get your certification in
13    Kentucky to be a Certified Psychological
14    Associate, you had to take the doctoral licensure
15    exam.  The national exam.  You had to pass at a
16    lower level.  The first time I took it, I did not
17    pass it in Kentucky.  Quite honestly, I had taken
18    my comprehensive exams for my master's and wanted
19    to see what the national test was like.  I studied
20    knowing what it was like the second time.  Not
21    only did I pass it at the master level, I also
22    passed it at the doctoral level.  So when I -- I
23    came to Connecticut, all I had to do to get my
24    license was a state law exam that was 30
25    questions.  I did not have to retake the national
```

```
 1    to get her coping skills back because I believed
 2    and believe that Kim has great coping skills, but
 3    the events over those two years were too much for
 4    her.
 5         Q.   Why do you believe she has great coping
 6    skills?
 7         A.   In working with her.  Just listening to
 8    her style of the way she thinks about things and
 9    does things.  She has a lot of energy.  She
10    typically has a positive attitude about things.
11    She's sort of fun loving.
12         Q.   That's how you came to the conclusion
13    she had very good coping skills?
14         A.   That and working with her.  She was
15    always wanting to get back to work.  She was
16    always trying.  She would try increased exercise.
17    She would try to get extra sleep.  She was doing
18    the things, one, so that she readily did that.
19    Someone with good coping skills will readily do
20    that.  She had done those type of things before.
21    Even though I didn't go into detail of her
22    history, I knew enough to know that it wasn't the
23    greatest issue of growing up.  Issues of her
24    father and her brother in jail.  Obviously someone
25    to have to deal with those type of things and
```

```
 1    function at the same job and keep moving up in the
 2    management at that time, same employment.
 3         Q.   What did you know about Ms. Bachiocchi's
 4    history?
 5         A.   I know that her father has a long
 6    history of alcoholism and not being available for
 7    her, and her brother was in jail.
 8         Q.   Anything else?
 9         A.   Not that I know of, no.
10         Q.   And when did you find out her father had
11    a long history of alcoholism?
12         A.   In her first session.
13         Q.   And the brother in jail, you knew that
14    at the first session?
15         A.   Yes.
16         Q.   Do you think that her, either her father
17    had a long history of alcoholism or her brother
18    was in jail had any impact on her emotional state?
19         A.   No.
20         Q.   Why not?
21         A.   If that was the case, she would have had
22    problems a long time ago.  She would not have been
23    able to work her way up in this large company, you
24    know, from 1986 or mid '80s to 2000 if she had
25    poor coping skills.  If those were affecting her,
```

```
1        A.    I don't know that.
2        Q.    Do you know whether she had worked with
3   a psychologist or a mental health care provider?
4        A.    I think she saw brief therapy before.
5        Q.    Who was that?
6        A.    I don't remember.
7        Q.    Do you know when that was?
8        A.    No.
9        Q.    Did you ask her?
10       A.    I don't believe -- if I asked her, it
11  wasn't pertinent in my memory.
12       Q.    Did you ever try to obtain the records
13  from her prior mental health care provider?
14       A.    No.
15       Q.    Why not?
16       A.    If she mentioned it, from the moment I
17  met her, I continued to view -- from the moment I
18  met her, I viewed her situation situation
19  specific.
20       Q.    What does that mean?
21       A.    I viewed that whatever was going on with
22  her was due to what was going on with her at work.
23       Q.    And not to any other cause?
24       A.    Not to any other cause.
25       Q.    How did you rule out other causes?
```

1    A.   In the first session.
2    Q.   How did you do that?
3    A.   I did that by asking brief historical
4  questions to know enough briefly what happened but
5  to not have to go any further than that.
6    Q.   You ask those questions because they
7  could be important, correct?
8    A.   Yes.
9    Q.   Could have been that you found out
10  information that led you to a different diagnosis,
11  correct?
12    A.   If she was bawling and said, oh, this
13  happened to me years ago, that would have made my
14  evaluation different.
15    Q.   How did she answer the questions that
16  you asked her about the first questions on family
17  and past history?
18    A.   Truthful and very briefly.
19    Q.   What was her demeanor when discussing
20  these issues?
21    A.   Fine.
22    Q.   Tearful?
23    A.   No.  She wasn't tearful during that
24  period.
25    Q.   Unlike the rest of the session, she was

1   Because she viewed herself as weak and not having
2   any value. Which is completely different than the
3   way that she was. I would like to answer this one
4   and get some water if I could. Your question
5   again was?
6       Q.   Whether you ever asked her whether she
7   was exposed domestic violence.
8       A.   My answer is I glossed over her past
9   very quickly and went to the present of what's
10  going on.
11      Q.   As you sit here today, do you remember
12  asking her about domestic violence?
13      A.   I asked her somehow, don't know what
14  specifically I said, but somehow asked the
15  question whether any other thing is going on in
16  your lifetime and the answer was no. And then I
17  went on.
18           (Whereupon, a recess was taken.)
19      Q.   Do you believe that a person who may
20  have been exposed to domestic violence may be
21  adversely affected by the exposure?
22               MR. GILLESPIE: Objection to the
23  form. That's an opinion of an expert. Go ahead
24  and answer it.
25      A.   Can you repeat it.

```
 1   who is in a well-adjusted life with a
 2   well-adjusted marriage, child, impeccable work
 3   history as far as moving up the ladder, I know she
 4   would have gone into management, I believe there
 5   was no need to go into those areas.
 6        Q.   Did you ever ask her about her
 7   relationship with her husband?
 8        A.   In the beginning.
 9        Q.   What did she tell you?
10        A.   They have a good marriage.
11        Q.   Did you ask about her relationship with
12   her ex-husband?
13        A.   No.
14        Q.   Do you know if she had an ex-husband?
15        A.   No.
16        Q.   You don't know one way or the other?
17        A.   No.
18        Q.   Did you ask her if she had been married
19   prior?
20        A.   That would not have been a question I
21   would have asked.  Given what was going on and
22   given how she presented, I would never have
23   entertained the idea of going anywhere in the past
24   at all.  I wanted to stay specifically focused.
25        Q.   Did you ask Ms. Bachiocchi if her son
```

```
1        A.    I know that during the time when we were
2   working together, her stepfather died and he was
3   dying slowly in a nursing home.
4        Q.    Do you know what he died of?
5        A.    Not specifically.
6        Q.    Do you have any general idea what was
7   wrong with him?
8        A.    I think he had had some type of
9   neurological stroke or something and then
10  ultimately went downhill.
11       Q.    Do you know what kind of relationship
12  Ms. Bachiocchi had with her stepfather?  Was she
13  close to him?
14       A.    She spoke -- when she spoke briefly
15  about it, it was in the present.  I have to help
16  my mom deal with this.  I never asked.
17       Q.    Do you know when her stepfather died?
18       A.    Approximately a year ago.
19       Q.    Did she tell you how this might have
20  impacted -- did Ms. Bachiocchi explain to you that
21  this stepfather's death would have a negative
22  effect on her mother?
23       A.    As any daughter would be, she was
24  worried about her mother.
25       Q.    Do you know if Ms. Bachiocchi was
```