ISSUED BY THE
# United States District Court
FOR THE DISTRICT OF CONNECTICUT

███████ L. BOCCHI,
███████████

**SUBPOENA IN A CIVIL CASE**

V.

SOUTHERN NEW ENGLAND TELEPHONE COMPANY,
Defendant

CASE NUMBER:

02-CV-908(CFD)

TO: Keeper of Records
Office of Steven Sawtelle
Independent Representative
36 State Street, Suite 5
North Haven, Connecticut
(203) 234-9390

☐ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See attached Schedule A

| PLACE | DATE AND TIME |
|---|---|
| TYLER COOPER & ALCORN, LLP<br>205 Church Street<br>New Haven, Connecticut 06510 | June 2, 2004<br>By 6:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Deborah Cannavino   ATTORNEY FOR DEFENDANT | June 1, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER   Deborah D. Cannavino (ct08144)
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510
203.784-8200

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

## SCHEDULE A

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents:

Any and all documents concerning Kimberly Bachiocchi's portfolio or other financial accounts, including but not limited to: Oppenheimer Funds from January 1, 1999 through December 30, 2001. This request includes without limitation all statements, withdrawals, deposits, trades, correspondence, and tax information including Form 1099-B or any other related tax information.