UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | \* |
| Plaintiff, | \* CIVIL ACTION NO. 3:02-CV-908 (CFD) |
| v. | \* |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | \* MAY 14, 2008 |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF PLAINTIFF IN SUPPORT OF HER OPPOSITIONS TO DEFENDANT'S MOTIONS IN LIMINE

State of Connecticut:
                    : ss.
County of Fairfield  :

I, Kimberly Bachiocchi, being duly sworn, depose and state as follows:

1. I am over 18 years of age and I believe in the obligations of an oath.

2. I am informed that in a recent filing, Defendant raises questions as to whether I "ever had miscarriages or given up a child." Defendant's Memorandum Supporting it motion concerning Dr. Zachariah at p. 17. I have not seen or read Defendant's papers, but I would like to respond to this specific rumor mongering:

    a. I have never had a miscarriage;

    b. I have never given up a child.

3.    I also understand that a question has been raised concerning the records which may have been kept by Dr. Peterson, of Psychological Health Associates.

4. I saw Dr. Peterson on only one, single occasion. In late October, or early November, 2001, I had left the West Group and accepted a different position located in New Haven, reporting to Ms. Patti Companik. At that time I was still relatively new to Ms. Companik's group. Although I wanted to make a good impression, I was having a lot of trouble with my short term memory. It got to the point that it was really starting to worry me, especially since I felt that it might be impacting the way I was being perceived at work. In light of these concerns I called Psychological Health Associates and asked to meet with someone to discuss this issue. The receptionist arranged for me to meet with Dr. Peterson.

5.    I did meet with Dr. Peterson. We discussed the issue described above. He had a brief letter prepared and he gave the original to me. He said that if anyone at work questioned me about my memory, I could show them the letter. As it turned out, I never used the letter or showed it to anyone. During discovery a copy of this letter was given to Defendant. A copy of the letter is attached as Exhibit 1.

6.   I had not met Dr. Peterson at any time before the single meeting described above, nor have I ever met him again at any time after that one meeting.

I have read the foregoing and I swear that it is true to the best of my knowledge and belief so help me God.

Kimberly Bachiocchi

Subscribed and sworn to before
me this 14th day of May, 2008.

Peter E. Gillespie
Commissioner of the Superior Court

3

# Exhibit

# 1

4


# Psychological Health Associates

"Focused Solutions ▓▓▓▓▓ Problems."

November 2, 2001

To Whom It May Concern:

Kim Bachiocchi is currently being treated by an M.D. for medical conditions. Kim is experiencing short term memory loss. The memory loss in my opinion is most likely related to the psychological trauma that she experienced during the time of employment that she reports the harassment by other employees was occurring.

Sincerely

*Greg Peterson, MD*

Greg Peterson, MD

Mailing Address: Psychological Health Associates, LLC 345 North Main St., Suite 302, West Hartford, CT 06117, (860) 233-9772 • Fax (860) 236-9402
72 North St., Suite 205, Danbury, CT 06810, (203) 794-1044 • Fax (203) 743-1110
(800) 504-7000
www.psychhealthnet.com

1

```
                    UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF CONNECTICUT


         * * * * * * * * * * * *
                                                COPY
         KIMBERLY BACHIOCCHI,         *

                  Plaintiff           *

            VS.                       *    02CV908 (CFD)
         THE SOUTHERN NEW
         ENGLAND TELEPHONE            *
         COMPANY,
                                      *

                  Defendant
         * * * * * * * * * * * *

                                           New Haven, CT

                                           October 24, 2003

                                           10:25 A.M.

                              - - -
                DEPOSITION OF DR. GARY S. ZACHARIAH
                              - - -


         APPEARANCES:

              FOR THE PLAINTIFF:

                    PETER E. GILLESPIE, ESQ.
                         46 Riverside Avenue
                         Westport, CT   06880

              FOR THE DEFENDANT:

                    TYLER COOPER & ALCORN, LLP
                    BY:  DEBORAH DEHART CANNAVINO, ESQ.
                         One Landmark Square
                         Stamford, CT   06901-2501
```