UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*************************************
KIMBERLY BACHIOCCHI,              *
                                  *
              Plaintiff,          *   CIVIL ACTION NO. 3:02-CV-908 (CFD)
                                  *
       v.                         *
                                  *
THE SOUTHERN NEW ENGLAND          *
TELEPHONE COMPANY,                *   MAY 14, 2008
                                  *
              Defendant.          *
                                  *
*************************************
```

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO PRECLUDE THE TESTIMONY BEYOND THE LIMITATIONS PERIOD

Defendant has moved to preclude the introduction of testimony concerning events beyond the limitations period governing this matter.  As clarified at the pre-trial conference, Defendant focuses on two specific events :  1. the investigation of a sexual harassment claim made some years ago in which Plaintiff was then sought out by a SNET investigator as a possible witness to the alleged conduct; and 2. an incident concerning a telephone call which she made to the payroll department in or about June, 1999.   Plaintiff concedes that she does not intend to introduce evidence about the first of these two events.

As to the second of these incidents,  set forth in Complaint ¶14,  Plaintiff views it to be an observation of general office procedure at the West Group and therefore

mere background.  On its face, this single incident seems largely neutral.  However, this exchange does form the logical introduction to the events described in Complaint ¶15.  In October, 1999, within the permissible limitations eriod outlined by Defendant, Plaintiff called Human Resources concerning a lack of heat in the building.  She was again upbraided for going outside of the confines of the group.  In connection with the second incident, some of the men in the office also made phone calls, but they were not confronted.

Thus it is the second incident, within the limitations period, which provides a hint of sex-based discrimination.  The first incident is merely the logical set-up for the later events.  Further, these events explain why Plaintiff did not seek assistance from the human resources department until she felt things had become so desparate that she was forced to act.  Complaint ¶32.

Plaintiff respectfully asks that Defendant's motion be denied.

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By: *(signature)*
Peter E. Gillespie  (ct06554)
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax: (203) 454-5508
Email: petelaw@mac.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2008 a copy of this Opposition was filed and served by first class post upon anyone unable to accept electronic filing (as noted where applicable). Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lori B. Alexander, Esq.
Litter Mendelson
110 Washington Avenue – 3rd Floor
North Haven, CT 06473

By: _____

                    THE PLAINTIFF
                    KIMBERLY BACHIOCCHI

                    By:_____
                    Peter E. Gillespie  (ct06554)
                    46 Riverside Avenue
                    P. O. Box 3416
                    Westport, CT 06880
                    Tel: (203) 227-7000
                    Fax: (203) 454-5508
                    Email: petelaw@mac.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2008 a copy of this Opposition was filed and served by first class post upon anyone unable to accept electronic filing (as noted where applicable).  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Lori B. Alexander, Esq.
Litter Mendelson

110 Washington Avenue – 3rd Floor
North Haven, CT 06473

By: _____