Civil (April 12, 2004)

HONORABLE **Droney**
DEPUTY CLERK **Deio**    RPTR/ERO/TAPE **Marshall**

TOTAL TIME: ___ hours ___ minutes

DATE **5/21/08**    START TIME **10:05**    END TIME **12:55**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Bachiocchi**

vs.

**Snet**

CIVIL NO. **02CV908CFD**

**Gillespie**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Alexander**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

☒ #231  Motion *in Limine Re: Proposed exhibits*  ☐ granted ☐ denied ☒ advisement
☒ #233  Motion *in Limine Re: obj to exhibits*  ☐ granted ☐ denied ☒ advisement
☒ #223  Motion *in Limine Re: Testimony Faiella*  ☐ granted ☐ denied ☒ advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

_____ Hearing continued until _____ at _____