UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | : |
| Plaintiff, | : |
| | : Civil Action No.: 02-CV-908 (CFD) |
| v. | : |
| | : June 17, 2008 |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | : |
| Defendant. | : |

## DEFENDANT'S WITNESS LIST

Pursuant to the Court's Pretrial Order of May 6, 2008, the defendant, The Southern New England Telephone Company, submits it final witness list as follows:

1.   **Kevin West**, 5 Jane Street, Beacon Falls, Connecticut 06403

Anticipated testimony: Mr. West, who was the plaintiff's manager in the BCS Group, will testify about the process by which the plaintiff was hired into the BCS Group, events during the plaintiff's period in the BCS Group, and incidents alleged by the plaintiff to have occurred involving himself. His testimony will include his investigation of complaints about the plaintiff from contractors and co-workers, his decisions involving the plaintiff's use of overtime, leave time, vacation time, and other issues, his decision about the plaintiff's compensation rating after her return from medical leave, the atmosphere in the Derby office and interactions among its workers, complaints about the plaintiff and Nicholas Faiella by co-workers, his decisions involving the plaintiff's assignments after her return from medical leave, and the June 4, 2001 incident that led to the plaintiff's decision to transfer to another department, among other matters.

2.   **Richard Light**

Anticipated testimony: Mr. Light, who supervised the plaintiff's work during part of her time in the BCS Group, will testify about the process by which the plaintiff was hired into the BCS Group, events during the plaintiff's period in the BCS Group, the atmosphere of the Derby office and interactions among its workers, the plaintiff's work performance, and incidents alleged by the plaintiff to have occurred involving himself. His testimony will include the alleged incident involving the printing of directions to the plaintiff's house and remarks that he is purported to have made to the plaintiff, among other matters.

3.     **Laurie Moffett,** AT&T Corp., 6 Devine Street, North Haven, CT 06473

Anticipated testimony: Ms. Moffett, who was the human resources manager of the BCS Group throughout the period when the plaintiff worked there, will testify about plaintiff's compensation and the compensation of other employees, complaints about the plaintiff and Nicholas Faiella from co-workers, the process by which the plaintiff was transferred from the BCS Group to another department, the plaintiff's current position and compensation as an employee of the defendant, and relevant human resource policies and practices of SNET, among other matters.

4.     **Robert Vallario,** 125 Rutledge Road, Wethersfield, CT 06109

Anticipated testimony: Mr. Vallario, who was the head of the BCS Group's installation during part of the period when the plaintiff worked there, will testify about his interaction with the plaintiff, the plaintiff's work performance, the atmosphere at the Derby office and interactions among its workers, complaints about the plaintiff and Nicholas Faiella from co-workers, and his involvement in investigation of complaints made about the plaintiff's conduct by contractors and co-workers, among other matters.

5.     **Christopher Manouse**, AT&T Corp., 6 Devine Street, North Haven, CT 06109

Anticipated testimony: Mr. Manouse, who was a co-worker of the plaintiff's in the BCS Group, will testify about his interactions with the plaintiff, interactions between the plaintiff and other employees, the plaintiff's work performance, and the atmosphere in the Derby office, among other matters.

6.     **Carl Lorentzen**, 25 Westridge Drive, Bolton, CT 06043

Anticipated testimony: Mr. Lorentzen, who was a co-worker of the plaintiffs in the BCS Group, will testify about his interactions with the plaintiff, interactions between the plaintiff and other employees, the plaintiff's work performance, and the atmosphere in the Derby office, among other matters.

7.     **Joseph Bordieri**, 150 Broad Street, Wethersfield, CT 06109

Anticipated testimony: Mr. Bordieri, who was an outside contractor for SNET, will testify about his interactions with the plaintiff, interactions between the plaintiff and other employees, the plaintiff's work performance, and interactions with Nicholas Faiella concerning the plaintiff, among other matters.

8.     **Ronald Dursza**

Anticipated testimony: Mr. Dursza, who was a co-worker of the plaintiffs in the BCS Group, will testify about his interactions with the plaintiff, interactions between the plaintiff and other employees, and the atmosphere in the Derby office, among other matters.

