Civ-JurySel(April 12, 2004)

HONORABLE _Droney_
DEPUTY CLERK _Dew_    RPTR/ERO/TAPE _Marshall_
TOTAL TIME: 2 hours 50 minutes
DATE _June 18, 2008_   START TIME _9:55_   END TIME _12:40_
LUNCH RECESS FROM ____ TO ____
RECESS FROM ____ TO ____ (if more than 1/2 hour)

_Bachiocchi_        CIVIL NO. _02CV908 CFD_

                                        _Gillespie_
                                        Plaintiffs Counsel
vs.                  ☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Snet_                                  _Alexander_
                                        Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ....... ☐ Call of the Calendar held  ☐ Call of the Calendar over to _____
☒ ....... ☒ Jury Selection held  ☐ Jury Selection continued until _7-7-08_
☐ ....#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....... _____  ☐ filed ☐ docketed
☐ ....... _____  ☐ filed ☐ docketed
☐ ....... _____  ☐ filed ☐ docketed
☐ ....... _____  ☐ filed ☐ docketed

☒ ....... _51_ # jurors present

☒ ....... Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☒ ....... Voir Dire by Court

☒ ....... Peremptory challenges exercised (See attached)

☒ ....... Jury of _10_ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☒ ....... Remaining jurors excused

☐ ....... Discovery deadline set for _____

☐ ....... Disposition Motions due _____

☐ ....... Joint trial memorandum due _____

....... Trial continued until _7-7-08_ at _10:00_

☒ COPY TO: JURY CLERK

(CD.10-Rev. 9/92)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Bachiocchi
vs.
Snet

CASE NO. 02CV908 CFD

### CIVIL CHALLENGES

1. Hoagland
2. Moshier
3. Riley
4. _____

1. Riscassi
2. Miranda
3. Zapor
4. _____

_____
COUNSEL FOR PLAINTIFF(S)

_____
COUNSEL FOR DEFENDANT'S)

(CD.12-Rev. 9/92)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Bachiocchi
vs.
Snet

CASE NO. 02CV908(CFD)

**CIVIL JURY PANEL AS DRAWN**

1. Saralee Dornfeld
2. Judith Cubeta
3. Danielle Protasewich
4. Diane Michaud
5. Gary Knox
6. Christopher Gareau
7. Diane Scarotto
8. Jennifer Hosein
9. John Connolly
10. Phillip Morris