UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| * * * * * * * * * * * * * * * * * *<br>KIMBERLY BACHIOCCHI,<br><br>Plaintiff, | *<br>*<br>*<br>*<br>*<br>* |
| v. | *<br>* CIVIL ACTION NO. 02-CV-908 (CFD)<br>*<br>* |
| THE SOUTHERN NEW<br>ENGLAND TELEPHONE<br>COMPANY,<br><br>Defendant.<br>* * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br><br>* JUNE 20, 2008<br>* |

**DEFENDANT'S RESPONSE TO PRELIMINARY JURY INSTRUCTIONS**

In accordance with the instructions of the Court, the defendant hereby responds to the Preliminary Jury Instructions provided to the parties at jury selection on June 18, 2008. The defendant has no objection to the Preliminary Jury Instructions but respectfully requests that two sentences be added to them as follows:

**To the Section Entitled "Burden of Proof":**

"The defendant does not have the burden of disproving the plaintiff's case."

**To the Section Entitled "Course of Trial":**

"You should not make any decisions about the merits of the case until you have heard all of the evidence in the case, that is, all of the witnesses and exhibits offered by both sides."

1

Dated at North Haven, Connecticut this 20th day of June, 2008.

      THE DEFENDANT,

      SOUTHERN NEW ENGLAND TELEPHONE
      COMPANY

By _/s/ Lori B. Alexander_
  Lori B. Alexander
  Federal Bar No. CT08970
  Littler Mendelson, P.C.
  110 Washington Avenue
  North Haven, Connecticut 06473
  Tel. (203) 234-6344
  Fax (203) 234-6345
  E-Mail: lalexander@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, a copy of the foregoing was filed electronically on all parties to this action. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Lori B. Alexander
　　　　　　　　　　　　　　　　　Federal Bar No.: CT08970