Civil (April 12, 2004)

HONORABLE *Droney*
DEPUTY CLERK *Dein*    RPTR/ERO/TAPE *Marshall*

TOTAL TIME: ___ hours ___ minutes

DATE *June 19, 2008*    START TIME *11:15*    END TIME *4:10*
LUNCH RECESS FROM *1:00* TO *2:00*
RECESS FROM _____ TO _____ (if more than 1/2 hour)

*Bachiocchi*

vs.

*Snet*

CIVIL NO. *02cv908(CFD)*

*Gillespie*
Plaintiffs' Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

*Alexander*
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

[X] Motion Hearing
[ ] Evidentiary Hearing
[ ] Miscellaneous Hearing
[ ] Show Cause Hearing
[ ] Judgment Debtor Exam

**MOTION DOCUMENT NO.**

[X] #226 Motion *in Limine* — [ ] granted [ ] denied [X] advisement
[X] #230 Motion *in Limine* — [ ] granted [ ] denied [X] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___

[ ] Brief(s) due ___    [ ] Proposed Findings due ___    Response due ___

[ ] filed [ ] docketed (×11)

___ Hearing continued until ___ at ___