UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI, | \* | |
| | \* | |
| Plaintiff, | \* | CIVIL ACTION NO. 3:02-CV-908 (CFD) |
| | \* | |
| v. | \* | |
| | \* | |
| THE SOUTHERN NEW ENGLAND | \* | |
| TELEPHONE COMPANY, | \* | JUNE 23, 2008 |
| | \* | |
| Defendant. | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S WITHDRAWAL OF OBJECTION

The parties appeared before the Court on June 18, 2008. In response to the preliminary jury instructions distributed by the Court, Plaintiff raised a question concerning the wording of the instruction titled "Burden of Proof." Plaintiff now respectfully requests to withdraw the objection which she earlier made.

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By: *[signature]*
Peter E. Gillespie  (ct06554)
46 Riverside Avenue
Westport, CT 06880
Tel: (203) 227-7000;  Fax: (203) 454-5508
Email: petelaw@mac.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2008 a copy of this Withdrawal of Objection was filed and served by first class post upon anyone unable to accept electronic filing (as noted where applicable). Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lori B. Alexander, Esq.
Litter Mendelson
110 Washington Avenue – 3rd Floor
North Haven, CT 06473

By: *[signature]*