THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*******************   *
KIMBERLY BACHIOCCHI,  *   CIVIL ACTION NO. 02-CV-908 (CFD)
                      *
    Plaintiff,        *
                      *
v.                    *
                      *
THE SOUTHERN NEW      *
ENGLAND TELEPHONE     *
COMPANY,              *
                      *
    Defendant.        *   JUNE 25, 2008
*******************   *
```

### DEFENDANT'S MOTION TO FILE PLEADING UNDER SEAL

Pursuant to Local Rule 5(e) for the United States District Court for the District of Connecticut, defendant The Southern New England Telephone Company ("SNET") respectfully requests that the Court issue an Order sealing the Defendant's Supplemental Filing re Motion in Limine Concerning Testimony by Dr. Gary Zachariah dated June 24, 2008. SNET requests this sealing because the Motion contains personal medical information related to the plaintiff in this matter.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at North Haven, Connecticut this 25th day of June, 2008.

        THE DEFENDANT,

        THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By _____
    Deborah DeHart Cannavino
    Federal Bar No. CT08144
    Littler Mendelson, P.C.
    One Stamford Plaza
    263 Tresser Boulevard, 9th Floor
    Stamford, Connecticut 06901
    Tel. (203) 564-1405
    Fax (203) 564-1723
    E-Mail: dcannavino@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, a copy of the foregoing was filed electronically on all parties to this action. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel:**

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

_____
Deborah DeHart Cannavino
Federal Bar No.: CT08144