UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KIMBERLY BACHIOCCHI,** | : |
| Plaintiff, | : |
| | : Civil Action No.: 02-CV-908 (CFD) |
| v. | : |
| **THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | : July 2, 2008 |
| Defendant. | : |

## DEFENDANT'S MOTION IN LIMINE TO EXCLUDE A PHOTOGRAPH THAT WAS PRODUCED ON THE EVE OF TRIAL AND REQUEST FOR EXPEDITED RULING

The defendant, The Southern New England Telephone Company ("SNET") hereby moves pursuant to Rule 37(c)(1) to preclude plaintiff Kimberly Bachiocchi from introducing into evidence a photograph that she allegedly took of her wrist after an incident with Kevin West on June 4, 2001. Putting aside all issues of authenticity, plaintiff should be prevented from offering the photograph into evidence due to the lack of substantial justification for her failure to disclose it years ago pursuant to SNET's discovery requests and this Court's order, and the extreme prejudice SNET has suffered as a result the photograph's belated production on the eve of trial. In accordance with the pretrial order in this case, SNET is filing a separate memorandum of law in support of this motion.

***ORAL ARGUMENT NOT REQUESTED***

WHEREFORE, defendant respectfully requests that the Court grant this motion.

THE DEFENDANT,

SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By: _____
Lori B. Alexander (Federal Bar No. CT08970)
LITTLER MENDELSON, P.C.
110 Washington Avenue, Third Floor
North Haven, CT 06473
Tel: 203.234.6344
Fax: 203.234.6345
lalexander@littler.com

3.

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, a copy of the foregoing was filed electronically on all parties to this action. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel**
Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

*Lori B. Alexander*
Lori Alexander
Federal Bar No.: CT08970