UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI,<br><br>    Plaintiff,<br><br>v.<br><br>THE SOUTHERN NEW ENGLAND<br>TELEPHONE COMPANY,<br><br>    Defendant. | :<br>:<br>:<br>:   Civil Action No.: 02-CV-908 (CFD)<br>:<br>:<br>:   July 7, 2008<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT'S ADDITIONAL PROPOSED JURY INSTRUCTIONS

The defendant, the Southern New England Telephone Company ("SNET"), hereby submits additional proposed jury instructions relating to exhibit redactions and the testimony of expert witnesses as to ultimate issues of fact.

### I.   Redaction Of Information From Exhibits

You may notice that some exhibits have information redacted from them. Those redactions are for various reasons, such as to protect private information about other employees or because the information was not relevant to the issues in this lawsuit. As such, you should not draw any inference from the fact of these redactions.

### II.   Expert Testimony As To Ultimate Issues Of Fact

During the trial, you have heard testimony from witnesses who were called as experts. Unlike the other witnesses, those witnesses were able to give an opinion on matters in which they have specialized knowledge, education, training or experience. The purpose of this testimony is to assist you in understanding the evidence in this case and perform your duties as factfinder. But I want to emphasize that the determination of the facts and ultimate issues in this

case, including whether sexual harassment occurred, rests solely with you as jurors. You should also keep in mind that the weight of an expert's opinions depends on whether the information that he or she relied on is accurate and true.

Testimony from expert witnesses should be judged just like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, in light of the reasons given for the opinion and all the other evidence in the case.

Dated at North Haven, Connecticut this 7th day of July, 2008.

> THE DEFENDANT,
> SOUTHERN NEW ENGLAND TELEPHONE
> COMPANY
>
> By /s/ Lori B. Alexander
> Lori B. Alexander
> Federal Bar No. CT08970
> Littler Mendelson, P.C.
> 110 Washington Avenue
> North Haven, Connecticut 06473
> Tel. (203) 234-6344
> Fax (203) 234-6345
> E-Mail: lalexander@littler.com

2.

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, a copy of the foregoing was filed electronically on all parties to this action. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel**
Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

_____
Lori B. Alexander (ct08970)

3.