Civ Trial(April 12, 2004)

HONORABLE *Droney*
DEPUTY CLERK Glynn   RPTR/ERO/TAPE Marshall
TOTAL TIME: 6 hours 25 minutes
DATE 7-7-08   START TIME 9:40   END TIME 5:05
LUNCH RECESS FROM 1:00 TO 2:00
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Bacchiocchi
CIVIL NO. 02CV908 (CFD)
Gillespie
Plaintiffs Counsel

vs.

Snet
☐ SEE ATTACHED CALENDAR FOR COUNSEL
L. Alexander
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☒ Jury of 9 report (see attached) ☒ Jury sworn
☒ Jury Trial held ☒ Jury Trial continued until 7/8/08 at 10:00 AM
☐ Court Trial held ☐ Court Trial continued until ____ at ____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☒ #Doc's ORAL Motion #222, #223, #225, #226, #228, #230 — ☒ advisement
# Motion #231, #233 — renewed — ☒ advisement
# Motion ____
# Motion ____
Oral Motion
Oral Motion
Oral motion
Oral motion

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ____ Deft ____ Reply ____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)