UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KIMBERLY BACHIOCCHI,** | : |
| Plaintiff, | : |
| | : Civil Action No.: 02-CV-908 (CFD) |
| v. | : |
| | : July 10, 2008 |
| **THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | : |
| Defendant. | : |

## DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

The defendant, The Southern New England Telephone Company ("SNET"), hereby moves pursuant to Rule 50 for judgment as a matter of law on the plaintiff's claims of sexual harassment and retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-2(a)(1), and the Connecticut Fair Employment Practices Act ("CFEPA"), Conn. Gen. Stat. §46a-60 et seq. At this juncture, plaintiff has been fully heard on these claims and a reasonable jury would not have a legally sufficient evidentiary basis to find in her favor. Accordingly, SNET respectfully requests that the court enter judgment in its favor on both of these claims.

In accordance with the pretrial order in this case, SNET is filing a separate memorandum of law in support of this motion.

***ORAL ARGUMENT REQUESTED***

2.

WHEREFORE, defendant respectfully requests that the Court grant this motion.

        THE DEFENDANT,

        SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By: *[signature]*
        Jennai S. Williams (Federal Bar No. CT27762)
        LITTLER MENDELSON, P.C.
        110 Washington Avenue, Third Floor
        North Haven, CT 06473
        Tel:  203.234.6344
        Fax:  203.234.6345
        JSWilliams@littler.com

3.

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, a copy of the foregoing was hand-delivered to all parties to this action and filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel**
Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

_____
Jennai S. Williams
Federal Bar No.: CT27762

3.