IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - -x

KIMBERLY BACHIOCCHI                           :
                                              :
                                              :
                                              :
                                              :
VS                                            : 02-CV
                                              : 908(CFD)
                                              :
THE SOUTHERN NEW ENGLAND                      :
TELEPHONE COMPANY                             :

- - - - - - - - - - - - - - - - - - - -x


   Deposition of JOSEPH BORDIERI taken pursuant to the

Federal Rules of Civil Procedure, before Jacinda A.

Grigaitis, Licensed Shorthand Reporter #00381 and

Notary Public within and for the State of Connecticut,

held at the offices of Tyler, Cooper & Alcorn, 205

Church Street, New Haven, Connecticut, on June 2,

2004, at 5:36 p.m.


          DEL VECCHIO REPORTING SERVICES, LLC
            PROFESSIONAL SHORTHAND REPORTERS
                    117 RANDI DRIVE
              MADISON, CONNECTICUT 06443
                    (203) 245-9583
STAMFORD                                              HARTFORD

1  concerning your statement to Mr. Vallario that you
2  didn't want to be assigned anymore job with Kim
3  Bachiocchi?
4      A.  Absolutely.
5      Q.  Do you recall about when that happened?
6      A.  I really -- I couldn't tell you the date, but
7  it was -- I would have to say couple, three, maybe
8  four weeks after I talked to Mr. Vallario.
9              MS. ALEXANDER:  Okay.  Would you mark
10         this, please.
11             (Defendant's Exhibit 3 was marked for
12                    identification.)
13 BY MS. ALEXANDER:
14     Q.  Showing you what's been marked as Defendant's
15 Exhibit 3, and I know that this is not your document
16 and I'm not going to have you read it all.  But if you
17 could turn to the second page where it says 5/19/00
18 3:30 p.m.  You see that where it says Bordieri
19 Electric meeting?
20     A.  Yes.
21     Q.  I'm going to represent to you that these are
22 notes of Kevin West, and I'm going to read them and
23 ask you if they're accurate.  So if you could, follow
24 along.
25             MR. GILLESPIE:  Objection.  Form and

26

1           leading.
2     BY MS. ALEXANDER:
3        Q.   "5/19/00 3:30 p.m.
4             "Bordieri Electric meeting.
5             "I spoke with Joe Bordieri owner of Bordieri
6     Electric at the request of installation supervisor
7     Nick Faiella. Joe had received a telephone call from
8     Nick in the past few days regarding working together.
9     I asked Joe if he had a problem working with Nick
10    Faiella. His answer was no. I asked him if he had a
11    verbal confrontation with Nick Faiella. Joe stated he
12    did have a verbal confrontation with Nick Faiella and
13    Kim Bachiocchi over a project Joe was working on for
14    SNET. Joe stated that he felt that Nick was very
15    defensive of Kim. I asked Joe if he ever told Bob
16    Vallario that he did not want to work for SNET. He
17    stated that he had a meeting with Bob Vallario on 5/2
18    at his request and told Bob he did not want another
19    SNET project that Kim engineered. Because he felt
20    they were not correctly engineered and he was losing
21    money and did not need the aggravation that went with
22    it."
23           Did I read that correctly?
24       A.   Absolutely.
25       Q.   Is that description of your telephone

1  conversation accurate?
2     A.  Yes.
3          MR. GILLESPIE:  Objection.  Leading.
4  BY MS. ALEXANDER:
5     Q.  Is it accurate or is it not accurate?
6     A.  Yes.  It is very accurate.
7     Q.  Did do you recall anything else that occurred
8  during that telephone conversation that's not on here?
9     A.  No.  I actually -- well, I actually told him
10 that I enjoyed working for SNET, that I had a pretty
11 good relationship with all the people that I worked
12 with in the past, and this was really out of the norm,
13 and it really kind of bothered me.  And it was really
14 too bad because I really thought I had a pretty good
15 working relationship with SNET.
16    Q.  Did you communicate that to Kevin West?
17    A.  Yes, I did.
18    Q.  Do you recall what he said to you?
19    A.  He really -- he felt bad because he thought we
20 were a pretty good contractor, but if that's the way I
21 felt, there was nothing more I could do or that he
22 could do.  So I think that's about it.
23    Q.  In the course of your relationship with SNET,
24 have you ever asked not to be assigned with any other
25 engineer other than Ms. Bachiocchi?

33

```
 1  not want to work on another job with either Nick or
 2  Kim?
 3      A.  Yes.
 4      Q.  Okay.  And you included Nick when you said
 5  that?
 6      A.  Absolutely.
 7      Q.  Did you make the same statement to Mr. West
 8  that you didn't want to work again with either Nick or
 9  Kim?
10      A.  I'm pretty sure I did.
11      Q.  And Nick was the one who, for want of a better
12  term, was confronting you.  Right?
13      A.  Absolutely.
14      Q.  Nick was the one who spoke to you at the Learn
15  job?
16      A.  Absolutely.
17      Q.  Nick was the one who said you were incompetent?
18      A.  Basically.
19      Q.  I'm sorry.  That may have been a paraphrase.
20      A.  Yeah.  Basically that's what it came down to.
21      Q.  It was Nick who spoke the words that seemed to
22  indicate that?
23      A.  Right.
24      Q.  Did Ms. Bachiocchi say anything to you that was
25  rude or confrontational --
```

DEL VECCHIO REPORTING SERVICES, LLC

1   A.   No.
2   Q.   -- or out of line in any way?
3   A.   No.
4   Q.   Have you worked at a William Raveis job?
5   A.   Yes.
6   Q.   Do you remember who the engineer was for the
7   William Raveis job?
8   A.   I don't know.
9   Q.   Do you have any problems on the William Raveis
10  job?
11  A.   I can't remember.
12  Q.   You certainly didn't report any to Vallario or
13  West?
14  A.   Right.
15  Q.   And you're a licensed electrician, are you?
16  A.   Yes.
17  Q.   And the William Raveis job in addition to
18  whatever work you might have done with in connection
19  for SNET, you went on to perform some electrical work
20  as well, did you?
21  A.   Yes.
22  Q.   Is that because the engineer had recommended
23  you to the client?
24  A.   I can't tell you that.
25  Q.   You don't know either way?