THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*<br>KIMBERLY BACHIOCCHI,<br><br><br><br>    Plaintiff, | \*<br>\*<br>\*<br>\*<br>\*<br>\* |
| v. | \*<br>\*  CIVIL ACTION NO. 02-CV-908 (CFD)<br>\*<br>\* |
| THE SOUTHERN NEW<br>ENGLAND TELEPHONE<br>COMPANY, | \*<br>\*<br>\*<br>\* |
| Defendant. | \* JULY 8, 2008 |
| \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | \* |

## <u>APPEARANCE</u>

Please enter my appearance on behalf of The Southern New England Telephone

Company, defendant in the above-captioned matter.

DEFENDANT

THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY


By: /s/ Jennai S. Williams
    Jennai S. Williams
    Federal Bar No.: CT27762
    Littler Mendelson, P.C.
    110 Washington Avenue, 3rd Floor
    North Haven, CT 06473
    Telephone: 203.234.6344
    Facsimile: 203.234.6345
    jwilliams@littler.com

## CERTIFICATION

I hereby certify that on July 9, 2008, a copy of the foregoing Appearance was hand filed with the Court and served by mail as well as in-hand to the following:

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

/s/ Jennai S. Williams
Jennai S. Williams CT 27762