HONORABLE _____
DEPUTY CLERK Cothers   RPTR/ERO/TAPE Marshall
TOTAL TIME: 6 hours 30 minutes
DATE 7-9-08   START TIME 9:33am   END TIME 5:00
LUNCH RECESS FROM 1:00 TO 3:00
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Bachiocchi
vs.
Snet

CIVIL NO. 02CV908(CFD)

Gillespie
Plaintiffs Counsel
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Alexander
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☒ Jury of 9 report (see attached) ☒ Jury sworn
☒ Jury Trial held ☒ Jury Trial continued until 7/10/2008 at 10:00am
☐ Court Trial held ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)