Civil Trial (April 12, 2004)

TOTAL TIME: 6 hours 08 minutes
HONORABLE: Droney
DEPUTY CLERK: Gothers
RPTR/ERO/TAPE: Marshall

DATE 7-10-08    START TIME 10:03am    END TIME 5:00pm
LUNCH RECESS FROM 1:40pm TO 2:05
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Bachiocchi
vs.
SNET

CIVIL NO. 03cv908 CFD

Gillespie
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Alexander
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☒ Jury of 9 report (see attached) ☒ Jury sworn
☒ Jury Trial held ☒ Jury Trial continued until 7/14/08 at 10:00am
☐ Court Trial held ☐ Court Trial continued until ___ at ___
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

☒ # Motion Rule 50 Motion — ☐ granted ☒ denied (w/o prejudice) ☐ advisement
... # Motion ___ ☐ granted ☐ denied ☐ advisement
... # Motion ___ ☐ granted ☐ denied ☐ advisement
... # Motion ___ ☐ granted ☐ denied ☐ advisement

Oral Motion / Oral Motion / Oral motion / Oral motion ___

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)