Civil Trial (April 12, 2004)

TOTAL TIME: **6** hours **35** minutes
HONORABLE **Droney**
DEPUTY CLERK **Dено**   RPTR/ERO/TAPE **Marshall**

DATE **7-14-08**   START TIME **9:35**   END TIME **5:05**
LUNCH RECESS FROM **1:00** TO **2:00**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Bachiocchi**
vs.
**Snet**

CIVIL NO. **02cv908-CFD**

**Gillespie**
Plaintiffs' Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Alexander**
Defendants' Counsel

## CIVIL JURY/COURT TRIAL

☒ Jury of **9** ☐ report (see attached) ☐ Jury sworn
☒ Jury Trial held ☒ Jury Trial continued until **7-15-08** at **10:00**
☐ Court Trial held ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)