CV-Trial(April 12, 2004)

HONORABLE _Droney_
DEPUTY CLERK _Dio_  RPTR/ERO/TAPE _Marshall_
TOTAL TIME: _6_ hours _10_ minutes

DATE _July 15, 2008_  START TIME _10:00_  END TIME _5:10_
LUNCH RECESS FROM _1:00_ TO _2:00_
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Bachiocchi_
vs.
_Snet_

CIVIL NO. _02CV908 CFD_

_Alexander_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Gillespie_
Defendants Counsel

## CIVIL JURY/COURT TRIAL

[X] Jury of _9_ report (see attached) ☐ Jury sworn
[X] Jury Trial held [X] Jury Trial continued until _7-16-08_ at _10 AM_
☐ Court Trial held ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)