TOTAL TIME: 6 hours 10 minutes    HONORABLE Droney
DEPUTY CLERK Dean    RPTR/ERO/TAPE Marshall

DATE July 16, 2008    START TIME 10:00    END TIME 5:10
LUNCH RECESS FROM 1:00 TO 2:00
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Bochicchio
vs.
Snet

CIVIL NO. 02CV908 (CFD)

Gillespie
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Alexander
Defendants Counsel

## CIVIL JURY/COURT TRIAL

[X] Jury of 9 report (see attached) ☐ Jury sworn
[X] Jury Trial held [X] Jury Trial continued until 7-17-08 at 9:30
☐ Court Trial held ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests [X] Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)