AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __CONNECTICUT__

BACHIOCCHI

V.

SNET

Plaintiffs WITNESS LIST

Case Number: 3:02CV908 (CFD)

| PRESIDING JUDGE DRONEY | PLAINTIFF'S ATTORNEY Gillespie | DEFENDANT'S ATTORNEY Alexander |
|---|---|---|
| TRIAL DATE(S) July 7-10, 14-18 | COURT REPORTER M. Marshall | COURTROOM DEPUTY Glynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/7/08 | | | Kimberly Bachiocchi, sworn |
| 2 | | 7/8/08 | | | Janice Peterson, |
| 3 | | 7/9/08 | | | Nicholas Firella, |
| 4 | | 7/9/08 | | | Dr Zachariah, West Hartford, CT |
| 5 | | 7/15/08 | | | Dr James Sarjeh, Cheshire, CT |
| | | 7/16/08 | | | Christopher Manouse |
| | | 7/16/08 | | | Kimberly Bachiocchi |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages