HONORABLE **Droney**
DEPUTY CLERK **Dean**
RPTR/ERO/TAPE **Marshall**

TOTAL TIME: **6** hours **0** minutes

DATE **July 17, 2008**   START TIME **9:35**   END TIME **5:05**
LUNCH RECESS FROM **1:35** TO **2:05**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Bachiocchi**
vs.
**Snet**

CIVIL NO. **02CV908 (CFD)**

Plaintiffs Counsel: **Gillespie**
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: **Alexander**

## CIVIL JURY/COURT TRIAL

☒ Jury of **9** ☐ report (see attached) ☐ Jury sworn
☒ Jury Trial held ☒ Jury Trial continued until **7-18-08** at **9:00**
☐ Court Trial held ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion **Renewed for Rule 50 motion** ☐ granted ☐ denied ☒ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☒ Summation held ☒ Court's Charge to the Jury
All full exhibits, ☒ Verdict Form handed to the jury ☒ Interrogatories to the Jury handed to the jury
Jury commences deliberations at **3:15**

... Court orders Jury to be fed at Govt. expense (see attached bill)
... SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)