Civ-Trial(April 12, 2004)

TOTAL TIME: ___ hours  10  minutes

HONORABLE  Droney
DEPUTY CLERK  Dan   RPTR/ERO/TAPE  Marshall

DATE  7/18/08    START TIME  10:35    END TIME  10:45
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Bachiocchi
vs.
Snet

CIVIL NO.  02CV908 (CFD)

Gillespie
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Alexander
Defendants Counsel

## CIVIL JURY/COURT TRIAL

[X] Jury of  9  report (see attached) ☐ Jury sworn
☐ Jury Trial held  ☐ Jury Trial continued until _____ at _____
☐ Court Trial held  ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict

# Motion _____ ☐ granted ☐ denied ☐ advisement
# Motion _____ ☐ granted ☐ denied ☐ advisement
# Motion _____ ☐ granted ☐ denied ☐ advisement
# Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury  ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at  9 AM
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE [X] reverse ☐ attached

[X] COPY TO: JURY CLERK (JURY TRIALS ONLY)