UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY BACHIOCCHI        :
    Plaintiff,            :
                       :
v.                       :        Civil Action No.
                       :        3:02-CV-908 (CFD)
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY      :
    Defendant.

## JURY VERDICT FORM

We the Jury unanimously find:

**I.  CLAIM ONE: HOSTILE WORK ENVIRONMENT — TITLE VII AND CONNECTICUT FAIR EMPLOYMENT PRACTICES ACT**

    ✓ A.  The jury finds the issues in favor of the plaintiff.

    _____ B.  The jury finds the issues in favor of the defendant.

**II.  CLAIM TWO: RETALIATION — TITLE VII AND CONNECTICUT FAIR EMPLOYMENT PRACTICES ACT**

    _____ A.  The jury finds the issues in favor of the plaintiff.

    ✓ B.  The jury finds the issues in favor of the defendant.

If you have checked off A. for either Claim One or Claim Two, proceed to Section III.  If you have not, have your foreperson sign and date this form.

## III.   DAMAGES

Compensatory damages:  $ 20,000 _____

Punitive damages, if any:  $ 80,000 _____

Have your foreperson sign and date this form.

_____

**FOREPERSON**

_____

7-18-2008

**DATE**