AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **CONNECTICUT**

BACHIOCCHI

V.

SNET

**Defendant's** WITNESS LIST

Case Number: 3:02CV908 (CFD)

| PRESIDING JUDGE<br>DRONEY | PLAINTIFF'S ATTORNEY<br>Gillespie | DEFENDANT'S ATTORNEY<br>Alexander |
|---|---|---|
| TRIAL DATE (S)<br>July 7-10, 14-18, | COURT REPORTER<br>M. Marshall | COURTROOM DEPUTY<br>D. Johnson, Gothers |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 7/10/2008 |  |  | Kevin West, Beacon Falls, CT |
|  |  | 7/14 |  |  | Kevin West, Beacon Falls, CT |
|  |  | 7-14 |  |  | Carol Stanewich, Middlebury, CT |
|  |  | 7/14 |  |  | Richard Light |
|  |  | 7-15-08 |  |  | Richard Light |
|  |  | 7/15/08 |  |  | Joseph Bordieri, Wethersfield, CT |
|  |  | 7-15-08 |  |  | Robert Vallario, Wethersfield, CT |
|  |  | 7-15-08 |  |  | Wayne Handefield |
|  |  | 7-15-08 |  |  | Frank Andrews |
|  |  | 7-16-08 |  |  | Dr. Stuart B. Kleinman, MD, New York, NY |
|  |  | 7-16-08 |  |  | Officer Steven Chapman, Southbury, CT |
|  |  | 7-16-08 |  |  | Paul Lorentzen, Bolton, CT |
|  |  | 7-16-08 |  |  | Keith Casey, Seymour, CT |
|  |  | 7-16-08 |  |  | Laurie Moffett |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages