AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **CONNECTICUT**

BACHIOCCHI

V.

SNET

**Plaintiffs' Exhibit** LIST

Case Number: 3:02CV908 (CFD)

| PRESIDING JUDGE<br>DRONEY | PLAINTIFF'S ATTORNEY<br>Gillespie | DEFENDANT'S ATTORNEY<br>Alexander |
|---|---|---|
| TRIAL DATE (S)<br>July 7-10 | COURT REPORTER<br>M. Marshall | COURTROOM DEPUTY<br>Glynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | *See attached* |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

# Plaintiff's Exhibit List

| Number | Description |
|---|---|
| 7/7/08  1 F | Sign-out log sheets for January 18, 2001 — 2 pages |
| 7/7/08  2 F | An evaluation form relating to Plaintiff and signed by Messrs. West and Manouse in January, 2001. — 2 pgs. |
| 7/7/08  3 F | Official weather reports concerning Fairfield County locations in mid-January, 2001 |
| 7/7/08  4.F | SNET's Policy books |
|  | A   Non-Discrimination Policy — Full |
|  | B   Disability Plan — Full |
|  | C   Code of Conduct — Full |
| 7/7/08  5 F | Slides from a power point presentation on workplace violence |
| 7/10/08  6 F | Correspondence between Dr. Zachariah and SNET |
| 7/7/08  7 F | Charge of Discrimination in Case No. 0130048 |
|  8 | WITHDRAWN |
| 7/7/08  9 F | Charge of Discrimination in Case No. 0130598 |
|  10 | WITHDRAWN |
| 7/7/08  11 F | Affidavit of Kim Bachiocchi given in support of Mr. Faiella's CCHRO Case No. 0130268 |
| 7/3/08  12 F | Mr. Faiella's CCHRO Complaint in Case No 0130268 |
|  13 | WITHDRAWN |
|  14 | Chris Manouse notes of office meetings |
| 7/7/08  15 F | Fishing trip photographs |
| 7/7/08  16 F | A circular for a training opportunity |
| F- 7/7/08  17 F. | Mr. Faiella's sketch of the Elizabeth Street office |
| 7/9/08  18 F | Mr. Faiella's written complaint to Ms Macri |

| Date | # | | Description |
|---|---|---|---|
| 7/7/08 | 19 | F | Email packet including email from Mr. Dunn announcing new mailing list after Ms. Bachiocchi's departure from the West Group. |
| | 20 | | Photographs showing West Group employees at the Elizabeth Street facility in or about February, 2001. |
| 7/15/08 | 21 | F | Dr. Sarfeh's treatment notes |
| 7/7/08 | 22 | F | ~~WITHDRAWN~~ mgmt. Discussion letter 2/20/03 for Kimberly Bachiocchi. |
| 7/7/08 | 23 | F | ~~Affidavits and depositions as necessary to refresh or impeach witnesses.~~ mgmt. Discussion letter for Kimberly Bachiocchi. |
| 7/9/08 | 24 | F | Absence + Tardiness records - 7-23-04 |
| 7/14/08 | 25 | | Handwritten 5/17/00 - Full |
| 7/16/08 | 26 | | ~~ITEM~~ Full |
| 7/14/08 | 27 | | posted sticker stating salary - Full |
| 7-14-08 | 28 | | Form dated 6-1-01 to Kevin from Kim - Full |
| 7-14-08 | 29 | ID | |
| 7-14-08 | 30 | ID | |
| 7-15-08 | 31 | | affidavit of Richard Lish - Full |
| | 32 | | |