AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __**CONNECTICUT**__

BACHIOCCHI
V.
SNET

**Court's Exhibit** LIST

Case Number: 3:02CV908 (CFD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DRONEY | Gillespie | Alexander |
| TRIAL DATE(S) July 7-10; | COURT REPORTER M. Marshall | COURTROOM DEPUTY |

| Court PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/9/2008 | | | Jury Note |
| 2 | | 7-16-08 | | | Note from Jury |
| 3 | | 7-18-08 | | | Note from Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages