AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **CONNECTICUT**

BACHIOCCHI

V.

SNET

**Defendants Exhibit** LIST

Case Number:  3:02CV908 (CFD)

| PRESIDING JUDGE DRONEY | PLAINTIFF'S ATTORNEY Gillespie | DEFENDANT'S ATTORNEY Alexander |
|---|---|---|
| TRIAL DATE (S) July - 7-16-14-18 | COURT REPORTER M. Marshall | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | *See attached* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| * * * * * * * * * * * * * * * * * *<br>**KIMBERLY BACHIOCCHI,** | *<br>*<br>*<br>*<br>* |
| **Plaintiff,** | * |
| **v.** | *<br>* **CIVIL ACTION NO. 02-CV-908 (CFD)**<br>*<br>* |
| **THE SOUTHERN NEW<br>ENGLAND TELEPHONE<br>COMPANY,** | *<br>*<br>*<br>* |
| **Defendant.** | * **JUNE 18, 2008** |
| * * * * * * * * * * * * * * * * * * | * |

## DEFENDANT'S REVISED EXHIBIT LIST

_date_

1. Memorandum from Ron Dursza to Kevin West, 11/09/00 _____
2. Affidavit of yvan Boulet _____
3. Affidavit of Ron Dursza _____
4. none
_7-16-08_ 5. Email from Carl Lorentzen, 5/15/00 _Full_
_7/8/08_ 6. Absence and tardiness record 2000 and 2001 for Ms. Bachiocchi _Full_
7. Notice of MAR Dismissal _____
8. Dismissal and Notice of Rights _____
_7/10/08_ 9. Attendance Record, BCS Group, week of 1/15/01 _Full_
_7/7/08_ 10. Derby Police Department Incident Report, 6/04/01 _Full_
_7/16_ 11. SBC Summary Plan Description for Disability Income Plan _Full_
_7-16-08_ 12. EEO Policy _Full_
13. Discrimination Policy _____
14. Keith Casey performance documents _____
15. Ron Dursza performance documents _____
16. Frank Andrews performance documents _____
17. Chris Manouse performance documents _____
18. Chris Manouse certifications _____
19. none _____

1

_7/8/2008_ 20. Bachiocchi performance documents _Full_

_____ 21. Wage records

_7/14/08_ 22. Other wage records – _Full_

_____ 23. SBC Leave of Absence Policy

_____ 24. Lorraine Mattei letter 01/23/01

_____ 25. Weather report for 01/18/01

_____ 26. Management Compensation Plan

_7/8/2008_ 27. Pages from Bachiocchi personal calendar _Foil_

_7/8/2008_ 28. Asset Protecton/Security Report _Foil_

_____ 29. Draft statement by Ms. Bachiocchi to Asset Security

_____ 30. Final statement by Ms. Bachiocchi to Asset Security

_7/10/2008_ 31. Memorandum "Documentatoin: Nick Faiella by Kevin West Manager PTS" – _Full – 7/14_

_____ 32. Richard Light log

_____ 33. Robert Valleria log

_7/16_ 34. Notes regarding 12/01/00 meeting with Nick Faiella _Full_

_____ 35. Kevin West email re 12/05/00 meeting with Nick Faiella

_____ 36. Memorandum re 12/05/00 meeting with Nick Faiella

_____ 37. Memorandum from Yvan Boulet dated 11/14/00

_7-15-08_ 38. Memorandum from Robert Vallerio – _Full_

_____ 39. Memorandum from Ron Dursza

_____ 40. Memorandum from William Volkert, Jr.

_7/8/2008_ 41. Letter from Lorraine Mattei of 02/19/01 _Foil_

_7/14/08_ 42. Absence and Tardiness Record – 2000 – _Full_

_7/14/08_ 43. Absence and Tardiness Record – 2001 _Full_

_____ 44. none

_____ 45. Return to work note from Jeffrey Sumner

_7/16 F_ 46. SNET Standards of Conduct. _Full_

_7-16-08_ 47. Bachiocchi acknowledgement of receipt of Standards of Conduct _Full only 3rd page_

_7/14/08_ 48. EEOC Review Sign-In Sheet – _Full_

_____ 49. Bachiocchi 1998 performance evaluation

_7/7/08_ 50. Bachiocchi earnings records 2002 _Full_

_7/7/08_ 51. Bachiocchi earnings records 2003 _Full_

_____ 52. Bachiocchi earnings records 2004-2007

_____ 53. none

_____ 54. none

_____ 55. Bachiocchi 2002 performance evaluation

_____ 56. Bachiocchi Employee Orientation Check List

_____ 57. Wage record for Bachiocchi for hire date

_____ 58. none

_____ 59. none

_____ 60. Email of 06/13/01 from Ms. Bachiocchi to Laurie Moffett

_7/8/2008_ 61. Email of 06/18/01 from Ms. Bachiocchi to Ms. Companik _Foil_

_____ 62. Moffett 09/24/01 note to file

_____ 63. Bachiocchi resume

2



64. Candidate selection form
65. Bachiocchi tax records (need update from plaintiff)
*7-15-08* 66. Inspection sheets and supporting documents *Full*
67. Wage History for Ms. Bachiocchi
68. Training profile
*7/14* 69. Vacation document —*Full*
70. none
71. none
72. Medical note 04/11/95 from Dr. Sumner
*7/3/2008* 73. Medical note 09/16/97 from Dr. Kligfield *Full*
74. Medical note 07/13/98 from SNET
75. none
76. Medical note 01/21/00 from Dr. Lyall
77. none
78. none
79. none
80. none
81. Medical report 02/01/02 from Dr. Bridgers
82. Gary Zachariah notes
*7/8/2008* 83. Medical note 01/31/03 from Dr. Sarfeh ~~Full~~ *II)*
*7/8/2008* 84. Letter 06/30/03 from Dr. Kligfield *Full*
85. Medical record St. Mary's Hopital 12/23/03
86. Letter 01/08/04 from Dr. Roman
87. Letter 02/24/04 from Dr. Zachariah
88. none
89. none
90. Harry Kurtz Department of Public Safety Records
91. Harry Kurtz Accurint Report
92. Jeff Kurtz Criminal record
*7/9/2008* 93. Nick Faiella Absence Record – 2000 *Full*
*7/9/2008* 94. Nick Faiella Absence Record – 2001 *Full*
95. Affidavit of William Volkert
96. Kevin West notes June 2000
*7/10/2008* 97. Kevin West 05/31/01 notes *Full*
*7/10/2008* 98. Kevin West 06/01/01 notes *Full*
*7/9/2008* 99. Email 05/21/01 from Ms. Bachiocci *Full*
*7-14-08* 100. Richard Light notes of engineering meeting 03/06/00 *Full – page 4 – up to 100A*
*7/8/2008* 101. Bachiocchi family photos *Full*
102. none
103. none
104. Email from Ms. Bachiocci to Chris Manouse 03/04/02
*7/8/2008* 105. ~~Time Line (to be agreed upon)~~ Video Tape *Full*
*7/8/2008* 106. ~~Report of Stuart Kleinman~~ *Full*
*4/9/2008* 107. Affidavits *Full*
108
109
*7/14/08* 110 — *3 Full*
*7-16-08* 111 Salary for Bachiocci *Full*
*7-16-08* 112 diagram of wireless Bldg *Full*