UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI | : | |
| vs. | : | CASE NO. 3:02CV908(CFD) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY | : | |

## JUDGMENT

This action came before the Court for a trial by jury before the Honorable Christopher F. Droney, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff on claim one in the amount of $20,000.00 in compensatory damages and $80,000.00 in punitive damages, and further it is

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant on claim two.

Dated at Hartford, Connecticut, this 21st day of July, 2008.

Robin D. Tabora, Clerk

By \_\_\_\_\_/s/\_\_\_\_\_
Devorah Johnson
Deputy Clerk