UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
************************************************
KIMBERLY BACHIOCCHI,                 *
                                     *
              Plaintiff,             *   CIVIL ACTION NO. 3:02-CV-908 (CFD)
                                     *
        v.                           *
                                     *
THE SOUTHERN NEW ENGLAND             *
TELEPHONE COMPANY,                   *   JULY 31, 2008
                                     *
              Defendant.             *
                                     *
************************************************
```

## PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

Plaintiff filed a suit in the above-captioned matter alleging a cause of action arising under Title VII of the Civil Rights Act of 1964. A jury verdict issued in her favor on July 18, 2008 and the Court issued Judgment on July 21, 2008. Plaintiff is the prevailing party within the meaning of 42 U.S.C. §2000e-5(k). Pursuant to Fed. R. Civ. P. 54 she now files this motion seeking an award of costs and attorney's fees.

Plaintiff has supplied affidavits and a memorandum in support of this motion. In those supporting papers she sets forth her claims and calculations in detail. She seeks costs, including attorney's fees, as follows:

Costs as set forth on her Bill of Costs filed herewith;

Attorney's Fees in the amount of $196,828.25; and

Related Travel Expenses in the amount of $ 975.00.

          THE PLAINTIFF
          KIMBERLY BACHIOCCHI

By:
Peter E. Gillespie  (ct06554)
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax: (203) 454-5508
Email: petelaw@mac.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2008 a copy of this motion was filed and served by first class post upon anyone unable to accept electronic filing (as noted where applicable). Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lori B. Alexander, Esq.
Litter Mendelson
265 Church Street – Suite 300
New Haven, CT 06510

By: _____