## May, 2002

| 5/08/02 | Legal research concerning causes of action and how to properly plead them; Prepare draft Complaint | 5.50 |
|---------|----|------|
| 5/14/02 | Review draft with Ms. Bachiocchi | .50 |
| 5/24/02 | Finalize Complaint and complete summons and civil cover sheet | 4.25 |
| 5/28/02 | File Complaint with the Clerk and arrange for service | .50 |

Monthly Total                                                                 10.75

## June, 2002

| | | |
|---|---|---|
| 6/3/02 | Attend to service of complaint | .75 |
| 6/15/04 | Discussion with client | 4.00 |

Monthly Total      4.75

## July, 2002

| 7/17/02 | Telephone conference with Ms. Alexander concerning the Rule 26(f) planning meeting | .75 |
| 7/18/02 | Prepare and forward report | 1.75 |
| 7/19/02 | Confer with Ms. Bachiocchi | 2.25 |

| Monthly Total | 4.75 |

## August, 2002

| 8/02/02 | Revisions to Parties Planning Meeting Minute and transmission to Ms. Alexander | .75 |

| 8/28/02 | Respond to notice from the Court concerning Ms. Alexander's late filing of the 26(f) Report | 1.00 |

Monthly Total                                                                         1.75

**<u>October, 2002</u>**

| | | |
|---|---|---|
| 10/16/02 | Conference with Ms. Bachiocchi concerning damages | 3.50 |
| 10/20/02 | Prepare damage calculation and forward to Kim Bachiocchi for review | 2.25 |
| 10/22/02 | Telephone conference with Kim Bachiocchi concerning damages | .50 |
| 10/29/02 | Finalize Damage Calculation | 1.50 |
| 10/30/02 | Correspondence to Ms. Alexander | .25 |

Monthly Total                                                                    8.00

## **November, 2002**

11/08/02     Preparation and service of initial disclosures          2.25

Monthly Total                                                          2.25

## December, 2002

12/07/02       Prepare Plaintiff's Demands for Production and                    4.50
               Interrogatories


Monthly Total                                                                     4.50

## February, 2003

| | | |
|---|---|---|
| 2/24/03 | Discuss discovery issues with client | 1.75 |
| 2/25/03 | Re-Notice deposition of SNET and re-send Plaintiff's Demands for Production | .50 |
| 2/26/03 | Correspondence concerning changes to Joint Status Report | 1.00 |
| 2/28/03 | Meeting with Kim Bachiocchi | 4.50 |

| | |
|---|---|
| Monthly Total | 7.75 |

## **March, 2003**

| | | |
|---|---|---|
| 3/05/03 | Prepare first draft responses to Defendant's discovery demands | 5.75 |
| 3/26/03 | Discussion with Kim Bachiocchi | 2.50 |
| 3/28/03 | Work on responses | 2.00 |

Monthly Total                                    10.25

### April, 2003

| | | |
|---|---|---|
| 4/02/03 | Correspondence to Ms. Alexander | .25 |
| 4/30/03 | Correspondence to Ms. Alexander and Ms. Cannavino on various matters | 1.50 |
| | Monthly Total | 1.75 |

## May, 2003

| 5/3/03 | Review Defendant's initial disclosures | .75 |
| | Confer with Kim Bachiocchi | 4.00 |
| 5/12/03 | Attend Kim Bachiocchi's deposition | 3.00 |
| 5/20/03 | Prepare and forward a confidentiality agreement to Ms. Alexander for her review | 2.25 |
| 5/27/03 | Various correspondence to Ms. Alexander and to Ms. Cannavino | 1.50 |
| 5/31/03 | Correspondence to Ms. Alexander and to Ms. Cannavino | .75 |

