BACHIOCCHI V. SNET                    Summary of Hours

2002                                         2005
    May            10.75                February        8.00
    June            4.75                April          18.25
    July            4.75                May            64.75
    August          1.75                July            4.50
    October         8.00
    November        2.25                Annual Total   95.50
    December        4.50

    Annual Total   36.75            2006
                                                 April           5.75
                                                 November       34.85
2003                                             December         .50
    February        7.75
    March          10.25                Annual Total   41.10
    April           1.75
    May            12.25
    June           20.75            2007
    July           23.50                January         .50
    August          4.50
    September      18.75                Annual Total    .50
    October        21.25
    November         .25
    December        3.75
                                             2008
    Annual Total  124.75                April           9.00
                                                 May            29.75
                                                 June           27.00
2004                                             July          143.50
    January         5.25
    February       17.50                Annual Total  209.25
    March           4.75
    April          31.25
    May            38.00
    June           32.50
    July            8.50
    August         16.50
    September       6.75
    October        15.25
    November         .20
    December        6.25

    Annual Total  182.70