# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

11/12/2003                                                         INVOICE # 29682

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

RE:   Bachiocchi v. SNET

DEPOSITION OF Nicholas Faiella
TAKEN ON October 27, 2003

| | |
|---|---:|
| MINISCRIPT | |
| TRANSCRIPTS | 287.50 |
| APPEARANCE FEE | 75.00 |
| JURAT PREPARATION | 10.00 |
| SUBTOTAL | 372.50 |
| SALES TAX | 22.35 |
| TOTAL | 394.85 |
| POSTAGE | 5.85 |
| GRAND TOTAL | $400.70 |

EIN: 06-1464733

**PAYMENT DUE UPON RECEIPT**

REPORTER: JACINDA A. GRIGAITIS

*PD 11-25-* (handwritten)

*Please refer to invoice number when remitting.*

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

11/13/2003

**INVOICE #** 29684

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

RE:   Bachiocchi v. SNET

DEPOSITION OF Nicholas Faiella
TAKEN ON October 31, 2003

*[handwritten: PD 11-25-03]*

| | |
|---|---:|
| MINISCRIPT | |
| TRANSCRIPTS | 917.50 |
| APPEARANCE FEE | 75.00 |
| JURAT PREPARATION | 10.00 |
| SUBTOTAL | 1002.50 |
| SALES TAX | 60.15 |
| TOTAL | 1062.65 |
| POSTAGE | 8.40 |
| GRAND TOTAL | $1071.05 |

EIN: 06-1464733

**PAYMENT DUE UPON RECEIPT**

*REPORTER: JACINDA A. GRIGAITIS*

Please refer to invoice number when remitting.

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

8/6/2003                                                                INVOICE #    29619

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

RE:   Kimberly Bachioochi v. SNET

DEPOSITION OF Christopher Manouse
TAKEN ON July 28, 2003

| | |
|---|---:|
| MINISCRIPT | |
| TRANSCRIPTS | 448.75 |
| APPEARANCE FEE | 75.00 |
| JURAT PREPARATION | 10.00 |
| SUBTOTAL | 533.75 |
| SALES TAX | 32.03 |
| TOTAL | 565.78 |
| POSTAGE | 5.30 |
| GRAND TOTAL | $571.08 |

EIN:  06-1464733

PAYMENT DUE UPON RECEIPT          PAID

REPORTER:  JACINDA A. GRIGAITIS

Please refer to invoice number when remitting.

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

8/8/2003                                                   INVOICE #    29621

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

RE:    Kimberly Bachioochi v. SNET

DEPOSITION OF Laurie Moffett
TAKEN ON July 29, 2003

| | |
|---|---:|
| MINISCRIPT | |
| TRANSCRIPTS | 403.75 |
| APPEARANCE FEE | 75.00 |
| JURAT PREPARATION | 10.00 |
| SUBTOTAL | 488.75 |
| SALES TAX | 29.33 |
| TOTAL | 518.08 |
| POSTAGE | 4.75 |
| GRAND TOTAL | $522.83 |

EIN:  06-1464733

**PAYMENT DUE UPON RECEIPT**

REPORTER:  JACINDA A. GRIGAITIS

Please refer to invoice number when remitting.

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

10/10/2003

**INVOICE #** 29659

Peter Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

RE:   Kimberly Bachiocchi v. SNET

DEPOSITION OF Laurie Moffett
TAKEN ON September 26, 2003

| | |
|---|---:|
| MINISCRIPT | |
| TRANSCRIPTS | 148.75 |
| APPEARANCE FEE | 75.00 |
| JURAT PREPARATION | 10.00 |
| SUBTOTAL | 233.75 |
| SALES TAX | 14.03 |
| TOTAL | 247.78 |
| POSTAGE | 3.95 |
| GRAND TOTAL | $251.73 |

EIN:  06-1464733

**PAYMENT DUE UPON RECEIPT**

*REPORTER:  JACINDA A. GRIGAITIS*

**Please refer to invoice number when remitting.**

# INVOICE

## Del Vecchio Reporting Services, LLC
*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

8/12/2003                                   INVOICE #    29623

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

RE:   Kimberly Bachiocchi v. SNET

DEPOSITION OF Janice Vereb
TAKEN ON July 30, 2003

| | |
|---|---:|
| MINISCRIPT | |
| TRANSCRIPTS | 351.25 |
| APPEARANCE FEE | 75.00 |
| JURAT PREPARATION | 10.00 |
| SUBTOTAL | 436.25 |
| SALES TAX | 26.18 |
| TOTAL | 462.43 |
| POSTAGE *Including Read and Sign* | 8.70 |
| GRAND TOTAL | $471.13 |

EIN:  06-1464733

**PAYMENT DUE UPON RECEIPT**

REPORTER:   JACINDA A. GRIGAITIS

Please refer to invoice number when remitting.

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

9/11/2003

**INVOICE #** 29641

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

RE:   Kimberly Bachiocchi v. The Southern New England Telephone Company

DEPOSITION OF Janice Vereb
TAKEN ON September 5, 2003

*Paid*

| | |
|---|---:|
| MINISCRIPT | |
| TRANSCRIPTS | 460.00 |
| APPEARANCE FEE | 75.00 |
| JURAT PREPARATION | 10.00 |
| SUBTOTAL | 545.00 |
| SALES TAX | 32.70 |
| TOTAL | 577.70 |
| POSTAGE  Includes delivery of the read and sign. | 9.25 |
| GRAND TOTAL | $586.95 |

EIN: 06-1464733

**PAYMENT DUE UPON RECEIPT**

REPORTER: JACINDA A. GRIGAITIS

**Please refer to invoice number when remitting.**

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

9/28/2003                                             INVOICE #   29653

*Peter E. Gillespie, Esq.*
*46 Riverside Avenue*
*Westport, CT 06880*

RE:   *Kimberly Bachiocchi v. The Southern New England Telephone Company*

*DEPOSITION OF Kevin West*
*TAKEN ON September 18, 2003*

| | |
|---|---:|
| MINISCRIPT | |
| TRANSCRIPTS | 565.00 |
| APPEARANCE FEE | 75.00 |
| JURAT PREPARATION | 10.00 |
| SUBTOTAL | 650.00 |
| SALES TAX | 39.00 |
| TOTAL | 689.00 |
| POSTAGE | 6.30 |
| GRAND TOTAL | $695.30 |

*EIN:  06-1464733*

**PAYMENT DUE UPON RECEIPT**

*REPORTER:  JACINDA A. GRIGAITIS*

**Please refer to invoice number when remitting.**