UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************************
KIMBERLY BACHIOCCHI,        *
       *
    Plaintiff,        * CIVIL ACTION NO. 3:02-CV-908(CFD)
       *
v.        *
       *
THE SOUTHERN NEW ENGLAND        *
TELEPHONE COMPANY,        * JULY 24, 2008
       *
    Defendant.        *
       *
*********************************************

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ATTORNEY FEES

STATE OF CONNECTICUT:
                : SS. *New Canaan*
COUNTY OF FAIRFIELD   :

I, LIVIA D. BARNDOLLAR, being duly sworn, depose and state as follows:

1. I am over 18 years of age and I believe in the obligations of an oath.

{00059170.DOC}

2. I am admitted to the Bar of the United States District Court for the District of Connecticut and the Bar for the State of Connecticut, among others.

3. I have practiced law in Connecticut since November, 1981. Currently, I am a partner of the law firm of Marvin, Ferro, Barndollar & Roberts, LLC, located in New Canaan, Connecticut. I practice exclusively in the area of family law. I am also the President of the Connecticut Bar Association, although I make this affidavit as an individual based upon personal knowledge.

4. My billing rate is $ 525.00 per hour. I sometimes adjust that rate, depending on specialized needs or the complexity of a matter. However, I do not bill my time at a rate lower than $ 475.00 per hour. As a family law practitioner, I represent individuals. My individual clients are willing to pay my fees at the hourly rate set forth above.

5. From time to time in the course of my practice, I see fee applications filed by other lawyers who are also family law practitioners representing individuals. Those applications commonly seek fees based upon hourly rates ranging from $350 to $650 per hour. Some seek reimbursement for still higher rates.

6. I am familiar with Mr. Gillespie's experience and skills. He and I worked together as law partners from January,1989 to September, 1995 practicing under the firm name of Gillespie & Barndollar. In the years since, I have referred cases to him from time to time and I follow up on those referrals.

{00059170.DOC}

I have also sought his counsel in labor related issues in my divorce matters and have personally reviewed his work product in those matters. He has also spoken about labor and employment matters at Bar Association programs, at my request. I believe him to be an experienced and skilled advocate in the area of labor and employment, including cases involving gender discrimination and issues of sexual harassment.

7. Based upon my own billing practices, my observations of the billing practices of other attorneys, such information as I have gleaned from my work with the Bar Association and my view of Mr. Gillespie's experience and skill, I believe that his billing rate of $295/hour is quite reasonable and consistent with, if not less than, the rate at which I would expect him to bill for his time.

I have read the foregoing statement and I swear that it is true to the best of my knowledge and belief, so help me God.

_____
Livia D. Barndollar (CT 06061)
Marvin, Ferro, Barndollar & Roberts, LLC
220 Elm Street
New Canaan, CT 06840

Subscribed and sworn to before me
this 24th day of July, 2008.

_____
Notary Public / Comm. Of the Superior Court
VALERIE J. CANADA    My Commission Expires: 6/30/2012

{00059170.DOC}