UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BACHIOCCHI, | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION NO. 3:02-CV-908(CFD) |
| v. | * |
| | * |
| THE SOUTHERN NEW ENGLAND | * |
| TELEPHONE COMPANY, | * JULY 31, 2008 |
| | * |
| Defendant. | * |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
APPLICATION FOR ATTORNEY FEES**

STATE OF CONNECTICUT :
                       : SS.
COUNTY OF FAIRFIELD :

    I, ROBERT B. MITCHELL, being duly sworn, depose and state as follows:

2. I am a admitted to the Bars of the United States District Courts for the District of Connecticut, the Southern and Eastern Districts of New York, the Eastern and Western Districts of Louisiana, the Second, Fifth and Eleventh United States Courts of Appeal, the United States Supreme Court and the States of Connecticut, New York and Louisiana.

3. I have practiced law in Connecticut, since December, 1987 and during that period of time I have been primarily engaged in the practice of labor and employment law. From 1980 until 1988, I practiced law in New Orleans, Louisiana, and was primarily engaged in labor and employment matters there as well. Currently, I am an equity partner in law firm of Pullman & Comley, maintaining my main office in Bridgeport, Connecticut. I am a member of the labor and employment law practice group of the firm's Litigation Department.

4. On a state-wide basis, my minimum billing rate is $370.00 per hour. I sometimes adjust that rate upward or downward, depending on the location of the work and its complexity.

5. From time to time in the course of my practice, I see fee applications filed by other lawyers. Primarily this would occur in employment discrimination cases where a lawyer seeks fees for his representation of a Plaintiff, typically an

developments in the law with him periodically. I believe him to be an experienced and skilled advocate in the area of labor and employment, including cases arising under Title VII.

7. Based upon my own billing practices, my observations of the billing practices of other attorneys in the field of labor and employment, and my view of Mr. Gillespie's experience and skill, I believe that his billing rate of $295/hour is reasonable and consistent with, if not less than, the rate at which I would expect him to bill for his time.

I have read the foregoing statement and I swear that it is true to the best of my knowledge and belief, so help me God.

_____
Robert B. Mitchell (ct 02662)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

Subscribed and sworn to before me this 30th day of July, 2008.