# INVOICE

## Del Vecchio Reporting Services, LLC

Professional Shorthand Reporters
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

7/8/2004

**INVOICE #**    29831

Peter Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

RE:    Kimberly Bachiocchi v. SNET

DEPOSITION OF Edward Bachiocchi
TAKEN ON June 2, 2004

| | |
|---|---:|
| MINISCRIPT | |
| TRANSCRIPTS | 408.00 |
| APPEARANCE FEE | |
| JURAT PREPARATION | |
| SUBTOTAL | 408.00 |
| SALES TAX | 24.48 |
| TOTAL | 432.48 |
| POSTAGE | 5.85 |
| GRAND TOTAL | $438.33 |

EIN: 06-1464733

*PAYMENT DUE UPON RECEIPT*

REPORTER: JACINDA A. GRIGAITIS

**Please refer to invoice number when remitting.**

Back side    4047

4048

PETER E. GILLESPIE, ESQ.
P.O. BOX 3416 SAUGATUCK STATION
WESTPORT, CT 06880

HUDSON UNITED BANK
WESTPORT, CT 06880
55-1500212

7/29/2003

PAY TO THE ORDER OF   Del Vecchio Reporting      $ **299.98

Two Hundred Ninety-Nine and 98/100************************************  DOLLARS

Del Vecchio Reporting
117 Randi Drive
Madison, CT 06443

MEMO  Bachlocchii Depo: Inv. No. 13,681

⑆004048⑆ ⑈02120150 3⑈   000405383⑆

13486000070    4048    299.98

DEL VECCHIO REPORTING
FOR DEPOSIT ONLY
9369323142

3829    1498

JUL 25 00

INCLEARING-HUB-RN-0002
07/26/03    1348600070

# INVOICE

## Del Vecchio Reporting Services, LLC
*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

*7/29/2003*

**INVOICE #** 29616

*Peter E. Gillespie, Esq.*
*46 Riverside Avenue*
*Westport, CT 06880*

RE:  *Kimberly Bachiocchi v. SNET*

*DEPOSITION OF Kimberly Bachiocchi*
*TAKEN ON July 24, 2003*

| | |
|---|---:|
| *MINISCRIPT* | |
| *TRANSCRIPTS* | *506.00* |
| *APPEARANCE FEE* | |
| *JURAT PREPARATION* | |
| *SUBTOTAL* | *506.00* |
| *SALES TAX* | *30.36* |
| *TOTAL* | *536.36* |
| *POSTAGE* | *5.30* |
| *GRAND TOTAL* | *$541.66* |

*EIN:  06-1464733*

*PAYMENT DUE UPON RECEIPT*

*REPORTER:  JACINDA A. GRIGAITIS*

**Please refer to invoice number when remitting.**

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

6/4/2004                                      INVOICE #      29813

Peter E. Gillespie, Esq.
46 Riverside Avenue                                    PD
Westport, CT 06880

RE:   Kimberly Bachiocchi v. SNET

DEPOSITION OF Kimberly Bachiocchi
TAKEN ON June 1, 2004

| | |
|---|---:|
| MINISCRIPT | |
| TRANSCRIPTS | 360.00 |
| APPEARANCE FEE | |
| JURAT PREPARATION | |
| SUBTOTAL | 360.00 |
| SALES TAX | 21.60 |
| TOTAL | 381.60 |
| POSTAGE | 4.75 |
| GRAND TOTAL | $386.35 |

EIN:  06-1464733

*PAYMENT DUE UPON RECEIPT*

*REPORTER:  JACINDA A. GRIGAITIS*

**Please refer to invoice number when remitting.**

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

INVOICE # 12310

JANUARY 7, 2005

PETER GILLESPIE, ESQ.
46 RIVERSIDE AVENUE
WESTPORT, CT  06880
203-227-7000 PHONE
203-454-5508 FAX

RE:   KIMBERLY BACHIOCCHI VS SOUTHERN NEW ENGLAND TELEPHONE COMPANY
      DEPOSITION OF KIMBERLY BACHIOCCHI 12/14/04
      FEDERAL DEPOSITION COPY ORDERED ON THE RECORD

| | |
|---|---|
| TRANSCRIPT FEE | $560.00 |
| MINI ASCII | $ 30.00 |
| SUB TOTAL | $590.00 |
| TAX | $ 35.40 |
| SHIPPING | $ 10.00 |
| **TOTAL DUE UPON RECEIPT** | **$635.40** |

EIN 06-1464733

*Please refer to invoice number when remitting.*

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

2/25/2005                                     INVOICE # 29965

Peter Gillespie, Esq.            Phone: 203-227-7000
46 Riverside Avenue              Fax: 203-454-5508
Westport, CT 06880

RE:   Bachiocchi v. SNET

   DEPOSITION OF Kimberly Bachiocchi
   TAKEN ON February 15, 2005

| | |
|---|---|
| MINISCRIPT | 25.00 |
| TRANSCRIPTS | 404.00 |
| APPEARANCE FEE | |
| JURAT PREPARATION | |
| SUBTOTAL | 429.00 |
| SALES TAX | 25.74 |
| TOTAL | 454.74 |
| POSTAGE | 5.30 |
| GRAND TOTAL | $460.04 |

EIN: 06-1464733

*PAYMENT DUE UPON RECEIPT*

*REPORTER: JACINDA A. GRIGAITIS*

**Please refer to invoice number when remitting.**