UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
************************************************
KIMBERLY BACHIOCCHI,              *
                                  *
            Plaintiff,            *   CIVIL ACTION NO. 3:02-CV-908 (CFD)
                                  *
    v.                            *
                                  *
THE SOUTHERN NEW ENGLAND          *
TELEPHONE COMPANY,                *   JULY 31, 2008
                                  *
            Defendant.            *
                                  *
************************************************
```

## AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

STATE OF CONNECTICUT:
                        : SS. Westport
COUNTY OF FAIRFIELD  :

I, Peter E. Gillespie, being duly sworn, depose and state as follows:

1. I am admitted to the Bar of the United States District Court for the District of Connecticut as well as the Bar of the State of Connecticut.

2. I began to practice law when I was employed by Region 2 of the National Labor Relations Board commencing in 1976. Thereafter, in 1979, I came to Connecticut where I was employed as an associate attorney in the labor department of Cummings & Lockwood. I have continued to engage in the private practice of law

in Connecticut since that time.  My practice always has focused primarily on labor and employment cases.

3.     I have represented the Plaintiff in the above-captioned case since its inception.

4.     I have maintained a record of my time spent working on this case.  I created that record on a contemporaneous basis and the information is stored in a computerized format. The detail of actual time spent, set forth month by month, is provided as Exhibit A.   The monthly totals from these records were then compiled and set forth on a summary of my time on an annual basis, attached as Exhibit B.

5.     From the inception of this case in 2002 through and including year end 2004 I billed my time at the rate of $275/hr.  Commencing in January, 2005 my billing rate increased to $295/hr.  I believe that my hourly rate is reasonable for someone of my training and experience in this geographic area.  Affidavits from two practicing lawyers, Attorneys Livia Barndollar and Robert Mitchell, are submitted herewith in support of this fact.

6.     In the period 2002 through 2004 I worked a total of 344.2 hours on this matter.  That represents a total value of $94,655.00.  For the remaining period, 2005 through today, I have spent an additional 346.35 hours, for a value of $102,173.25 during that period.  The overall total of my time spent in the service of this matter is $196,828.25.

7.     During the months of May, June and July, 2008 I traveled to Court on 13 occasions : the pre-trial conference on May 6; a settlement conference on May 14; jury selection on June 18; the Daubert hearing on June 19; and trial on July 7, 8, 9,

10, 14, 15, 16, 17 and 18.  For each trip I incurred a parking fee of $10 and round trip mileage of 130 miles at 50¢/mile.  Each trip cost $75.  The total travel expenses were $975.

      8.    In prosecuting this matter, Plaintiff took the depositions of five individuals, Nicholas Faiella, Christopher Manouse, Laurie Moffett, Janice Vereb, and Kevin West.  All of them testified during the course of the trial.  Each of the depositions was necessary for the preparation of the case.  Copies of the bills for the transcripts, all of which have been paid by Plaintiff, are attached as Exhibit C.  The total of these bills is $4,570.77.

      9.    In addition, Defendant deposed six individuals, Kimberly Bachiocchi, Ed Bachiocchi, Dr. Sarfeh, Dr. Tirado, Dr. Zachariah and Psy. Health Asso. by Patricia Morisse.  In order to adequately prepare, it was necessary for Plaintiff to order copies of the transcripts of these depositions.  With one exception, copies of the bills for these transcripts, all of which have been paid by Plaintiff, are attached as Exhibit D. The bill for Plaintiff's first deposition session of May 12, 2003 has been misplaced.  In its place I have provided a copy of my cancelled check paid to the reporting service. The total of these bills is $4,393.61.  Total transcript costs were $8,964.38.

      10.    During discovery Plaintiff caused two subpoenae to be issued and served on Mr. Faiella and Ms. Vereb.  In preparation for trial, Plaintiff issued subpoenae to Ms. Vereb, Mr. Manouse and Dr. Sarfeh, all of whom appeared at trial and testified. Bills are attached as Exhibit E. Total costs for service of subpoenae were $441.92.

      11.    The filing fee for the complaint in this matter was $150.

12. To summarize, Plaintiff seeks to be awarded the following fees and costs:

| | | |
|---|---|---:|
| A. | Attorney's Fees | $196,828.25 |
| B. | Travel Expenses | 975.00 |
| C. | Deposition Transcripts | 8,964.38 |
| D. | Service of Subpoenae and Witness fees | 441.92 |
| E. | Filing Fee | 150.00 |

I have read the foregoing affidavit and I swear that it is true to the best of my knowledge and belief, so help me God.

*/s/ Peter E. Gillespie*

By:
Peter E. Gillespie  (ct06554)
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax: (203) 454-5508
Email: petelaw@mac.com

Subscribed and sworn to before
Me this 31st day of July, 2008.

_____/s/_____
Susan A Moch
Commissioner of the Superior Court

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 31, 2008 a copy of this affidavit was filed and served by first class post upon anyone unable to accept electronic filing (as noted where applicable). Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lori B. Alexander, Esq.
Litter Mendelson
265 Church Street – Suite 300
New Haven, CT 06510

By: *[signature]*