# INVOICE

## Del Vecchio Reporting Services, LLC
*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

**INVOICE #** 33519

Saturday, September 13, 2003

TO: Law Office of Peter Gillespie
46 Riverside Avenue
Westport Connecticut, 06880
ATTN: Peter E. Gillespie, Esquire
Phone:  203-227-7000
Fax:

IN RE: Kimberly Bachiocchi vs. The Southern New England Telephone Co.

Deposition of James Sarfeh, M.D., taken on Tuesday, September 02, 2003

| | |
|---|---|
| Transcripts (1) | $164.00 |
| Appearance fee | $0.00 |
| Jurat Prep. | $0.00 |
| ASCII | $0.00 |
| E-Trans | $0.00 |
| Rough Disk | $0.00 |
| Condensed | $0.00 |
| Copies | $0.00 |
| Subtotal | $164.00 |
| CT Sales Tax | $9.84 |
| Shipping | ~~$375.00~~  3.95 |
| GRAND TOTAL...................... | ~~$548.84~~  177.79 |

Thank you,
Meghan English, Reporter

DUE UPON RECEIPT
Tax ID No. 06-1464733

*Please refer to invoice number when remitting.*

## CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402  FAX 203-845-0398



PD

# INVOICE

Peter E. Gillespie, Esquire
Law Offices of Peter E. Gillespie
46 Riverside Avenue
Westport, CT 06880

June 5, 2004
Tax I.D. No. 06-1366246

FOR PROFESSIONAL SERVICES RENDERED:

In re: **Kimberly Bachiocchi vs. The Southern New England Telephone Co.**

| | |
|---|---:|
| Copy of Deposition of Anna Lee Tirado, M.D. (May 11, 2004) | $297.50 |
| Subtotal | $297.50 |
| Shipping & Handling | $6.40 |
| 6% Sales Tax | $18.23 |
| **TOTAL DUE** | **$322.13** |

Reporter: D. M.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT.  THANK YOU.

**TERMS: NET 30.  INTEREST AT 1.5% PER MONTH THEREAFTER.**
*We accept MasterCard & Visa.*

18743%

# CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203·846·3402  FAX 203·845·0398



# INVOICE

*Pd*

Peter E. Gillespie, Esquire
46 Riverside Avenue
Westport, CT 06880

November 7, 2003
Tax I.D. No. 06-1366246

FOR PROFESSIONAL SERVICES RENDERED:

In re:  **Kimberly Bachiocchi vs. The Southern New England Telephone Co.**

| | |
|---|---:|
| Copy of Deposition of Dr. Gary S. Zachariah (October 24, 2003) | $385.00 |
| Subtotal | $385.00 |
| Shipping & Handling | $4.85 |
| 6% Sales Tax | $23.39 |
| **TOTAL DUE** | **$413.24** |

Reporter: T. F.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT.  THANK YOU.

**TERMS: NET 30.  INTEREST AT 1.5% PER MONTH THEREAFTER.**
*We accept MasterCard & Visa.*

29360%

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

*1/5/2004*                                                     **INVOICE #**   29711

*Peter E. Gillespie, Esq.*
*46 Riverside Avenue*
*Westport, CT 06880*

RE:   *Bachiocchi v. SNET*

   *DEPOSITION OF Gary S. Zachariah, Ph.D.*
   *TAKEN ON December 19, 2003*

| | |
|---|---:|
| *MINISCRIPT* | |
| *TRANSCRIPTS* | 376.00 |
| *APPEARANCE FEE* | |
| *JURAT PREPARATION* | |
| *SUBTOTAL* | 376.00 |
| *SALES TAX* | 22.56 |
| *TOTAL* | 398.56 |
| *POSTAGE* | 4.75 |
| *GRAND TOTAL* | *$403.31* |

*EIN: 06-1464733*

*PAYMENT DUE UPON RECEIPT*

*REPORTER: JACINDA A. GRIGAITIS*

**Please refer to invoice number when remitting.**

# INVOICE

## Del Vecchio Reporting Services, LLC

**Professional Shorthand Reporters**
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

1/30/2004

**INVOICE #**    23012

Peter Gillespie, Esq.
46 Riverside Ave
P.O. Box 3416
Westport, CT 06880

RE:    Kimberly Bachiocchi v. SNET

DEPOSITION OF Dr. Gary Zachariah
TAKEN ON January 16, 2004

| | |
|---|---|
| MINISCRIPT | 25.00 |
| TRANSCRIPTS, 1 copy | 154.00 |
| APPEARANCE FEE | |
| JURAT PREPARATION | |
| SUBTOTAL | 179.00 |
| SALES TAX | 10.74 |
| TOTAL | 189.74 |
| POSTAGE | 3.95 |
| GRAND TOTAL | $193.69 |

EIN: 06-1464733

*PAYMENT DUE UPON RECEIPT*

REPORTER: SUZANNE A. LEVESQUE

**Please refer to invoice number when remitting.**

## CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402  FAX 203-845-0398



# INVOICE

Peter E. Gillespie, Esquire  
46 Riverside Avenue  
Westport, CT 06880

March 12, 2004  
Tax I.D. No. 06-1366246

---

FOR PROFESSIONAL SERVICES RENDERED:

In re: **Kimberly Bachiocchi vs. The Southern New England Telephone Co.**

| | |
|---|---|
| Copy of Deposition of Gary S. Zachariah (February 25, 2004) | $110.00 |

| | |
|---|---|
| Subtotal | $110.00 |
| Shipping & Handling | $4.85 |
| 6% Sales Tax | $6.89 |
| **TOTAL DUE** | **$121.74** |

Reporter: L. T. C.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT. THANK YOU.

**TERMS: NET 30. INTEREST AT 1.5% PER MONTH THEREAFTER.**
*We accept MasterCard & Visa.*

8735%

# CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203·846·3402  FAX 203·845·0398



## INVOICE

Peter E. Gillespie, Esquire
Law Offices of Peter E. Gillespie
46 Riverside Avenue
Westport, CT 06880

June 2, 2004
Tax I.D. No. 06-1366246

---

FOR PROFESSIONAL SERVICES RENDERED:

In re:  **Kimberly Bachiocchi vs. The Southern New England Telephone Co.**

| | |
|---|---:|
| Copy of Deposition of Patricia Morisse (May 3, 2004) | $195.00 |
| Subtotal | $195.00 |
| Shipping & Handling | $5.40 |
| 6% Sales Tax | $12.02 |
| **TOTAL DUE** | **$212.42** |

Reporter:  D. M.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT.  THANK YOU.

**TERMS: NET 30.  INTEREST AT 1.5% PER MONTH THEREAFTER.**
*We accept MasterCard & Visa.*

12285%