UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KIMBERLY BACHIOCCHI,** | : |
| Plaintiff, | : |
| | : Civil Action No.: 02-CV-908 (CFD) |
| v. | : |
| **THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | : |
| Defendant. | : August 4, 2008 |

## DEFENDANT SNET'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Rules 50(a) and 50(b) of the Federal Rules of Civil Procedure, the defendant, Southern New England Telephone Company, Inc. ("SNET"), hereby renews and clarifies its Motion for Judgment as a Matter of Law and supplement thereto filed at the close of evidence, to the extent these pleadings related to plaintiff's claim of sexual harassment under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-2(a)(1), and the Connecticut Fair Employment Practices Act ("FEPA"), Conn. Gen. Stat. §46a-60 et seq. SNET also moves that judgment be entered in its favor on plaintiff's punitive damages claim and on SNET's Faragher/Ellerth affirmative defense. It makes this motion because the evidence presented at trial was insufficient to establish a hostile work environment based on sex as a matter of law, the plaintiff presented insufficient evidence for an award of punitive damages, and SNET established its affirmative defense based on the evidence at trial.

***ORAL ARGUMENT IS NOT REQUESTED***

In accordance with Local Rule 7, SNET has filed on this same date a memorandum of in support of this motion.

                THE DEFENDANT,

                SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By: _____
Lori B. Alexander (Federal Bar No. CT08970)
Jennai S. Williams (Federal Bar No. CT27762)
LITTLER MENDELSON, P.C.
One Century Tower, Suite 300
265 Church Street
North Haven, CT 06510
Tel: 203.974.8700
Fax: 203.974.8799
lalexander@littler.com
jsWilliams@littler.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel**

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

*Lori B. Alexander*
Lori B. Alexander
Federal Bar No.: CT08970