UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KIMBERLY BACHIOCCHI,** : | |
| Plaintiff, : | |
| : | Civil Action No.: 02-CV-908 (CFD) |
| v. : | |
| **THE SOUTHERN NEW ENGLAND** : | |
| **TELEPHONE COMPANY,** : | |
| Defendant. : | August 4, 2008 |
| : | |
| : | |

## DEFENDANT'S MOTION FOR PERMISSION TO EXCEED PAGE LENGTH

The defendant, Southern New England Telephone Company, respectfully requests permission to file a Memorandum of Law in Support of its Motion for Judgment as a Matter of Law up to 50 pages. The reason for this request is that this Memorandum will address plaintiff's hostile work environment claim, her claim for punitive damages, and SNET's affirmative defense, in addition to the arguments contained in plaintiff's opposition brief and exhibits, which are lengthy.

Because of the volume of evidence and claims addressed in this motion, as well as the extensive legal authority developed in the Second Circuit relevant to hostile work environment claims, SNET respectfully requests permission to file a memorandum not to exceed 50 pages in total.

*ORAL ARGUMENT IS NOT REQUESTED*

1

Dated at New Haven, Connecticut this 4th day of August, 2008.

        THE DEFENDANT,

        SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By: _/s/ Lori B. Alexander_
Lori B. Alexander (Federal Bar No. CT08970)
Jennai S. Williams (Federal Bar No. CT27762)
LITTLER MENDELSON, P.C.
One Century Tower, Suite 300
265 Church Street
North Haven, CT 06510
Tel: 203.974.8700
Fax: 203.974.8799
lalexander@littler.com
jsWilliams@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel**

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

_____
Lori B. Alexander
Federal Bar No.: CT08970