UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KIMBERLY BACHIOCCHI,** : | |
| Plaintiff, : | Civil Action No.: 02-CV-908 (CFD) |
| v. : | |
| **THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** : | |
| Defendant. : | August 4, 2008 |

## DEFENDANT SNET'S MOTION IN THE ALTERNATIVE FOR REMITTUR AND FOR A NEW TRIAL

Pursuant to Rules 59 of the Federal Rules of Civil Procedure, the defendant, Southern New England Telephone Company, Inc. ("SNET"), hereby requests that the Court order remittitur of the jury's award of punitive damages in this case and order a new trial on plaintiff's sexual harassment claim. Remittur is warranted because the punitive damages award was grossly excessive and because no jury instruction should have been given on punitive damages based on the evidence presented at trial. A new trial should be ordered based on the Court's instructions to the jury concerning punitive damages and sexual harassment, evidentiary rulings at trial including the admission of unreliable and prejudicial testimony by Dr. Gary Zachariah, and the omission of SNET's affirmative defense from the jury verdict form.

In accordance with Local Rule 7, SNET is filing on this same date a memorandum of law in support of this motion.

***ORAL ARGUMENT IS NOT REQUESTED***

Dated at New Haven, Connecticut this 4th day of August, 2008.

                THE DEFENDANT,

                SOUTHERN NEW ENGLAND TELEPHONE
                COMPANY

By: _/s/ Lori B. Alexander_____
       Lori B. Alexander (Federal Bar No. CT08970)
       Deborah DeHart Cannavino (Federal Bar No. CT08144)
       LITTLER MENDELSON, P.C.
       One Century Tower, Suite 300
       265 Church Street
       North Haven, CT 06510
       Tel: 203.974.8700
       Fax: 203.974.8799
       lalexander@littler.com
       dcannavino@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel**

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880


                                                                                               /s/ Lori B. Alexander
                                                                                                Lori B. Alexander
                                                                                                Federal Bar No.: CT08970