UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KIMBERLY BACHIOCCHI,** :<br><br>Plaintiff, :<br>:<br>v. :<br>:<br>**THE SOUTHERN NEW ENGLAND** :<br>**TELEPHONE COMPANY,** :<br>:<br>Defendant. :<br>:<br>: | Civil Action No.: 02-CV-908 (CFD)<br><br>August 6, 2008 |

### DEFENDANT'S REQUEST FOR AN OPPORTUNITY TO OPPOSE/RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Pursuant to Fed. R. Civ. P. 54(d)(2)(C), the defendant, Southern New England Telephone Company ("SNET"), respectfully informs the Court that it requests an opportunity to submit an opposition and/or respond to plaintiff's Motion for an Award of Attorney's Fees and Costs, and supporting memorandum, affidavits and documentation, within 21 day of its filing, or by August 22, 2008.

In support of this request, the undersigned counsel for the defendant states the following:

1. Rule 54(d)(2)(C) requires that the court give the defendant an opportunity to respond and object to plaintiff's motion for attorney's fees and costs, upon defendant's request. Fed. R. Civ. P. 54(d)(2)(C).

2. Furthermore, the Rule's Advisory Notes make clear that "Subparagraph (C) assures the parties of an opportunity to make an appropriate presentation with respect to issues involving the evaluation of legal services." Fed. R. Civ. P. 54, Advisory Committee Note (1993).

3. Plaintiff's counsel filed his motion for attorney's fees (Docket No. 296), memorandum of law (Docket No. 297), supporting affidavits and documentation (Docket Nos. 298-301, 303-304), and bill of costs (Docket No. 302) on August 1, 2008. Pursuant to the Court's docket notation, SNET's response will be due August 22, 2008 (Docket No. 296).

4. Defendant makes this request in an abundance of caution given that, under Rule 54, a party must affirmatively request an opportunity to respond or risk losing such opportunity.

WHEREFORE, based upon the foregoing, defendant respectfully requests that its Request For An Opportunity To Respond To Plaintiff's Motion For Attorney's Fees and Costs be granted.

> THE DEFENDANT,
> SOUTHERN NEW ENGLAND TELEPHONE COMPANY
>
> By /s/ Jennai Williams
> Jennai S. Williams
> Federal Bar No. CT27762
> Littler Mendelson, P.C.
> One Century Tower – Suite 300
> New Haven, CT 06510
> Telephone: (203) 974.8715
> Facsimile: (203) 974.8799
> JSWilliams@littler.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

                                            Jennai S. Williams
                                            Federal Bar No.: CT27762