UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KIMBERLY BACHIOCCHI,** | : |
| Plaintiff, | : |
| | : Civil Action No.: 02-CV-908 (CFD) |
| v. | : |
| | : August 27, 2008 |
| **THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | : |
| Defendant. | : |

**AFFIDAVIT OF DEBORAH DEHART CANNAVINO IN SUPPORT OF DEFENDANT'S MOTION FOR AN ORDER ENFORCING THE AWARD OF ATTORNEY'S FEES AND COSTS RE: PLAINTIFF'S CONDUCT DURING HER DEPOSITION AND THEREAFTER**

I, Deborah DeHart Cannavino, being duly sworn, hereby depose and say:

1. I am over 18 years of age and believe in the obligations of an oath.

2. I have personal knowledge of the facts set forth in this affidavit, and the facts are true and accurate to the best of my knowledge and belief.

3. I represent the defendant Southern New England Telephone Company in this matter and I submit this Affidavit in Support of Defendant's Motion for an Order Enforcing the Award of Attorney's Fees and Costs Re: Plaintiff's Conduct During Her Deposition and Thereafter.

4. I am an attorney currently practicing at Littler Mendelson. Prior to practicing at Littler Mendelson, I practiced at Tyler Cooper & Alcorn while representing the defendant in this matter.

5. During the aforementioned period, Tyler Cooper & Alcorn prepared monthly invoices to the defendant. These invoices contain a contemporaneous itemization of the

attorney's fees and costs as well as a description of the services rendered.

6. I have reviewed the invoices sent by Tyler Cooper & Alcorn to Defendant for the period May 27, 2004 through December 13, 2004 to determine the amount of attorney's fees that were associated with the Defendant's Motion for Order and Award of Attorney's Fees and Costs dated June 8, 2004.

7. Specifically, the undersigned and attorney Lori Alexander conducted the following activities in connection with the Motion for Order and Award of Attorney's Fees: preparing the Motion, drafting the defendant's Opposition to the Plaintiff's Motion to Limit the plaintiff's Continued Deposition, drafting defendant's Opposition to the Plaintiff's Motion for Protective Order, and conducting the plaintiff's continued deposition on December 13, 2004 after she walked out on June 1, 2004 before the deposition was completed.

8. The hourly rates charged in connection with this matter during this time period for work performed by Attorney Alexander was $242.00 and for work performed by me was $238.00.

9. Based upon my review of the invoices, defense counsel spent 5.17 hours preparing the Motion for Attorney's Fees for a total fee of $1,251.44. Defense counsel spent 14.25 hours in preparing the Opposition to the Plaintiff's Motion for Protective Order for a total fee of $3,420.00. Defense counsel spent 3.67 hours in preparing the Opposition to the Plaintiff's Motion to Limit the Plaintiff's Continued Deposition for a total fee of $888.08. Defense counsel spent 6.83 hours conducting the plaintiff's continued deposition on December 13, 2004 for a total fee of $1,741.65.

10. I spent approximately 6 hours preparing this Affidavit as well as the Motion for Order Enforcing the Award of Attorney's Fees and Costs Re: Plaintiff's Conduct During Her

Deposition and Thereafter. Presently, my hourly rate on this matter is $310.25. Therefore, the attorney's fees incurred in preparing the instant Motion for Enforcement & Affidavit were $1,861.50.

11. Therefore, the total attorney's fees sought by Defendant are $9,162.67.

12. These attorney's fees were reasonable and necessary. Copies of the entries associated with the amounts described above are available for inspection at the court's request.

_____
Deborah DeHart Cannavino

STATE OF CONNECTICUT )
COUNTY OF FAIRFIELD    )     ss: Stamford, Connecticut

Personally appeared, Deborah DeHart Cannavino, who swore to and subscribed the above affidavit before me, this 27th day of August, 2008.

_____
Notary Public

**MICHELLE A. VILLEGAS**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 2013

4.

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel**

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

_____
Deborah DeHart Cannavino

Firmwide:86416998.1 053999.1009

4.