UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KIMBERLY BACHIOCCHI,** | : | |
| Plaintiff, | : | Civil Action No.: 02-CV-908 (CFD) |
| v. | : | |
| **THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | : | September 5, 2008 |
| Defendant. | : | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OBJECTIONS

The defendant, Southern New England Telephone Company ("SNET"), hereby respectfully requests an extension of time of three weeks to reply to plaintiff's Objection To Defendant's Motion For Judgment As A Matter of Law and Objection to Defendant's Motion For Remittitur and/or A New Trial. The reason for the request is that SNET is still waiting to obtain copies of the transcripts of the trial and related proceedings.

SNET has been in contact with the court reporter in an attempt to ascertain the date on which she will complete the transcription. Because of personal commitments during the month of August, the court reporter currently estimates that she will need at least another week and a half, or until approximately September 17, 2008, to finish all of the transcripts.

In light of the circumstances, SNET respectfully requests a three week extension of time up through and including September 29, 2008. The undersigned contacted plaintiff's counsel, Peter Gillespie, and he stated that he had no objection to extending the time for two weeks until the transcripts become available. Based on the estimate from the court reporter, the undersigned

*ORAL ARGUMENT IS NOT REQUESTED*

counsel subsequently left Mr. Gillespie a voicemail message explaining that an additional week will be necessary to ensure the transcripts are completed before the new deadline.

This is the first request for an extension of time that has been made with respect to this deadline, which was originally September 8, 2008.

Dated at New Haven, Connecticut this 5th day of September, 2008.

        THE DEFENDANT,

        SOUTHERN NEW ENGLAND TELEPHONE
        COMPANY

By: _____
        Jennai S. Williams (Federal Bar No. CT27762)
        LITTLER MENDELSON, P.C.
        One Century Tower, Suite 300
        265 Church Street
        North Haven, CT 06510
        Tel: 203.974.8700
        Fax: 203.974.8799
        jswilliams@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

**Plaintiff's Counsel**

Peter E. Gillespie, Esq.
46 Riverside Avenue
Post Office Box 3416
Westport, Connecticut 06880

_____
Jennai S. Williams
Federal Bar No.: CT27762