UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KIMBERLY BACHIOCCHI, | \* | |
| Plaintiff, | \* | CIVIL ACTION NO. 02-CV-908 (CFD) |
| v. | \* | |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | \* | SEPTEMBER 16, 2008 |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION ON CONSENT TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTIONS FOR ORDERS (DOCKET NOS. 317 & 318)

Defendant filed two motions on August 27, 2008 seeking orders for sanctions against Plaintiff. Plaintiff's Objections to those motions are due on September 17, 2008. Plaintiff now requests that the time for her to file her objections be extended to September 24, 2008, an enlargement of seven (7) days.

Plaintiff conferred with David Vegliante, Defendant's counsel, who stated that Defendant has no objection to this requested extension. This is the first request for an extension which Plaintiff has made with respect to this issue.

Respectfully submitted,

THE PLAINTIFF
KIMBERLY BACHIOCCHI

By: *[signature]*
Peter E. Gillespie  (ct06554)
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax: (203) 454-5508
Email: petelaw@mac.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 16, 2008 a copy of this motion was filed and served by first class post upon anyone unable to accept electronic filing (as noted where applicable). Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lori B. Alexander, Esq.
Littler Mendelson
265 Church Street – Suite 300
New Haven, CT 06510

By: *[signature: Peter E. Gillespie]*