9.  **Carol Stanevich**, Porter Avenue, Middlebury, Connecticut

Anticipated testimony: Ms. Stanevich, who was a co-worker of the plaintiffs in the BCS Group, will testify about her interactions with the plaintiff, interactions between the plaintiff and other employees, her own treatment in the Derby office, and the atmosphere in the Derby office, among other matters.

10. **Ivan Boulet**

Anticipated testimony: Mr. Boulet, who was a co-worker of the plaintiffs in the BCS Group will testify about his interactions with the plaintiff, interactions between the plaintiff and other employees, and the atmosphere in the Derby office, among other matters.

11. **Walter Czapor**

Anticipated testimony: Mr. Czapor, who was a co-worker of the plaintiffs in the BCS Group, will testify about his interactions with the plaintiff, interactions between the plaintiff and other employees, and the atmosphere in the Derby office, among other matters.

12. **Wayne Handefield**

Anticipated testimony: Mr. Handefield, who was a co-worker of the plaintiffs in the BCS Group, will testify about his interactions with the plaintiff, interactions between the plaintiff and other employees, and the atmosphere in the Derby office, among other matters.

13. **William Volkert**

Anticipated testimony: Mr. Volkert, who was a co-worker of the plaintiffs in the BCS Group, will testify about his interactions with the plaintiff, interactions between the plaintiff and other employees, and the atmosphere in the Derby office, among other matters.

14. **Keith Casey**

Anticipated testimony: Mr. Casey, who was a co-worker of the plaintiffs in the BCS Group, will testify about his interactions with the plaintiff, interactions between the plaintiff and other employees, and the atmosphere in the Derby office, among other matters.

15. **Frank Andrews**

Anticipated testimony: Mr. Andrews, who was a co-worker of the plaintiffs in the BCS Group, will testify about his interactions with the plaintiff, interactions between the plaintiff and other employees, and the atmosphere in the Derby office, among other matters.

16. **John Dunn**

Anticipated testimony: Mr. Dunn, who was a co-worker of the plaintiffs in the BCS Group, will

testify about his interactions with the plaintiff, interactions between the plaintiff and other employees, and the atmosphere in the Derby office, among other matters.

17. **Lorraine Mattei**

Anticipated testimony: Ms. Mattei, who was a nurse in the SNET medical department during the relevant period, will testify concerning plaintiff's medical leave of absence from 2000-2001, her return to work on January 18, 2001, and SNET's policies and practices, among other matters.

18. **Steve Chapman**

Anticipated testimony: Mr. Chapman, who is a police officer, will testify concerning his visit to SNET's offices on June 4, 2001, his investigation into the incident that day against Mr. West that led to the plaintiff's decision to transfer to another department, and his written report of that incident, among other matters.

19. **Stuart B. Kleinman, M.D.,** 315 Central Park West, Suite 9N, New York, NY 10025

Opinion to be expressed: Dr. Kleinman will testify concerning the fact that Dr. Zachariah's report, conclusions and anticipated testimony regarding the causation of the plaintiff's emotional distress are not (1) based upon sufficient facts or data, or (2) the product of reliable principles and methods, and other matters reflected in his expert report.

Basis of the opinion: Expertise in the causation of emotional distress; review of Dr. Zachariah's report; review of Dr. Zachariah's testimony

Materials on which will rely: Dr. Zachariah's report and testimony

Area of expertise: Forensic psychiatry


Rebuttal witness may possibly include, but are not limited to,

1.   Officer Steven Chapman, Connecticut State Police, Southbury, Connecticut.

2.   Patricia Morisse, Psychological Health Associates, West Hartford, Connecticut.

Dated at New Haven, Connecticut this 17th day of June, 2008.

        THE DEFENDANT
        SOUTHERN NEW ENGLAND
        TELEPHONE COMPANY

    By   /s/ Deborah DeHart Cannavino
        Deborah DeHart Cannavino
        Federal Bar No. CT08144
        Littler Mendelson, P.C.
        One Stamford Plaza
        263 Tresser Blvd., 9th Fl.
        Stamford, CT 06901
        Tel. (203) 564-1449
        Fax (203) 564-1723
        E-Mail: dcannavino@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, a copy of the foregoing was filed electronically on all parties to this action. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System. In addition, a copy of the foregoing was sent by first class mail, postage prepaid, to the following:

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880


By __/s/ Deborah DeHart Cannavino
Deborah DeHart Cannavino
Federal Bar No.: CT08144

6.