Monthly Total                    12.25

## June, 2003

| | | |
|---|---|---|
| 6/03/03 | Telephone conference with Ms. Cannavino concerning discovery issues continued over three sessions | 4.50 |
| 6/05/03 | Correspondence to Ms. Bachiocchi | .50 |
| 6/08/03 | Begin review of files and documents for additional discovery materials | 2.75 |
| 6/12/03 | Prepare deposition notice and subpoena for Janice Vereb | .75 |
| 6/19-20/03 | Prepare supplementary discovery responses consistent with discussions with Ms. Cannavino | 7.50 |
| 6/20/03 | Prepare and serve deposition notices for Ms. Moffett and Messrs. Lorentzen, Vallario, West and Manouse | 1.50 |
| 6/25/03 | Prepare draft of subpoena for Nick Faiella | .25 |
| 6/27/03 | Various correspondence to Ms. Alexander and to Ms. Cannavino | 2.25 |
| | Telephone conference with Ms. Alexander concerning Dr. Kligfeld and correspondence to Dr. Kligfeld at her request | .75 |

Monthly Total                                                                 20.75

## July, 2003

| | | |
|---|---|---|
| 7/03/03 | Receive and review responses to proposed confidentiality agreement;  Incorporate requested revisions, prepare joint motion for confidentiality order and correspondence to  Ms. Alexander | .50 |
| 7/22/03 | Confer with Kim Ms. Bachiocchi | 3.50 |
| | Finalize notice of deposition and subpoena for Mr. Faiella | .25 |
| 7/23/03 | Correspondence to Ms. Alexander | .25 |
| 7/24/03 | Attend deposition of Kim Bachiocchi | 6.00 |
| 7/27/03 | Preparation for approaching depositions | 1.50 |
| 7/28/03 | Deposition of  Mr. Manouse | 3.00 |
| | Preparation for approaching depositions | 1.00 |
| 7/29/03 | Attend deposition of Laurie Moffett | 4.00 |
| 7/30/03 | Attend deposition of Janice Vereb | 3.50 |


Monthly Total                                                                          23.50

## August, 2003

| | | |
|---|---|---|
| 8/22/03 | Review case, prepare for future depositions and  areas of inquiry | 4.50 |
| | | |
| Monthly Total | | 4.50 |

## September, 2003

| | | |
|---|---|---|
| 9/02/03 | Notice the continued deposition of Ms. Vereb; Attend the deposition of James Sarfeh, M.D. | 3.25 |
| 9/04/03 | Correspondence to Ms. Alexander and re-notices of depositions | .75 |
| 9/5/03 | Attend the deposition of Janice Vereb | 4.50 |
| 9/09/03 | Re-notice deposition of Nick Faiella | .25 |
| 9/15/03 | Correspondence to Ms. Alexander and to Ms. Cannavino | .50 |
| 9/16/03 | Re-notice the deposition of Kevin West; Deposition preparation | 2.25 |
| 9/18/03 | Attend the deposition of Kevin West | 5.75 |
| 9/26/03 | Attend the deposition of Laurie Moffett | 1.50 |

Monthly Total                18.75

## October, 2003

| | | |
|---|---|---|
| 10/02/03 | Correspondence to Ms. Alexander | .50 |
| 10/23/03 | Preparation for approaching depositions; Re-notice the Faiella deposition | 4.50 |
| 10/24/03 | Attend the deposition of Dr. Zachariah | 4.75 |
| 10/27/03 | Attend the deposition of Nick Faiella | 4.75 |
| 10/31/03 | Attend the deposition of Nick Faiella | 6.75 |

Monthly Total                                                        21.25

## November, 2003

11/24/03     Correspondence to Ms. Cannavino                              .25

Monthly Total                                                            .25

## December, 2003

| | | |
|---|---|---:|
| 12/16/03 | Preparation and filing of a motion to extend time | .50 |
| 12/19/03 | Attend the deposition of Dr. Zachariah | 3.25 |
| Monthly Total | | 3.75 |

## January, 2004

| | | |
|---|---|---|
| 1/14/04 | Correspondence to Ms. Cannavino | .50 |
| 1/16/04 | Deposition of Dr. Zachariah | 4.75 |
| | Monthly Total | 5.25 |

## February, 2004

| | | |
|---|---|---|
| 2/6/04 | Draft and submit Plaintiff's confidential settlement statement to Special Master Psarakis | 2.00 |
| 2/11/04 | Attend settlement conference in Hartford | 8.00 |
| 2/25/04 | Attend deposition of Dr. Zachariah in New Haven | 1.50 |
| | Review subpoenae issued to four doctors by Defendant; Prepare a draft motion for a protective order; Multiple telephone calls with Ms. Cannavino; Resolution of this issue and confirming correspondence to Ms. Cannavino | 5.50 |
| 2/26/04 | Telephone conferences with Dr. Sarfey and Ms. Cannavino | .50 |

Monthly Total                                                                              17.50

## **March, 2004**

| | | |
|---|---|---|
| 3/31/04 | Correspondence to Ms. Cannavino | .25 |

| | |
|---|---|
| Monthly Total | 4.75 |

## April, 2004

| | | |
|---|---|---|
| 4/7/04 | Correspondence to Ms. Cannavino | .75 |
| 4/9/04 | Correspondence to Ms. Cannavino | .25 |
| 4/13/04 | Legal research concerning relevance of certain materials such as wage records and other items | 4.75 |
| | Prepare first draft of motion to compel and supporting brief | 3.50 |
| 4/14/04 | Prepare first draft of opposition to Defendant's motion to compel | 4.00 |
| 4/16/04 | Prepare draft affidavits in support of motion to compel; Finalize opposition to Defendant's motion | 4.75 |
| 4/17/04 | Finalize Plaintiff's motion to compel and supporting documents | 6.00 |
| 4/26/04 | Preparation of receipt to be used in connection with the delivery of the videotape | .25 |
| 4/28/04 | Legal research concerning the disclosure of experts; Correspondence to Ms. Cannavino;  Correspondence to Ms. Alexander | 5.50 |
| 4/30/04 | Correspondence to Ms. Cannavino | 1.50 |

Monthly Total                                                                31.25

## May, 2004

| | | |
|---|---|---|
| 5/03/04 | Attend the deposition of Psychological Health Asso. | 7.00 |
| 5/5/04 | Prepare draft of opposition to Defendant's request for an extension of time | 3.00 |
| 5/6/04 | Finalize objection | 2.00 |
| 5/11/04 | Attend the Deposition of Anna Lee Tirado, M.D. | 3.50 |
| 5/12/04 | Plaintiff motion to reconsider referral for a settlement conference | 1.50 |
| 5/17/04 | Preparation of a motion for a short extension of time to respond to Defendant's three pending motions to compel; Correspondence to Ms. Cannavino | 2.25 |
| 5/19/04 | Correspondence to Ms. Cannavino | .25 |
| 5/23/04 | Legal research concerning issue of attorney-client privilege | 3.75 |
| 5/24/04 | Correspondence to Ms. Alexander | .50 |
| 5/25/04 | Preparation of motion seeking a time limit for of Plaintiff's deposition | 1.50 |
| 5/26/04 | Prepare of first draft of opposition to Defendant's motions to compel | 4.00 |
| 5/28/04 | Finalize and serve opposition to  Defendant's motions to compel | 5.00 |
| 5/30/04 | Begin drafting Plaintiff's motion for a protective order | 3.75 |

Monthly Total                                                                                  38.00

## June, 2004

| | | |
|---|---|---|
| 6/1/04 | Attend the deposition of the Plaintiff; Finalize motion for a protective order, supplementing it with reference to the events at Plaintiff's deposition | 10.50 |
| 6/2/04 | Attend depositions of Edward Bachiocchi and Joseph Bordieri | 7.50 |
| 6/7/04 | Correspondence to Attorney Cannavino | .50 |
| 6/9/04 | Correspondence to Attorney Cannavino | .25 |
| 6/10/04 | Correspondence to Attorney Cannavino | .25 |
| 6/14/04 | Correspondence to Attorney Cannavino; Preparation of a receipt for the videotape | .50 |
| 6/22/04 | Correspondence to Ms. Cannavino | .25 |
| 6/22/04 | Begin draft opposition to Defendant's motion for order | 3.75 |
| 6/24/04 | Prepare draft affidavits supporting the opposition | 2.25 |
| 6/29/04 | Finalize opposition to Defendant's motion for order and supporting documents;  Prepare rebuttal to Defendant's Opposition to Plaintiff's motion for protective order; Miscellaneous motions to seal | 6.75 |
| | Finalize and serve Reply (# 107) to Defendant's opposition to Plaintiff's motion for a protective order (#87) with supporting affidavits | 3.75 |

Monthly Total                                                                32.50

**July, 2004**

| | | |
|---|---|---|
| 7/1/04 | Prepare affidavit and supporting motions for submission of materials for in camera inspection | 4.50 |
| 7/26/04 | Prepare supplemental affidavit and supporting motions for submission of additional materials for in camera inspection | 3.75 |
| 7/30/04 | Correspondence to Ms. Cannavino | .50 |

Monthly Total                                                                                        8.50

## August, 2004

| | | |
|---|---|---|
| 8/1/04 | Review Defendant's draft motion to compel and prepare draft response in an effort to achieve an amicable resolution | 4.75 |
| 8/2/04 | Finalize correspondence to Ms. Cannavino in response to Defendant's proposed motion to compel | 2.25 |
| 8/4/04 | Correspondence to Ms. Cannavino | .25 |
| 8/6/04 | Correspondence to Ms. Cannavino | .25 |
| 8/17/04 | Several letters to Ms. Alexander on a variety of topics | 1.25 |
| 8/24/04 | Begin draft opposition to Defendant's motion to compel dated August 4, 2004 | 3.50 |
| 8/26/04 | Finalize papers opposition to Defendant's motion to Compel  dated August 4, 2004 | 4.25 |

Monthly Total                                                                                     16.50

## September, 2004

| | | |
|---|---|---|
| 9/10/04 | Correspondence to Ms. Alexander | .50 |
| 9/15/04 | Correspondence to Dr. Zachariah | .25 |
| 9/16/04 | Correspondence to Ms. Alexander | .25 |
| | Correspondence to Ms. Cannavino | .50 |
| 9/17/04 | Preparation and filing of Plaintiff's motion for order concerning wage and benefit materials | 4.75 |
| 9/22/04 | Correspondence to Ms. Alexander | .50 |

Monthly Total                                                     6.75

## October, 2004

| | | |
|---|---|---|
| 10/03/04 | Preparation of Plaintiff's Objection to Ruling of the Magistrate Judge concerning privilege issues and service of same | 5.75 |
| 10/09/04 | Meeting with Kim Bachiocchi;  Preparation of supplemental discovery responses | 5.25 |
| 10/12/04 | Notice of Inadvertent Disclosure | .50 |
| 10/15/04 | Preparation of  a reply to Defendant's opposition to Plaintiff's motion for order | 2.50 |
| 10/19/04 | Correspondence to Ms. Cannavino | .75 |
| 10/20/04 | Correspondence to Ms. Alexander | .25 |
| 10/28/04 | Correspondence to Ms. Alexander | .25 |

Monthly Total                                                                                                15.25

## November, 2004

| | | |
|---|---|---|
| 11/05/04 | Correspondence to Ms. Alexander | .10 |
| 11/16/04 | Correspondence to Ms. Alexander | .10 |

Monthly Total                                                .20

## December, 2004

| | | |
|---|---|---|
| 12/14/04 | Attend the continued deposition of Kimberly Bachiocchi in New Haven | 6.00 |
| 12/28/04 | Correspondence to Ms. Alexander forwarding pharmacy records | .25 |

Monthly Total                                                            6.25

## February, 2005

| | | |
|---|---|---|
| 2/10/05 | Meeting with Ms. Bachiocchi | 2.50 |
| 2/15/05 | Attend the continued deposition of Kimberly Bachiocchi | 5.50 |

Monthly Total                                                          8.00

## April, 2005

| | | |
|---|---|---|
| 4/12/05 | Review Defendant's motion for summary judgment; Prepare outline of legal issues raised | 6.25 |
| 4/14/05 | Legal research concerning statute of limitations and hostile environment cases, including issues of hostile actions which have no overtly sexual meaning or content and the cumulative impact of multiple items | 6.00 |
| 4/19/05 | Legal research concerning the issue of retaliation | 2.25 |
| 4/22/05 | Research as to the extent of hostility necessary to permeate a working environment and alter the conditions of employment | 3.75 |

Monthly Total                                                              18.25

### May, 2005

| Date | Description | Hours |
|------|-------------|-------|
| 5/5/05 | Prepare a marked copy of Defendant's 73 paragraph Rule 56(a) statement noting the intended response; Begin review of depositions and other documents so as to marshal support for Plaintiff's responses | 7.75 |
| 5/6/05 | Continue review of materials so as to find specific support for Plaintiff's position | 6.25 |
| 5/9/05 | Prepare first draft of Plaintiff's Rule 56(a)(2) statement, ¶¶ 1-40 | 3.75 |
| 5/10/05 | Complete first draft of Plaintiff's Rule 56(a)(2) statement | 4.50 |
| 5/12/05 | Outline sequence of hostile actions in preparation for drafting Plaintiff's memorandum in opposition; Review earlier affidavits and other submissions; Review deposition transcripts of Mr. Manouse, Mr. Faiella and Ms. Moffett | 5.25 |
| 5/13/05 | Prepare first draft of fact section of memorandum | 8.25 |
| 5/17/05 | Review and supplement Plaintiff's Rule 56(a)(2) response | 2.75 |
| 5/18/05 | Prepare draft of legal argument concerning standards for summary judgment, the elements of an hostile environment claim and the caselaw arising thereunder | 4.00 |
| 5/19/05 | Complete draft of legal argument and revise fact section | 6.75 |
| 5/20/05 | Prepare Plaintiff's exhibits for duplication and submission | 4.75 |
| 5/21/05 | Review drafts with Ms. Bachiocchi<br>Finalize memorandum | 2.25<br>3.75 |
| 5/22/05 | Finalize Plaintiff's Rule 56(a)(2) statement<br>Prepare Plaintiff's documents for service | 2.75<br>2.00 |

Monthly Total 64.75

## July, 2005

| | | |
|---|---|---|
| 7/26/05 | Legal research as to the "single actor inference;" Preparation of a short sur-reply brief and motion for permission to file | 3.75 |
| 7/28/05 | Finalize and serve motion and proposed sur-reply | .75 |

Monthly Total                                                                4.50

**April, 2006**

| | | |
|---|---|---|
| 4/10/06 | Receipt and review of Defendant's motion for reconsideration | .75 |
| 4/24/06 | Legal research as to motions for reconsideration and the normal basis for such a motion | 1.75 |
| 4/26/06 | Preparation and service of an opposition to Defendant's request for reconsideration | 3.25 |

Monthly Total                                                                     5.75

**November, 2006**

| | | |
|---|---|---|
| 11/01/06 | Begin review of jury instructions which Plaintiff will request | 5.75 |
| 11/03/05 | Draft Plaintiff's requested jury instructions | 7.50 |
| 11/07/06 | Draft Plaintiff's requested voir dire; Confer with Ms. Bachiocchi; Revise accordingly | 4.75 |
| 11/08/06 | Revise Plaintiff's requested jury instructions; Prepare opening sections of Joint Trial Brief | 5.25 |
| 11/13/06 | Exchange materials with Ms. Alexander | .25 |
| 11/21/06 | Review Defendant's materials and prepare objections and comments as appropriate | 4.75 |
| 11/27/06 | Send materials to Ms. Alexander | .10 |
| 11/30/06 | Receive Ms. Alexander's materials and comments Confer with counsel; Discuss comments objections and Possible changes; Finalize materials | 6.50 |

Monthly Total                                                                                                     34.85

## December, 2006

12/18/06        Attend calendar call in Hartford concerning trial schedule        .50


Monthly Total                                                                    .50

**January, 2007**

1/31/07        Prepare and serve motion to extend time for trial                    .50

Monthly Total                                                                        .50

## April, 2008

| 4/14/08 | Participate in status conference with the Court | .25 |
|---|---|---|
| 4/17/08 | Participate in status conference with the Court | .25 |
| 4/21/08 | Preparation of draft motion in limine concerning Defendant's retained expert | 4.75 |
| 4/29/08 | Organize and duplicate exhibits for exchange | 3.50 |
| 4/30/08 | Delivery of Plaintiff's exhibits to Defendant | .25 |

Monthly Total                                                               9.00

## May, 2008

| | | |
|---|---|---|
| 5/02/08 | Finalize motion in limine as to Defendant's expert | 1.25 |
| 5/03/08 | Receive and review Defendant's exhibits | .50 |
| 5/04/08 | Prepare objections to Defendant's proposed exhibits | 4.25 |
| 5/06/08 | Attend pre-trial conference and associated settlement conference; Confer with Plaintiff | 2.25 |
| 5/08/08 | Participate by telephone in continued conference concerning settlement; Continued conversation with Defendant's counsel following conference | .50 |
| 5/09/08 | Preparation of opposition to motion in limine concerning Faiella | 4.25 |
| 5/12/08 | Preparation of opposition to motions in limine concerning events beyond the limitations period and Dr. Zachariah | 6.75 |
| 5/14/08 | Finalize and serve oppositions; Continued settlement conference in Hartford | 2.25 |
| 5/20/08 | Prepare for argument on outstanding motions | 4.25 |
| 5/21/08 | Attend Court for argument on motions | 3.50 |

Monthly Total                                                                                       29.75

## June, 2008

| | | |
|---|---|---|
| 6/17/08 | Preparation for Daubert hearing | 5.75 |
| 6/18/08 | Attend Court for jury selection | 3.25 |
| 6/19/08 | Attend Court for Daubert hearing | 5.25 |
| 6/23/08 | Preparation and service of post-hearing brief | 1.50 |
| 6/26/08 | Preparation for trial | 4.50 |
| 6/27/08 | Preparation for trial | 2.25 |
| 6/30/08 | Preparation for trial | 4.50 |

Monthly Total                                                    27.00

## July, 2008

| 7/01/08 | Preparation for trial | 6.00 |
|---------|----------------------|------|
| 7/02/08 | Preparation for trial | 5.25 |
| 7/03/08 | Preparation for trial | 2.50 |
| 7/04/08 | Preparation for trial | 7.00 |
| 7/05/08 | Preparation for trial | 8.50 |
| 7/06/08 | Preparation for trial | 5.00 |

| 7/07/08 | Attend trial in Hartford | 7.50 |
|---------|--------------------------|------|
|         | Additional Preparation   | 4.00 |

| 7/08/08 | Attend trial in Hartford | 7.50 |
|---------|--------------------------|------|
|         | Additional Preparation   | 2.25 |

| 7/09/08 | Attend trial in Hartford | 7.50 |
|---------|--------------------------|------|
|         | Confer with Plaintiff    | 1.75 |
|         | Additional Preparation   | 3.25 |

| 7/10/08 | Attend trial in Hartford | 7.50 |
|---------|--------------------------|------|
|         | Confer with Plaintiff    | 2.00 |

| 7/12/08 | Trial Preparation | 5.00 |
|---------|-------------------|------|

| 7/13/08 | Trial Preparation | 6.75 |
|---------|-------------------|------|

| 7/14/08 | Attend trial in Hartford | 7.50 |
|---------|--------------------------|------|
|         | Additional Preparation   | 3.75 |

| 7/15/08 | Attend trial in Hartford | 7.50 |
|---------|--------------------------|------|
|         | Confer with Plaintiff    | 1.25 |
|         | Additional Preparation   | 1.50 |

| 7/16/08 | Attend trial in Hartford | 7.50 |
|---------|--------------------------|------|
|         | Additional Preparation   | 4.00 |

| 7/17/08 | Attend charge conference; Present closing argument | 7.50 |
| | Confer with Plaintiff | .75 |
| 7/18/08 | Attend jury deliberations in Hartford; Receive verdict | 2.75 |
| 7/28/08 | Prepare opposition to motion for judgment as a matter of law | 4.50 |
| 7/30/08 | Prepare motion for costs and fees | 5.75 |

Monthly Total                                                         143.50